1  Randall D. Haimovici (*Pro Hac Vice Pending*)
   rhaimovici@shb.com
2  Rachael M. Smith (*Pro Hac Vice Pending*)
   rxsmith@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
4  San Francisco, California 94104-4505
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Tony M. Diab (Nevada State Bar No. 12954)
   tdiab@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
8  Irvine, California 92614-2546
   Telephone:    949.475.1500
9  Facsimile:    949.475.0016

10 Robert J.B. Flummerfelt (Nevada State Bar No. 11122)
   rflummerfelt@hotmail.com
11 Rami Hernandez (Nevada State Bar No. 13146)
   rhernandeznsj@hotmail.com
12 CANON LAW SERVICES, LLC
   7251 W. Lake Mead Blvd., Suite 300
13 Las Vegas, Nevada  89128
   Telephone:    702.562.4144
14 Facsimile:    702.866.9868

15 Attorneys for Plaintiff
   MICROSOFT CORPORATION
16

17                    UNITED STATES DISTRICT COURT

18                         DISTRICT OF NEVADA

19

20 MICROSOFT CORPORATION,              )  Case No.  2:14-cv-00987-GMN-GWF
                                       )
21            Plaintiff,               )  **FILED UNDER SEAL**
                                       )
22       vs.                           )  **AMENDED *EX PARTE* TEMPORARY
                                       )  RESTRAINING ORDER AND ORDER
23 NASER AL MUTAIRI, an individual;    )  TO SHOW CAUSE REGARDING
   MOHAMED BENABDELLAH, an individual; )  PRELIMINARY INJUNCTION**
24 VITALWERKS INTERNET SOLUTIONS,      )
   LLC, d/b/a NO-IP.com; and DOES 1-500, )
25                                     )
                                       )
26            Defendants.              )
                                       )
27 _____    )

28

1    Plaintiff Microsoft Corporation ("Microsoft") has filed a complaint for injunctive and other

2  relief pursuant to:   (1) the Computer Fraud and Abuse Act (18 U.S.C. § 1030); (2) the Anti-

3  Cybersquatting Consumer Protection Act (15 U.S.C. § 1125); (3) Nevada's Unlawful Acts

4  Regarding Computers and Information Services (N.R.S. § 205.4765); and the common law of (4)

5  trespass to chattels, (5) conversion, and (6) negligence.   Microsoft has moved *ex parte* for an

6  emergency temporary restraining order and an order to show cause why a preliminary injunction

7  should not be granted pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Civil Local

8  Rule 7-5.

9                                          **FINDINGS**

10   The Court has considered the pleadings, declarations, exhibits, and memorandum filed in

11  support of Microsoft's motion and finds that:

12   1.    This Court has jurisdiction over the subject matter of this case, and there is good

13  cause to believe that it will have jurisdiction over all parties; the Complaint states a claim upon

14  which relief may be granted against Defendants Mutairi, Benabdellah, and Does 1-500 ("Malware

15  Defendants") under the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Anti-Cybersquatting

16  Consumer Protection Act (15 U.S.C. § 1125), Nevada's Unlawful Acts Regarding Computers and

17  Information Services (N.R.S. § 205.4765), and the common law of trespass to chattels, conversion,

18  and negligence, and against Defendant Vitalwerks under the Anti-Cybersquatting Consumer

19  Protection Act (15 U.S.C. § 1125) and the common law of negligence.

20   2.    There is good cause to believe that Malware Defendants have engaged in and are

21  likely to engage in acts or practices that violate the Computer Fraud and Abuse Act (18 U.S.C. §

22  1030), the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125), Nevada's Unlawful

23  Acts Regarding Computers and Information Services (N.R.S. § 205.4765), and the common law of

24  trespass to chattels, conversion, and negligence, and that Microsoft is, therefore, likely to prevail on

25  the merits of this action.

26   3.    There is good cause to believe that, unless the Malware Defendants are restrained and

27  enjoined by Order of this Court, immediate and irreparable harm will result from their ongoing

28  violations of the Computer Fraud and Abuse Act (18 U.S.C. § 1030), the Anti-Cybersquatting

Consumer Protection Act (15 U.S.C. § 1125), Nevada's Unlawful Acts Regarding Computers and Information Services (N.R.S. § 205.4765), and the common law of trespass to chattels, conversion, and negligence.   The evidence set forth in Microsoft's Brief in Support of Application for a Temporary Restraining Order and Order to Show Cause Regarding Injunctive Relief ("TRO Motion"), and the accompanying declarations and exhibits, demonstrates that Microsoft is likely to prevail on its claim that these Defendants have engaged in violations of the foregoing laws through one or more of the following:

> Defendants Mutairi and Benabdellah:

> a.   Knowingly, willfully, and without authorization publishing and transferring malware to Doe Defendants;

> All Malware Defendants:

> b.   Intentionally and knowingly accessing and sending malicious code to the protected computers and operating systems of Microsoft and its customers without authorization, in order to infect those computers and intending to cause damage and benefiting therefrom;

> c.   Sending malicious code to access the protected computers without authorization or in excess of any authorization to control and/or obtain information from the computers;

> d.   Delivering malicious code;

> e.   Using sub-domains containing Microsoft's protected marks; and

> f.   Negligently engaging in such acts and permitting, enabling and encouraging other defendants to participate in illegal acts harmful to Microsoft, Microsoft's customers, and the general public.

4.   There is good cause to believe that Defendant Vitalwerks has engaged in and is likely to engage in acts or practices that violate the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125) and the common law of negligence, and that Microsoft is, therefore, likely to prevail on the merits of this action.

5.      There is good cause to believe that, unless the Defendant Vitalwerks is restrained and enjoined by Order of this Court, immediate and irreparable harm will result from its ongoing violations the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125) and the common law of negligence.   The evidence set forth in Microsoft's TRO Motion, and the accompanying declarations and exhibits, demonstrate that Microsoft is likely to prevail on its claim that this Defendant has engaged in violations of the foregoing laws through one or more of the following:

a.      Leasing to Malware Defendants No-IP sub-domains containing Microsoft's protected marks; and

b.      Negligently enabling Malware Defendants to participate in illegal acts, and failing to take sufficiently corrective action to stop and prevent the abuse of its services, all of which harms Microsoft, Microsoft's customers, and the general public.

6.      There is good cause to believe that if such conduct continues, irreparable harm will occur to Microsoft, its customers, and the public.   There is good cause to believe that the Malware Defendants will continue to engage in such unlawful actions if not immediately restrained from doing so by Order of this Court.

7.      There is good cause to believe that immediate and irreparable damage to this Court's ability to grant effective final relief will result from the sale, transfer, or other disposition or concealment by Defendants of the Internet domains at issue in Microsoft's TRO Motion and other discoverable evidence of Defendants' misconduct available through such Internet domains if the Defendants receive advance notice of this action.   Based on the evidence cited in Microsoft's TRO Motion and accompanying declarations and exhibits, Microsoft is likely to be able to prove the following:

a.      Defendants have engaged in activities that directly violate United States and Nevada law and harm Microsoft, its customers and the public;

b.      Defendants have continued their unlawful and/or negligent conduct despite the clear injury to Microsoft, its customers, and the public;

c.   Defendants are likely to relocate beyond the jurisdiction of U.S. courts the information and evidence of their misconduct stored at the Internet domains at issue in Microsoft's TRO Motion and the harmful and malicious code disseminated through these Internet domains;

d.   Defendants are likely to warn its associates engaged in such activities if informed of Microsoft's action; and

e.   Defendants have negligently allowed other defendants to use their business and resources for illegal activities.

8.   Microsoft's request for this emergency *ex parte* relief is not the result of any lack of diligence on Microsoft's part, but instead based upon the nature of Defendants' unlawful conduct. Therefore, in accordance with Federal Rule of Civil Procedure 65(b) and Civil Local Rule 7-5, good cause and the interest of justice require that this Order be Granted without prior notice to Defendants, and accordingly, Microsoft is relieved of the duty to provide Defendants with prior notice of Microsoft's motion.

9.   There is good cause to believe that Defendants have engaged in intentionally illegal and/or negligent activity using the No-IP domains that are maintained by the top level domain registries Verisign, Inc., Neustar, Inc., Aflias, Ltd., and Public Interest Registry ("Registry Operators").

10.   There is good cause to believe that to immediately halt the injury caused by Defendants, it must be ordered as follows:

a.   To immediately, on all authoritative name servers for the .COM, .NET, .ORG, .BIZ, and .INFO top level domains,[1] change the Domain Name System authoritative name servers for the No-IP domains associated with the malware ("Malware Domains"), listed in Appendix A, to "ns7.microsoftinternetsafety.net" and "ns8.microsoftinternetsafety.net," and remove all other authoritative name servers for the Malware Domains. The

---

[1] Microsoft has also identified No-IP domains ending in .ME that are associated with the malware. However, Malware Domains ending in .ME are expressly excluded from this Order because .ME is a global Top Level Domain that is controlled by the country of Montenegro.

Registry Operators shall reasonably cooperate with Microsoft to implement this order through one or more of the foregoing changes, as may be necessary to effectuate the terms of this order;

b.   To immediately take all steps required to propagate the foregoing change to the Domain Name System to all parts of the Domain Name System necessary to effect this change; and

c.   To take all necessary steps to ensure that the foregoing changes remain in effect for the duration of this order.

11.   There is good cause to permit notice of the instant order, notice of the Preliminary Injunction hearing and service of the Complaint by formal and alternative means, given the exigency of the circumstances and the need for prompt relief.  The following means of service are authorized by law, satisfy Due Process and Federal Rule of Civil Procedure 4(f)(3), and are reasonably calculated to notify Defendants of the instant order, the Preliminary Injunction hearing and of this action:

(1)   personal delivery on Defendant Vitalwerks at its business address in Nevada;

(2)   transmission by e-mail, Facebook, and Skype on Defendants Mutairi and Benabdellah; and

(3)   publishing notice on a publicly available Internet website.

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

**IT IS THEREFORE ORDERED** that, Malware Defendants and their representatives are temporarily restrained and enjoined from intentionally accessing and sending malicious software or code to Microsoft's and its customers' protected computers and operating systems, without authorization, in order to infect those computers with the Bladabindi/Jenxcus malware for illegal purposes.

**IT IS FURTHER ORDERED** that, Defendants and their representatives are temporarily restrained and enjoined from configuring, deploying, operating or otherwise participating in or facilitating the spread of Bladabindi/Jenxcus malware including, but not limited to the command-

1   and-control software hosted at and operating through the IP addresses at No-IP sub-domains set forth

2   herein and through any other component or element of the malware scheme in any location.

3       **IT IS FURTHER ORDERED** that the Registry Operators must:

4           a.      To immediately, on all authoritative name servers for the .COM, .NET, .ORG,

5                  .BIZ, and .INFO top level domains, change the Domain Name System

6                  authoritative name servers for the No-IP domains associated with the

7                  malware, listed in Appendix A, to "ns7.microsoftinternetsafety.net" and

8                  "ns8.microsoftinternetsafety.net," and remove all other authoritative name

9                  servers for the Malware Domains.  The Registry Operators shall reasonably

10                 cooperate with Microsoft to implement this order through one or more of the

11                 foregoing changes, as may be necessary to effectuate the terms of this order;

12          b.      Immediately take all steps required to propagate the foregoing change to the

13                 Domain Name System to all parts of the Domain Name System necessary to

14                 effect this change;

15          c.      Take all necessary steps to ensure that the foregoing changes remain in effect

16                 for the duration of the order;

17          d.      Shall completely refrain from providing any notice or warning to, or

18                 communicating in any way with Defendants or Defendants' representatives

19                 and shall refrain from publicizing this Order until this Order is executed in

20                 full, except as necessary to propagate the changes ordered herein to all parts of

21                 the Domain Name System;

22          e.      Shall save all communications to or from Defendants or Defendants'

23                 Representatives and/or related to the domains and sub-domains set forth in

24                 Appendix A; and

25          f.      Shall preserve and retain all records and documents associated with

26                 Defendants' or Defendants' Representatives' use of or access to the domains

27                 set forth in Appendix A, including billing and contact information relating to

28

the Defendants or Defendants' representatives using these servers and all logs associated with these servers.

**IT IS FURTHER ORDERED** that the authoritative name server set up and managed by Microsoft to respond to requests for the IP addresses of the sub-domains of No-IP may respond to requests for the IP address of any domain listed in Appendix A or later determined to be associated with malware activity either by (1) giving no reply; or (2) replying with the address of a special Microsoft "sink-hole" computer, which, when contacted, shall log the date and time of the request, the IP address and related information from the requesting computer but otherwise not respond to the request.

**IT IS FURTHER ORDERED** that copies of this Order, notice of the Preliminary Injunction hearing and service of the Complaint may be served by any means authorized by law, including (1) by personal delivery upon Defendants who provided contact information in the U.S.; (2) by transmission by e-mail, Facebook, or Skype to the extent that there is no known postal address for the Defendant; and (4) by publishing notice to Defendants on a publicly available Internet website and/or in newspapers in the communities in which Defendants are believed to reside.

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 65(b) that the Defendants shall appear before this Court **on July 10, 2014, at 3:00 p.m., in LV Courtroom 7D**, to show cause, if there is any, why this Court should not enter a Preliminary Injunction, pending final ruling on the Complaint against the Defendants, enjoining them from the conduct temporarily restrained by the preceding provisions of this Order.

**IT IS FURTHER ORDERED** that Microsoft shall post bond in the amount of **$200,000.00** to be paid to the Court Clerk.

**IT IS FURTHER ORDERED** that  Microsoft that effect service on Defendants no later **Tuesday, July 1, 2014**.

**IT IS FURTHER ORDERED** that the Defendants shall file with the Court and serve on Microsoft's counsel any answering affidavits, pleadings, motions, expert reports or declarations and/or legal memoranda no later than **Tuesday, July 8, 2014**.  Microsoft may file responsive or supplemental pleadings, materials, affidavits, or memoranda with the Court and serve the same

on counsel for the Defendants no later than **12:00 NOON on Thursday, July 10, 2014**.  Provided that service shall be performed by personal or overnight delivery, facsimile or electronic mail, any documents shall be delivered so that they shall be received by the other parties no later than 4:00 p.m. (Pacific Daylight Time) on the appropriate dates listed in this paragraph.

IT IS SO ORDERED this 26th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

# Appendix A

| | | | |
|---|---|---|---|
| 0000.no-ip.biz | 0806312528.no-ip.biz | 123123111.no-ip.biz | 1416.no-ip.info |
| 0000000.myvnc.com | 085729411345.no-ip.biz | 12321.no-ip.info | 1457.no-ip.biz |
| 0001hamza.no-ip.biz | 0857294113456.no-ip.biz | 123321.no-ip.org | 1457.no-ip.org |
| 000o000.no-ip.biz | 0944.no-ip.info | 123321123.no-ip.biz | 14kill.no-ip.biz |
| 00123.myftp.org | 0asticme.no-ip.org | 1233211234.no-ip.biz | 14sb.no-ip.biz |
| 002789456.no-ip.biz | 0bowlenmetpolen.no-ip.biz | 123444555.hopto.org | 14sb.noip.me |
| 007tt.sytes.net | 0brat.no-ip.biz | 1234567895.no-ip.org | 157dns.no-ip.biz |
| 007x.no-ip.org | 0cakemaster1.no-ip.org | 123456789kurd.zapto.org | 15851.zapto.org |
| 0099887766.no-ip.biz | 0cch.sytes.net | 123456789saw.zapto.org | 159159.no-ip.org |
| 00amjad.no-ip.biz | 0cesnimda.no-ip.org | 123456ash.no-ip.org | 159632101.no-ip.biz |
| 00k.no-ip.org | 0cold.no-ip.info | 123456hack.no-ip.biz | 1604port81.hopto.org |
| 000o00x.zapto.org | 0damar0.no-ip.org | 123456hacker.no-ip.org | 16071978.sytes.net |
| 01.no-ip.biz | 0damrr0.no-ip.biz | 123456zero123.zapto.org | 1655.zapto.org |
| 010203.zapto.org | 0nyxthegod.no-ip.biz | 12345abas.no-ip.biz | 1728.no-ip.biz |
| 0110.no-ip.org | 0tazbox.zapto.org | 12345abas.no-ip.org | 1751.no-ip.biz |
| 0123.no-ip.biz | 0udp.no-ip.biz | 1234666.zapto.org | 1771771.no-ip.biz |
| 01287288615.no-ip.biz | 0zilali.no-ip.biz | 1234qwer.no-ip.biz | 186.zapto.org |
| 012hacker.zapto.org | 1-host.no-ip.org | 1234rewq.zapto.org | 187.no-ip.org |
| 0189961720.no-ip.org | 1.no-ip.biz | 1234test.zapto.org | 187codemeurtre.no-ip.org |
| 021958954.no-ip.biz | 1000haked.no-ip.org | 123arab456.no-ip.biz | 187codemeurtre.zapto.org |
| 0403.zapto.org | 100bills666.no-ip.org | 123im.no-ip.biz | 187pyro.zapto.org |
| 0523.no-ip.biz | 100gag.no-ip.org | 123klo.serveblog.net | 19216811.serveftp.com |
| 0548973019.no-ip.org | 101120132023.no-ip.org | 123mohamed.no-ip.info | 192168112.noip.me |
| 055.no-ip.biz | 101x.no-ip.org | 123p.no-ip.biz | 1921681987.noip.me |
| 0590050814.no-ip.org | 1081967.no-ip.biz | 123qqq123qqq.no-ip.biz | 1982.no-ip.biz |
| 06.no-ip.biz | 10mustafa10.no-ip.biz | 12610205.zapto.org | 1989-1989.no-ip.biz |
| 0605960929.redirectme.net | 10tera.no-ip.info | 127lh2.zapto.org | 1990.no-ip.biz |
| 0668846631.no-ip.biz | 1111.no-ip.biz | 127torrent.sytes.net | 1996.no-ip.biz |
| 0668846631.sytes.net | 1111111111111.no-ip.org | 12gate.no-ip.biz | 1996201418.no-ip.org |
| 06mt2.no-ip.org | 1123456789.no-ip.org | 12m.no-ip.biz | 1997.no-ip.biz |
| 07.sytes.net | 117239591.3utilities.com | 1312sban.no-ip.biz | 1997.no-ip.org |
| 0715436045.no-ip.org | 11aa11.zapto.org | 13377331.zapto.org | 19mohammed99.no-ip.biz |
| 0740975338.zapto.org | 11dadsadsae.no-ip.biz | 1337day.no-ip.org | 19nextgenmodels.no-ip.biz |
| 0770.no-ip.biz | 11live.zapto.org | 1337day.zapto.org | 1a3c1a2b.no-ip.biz |
| 07702993810.no-ip.biz | 12-3.no-ip.biz | 1337elite.no-ip.org | 1alfanje.no-ip.biz |
| 07709.no-ip.org | 1201.no-ip.biz | 1337ip2.no-ip.org | 1blid.no-ip.biz |
| 077198.no-ip.biz | 120freecall.myftp.org | 1337l33t.zapto.org | 1brat.no-ip.biz |
| 0772659778.no-ip.biz | 1211313.no-ip.biz | 1337logan.no-ip.org | 1charaf.no-ip.biz |
| 07803026299h.no-ip.biz | 12138ya.zapto.org | 1337new.no-ip.biz | 1d2k.no-ip.org |
| 0788878943.no-ip.biz | 123-123.no-ip.biz | 1337worm.no-ip.org | 1ewu34.zapto.org |
| 0794941814.no-ip.biz | 123.no-ip.info | 13456789mmm.no-ip.biz | 1facebook.no-ip.org |
| 0800korp.no-ip.org | 1230789simo.no-ip.org | 14042014.no-ip.org | 1hack.zapto.org |

1

1hobolicker.servebeer.com
1jklo29ds1.no-ip.info
1kallysky.no-ip.biz
1mathieucg.no-ip.biz
1monthsub.no-ip.biz
1mrcasper.no-ip.biz
1nj3ct0r.no-ip.biz
1noseqwa.no-ip.info
1q1q2q2q.no-ip.biz
1q2w3e4r.no-ip.biz
1q8.no-ip.info
1r2b3cd9s669gi58k2q.servebeer.com
1sniper.zapto.org
1stjrat.no-ip.biz
1tcs.no-ip.org
1teggrx.zapto.org
1tofe.no-ip.biz
1wizard.no-ip.biz
2000146.no-ip.org
2007rats.no-ip.org
2012miz.no-ip.org
20141241i2jd21d.no-ip.biz
201455.no-ip.biz
2014nf.no-ip.org
2014rocks.no-ip.biz
2014thebest.no-ip.biz
2014xxx.no-ip.biz
213.no-ip.biz
220520122153.no-ip.org
220c0c1b02010a.no-ip.biz
221122.no-ip.info
224400.zapto.org
225.no-ip.biz
22s3a8g2s332.no-ip.biz
23498234heuit987.no-ip.org
2397623946.no-ip.biz
23doors.no-ip.biz
23raj.no-ip.biz
24753.no-ip.info
249182130.zapto.org
24play.servepics.com
24z.no-ip.info
250.no-ip.info

255652.no-ip.org
26111998.no-ip.org
270201.no-ip.org
27a.no-ip.org
27c714fe.no-ip.biz
27omar.no-ip.biz
2804king.no-ip.info
29111992.no-ip.org
2945409702.no-ip.info
2cool.no-ip.biz
2file.serveftp.com
2frogvo.no-ip.biz
2gunz.no-ip.biz
2jd.no-ip.biz
2me.no-ip.biz
2mekki.no-ip.biz
2pacvsbiggie.no-ip.info
2shinobi2.no-ip.org
2x4.no-ip.biz
300500asd.zapto.org
301504.no-ip.biz
32smiles1.no-ip.biz
330ouss.no-ip.biz
3333334.no-ip.org
342abas.no-ip.biz
3456874646487.zapto.org
354145.no-ip.biz
358legend.no-ip.biz
35y26767677.zapto.org
3600hk.no-ip.org
386473276333.no-ip.biz
3aaaa.no-ip.biz
3abdoulela.no-ip.biz
3abkour.no-ip.biz
3agroub.no-ip.biz
3agroub.no-ip.biz
3amri.hopto.org
3angor.no-ip.org
3atrouch.zapto.org
3ayesh.myftp.org
3ayesh.sytes.net
3bady6.no-ip.org
3bkry.no-ip.org

3bood1100.no-ip.biz
3boodhavked3.no-ip.biz
3boooood.no-ip.biz
3bs.sytes.net
3chirti.no-ip.biz
3crb.no-ip.biz
3dcreative.serveftp.com
3dmntk.no-ip.biz
3dob.no-ip.biz
3e2.no-ip.biz
3elwa.zapto.org
3en.no-ip.biz
3esa.no-ip.biz
3gigabyte.no-ip.biz
3hacker.zapto.org
3laafree.no-ip.biz
3laahack.no-ip.biz
3lash.zapto.org
3lkorrekaminos.no-ip.org
3llawegamerhack.no-ip.org
3lool.no-ip.biz
3mk-hero.no-ip.biz
3mkana.no-ip.biz
3mknza.no-ip.biz
3nood.no-ip.org
3omdas.no-ip.biz
3oqab.no-ip.biz
3ozra2eeeeel.no-ip.info
3reda.no-ip.biz
3rror4o4.no-ip.biz
3rror4o4.no-ip.org
3sl.hopto.org
3tman.zapto.org
3vman.zapto.org
3ytagwhhaa.zapto.org
3yuon2014.no-ip.biz
3yuon2015.no-ip.biz
3zab0.no-ip.org
3zoz-0.no-ip.info
4-kadi.no-ip.org
404.no-ip.biz
404darkhost.no-ip.org
404notfondu.zapto.org

42014.no-ip.org
420blaze420.no-ip.biz
420bluntz.no-ip.org
420pium.no-ip.biz
4444.no-ip.org
454654dfgds.no-ip.org
45gsaeg478h.servebeer.com
465466dsd.zapto.org
47ghardaia.no-ip.biz
4986.no-ip.biz
4b1d0.zapto.org
4dzx.no-ip.biz
4ever4.zapto.org
4fuu.no-ip.biz
4hussin-hmod.no-ip.org
4lovtl5tc.zapto.org
4mat.no-ip.info
4natox1s.no-ip.biz
4natoxis.no-ip.org
4resodd.no-ip.info
4t54wg54h6w4789.noip.me
4turkojan4ins.no-ip.org
4www.serveftp.com
4zeed.zapto.org
4zum.no-ip.info
505forbbiden.no-ip.info
50cent.zapto.org
50karat.no-ip.biz
511.no-ip.org
5139922nv1.no-ip.biz
5216perry.no-ip.org
5504bm.no-ip.org
55444.zapto.org
5552njrat.no-ip.biz
55554444a.no-ip.org
564.no-ip.info
574urrosd97sa0asd.
servecounterstrike.com
584213.no-ip.org
5aled.no-ip.org
5alo.no-ip.info
5alooly5.zapto.org
5ara.no-ip.org

| | | | |
|---|---|---|---|
| 5arabetise.zapto.org | 76589.zapto.org | 8088221.servegame.com | 9dour.zapto.org |
| 5arouf1.no-ip.org | 77777772.no-ip.org | 8111995.no-ip.biz | 9ds.zapto.org |
| 5awh.no-ip.biz | 777888999000.myvnc.com | 82.no-ip.info | 9im6.hopto.org |
| 5gh.no-ip.biz | 78123456.no-ip.org | 8585525656.zapto.org | 9iw.no-ip.biz |
| 5killer.no-ip.biz | 784512.no-ip.org | 8737.no-ip.biz | 9lab01.no-ip.org |
| 5lm3mk.no-ip.org | 78770470.no-ip.org | 87bh.no-ip.biz | 9lul8124002215.zapto.org |
| 5lody-almgnon.no-ip.biz | 7934287.no-ip.org | 87no0o.no-ip.biz | 9noseqwa.no-ip.info |
| 5nosequa.no-ip.info | 7aaaaaaa7.no-ip.biz | 887744.no-ip.org | 9o9o1.no-ip.biz |
| 5ra123.zapto.org | 7abibi.no-ip.org | 88harrington.no-ip.org | 9x2y.no-ip.biz |
| 5s1.no-ip.info | 7afz.no-ip.biz | 88siegfried.no-ip.org | a-alosh.no-ip.biz |
| 5sara.no-ip.biz | 7alawa3antably.no-ip.biz | 893hiui23b.no-ip.biz | a-n.zapto.org |
| 602.no-ip.info | 7alwachi.no-ip.info | 8956584.servegame.com | a-troy.no-ip.biz |
| 60exit.no-ip.biz | 7amodeh.no-ip.biz | 8jd.no-ip.org | a-ys2233.no-ip.biz |
| 60turki.no-ip.biz | 7ara.no-ip.biz | 8l8.no-ip.biz | a.myftp.biz |
| 610701299.zapto.org | 7atab.no-ip.org | 8l8.zapto.org | a.servecounterstrike.com |
| 6138.no-ip.biz | 7azimoo.no-ip.biz | 8nosequa.no-ip.info | a1000d.no-ip.biz |
| 620062006200.no-ip.org | 7azoo.no-ip.biz | 8s5.no-ip.info | a11ever.no-ip.org |
| 630148.no-ip.biz | 7bk2na.no-ip.biz | 8sot.zapto.org | a12.no-ip.org |
| 6306921.no-ip.biz | 7exploit.no-ip.org | 8uaiks6wp1qf609.servebeer.com | a1236.no-ip.org |
| 633knicolas.no-ip.biz | 7ma.no-ip.biz | 8zy.no-ip.info | a1604.no-ip.biz |
| 65432.no-ip.org | 7medel9ird.zapto.org | 911.no-ip.info | a1s2d3.no-ip.org |
| 66.zapto.org | 7moosh.no-ip.biz | 911018.no-ip.org | a2013a.no-ip.org |
| 662121.no-ip.info | 7n.no-ip.biz | 911ivana.zapto.org | a2014.no-ip.biz |
| 665520014.no-ip.org | 7no0.no-ip.org | 91743685.no-ip.org | a22ali.no-ip.org |
| 666666555.no-ip.org | 7nosequa.no-ip.info | 93152659961.no-ip.biz | a2k.no-ip.info |
| 666computer.no-ip.org | 7oby.zapto.org | 9543.no-ip.biz | a2o88.myftp.org |
| 666hacker.no-ip.org | 7oda0123.no-ip.biz | 95b.no-ip.org | a33a.no-ip.biz |
| 67k.no-ip.info | 7odalove0.no-ip.biz | 974tg364.myftp.org | a35.no-ip.biz |
| 684974.no-ip.org | 7oka.no-ip.info | 98765432112345.no-ip.org | a3ani.myftp.biz |
| 69.zapto.org | 7oksinnik.zapto.org | 991199.no-ip.biz | a3b4.no-ip.org |
| 693373182.no-ip.info | 7ooda.myvnc.com | 99663322malak.no-ip.biz | a3chek23.zapto.org |
| 6939147.no-ip.biz | 7ouda225588.no-ip.biz | 99881.zapto.org | a3zx.no-ip.biz |
| 6969ojkripp.zapto.org | 7oussem.zapto.org | 999hack999.no-ip.biz | a45671231266.no-ip.org |
| 69luizh.no-ip.biz | 7qn.no-ip.biz | 999mostafa999.no-ip.org | a4lt.no-ip.biz |
| 69sara69.no-ip.biz | 7rsjhnm.no-ip.biz | 99rat.no-ip.org | a50406831221.no-ip.org |
| 6l6l30.no-ip.org | 7sdjela222.no-ip.info | 9adour.zapto.org | a5boff.no-ip.biz |
| 6nosequa.no-ip.info | 7soon.no-ip.biz | 9ahbamibouna.no-ip.biz | a5tani.no-ip.org |
| 6rab.servemp3.com | 7totchii.no-ip.biz | 9amoo.zapto.org | a733.no-ip.biz |
| 7011.no-ip.org | 7vp.no-ip.info | 9br.no-ip.biz | a7777a.no-ip.org |
| 704292.no-ip.org | 7x7.no-ip.biz | 9br.no-ip.info | a7a-3lekk.no-ip.biz |
| 73ad7unt3rz.no-ip.org | 7zabw.no-ip.org | 9br.no-ip.org | a7a12.no-ip.org |
| 73d7unt3rz.no-ip.org | 7ze.no-ip.org | 9brejram.no-ip.biz | a7aaa.zapto.org |
| 755.no-ip.org | 8.no-ip.biz | 9brejram.no-ip.info | a7abaa.no-ip.info |

| | | | |
|---|---|---|---|
| a7eh.no-ip.biz | aaamt9osmzt.no-ip.info | abassadeq1212.no-ip.biz | abdelaziz9967.no-ip.biz |
| a7kimli7.no-ip.org | aaaqqq00.no-ip.info | abaz.no-ip.biz | abdeldjebar5.no-ip.biz |
| a7l1.no-ip.biz | aaasss.no-ip.org | abbas103068.no-ip.biz | abdelghani.no-ip.biz |
| a7m.zapto.org | aaba.zapto.org | abbas123.no-ip.biz | abdelhack.zapto.org |
| a7mdq8.no-ip.biz | aabbrrh.no-ip.biz | abbas1234.no-ip.org | abdelkader00000.no-ip.org |
| a7med-1991.no-ip.biz | aabod8.no-ip.biz | abbas333.no-ip.biz | abdelkaderh.no-ip.org |
| a7med14.no-ip.info | aaccf16.no-ip.org | abbas9999.no-ip.biz | abdellah-rhimoute.no-ip.biz |
| a7medh1.no-ip.org | aah6200.no-ip.biz | abbashacker2014.no-ip.biz | abdellah21.no-ip.biz |
| a7meer.zapto.org | aahhmmaadd.no-ip.biz | abbccc.zapto.org | abdelmalk11.zapto.org |
| a7mmmer.no-ip.biz | aahhmmnn0111212.zapto.org | abbyrstill.no-ip.org | abdenour269.no-ip.biz |
| a7mos111.no-ip.biz | aahhww12.zapto.org | abcd11.no-ip.org | abderrahma94.no-ip.biz |
| a7s3s.no-ip.info | aahmedsaad.no-ip.biz | abcd123.no-ip.org | abderrahmenghomari.no-ip.biz |
| a7sahmed.no-ip.org | aalniami1.no-ip.biz | abcd5.no-ip.org | abderraouf.no-ip.biz |
| a7sd.no-ip.biz | aamimer77.zapto.org | abcdef1234.no-ip.biz | abdessalemayari.no-ip.biz |
| a7t.no-ip.info | aammdd.no-ip.org | abcjeffpwn.no-ip.biz | abdessamad07.no-ip.biz |
| a7tqar.no-ip.biz | aammee.no-ip.org | abctest123.no-ip.info | abdka.no-ip.biz |
| a7zaan.no-ip.biz | aano177.no-ip.biz | abd.zapto.org | abdll.no-ip.biz |
| a8a.no-ip.info | aaqqaa.no-ip.biz | abd09.no-ip.org | abdmahmad.no-ip.biz |
| a8f7stftg.no-ip.biz | aass.no-ip.biz | abd0933.no-ip.biz | abdo-0x00.no-ip.biz |
| a91.no-ip.biz | aassaa.no-ip.biz | abd8492.no-ip.biz | abdo-kech.no-ip.biz |
| a9d9b9a1.no-ip.org | aassddff.no-ip.biz | abd95.no-ip.org | abdo11.no-ip.biz |
| aa-xxxx-aa.no-ip.info | aassddffhhg.noip.me | abdakawkadour.zapto.org | abdo1974.no-ip.biz |
| aa1.no-ip.info | aassddtrojan.no-ip.biz | abdala12345.no-ip.biz | abdo2.no-ip.biz |
| aa11bb22.serveblog.net | aassdsfgfhjh.no-ip.biz | abdalali20.no-ip.org | abdo3211997.no-ip.org |
| aa123.zapto.org | aassmmmm.no-ip.biz | abdalbeatyqqqq.no-ip.biz | abdo5041.zapto.org |
| aa123qaa.no-ip.org | aassww.zapto.org | abdali236.no-ip.biz | abdo545.zapto.org |
| aa22aa.no-ip.biz | aatatatata.sytes.net | abdalkareem1232.no-ip.biz | abdo677.no-ip.biz |
| aaa22aaa22.no-ip.biz | aaxxaa.no-ip.biz | abdalkareem12345.no-ip.biz | abdo7070.zapto.org |
| aaaa12.no-ip.info | aay.zapto.org | abdall123.no-ip.biz | abdo83as.no-ip.biz |
| aaaa53822.zapto.org | aaz.zapto.org | abdalla111.no-ip.biz | abdo999.no-ip.biz |
| aaaa5555.no-ip.biz | aazzoo74.no-ip.org | abdallah2042.no-ip.biz | abdoags.no-ip.biz |
| aaaa9900.no-ip.biz | ab15.zapto.org | abdallah2921.no-ip.biz | abdoaljoker0.no-ip.biz |
| aaaaaa123.no-ip.biz | ab2nour.no-ip.org | abdallah7.no-ip.biz | abdobbbbbbbb.zapto.org |
| aaaaaa2013.no-ip.biz | ab34.zapto.org | abdallahla.no-ip.org | abdobeso.no-ip.biz |
| aaaaaaaaaa.no-ip.info | abadi0565.no-ip.org | abdallakahg.no-ip.org | abdohackerman.no-ip.biz |
| aaaaaaaaddd.zapto.org | abadi507.no-ip.biz | abdallh0592.no-ip.biz | abdokamal122.no-ip.biz |
| aaaad.no-ip.org | abady12.zapto.org | abdalrhman400.no-ip.org | abdolarg.zapto.org |
| aaaass.zapto.org | abanas19.no-ip.biz | abdalmomenaga.no-ip.org | abdolibya2000.no-ip.biz |
| aaaassss11.no-ip.biz | abanoub70.no-ip.info | abdalrauf.no-ip.org | abdolol.no-ip.biz |
| aaaazzzz9999000.no-ip.biz | abas12.no-ip.biz | abdalrhman199.no-ip.biz | abdoma.no-ip.biz |
| aaabbb888ccc.zapto.org | abasali66.no-ip.org | abde.zapto.org | abdomardessi.no-ip.info |
| aaabod.zapto.org | abasalkrde.zapto.org | abdel001.no-ip.biz | abdomoha2014.no-ip.org |
| aaalaiai.no-ip.biz | | abdelatif14.no-ip.org | abdonhacker.no-ip.biz |

4

abdonia.zapto.org
abdoo1254.no-ip.biz
abdooos.no-ip.biz
abdoraul.no-ip.biz
abdosakr.no-ip.biz
abdosawtn.no-ip.org
abdostoon.no-ip.biz
abdotec.no-ip.biz
abdotez.no-ip.biz
abdou-dido.no-ip.biz
abdou-dz.zapto.org
abdou-hacker.zapto.org
abdou-joker.no-ip.biz
abdou.myftp.biz
abdou0.no-ip.biz
abdou07.no-ip.biz
abdou10404.no-ip.biz
abdou127.no-ip.biz
abdou1993.no-ip.org
abdou1998.no-ip.biz
abdou33.no-ip.info
abdou44.no-ip.biz
abdouabdou.no-ip.org
abdouannabi.no-ip.biz
abdouannabi.no-ip.org
abdoudiga88.zapto.org
abdoudoudou1.no-ip.biz
abdouhb.zapto.org
abdouilyes.no-ip.biz
abdoukhlif.zapto.org
abdoulinx.no-ip.biz
abdounole04.sytes.net
abdouopss.no-ip.biz
abdousn4.no-ip.biz
abdousolo2.no-ip.biz
abdouwa14.no-ip.biz
abdouz2003.no-ip.biz
abdrahman1234.no-ip.biz
abdrhamn.no-ip.biz
abdsaad.no-ip.biz
abdssamad123.no-ip.biz
abdu-hacker.no-ip.biz
abdulaziz1260.no-ip.org

abdulgbar.no-ip.biz
abdulla.zapto.org
abdulla99.no-ip.biz
abdullah-hacker.no-ip.biz
abdullah123.no-ip.biz
abdullah199780.no-ip.info
abdullahalashy.no-ip.org
abdullahalkadri.no-ip.biz
abdullahasim78.zapto.org
abdullayamal100.no-ip.biz
abdullh.no-ip.org
abdullh07.no-ip.biz
abdulsamaddurrani.zapto.org
abdurhman.no-ip.biz
abdw.zapto.org
abed11.no-ip.biz
abed2014.no-ip.info
abede.no-ip.biz
abedhero.no-ip.biz
abedmoghari.no-ip.biz
abettor.zapto.org
abgortech2.no-ip.org
abgw18.no-ip.biz
abhacracker.no-ip.biz
abi1.no-ip.biz
abidikgubudik.zapto.org
abnalmot.no-ip.biz
abo-7sen.no-ip.biz
abo-fr7.no-ip.biz
abo-hob.no-ip.biz
abo.sytes.net
abo0odex.no-ip.biz
abo0odx.no-ip.biz
abo0ody3ksa.zapto.org
abo0saod.no-ip.org
abo3abd.zapto.org
abo3aid.no-ip.org
abo3beed.no-ip.org
abo3dy.noip.me
abo3thab.no-ip.info
abo6na.no-ip.org
abo7sen.no-ip.biz
aboa7dhack.no-ip.biz

aboalanis.no-ip.org
aboali994.no-ip.biz
aboalzain.no-ip.biz
aboasssem.no-ip.biz
abocasse.zapto.org
abod55.zapto.org
aboda.no-ip.biz
abodation88.no-ip.biz
abode-eyno.no-ip.org
abode14191.no-ip.biz
abodee963.no-ip.org
abodehaked22.no-ip.biz
abodi.no-ip.biz
abodi0.zapto.org
abodi999.zapto.org
abodxo.no-ip.org
abody12.no-ip.biz
abody200-hakerz.no-ip.biz
abody2020aa.no-ip.biz
abodz.no-ip.biz
aboeaarb12.no-ip.biz
aboelyazzed.no-ip.biz
abofaisal123.no-ip.info
abofarees.no-ip.biz
abogafora.no-ip.biz
abogbar.no-ip.biz
abohack.no-ip.biz
abohiam.no-ip.biz
abojwad.no-ip.biz
abokaram.no-ip.biz
abokarim.no-ip.biz
abolawe.no-ip.biz
abomiar.no-ip.biz
abonzah.no-ip.biz
abood-97.no-ip.biz
abood-albalooshi.no-ip.biz
abood-hack009.no-ip.biz
abood-hacker009.no-ip.biz
abood23400999.no-ip.biz
abood69.no-ip.biz
abood8970.no-ip.biz
aboodahmed21.no-ip.biz
aboode09.no-ip.biz

aboode1998.no-ip.biz
aboodhacker511.no-ip.info
aboodking6574e.no-ip.org
aboody05544.no-ip.biz
abooood90.no-ip.org
aboooody.hopto.org
abooood24.no-ip.biz
abooood95.zapto.org
aboot.zapto.org
aboothman97.sytes.net
aborad.zapto.org
aborana.no-ip.biz
abosaad.no-ip.info
abosaleeh.no-ip.info
aboshangl.no-ip.biz
aboslasl-909.no-ip.biz
abosmra.no-ip.biz
abosom3a.zapto.org
abosom3a2020.zapto.org
abosomaa.zapto.org
abou9oudama.no-ip.org
aboud.no-ip.org
aboudeeeh.no-ip.biz
aboudmonster.no-ip.biz
aboulkacem.no-ip.biz
abououtia.no-ip.biz
abovelife1.no-ip.biz
aboxx.redirectme.net
abrak-adabra.zapto.org
abramo.zapto.org
abrar.zapto.org
abs22300.no-ip.biz
absolumdjs3t.no-ip.biz
absolutes.no-ip.org
abu-b2.no-ip.biz
abu-fares.no-ip.biz
abu-saleh.no-ip.biz
abu-sarah.no-ip.biz
abu7mmmmm.no-ip.biz
abual3ez.no-ip.biz
abualiok.no-ip.biz
abualjok.no-ip.biz
abubakartradings.no-ip.biz

| | | | |
|---|---|---|---|
| abucyber.no-ip.biz | achraf741.no-ip.biz | adeekmnta7t.no-ip.biz | admin24.zapto.org |
| abudhabi90.zapto.org | achrafachraf.no-ip.org | adeka15.no-ip.org | admin25.no-ip.biz |
| abuel3osh.no-ip.biz | achrafbouassria.no-ip.biz | adel-16.no-ip.org | admin771.no-ip.biz |
| abug76.no-ip.biz | achraflhou.no-ip.biz | adel-boudjema.no-ip.biz | admin9.no-ip.org |
| abuhawa.no-ip.biz | achrafx1.no-ip.biz | adel04.no-ip.org | admin99.no-ip.org |
| abuja2013.no-ip.org | achrafxfares.no-ip.biz | adel3641.no-ip.biz | admindell.no-ip.biz |
| abujazar.no-ip.biz | achreeef.no-ip.biz | adeldk.no-ip.biz | admininmyself.no-ip.biz |
| abujoud2011.no-ip.biz | achref007.no-ip.biz | adeldola.no-ip.biz | adminirq.no-ip.biz |
| abukamal.hopto.org | achrefshar.no-ip.org | adeldzx.no-ip.biz | adminisis.no-ip.biz |
| abulibbeh99.zapto.org | achterqkm.no-ip.org | adelsadek.no-ip.info | adminj.noip.me |
| abumajed1.no-ip.biz | achx.zapto.org | adem-team.zapto.org | admins.bounceme.net |
| abumohmmad202.no-ip.biz | acid2.servemp3.com | adem1996.no-ip.info | adminsco-fc22af.zapto.org |
| abundenksery.no-ip.biz | acideburn.myftp.biz | ademdz12.zapto.org | adminturkskung.no-ip.info |
| abuosama.zapto.org | acideburn.no-ip.info | ademmax.no-ip.biz | admiral184.no-ip.info |
| aburimas.zapto.org | acidmoney.no-ip.biz | ademnounou.hopto.org | admz.zapto.org |
| abus.sytes.net | acidreeflux.no-ip.biz | ademnounou.myftp.org | adn2013hack.no-ip.biz |
| abus3eed.no-ip.biz | acu02.myftp.biz | ademnounou.no-ip.biz | adnan.myftp.biz |
| abuwissam.no-ip.biz | ad-fema.no-ip.biz | adencyber.no-ip.biz | adnan166.no-ip.biz |
| abuzaiddoser.no-ip.org | ad123ag1ga2.sytes.net | adengdrh.no-ip.biz | adnan1991q.no-ip.biz |
| abuzid1993.no-ip.org | ad713.no-ip.biz | ader.zapto.org | adnan1998.no-ip.biz |
| abydullahkingipiwe.no-ip.biz | adadadadad.no-ip.org | aderalasad.no-ip.biz | adnan58.zapto.org |
| abyugoss.no-ip.biz | adam-251.no-ip.biz | adfree-aru.zapto.org | adnan72.sytes.net |
| ac-ac.no-ip.biz | adam1994.zapto.org | adgjsgy.servebeer.com | adnan7777.no-ip.biz |
| ac-acc.no-ip.biz | adam96.no-ip.info | adhem1984.no-ip.biz | adnanadnan.no-ip.biz |
| acab04.no-ip.biz | adam99.no-ip.biz | adiesmadi.hopto.org | adnanalharere.no-ip.biz |
| acab05.no-ip.biz | adamasifer.no-ip.biz | adil26.no-ip.org | adnane.no-ip.biz |
| access.serveblog.net | adamdam.zapto.org | adil95.no-ip.biz | adnanehacker.no-ip.biz |
| accesshacker.no-ip.biz | adamdc.no-ip.org | adilalmathkor.no-ip.biz | adnanehacker.no-ip.org |
| account1.no-ip.info | adamdeep.no-ip.org | adilnice.zapto.org | adnanking.no-ip.org |
| accounts22.no-ip.biz | adamdz.no-ip.biz | adilos30.no-ip.biz | adnanza.no-ip.biz |
| acelox.no-ip.biz | adaminosss.no-ip.biz | adipluto.no-ip.biz | adnaps.no-ip.biz |
| acestbh.no-ip.org | adampk199.no-ip.biz | adlan051.no-ip.org | adnenlamya4ever.no-ip.biz |
| acewingserver.no-ip.info | adampklol.no-ip.biz | adlanebelabbas.no-ip.biz | adnenyousfi.no-ip.biz |
| ach-saw.no-ip.org | adblomya7med822.servebeer.com | admd1.no-ip.biz | adnetwork33.redirectme.net |
| achmed55.no-ip.org | add123.no-ip.biz | admin-b.no-ip.org | adobe-air.sytes.net |
| achmodahacker.no-ip.biz | addagothavo-2012.no-ip.biz | admin-control.servebeer.com | adobe-check.no-ip.biz |
| achour321.no-ip.org | addahost21.no-ip.biz | admin-dz.no-ip.biz | adobe.servehttp.com |
| achr4f.no-ip.biz | addhack00.no-ip.biz | admin-dz.no-ip.org | adobeflash.servehttp.com |
| achraf-axraf.no-ip.biz | addmazehprod.no-ip.org | admin-h.no-ip.biz | adobeflashupdater.no-ip.biz |
| achraf-hm.no-ip.info | addmefast.no-ip.biz | admin-hack.no-ip.biz | adobes.no-ip.biz |
| achraf.no-ip.biz | addmefast.no-ip.org | admin111.no-ip.info | adobflashplyer.sytes.net |
| achraf123.no-ip.biz | addonss.zapto.org | admin1yahoo.myvnc.com | adoh.no-ip.org |
| achraf18.no-ip.biz | adeboyeking.zapto.org | admin222admin.no-ip.biz | adolf2013.sytes.net |

6

| | | | |
|---|---|---|---|
| adpopup.hopto.org | afnan-mrtza.no-ip.biz | ahlawii.no-ip.org | ahmadindex12.no-ip.biz |
| adrees1.no-ip.biz | afreecatv.no-ip.info | ahlem12.no-ip.biz | ahmadkifre.zapto.org |
| adres8877.zapto.org | africa147.no-ip.biz | ahloubiya.zapto.org | ahmadkurdi.zapto.org |
| adri14gay.no-ip.biz | afrinaadnan.no-ip.org | ahm55.no-ip.biz | ahmadkurdi2013.no-ip.info |
| adrian123.no-ip.biz | afroup.sytes.net | ahmad-88ahmad.no-ip.biz | ahmado.no-ip.biz |
| adrianmalware.zapto.org | ag-hacking.no-ip.biz | ahmad-ahmad99.no-ip.biz | ahmadoahmado.no-ip.biz |
| adrianohost.no-ip.org | agadir.zapto.org | ahmad-almasri.no-ip.biz | ahmadov.no-ip.info |
| adrianox4.no-ip.biz | agadir14.zapto.org | ahmad-nareman.no-ip.biz | ahmadpro.no-ip.biz |
| adrianrdc.no-ip.biz | agadir615.zapto.org | ahmad-s.no-ip.biz | ahmadrahim.no-ip.biz |
| adriennethierry.no-ip.org | agadirhusa.servemp3.com | ahmad007.zapto.org | ahmadriimawi1998a.zapto.org |
| adroadro.zapto.org | agafa.no-ip.org | ahmad01142730735.no-ip.biz | ahmadrimawi1998a.zapto.org |
| adrobal23.no-ip.org | agamy.zapto.org | ahmad07.no-ip.biz | ahmadshakir.no-ip.biz |
| adroid.no-ip.org | agent-spy.no-ip.biz | ahmad078551.no-ip.org | ahmadsyrian.no-ip.biz |
| adrou.no-ip.biz | agent00.no-ip.biz | ahmad111.zapto.org | ahmadwayak3.no-ip.biz |
| adsgavetti2.no-ip.biz | agenzia2000.no-ip.org | ahmad112233.no-ip.biz | ahmadx9.no-ip.biz |
| adshadosh.no-ip.biz | agfiesta.zapto.org | ahmad116.no-ip.biz | ahmadzana.no-ip.biz |
| adsl2020.serveblog.net | aghabiou.no-ip.biz | ahmad1212.noip.me | ahmaed015.no-ip.biz |
| adsw.zapto.org | aghayesilence.no-ip.biz | ahmad122.no-ip.biz | ahmda.zapto.org |
| adthos.no-ip.org | aghilesdex.no-ip.biz | ahmad123456.zapto.org | ahmdali.no-ip.biz |
| adv3nste5.no-ip.biz | agmal.no-ip.org | ahmad12345678910.no-ip.biz | ahmdddd.no-ip.biz |
| adventurousxxx.no-ip.biz | agoogo.no-ip.biz | ahmad123test.no-ip.biz | ahmed-ahmedmr.no-ip.biz |
| adxcxdfdf.no-ip.biz | agor.zapto.org | ahmad12test.no-ip.biz | ahmed-angle.zapto.org |
| adz-zahdl.no-ip.biz | agoun.no-ip.biz | ahmad1test.no-ip.biz | ahmed-bahri1.no-ip.org |
| ae22114.no-ip.biz | agram.no-ip.biz | ahmad212.no-ip.biz | ahmed-benabdallah12.no-ip.biz |
| aead1983.no-ip.info | agressiv.no-ip.biz | ahmad242.no-ip.info | ahmed-drz.no-ip.biz |
| aeeaaeea.zapto.org | aguili747.no-ip.biz | ahmad33.no-ip.org | ahmed-forget.no-ip.biz |
| aehabtalb.no-ip.biz | agy110.no-ip.org | ahmad512512.no-ip.info | ahmed-hacker.no-ip.biz |
| aekdz.no-ip.org | ah28med.no-ip.biz | ahmad753.no-ip.biz | ahmed-hacker.zapto.org |
| aeladlany.no-ip.biz | ah99.no-ip.info | ahmad7w.no-ip.biz | ahmed-hacker20.no-ip.biz |
| aesam2013.zapto.org | aha76.no-ip.biz | ahmada170.no-ip.biz | ahmed-hacker21.no-ip.biz |
| aeven.no-ip.biz | ahad1212.no-ip.biz | ahmadaa.no-ip.biz | ahmed-hacker50.no-ip.biz |
| aezakmigusnhde.no-ip.biz | ahadx1.no-ip.biz | ahmadaa5.zapto.org | ahmed-nr.no-ip.biz |
| af1.no-ip.org | ahaeek.zapto.org | ahmadalazawy.no-ip.biz | ahmed00007.no-ip.biz |
| afable.no-ip.biz | ahahaehah.no-ip.biz | ahmadali1231.no-ip.biz | ahmed02200.no-ip.biz |
| afam.zapto.org | ahat1999922.no-ip.biz | ahmadalrassam.no-ip.biz | ahmed0772.no-ip.biz |
| afaw123.no-ip.biz | ahatboy.no-ip.info | ahmadas3ad.no-ip.org | ahmed10101097.no-ip.info |
| afcaontour.no-ip.biz | ahcker12.no-ip.biz | ahmadaziz.zapto.org | ahmed112233.zapto.org |
| afcopening.zapto.org | ahed2014.no-ip.biz | ahmaddairyking.no-ip.biz | ahmed1219997.no-ip.biz |
| affan546.no-ip.biz | ahfid.no-ip.org | ahmadddddd.no-ip.biz | ahmed1222.no-ip.biz |
| affaqfutur.no-ip.biz | ahhmedvpv123.zapto.org | ahmaddddd362.zapto.org | ahmed12300.no-ip.biz |
| affe1338.zapto.org | ahipster.no-ip.org | ahmaddyar.no-ip.biz | ahmed123123.zapto.org |
| afghani.no-ip.org | ahkimlih.no-ip.biz | ahmadfull.no-ip.biz | ahmed1233.no-ip.biz |
| afgjkwerfsfafsdfh.zapto.org | ahla3omer.no-ip.biz | ahmadhost.no-ip.biz | ahmed12341.no-ip.biz |

| | | | |
|---|---|---|---|
| ahmed1234ahmed11.no-ip.biz | ahmedelpoop.no-ip.org | ahmedo.no-ip.org | aimen1.no-ip.org |
| ahmed142.no-ip.biz | ahmeden2005.no-ip.biz | ahmedoh.zapto.org | aimen99.no-ip.biz |
| ahmed16.no-ip.org | ahmedevil.no-ip.biz | ahmedparosh.no-ip.biz | aimenmino123.no-ip.biz |
| ahmed1991.no-ip.org | ahmedfarena.no-ip.biz | ahmedpin209.no-ip.biz | aimer.no-ip.biz |
| ahmed1992ahmed.no-ip.org | ahmedfhjq.no-ip.biz | ahmedps8.no-ip.biz | aimeric356.no-ip.org |
| ahmed2013sh.no-ip.biz | ahmedfrhad.no-ip.biz | ahmedsami222.no-ip.org | aimnbadr.no-ip.biz |
| ahmed2040.no-ip.biz | ahmedfuker.zapto.org | ahmedsasker.no-ip.biz | aimnehack21.no-ip.biz |
| ahmed233.no-ip.biz | ahmedgamal71091.no-ip.biz | ahmedsasker.zapto.org | aimoore.no-ip.org |
| ahmed2401.no-ip.biz | ahmedha1111111.no-ip.biz | ahmedsd2014.no-ip.biz | ainab.no-ip.biz |
| ahmed3.no-ip.biz | ahmedhacker.zapto.org | ahmedsief.no-ip.org | ainhorn07.no-ip.biz |
| ahmed3x.no-ip.org | ahmedhacker100.no-ip.info | ahmedsss.no-ip.info | airamasfaraiteme.zapto.org |
| ahmed451997.no-ip.biz | ahmedhackiq.no-ip.biz | ahmedsss250.no-ip.biz | aircrackngsec4.no-ip.biz |
| ahmed53a.no-ip.biz | ahmedhafez000.no-ip.biz | ahmedtah.zapto.org | airforce1337.zapto.org |
| ahmed666.no-ip.biz | ahmedhahmeda.no-ip.biz | ahmedtr.myftp.biz | aironx.no-ip.biz |
| ahmed702597.zapto.org | ahmedhaker5.no-ip.biz | ahmedwali.no-ip.org | airwayfun.no-ip.biz |
| ahmed73.zapto.org | ahmedhamed.no-ip.biz | ahmedxman889.no-ip.biz | airyprogamer.no-ip.info |
| ahmed77862.no-ip.biz | ahmedhazim.no-ip.biz | ahmedxxx.no-ip.biz | aishacker42.no-ip.biz |
| ahmed85.no-ip.info | ahmedhelmy7552.no-ip.biz | ahmedxxx.no-ip.org | aissaaissaaissa.no-ip.info |
| ahmed88.no-ip.biz | ahmedhkr22.no-ip.biz | ahmedyy8888.no-ip.biz | aissaban03.no-ip.biz |
| ahmeda1991.no-ip.biz | ahmedhmoodylove.no-ip.biz | ahmedzain1111.no-ip.biz | aissam1996.no-ip.biz |
| ahmedadly.no-ip.info | ahmedhosny12340.no-ip.biz | ahmedzarga5.no-ip.biz | aissam22.no-ip.biz |
| ahmedalaoad.zapto.org | ahmedihsane.no-ip.biz | ahmeed11995qq.no-ip.biz | aissani.no-ip.biz |
| ahmedalasady631.no-ip.biz | ahmediraqi77.no-ip.biz | ahmeednopee.no-ip.biz | aissaxd2.no-ip.biz |
| ahmedalasady7.no-ip.biz | ahmedisaa.zapto.org | ahmen.no-ip.biz | aisssssa.no-ip.biz |
| ahmedalfurjani.no-ip.biz | ahmedkhudair.no-ip.org | ahmetacar26.no-ip.biz | ajdaljds.zapto.org |
| ahmedali23719.no-ip.biz | ahmedkillerzz.zapto.org | ahmetozgur.zapto.org | ajeeb.zapto.org |
| ahmedalobaedy.no-ip.biz | ahmedkurdih2.no-ip.biz | ahmidada.no-ip.org | ajeje.zapto.org |
| ahmedalrosy11.no-ip.org | ahmedlove85454.no-ip.org | ahmznh.no-ip.biz | ajm-error.no-ip.biz |
| ahmedaltaee.no-ip.biz | ahmedluxoor.no-ip.biz | ahrarazaz.no-ip.biz | ak477.no-ip.biz |
| ahmedalx.no-ip.org | ahmedm4e.no-ip.biz | ahriman.no-ip.info | aka.zapto.org |
| ahmedamenhacker.no-ip.biz | ahmedmaalej30.no-ip.biz | ahwazhackerz.no-ip.biz | aka47host.no-ip.biz |
| ahmedan12.no-ip.biz | ahmedmaher1122.no-ip.biz | ahxbooy.no-ip.biz | akac0n.no-ip.org |
| ahmedasamk.no-ip.biz | ahmedmahmoud55.no-ip.org | aiai.no-ip.biz | akaenoconcernu.no-ip.biz |
| ahmedbanzarti1.no-ip.biz | ahmedmasry.no-ip.biz | aidaro7.no-ip.biz | akafoo.no-ip.biz |
| ahmedbarzan.no-ip.org | ahmedmax76.no-ip.biz | ail313.no-ip.org | akakttttt.zapto.org |
| ahmedbhy991.no-ip.org | ahmedmeda.no-ip.biz | ail44.no-ip.biz | akalogio.no-ip.org |
| ahmedchucky111.no-ip.biz | ahmedmero9804.no-ip.biz | ailail07821532043.no-ip.biz | akam1998.no-ip.biz |
| ahmedchucky113.zapto.org | ahmedmohamed.servemp3.com | aillas.no-ip.biz | akam2hack.no-ip.biz |
| ahmedconsole.no-ip.org | ahmedmoskla.no-ip.biz | ailmostafa.no-ip.biz | akamhalabja.hopto.org |
| ahmedddd.no-ip.org | ahmedmustafagaza.no-ip.biz | aimadhaizer.no-ip.org | akamhalabja.no-ip.biz |
| ahmeddr6l8h.no-ip.biz | ahmednjrat1111.no-ip.biz | aiman555.zapto.org | akasapozuelo.no-ip.biz |
| ahmedelbeiany.no-ip.biz | ahmednoufal95.no-ip.biz | aimanfalah.no-ip.biz | akatsuki.no-ip.info |
| ahmedelhaker.no-ip.info | ahmednt.no-ip.org | aimanfalah24.no-ip.biz | |

| | | | |
|---|---|---|---|
| akatsuki1991.no-ip.biz | al7oo0oot.sytes.net | alahamadi123.no-ip.biz | alberto115.no-ip.info |
| akbaba247.no-ip.org | al7oot.zapto.org | alahh-akbar.no-ip.biz | albrans.no-ip.biz |
| akbar10000.no-ip.biz | al8alb-al7azin.zapto.org | alajmi-1992.zapto.org | albt.no-ip.biz |
| akeelakeel0.no-ip.biz | alaa-elmasry009.no-ip.info | alakam5.zapto.org | alcatrazhacker.no-ip.biz |
| akeem3.no-ip.biz | alaa1010.no-ip.biz | alakam55.zapto.org | alchemacheck.no-ip.biz |
| akeem5.no-ip.biz | alaa11.no-ip.org | alakrab1212.no-ip.biz | alcongress.no-ip.biz |
| akeem7.no-ip.biz | alaa12345678.no-ip.biz | alalalaala.no-ip.org | alcovex.no-ip.info |
| akhchidi1234.no-ip.biz | alaa13199595.no-ip.biz | alalawy.no-ip.biz | aldaaq.no-ip.biz |
| akhchidi12345.no-ip.biz | alaa3.no-ip.org | alamam.no-ip.org | aldalfy.hopto.org |
| akhlis.no-ip.biz | alaa5.no-ip.org | alan-a.no-ip.biz | aldalfy.zapto.org |
| akifmest.no-ip.biz | alaa55.no-ip.org | aland.no-ip.org | aldata.redirectme.net |
| akikhi.no-ip.biz | alaa84aa.no-ip.biz | aland33.no-ip.org | aldemoo.no-ip.biz |
| akode121212.no-ip.biz | alaaaaaa.no-ip.biz | alandz.no-ip.biz | aldiwani.no-ip.biz |
| akogoran.no-ip.biz | alaaaddin4.no-ip.org | alanhost14.zapto.org | aleatrio.no-ip.org |
| akon007.no-ip.biz | alaaaddin6.no-ip.org | alankpot88811.no-ip.org | aleemali90.no-ip.org |
| akonpop200.no-ip.biz | alaaadly.no-ip.biz | alanlover.no-ip.biz | alekos12.no-ip.org |
| akramalkatalony.no-ip.biz | alaaahmad.no-ip.biz | alanod1990.no-ip.biz | aleksandar0.no-ip.biz |
| akramd.no-ip.biz | alaaalmalki.no-ip.org | alaoui05.no-ip.biz | aleksiixx.no-ip.biz |
| akramekokira.no-ip.biz | alaaawad1990.no-ip.biz | alareqe2014.no-ip.biz | alenkpot99.no-ip.org |
| akramhdi1.zapto.org | alaabasri1977.no-ip.biz | alarg.no-ip.biz | alerta.no-ip.biz |
| akraminou123.no-ip.biz | alaael1.no-ip.org | alarzen.zapto.org | alessio2013.zapto.org |
| akramlove.no-ip.org | alaakess.no-ip.biz | alasadic4j.no-ip.biz | alex112.no-ip.biz |
| akramreko.zapto.org | alaakh2.no-ip.biz | alasd2014.zapto.org | alex1987.no-ip.biz |
| akramsaw.no-ip.biz | alaalacanon.no-ip.biz | alasmar.no-ip.biz | alexanderaouf.no-ip.biz |
| akrmlraq.no-ip.biz | alaamcahack0098.no-ip.biz | alassad.no-ip.biz | alexandre78.no-ip.org |
| aksacli599.zapto.org | alaamer.no-ip.biz | alaswad7.sytes.net | alexandregouveia.no-ip.org |
| aktam04.no-ip.info | alaamessi.no-ip.biz | alavera.no-ip.org | alexbastie.no-ip.org |
| al-5alid.no-ip.biz | alaamessi11.no-ip.biz | alawe.zapto.org | alexchicothailand.no-ip.biz |
| al-9a38h.no-ip.biz | alaamhmmad.zapto.org | alawi.myftp.biz | alexis-db.no-ip.biz |
| al-ahlii.no-ip.org | alaamix.no-ip.biz | alawialhacker.no-ip.biz | alexoo.zapto.org |
| al-astshary.no-ip.biz | alaamomed.no-ip.biz | alawimm.no-ip.biz | alexsanwomi.no-ip.org |
| al-bazoooka.no-ip.info | alaanoor.no-ip.biz | alawy12.no-ip.biz | alexstraszasdream.zapto.org |
| al-gareh.no-ip.biz | alabama1802.zapto.org | alaywer.zapto.org | alextheshitcorreia.no-ip.biz |
| al-harbi.no-ip.biz | alabamanews.zapto.org | alazobi.no-ip.org | alexysyria90.no-ip.org |
| al-m7trm.no-ip.biz | aladile-hacker.no-ip.biz | albaalba.no-ip.biz | alfa1000.zapto.org |
| al-zubaidy.no-ip.biz | aladinbarcelone.no-ip.biz | albahekk.no-ip.biz | alfa159.zapto.org |
| al00i.no-ip.biz | aladinoh96.no-ip.biz | albassami.no-ip.biz | alfaalfa1.no-ip.info |
| al3afroun.no-ip.org | aladmnsht77h.no-ip.biz | albassmai.no-ip.biz | alfafi2011.no-ip.org |
| al3ankboot-iq.no-ip.biz | aladwy2010.no-ip.biz | alberjas.no-ip.biz | alfahad.no-ip.biz |
| al3ase.no-ip.biz | alaediiin.no-ip.biz | albert-luffy.no-ip.info | alfanje.no-ip.biz |
| al3nkbot.no-ip.biz | alaedin2014.no-ip.biz | albertanastacia.no-ip.org | alfarhabi.no-ip.biz |
| al7koomh.noip.me | alahacker.no-ip.biz | albertino.no-ip.info | alfashl1.no-ip.biz |
| al7non.no-ip.biz | alahakbr.myftp.org | albertinoman.no-ip.biz | alfhaddd-hakr.myftp.biz |

9

| | | | |
|---|---|---|---|
| alfhaddd-hakr.no-ip.biz | ali-hadi.zapto.org | aliali123.no-ip.org | alihacker9.no-ip.biz |
| alfhadddd.bounceme.net | ali-love999.no-ip.org | aliali2013.no-ip.org | alihackerxx60xx.no-ip.biz |
| alfhadddd.myftp.biz | ali-ps.no-ip.biz | alialialali.no-ip.org | alihadl311.no-ip.biz |
| alfhadddd.no-ip.biz | ali-sabah.zapto.org | alialiali.no-ip.org | alihaker9999.no-ip.biz |
| alfjer.no-ip.biz | ali0.no-ip.org | alialiali12345.no-ip.biz | alihalall.no-ip.biz |
| alg31.zapto.org | ali03.no-ip.info | alialiali33.no-ip.biz | alihameed1234.no-ip.biz |
| algdz.no-ip.biz | ali1-11.zapto.org | alialiali77466ali.no-ip.biz | alihashim953.no-ip.biz |
| algeneral347.no-ip.biz | ali1000zz.no-ip.biz | alialiali999.no-ip.biz | alihellboy507.zapto.org |
| algeny0.no-ip.biz | ali1233135.no-ip.biz | alialiali.zapto.org | alihero.no-ip.biz |
| alger03.no-ip.info | ali159.no-ip.biz | alialialihacker.no-ip.biz | alihkr.zapto.org |
| alger123456.zapto.org | ali17455.no-ip.biz | alialialiturki.no-ip.org | alihussain.no-ip.biz |
| alger3.no-ip.info | ali180427.zapto.org | alialiking.zapto.org | alii007.zapto.org |
| algerdzz02.no-ip.biz | ali1989.myftp.biz | alialikingkin.no-ip.biz | aliiila45.no-ip.biz |
| algeria-phalstine.no-ip.biz | ali1991.myftp.biz | alialjibouriy.no-ip.biz | aliimsoft.servehttp.com |
| algeria512.no-ip.biz | ali1992.no-ip.biz | alialkassas.zapto.org | aliip.no-ip.biz |
| algeriaclassic2014.zapto.org | ali200ali2014.no-ip.biz | alialloshali.no-ip.org | alijaafar91.no-ip.biz |
| algerianbox.zapto.org | ali2015.no-ip.biz | alialnasry.no-ip.biz | alijaf.no-ip.biz |
| algeriano.no-ip.biz | ali211.no-ip.biz | alialsaedi.no-ip.biz | alijamia.no-ip.biz |
| algerien10404.no-ip.org | ali21king.no-ip.biz | alialsariy.no-ip.biz | alijm100.no-ip.biz |
| alghadaab.no-ip.org | ali22.no-ip.org | alialsariy19.no-ip.biz | aliking-1996.no-ip.biz |
| algnra.no-ip.org | ali321ali123.no-ip.biz | alialsraf22.no-ip.biz | aliking.no-ip.org |
| algokar2222.no-ip.biz | ali350130.no-ip.biz | alialzedawee.no-ip.biz | aliking123456789.no-ip.biz |
| alhack.no-ip.biz | ali369258.zapto.org | aliart.no-ip.biz | aliking123465789.no-ip.biz |
| alhacker.no-ip.info | ali55.no-ip.biz | aliaytan.no-ip.org | alikingali.no-ip.biz |
| alhacker.no-ip.org | ali56789.no-ip.org | alibara.no-ip.biz | alikoalshaer.no-ip.biz |
| alhacker.zapto.org | ali612.no-ip.biz | alibi66.no-ip.biz | alilo17.no-ip.biz |
| alhadi110.no-ip.biz | ali76.zapto.org | aliboyas.no-ip.org | aliloveds2014.no-ip.info |
| alhadidz.no-ip.biz | ali7kasper.no-ip.biz | alicemedrado.no-ip.org | alimaithem.no-ip.biz |
| alhakkk.no-ip.biz | ali8smart.no-ip.org | alichabira1.zapto.org | alimaithem12.no-ip.biz |
| alhamdii.no-ip.org | ali987654321.no-ip.biz | alicristiano.no-ip.biz | alimaster19.no-ip.biz |
| alhassan26.no-ip.biz | ali98ghost.zapto.org | alidad.no-ip.biz | alimhm.no-ip.biz |
| alhassan266.no-ip.biz | ali98ghost1.zapto.org | alidiablomessi.no-ip.biz | alimmzr1.no-ip.biz |
| alhazmii.no-ip.biz | ali98ghost3.zapto.org | alidrissi.no-ip.info | alimoahmed90.no-ip.biz |
| alhebe111.no-ip.biz | aliabdkh.no-ip.biz | aliduos.zapto.org | alimoha19.no-ip.biz |
| alhelalehacker.no-ip.biz | aliadel1.zapto.org | aliemad1.no-ip.biz | alimohamed90.no-ip.biz |
| alhella.no-ip.biz | aliahmahhmod.no-ip.biz | aliena11.no-ip.biz | alinarotarudece.no-ip.org |
| alhmam.no-ip.biz | aliahmed1122.no-ip.biz | alienterali.no-ip.biz | aline.zapto.org |
| alhrbi.no-ip.biz | aliahmedyousif.no-ip.biz | aligadrii.no-ip.biz | alinet2014.no-ip.biz |
| alhzeen-1995.no-ip.biz | aliakeelalsaffar.no-ip.biz | alihabeeb12.no-ip.biz | alinissan.no-ip.org |
| ali-12.no-ip.biz | alial123.zapto.org | alihack12dj.no-ip.biz | alinloko23.no-ip.org |
| ali-aa.no-ip.biz | alialawady.zapto.org | alihacker.no-ip.info | alioey.zapto.org |
| ali-ali88.no-ip.biz | alialdeoane123.no-ip.biz | alihacker01.no-ip.biz | aliomar112.no-ip.biz |
| ali-hackr.no-ip.org | aliali007.no-ip.org | alihacker12.no-ip.biz | |

10

aliosaba.no-ip.biz

aliqassar.no-ip.org

aliqwe.zapto.org

aliraqi88.no-ip.biz

aliraqirat.no-ip.biz

alirbb.no-ip.biz

alirber .no-ip.biz

alirer43.no-ip.biz

alireza666.no-ip.org

alirodan.no-ip.org

aliryadalaskry.no-ip.biz

alisaad.no-ip.biz

alisala737.no-ip.biz

alisalah747.no-ip.biz

alisalah787 .no-ip.biz

alisallot.no-ip.biz

alishhhab94.no-ip.biz

alistar.no-ip.biz

alistar911.no-ip.info

alistar914.no-ip.info

alisuad.no-ip.biz

alithabithdz.no-ip.biz

aliveli49.no-ip.org

aliwow.no-ip.biz

alixo.no-ip.info

alizaga.no-ip.biz

alizaxo.no-ip.org

alizxczxc.no-ip.biz

aljaras.zapto.org

aljmahoo.no-ip.biz

aljny.no-ip.biz

aljoker.no-ip.biz

aljoker.no-ip.org

aljoker66.no-ip.biz

aljokerdrackter.no-ip.biz

aljyyosh190.no-ip.biz

aljyyosh199.zapto.org

alkakawee.hopto.org

alkanany76.no-ip.biz

alkasrxxx.no-ip.biz

alkfage.no-ip.biz

alkhateeb.zapto.org

alkiloooker.no-ip.org

alkingaliali97.no-ip.biz

alkinghna12n.no-ip.biz

alkingsafaa.no-ip.biz

alkng.no-ip.biz

alkont.zapto.org

alkoozy.no-ip.biz

alkyal.no-ip.biz

alla3pc.myftp.biz

allahac.no-ip.biz

allaho0akbar.no-ip.biz

allahoakbar.no-ip.biz

allahuakbar.zapto.org

allahuakbar2014.zapto.org

allakatallasukuni.no-ip.biz

allamhand.no-ip.org

allanbossx.no-ip.org

allanparker2013.no-ip.biz

allanpro.zapto.org

allanwaende.zapto.org

allawi97.no-ip.biz

allen.myvnc.com

allenturner.no-ip.info

allh-akbr.no-ip.biz

allialli1226.no-ip.biz

alliedbiz.no-ip.org

allisenergy.zapto.org

allk-s.no-ip.biz

allopass.zapto.org

alloush1234.no-ip.biz

allp706.zapto.org

allshare4you.noip.me

allyw0n.no-ip.biz

almadinaboy10.no-ip.biz

almaduhector.no-ip.biz

almafia.no-ip.biz

almafia07.no-ip.biz

almahsere.no-ip.org

almajhool.zapto.org

almanara-games.bounceme.net

almancun.noip.me

almashaks.no-ip.org

almazenelmoshakes.no-ip.org

almeen700.no-ip.org

almhgre.zapto.org

almizany.zapto.org

almlk999.no-ip.biz

almlokdon8l.no-ip.biz

almm.no-ip.biz

almogush.no-ip.biz

almomiz.myftp.biz

almomiz.sytes.net

almosamm.zapto.org

almosawy.no-ip.biz

almosawy1.no-ip.org

almosta7yl.no-ip.biz

almr3bhacker.no-ip.org

almsafer.no-ip.biz

almstaba.no-ip.biz

alnoorani.no-ip.biz

alnoorani.no-ip.info

alnser.zapto.org

alnser0.zapto.org

alnweer2009.no-ip.biz

aloes1989.no-ip.biz

alon-1.no-ip.biz

alon-here.zapto.org

alonedevil.no-ip.org

aloneone22.no-ip.biz

alonewolf.no-ip.biz

alonewolf1992.zapto.org

alonewolf1993.no-ip.biz

aloon-1.no-ip.biz

aloooo.no-ip.biz

aloosh-sh.no-ip.biz

alorss.zapto.org

alosh1902.no-ip.biz

alosh365.no-ip.biz

aloshhacker839.no-ip.biz

aloshka.no-ip.biz

alotaibi-rat.sytes.net

alotofgift.zapto.org

alpasha.no-ip.org

alpat123.no-ip.biz

alpatchino90.no-ip.org

alpha-41.zapto.org

alpha-us187.3utilities.com

alphagamersss.no-ip.org

alphakrew.zapto.org

alphayoussef.zapto.org

alprofnoend.no-ip.biz

alqanasm.no-ip.org

alqdome.no-ip.biz

alqlb.no-ip.biz

alqrsan2100.zapto.org

alquraan.no-ip.biz

alrahalyahya.no-ip.org

alraqeb.no-ip.info

alrayan.no-ip.info

alrdmh1.no-ip.info

alrgl.myftp.biz

als-kander007.zapto.org

alsaadi.no-ip.biz

alsaaher2006.no-ip.info

alsaahr.no-ip.biz

alsaid1.zapto.org

alsaid25.zapto.org

alsaker.no-ip.biz

alsar7an.no-ip.biz

alsarab9a.no-ip.org

alsha2e.zapto.org

alsha3er2.no-ip.biz

alshammrihacker1.no-ip.biz

alshaphsalfestrs.zapto.org

alsharari147.no-ip.biz

alshemry1123.no-ip.biz

alsinyorq8.no-ip.org

alskdjfhg.no-ip.biz

alskdjfhg.zapto.org

alssm.no-ip.biz

alstorh.zapto.org

alswla.no-ip.org

altmemy1.no-ip.biz

altools.no-ip.biz

alucardcybergate.no-ip.org

alucardignis.no-ip.org

alucardspycronic.no-ip.org

aluin.no-ip.biz

alux123.no-ip.biz

alvapote.no-ip.biz

| | | | |
|---|---|---|---|
| alvaritto.zapto.org | amco.no-ip.biz | amiinos.zapto.org | aminenono711.no-ip.biz |
| alvaro20798.no-ip.biz | amdjed-hack.no-ip.biz | amiir12.no-ip.biz | aminerja3.no-ip.org |
| alwa7sh0.sytes.net | amdjed19.no-ip.biz | amina05.zapto.org | amineroot.no-ip.biz |
| alwa7sh07.sytes.net | amdrrs1.no-ip.biz | amina26.no-ip.biz | amineskikda.no-ip.biz |
| alwaeely3.no-ip.biz | amduhoki.no-ip.biz | aminament.no-ip.org | aminesoft.no-ip.biz |
| alwi.no-ip.biz | amechivpn.hopto.org | aminamenta.no-ip.org | aminesoul.no-ip.biz |
| alwoshalirqi.no-ip.org | ameekk.no-ip.info | amine-dz.no-ip.biz | aminestadiste1998.zapto.org |
| alwwarel.servegame.com | ameen1haker.no-ip.biz | amine-gatorsedz-ulz.no-ip.biz | aminetjrla.no-ip.biz |
| alx11.no-ip.biz | ameer-sad.no-ip.biz | amine-gatorsedz.no-ip.biz | aminetlm.no-ip.biz |
| alza3im9.no-ip.biz | ameer1991.zapto.org | amine-goki.no-ip.biz | aminetoto.no-ip.info |
| alzaimm11.no-ip.org | ameer1993.no-ip.biz | amine-root.no-ip.biz | aminexhack.zapto.org |
| alzhrany.no-ip.org | ameerblack.no-ip.biz | amine-vip.no-ip.org | aminjimzo.no-ip.biz |
| alzilfoyoksil123789.no-ip.biz | ameerdad.no-ip.biz | amine0077.no-ip.biz | aminmilano.zapto.org |
| am0o0ry.no-ip.biz | ameermm.no-ip.biz | amine07.no-ip.biz | aminonadi.no-ip.org |
| am1.no-ip.info | ameeroo.no-ip.biz | amine100.no-ip.org | aminos.no-ip.info |
| am2.no-ip.info | ameerox.no-ip.biz | amine123.myftp.biz | aminoslogos.no-ip.biz |
| am3.no-ip.info | ameirlord.zapto.org | amine123hack.no-ip.biz | aminslama10.no-ip.org |
| am85.zapto.org | amel.no-ip.biz | amine144.no-ip.biz | amintlm.no-ip.biz |
| ama007.zapto.org | amer0.zapto.org | amine2.no-ip.biz | aminur199.no-ip.biz |
| amaa555.no-ip.biz | amer1000.no-ip.biz | amine2000972.no-ip.biz | amir0322.zapto.org |
| amaar222.no-ip.biz | amer107.no-ip.org | amine20133.no-ip.biz | amir1414.no-ip.biz |
| amacreklam.no-ip.info | amer1122.zapto.org | amine21212121.no-ip.biz | amir29.no-ip.biz |
| amaddd.no-ip.info | amer123nofal.no-ip.biz | amine47.no-ip.org | amir29.no-ip.org |
| amaddd.no-ip.org | amer12nofal.no-ip.biz | amine4716.no-ip.biz | amir7.no-ip.biz |
| amal-amsterdam.no-ip.org | amer1990.zapto.org | amine88.no-ip.biz | amir90.no-ip.biz |
| aman01bre.no-ip.biz | amer777.zapto.org | amineadam.no-ip.org | amira.zapto.org |
| amandas2kaway.no-ip.org | amerabnpal.no-ip.biz | aminealgerie.no-ip.org | amiramir.no-ip.info |
| amanjawat.no-ip.biz | ameralroom.no-ip.biz | amineamine.no-ip.org | amirkack.no-ip.biz |
| amanle.no-ip.info | amerbech0.no-ip.org | amineamine.servebeer.com | amirkurdi22.zapto.org |
| amar22.no-ip.biz | america247.zapto.org | amineari.no-ip.biz | amirmamo.zapto.org |
| amara123.no-ip.biz | americanhakku.no-ip.biz | aminearo.no-ip.info | amiroot.serveblog.net |
| amardzz.no-ip.info | americo5.no-ip.org | aminechiheb.no-ip.biz | amirsahnoun.zapto.org |
| amarhack1.no-ip.biz | americo6.no-ip.org | amined22.no-ip.biz | amirxnancy.no-ip.org |
| amarm30.no-ip.info | amerikanii.zapto.org | aminede9.no-ip.biz | amis.servegame.com |
| amarte.no-ip.org | amerwaheeb.no-ip.biz | amineee.no-ip.biz | amiwan2.myftp.biz |
| amateure.no-ip.biz | amerwer.zapto.org | amineerra.no-ip.biz | amjadking.no-ip.biz |
| amauri12.no-ip.info | amgad.no-ip.biz | aminehelmi.zapto.org | amksjid.no-ip.org |
| amazal.no-ip.biz | amgdddd.no-ip.biz | aminekillezr.no-ip.biz | amlegend.no-ip.biz |
| amazigh1998.no-ip.biz | amgdrrrrrrr.no-ip.biz | aminelafouineinfo.no-ip.biz | amm1995.no-ip.biz |
| amazing12345.no-ip.biz | ami34waz.no-ip.biz | aminemdibeh1.no-ip.biz | ammar12.no-ip.biz |
| amazonbooksvc.sytes.net | amido.no-ip.info | aminemeraghni.no-ip.biz | ammar122333.no-ip.biz |
| ambush.no-ip.biz | amido.zapto.org | amineminou.zapto.org | ammar1alshamary.no-ip.biz |
| amchimli7.no-ip.org | amigomago.no-ip.org | aminenirmo1.no-ip.biz | ammar666.no-ip.biz |

| | | | |
|---|---|---|---|
| ammaralfahd3.no-ip.biz | ana-lek.sytes.net | anasbeybey.zapto.org | androoo.no-ip.biz |
| ammari2211.no-ip.biz | ana-mezo.no-ip.biz | anasfater.no-ip.biz | andropal.no-ip.org |
| ammarkara.no-ip.biz | ana-moi.zapto.org | anashadowya.zapto.org | andror123at123.no-ip.biz |
| ammarkaranaz.no-ip.biz | ana059.no-ip.biz | anasnova.no-ip.org | androratgoo.no-ip.biz |
| ammarmc.no-ip.biz | ana0haifa.no-ip.biz | anasoly.no-ip.org | andy123123.no-ip.biz |
| ammarsyr93.no-ip.biz | anaalaa.no-ip.biz | anass-wahbi.no-ip.biz | anejammaah.no-ip.biz |
| ammasturbating.no-ip.org | anaasd.zapto.org | anass044.no-ip.org | anesmahdi.no-ip.biz |
| ammmmrxhighohioqio.no-ip.biz | anaaslnbamotfeky.no-ip.org | anass147.no-ip.biz | ange001.no-ip.biz |
| ammo0or.no-ip.biz | anac-hacker.no-ip.biz | anass94.zapto.org | ange1974.no-ip.biz |
| ammosh.no-ip.info | anacodarkerlyy.no-ip.org | anassea7.no-ip.biz | angel1987.no-ip.biz |
| amn01001.zapto.org | anaconda.no-ip.biz | anassidki.no-ip.biz | angelmalak.zapto.org |
| amol0x.no-ip.biz | anaconda.no-ip.org | anatop.hopto.org | angelmalak33.no-ip.org |
| amola.zapto.org | anafuck22.no-ip.org | anavip.sytes.net | angelsy.no-ip.biz |
| amom.zapto.org | anahacker3.no-ip.org | anawaleed1993.no-ip.info | angle-bymidou.zapto.org |
| amooraa1.zapto.org | anahir.no-ip.biz | anawana48.sytes.net | angry-boy.no-ip.biz |
| amoosalem.no-ip.biz | anahokaka.no-ip.biz | anayo.no-ip.biz | angryhacker.no-ip.biz |
| amorbenali123.zapto.org | anahokma.zapto.org | anbary2.no-ip.org | angusman.no-ip.biz |
| amorem.no-ip.org | anahouwa.no-ip.biz | anbutnt.no-ip.org | anhduy7799.no-ip.info |
| amores.no-ip.org | anahtarc1.myftp.biz | ancitique.no-ip.biz | ani123.no-ip.org |
| amp5eqambsyz4o.no-ip.org | anakinkskywalker.servequake.com | and2014.myftp.biz | anicer01.no-ip.biz |
| amr1.sytes.net | analaloca2014.no-ip.biz | andalusiapeople.no-ip.biz | animeonline.zapto.org |
| amral.no-ip.biz | anamaria93.no-ip.biz | andeaf.no-ip.biz | anis07.no-ip.org |
| amral2.no-ip.biz | anamasry29.zapto.org | andelko.no-ip.biz | anisdoss123.no-ip.org |
| amramr1234.no-ip.biz | anamimo1.no-ip.biz | ander3.zapto.org | anishacker23.no-ip.biz |
| amrashrafserver.myftp.biz | anamimo13.no-ip.biz | andersonsantos.no-ip.biz | anishost766.no-ip.biz |
| amrashrafserver1.myftp.biz | anamo3geza.no-ip.biz | andomie88.no-ip.biz | anishuckerpro.no-ip.biz |
| amrhadad600.no-ip.org | anamoo.zapto.org | andouyyane.no-ip.biz | anjing.no-ip.biz |
| amro123.no-ip.biz | anananana.no-ip.org | andrea3211.no-ip.biz | ankor.no-ip.org |
| amrolove1990.no-ip.biz | anandb.no-ip.biz | andreas97.no-ip.org | anmar.no-ip.biz |
| amrou-patron.no-ip.biz | ananotana.no-ip.biz | andreghs.no-ip.org | anmar95.no-ip.biz |
| amrouchhacker.myftp.biz | ananymoustounsi.no-ip.biz | andrei24.no-ip.org | anmarjc.no-ip.info |
| amrr.no-ip.biz | ananzaa.noip.me | andrewk.zapto.org | anmys2014.no-ip.org |
| amrshedder1.zapto.org | anar777.no-ip.biz | andrewryan.zapto.org | annetavetian.zapto.org |
| amrsileem2.no-ip.biz | anarqe77.no-ip.biz | andrezinhoo.no-ip.org | annn.no-ip.info |
| amrsileem8.zapto.org | anas-98.no-ip.biz | andrias.zapto.org | annony62.no-ip.biz |
| ams9401.no-ip.biz | anas.hopto.org | androeljentel.no-ip.biz | annonymous.no-ip.org |
| amsyzq.no-ip.biz | anas07.no-ip.info | androeljentel.no-ip.info | announo.zapto.org |
| amxrevenge.no-ip.org | anas1.no-ip.biz | android-update.no-ip.org | annydai.hopto.org |
| amy.no-ip.org | anas1122.no-ip.biz | android00.no-ip.biz | ano.no-ip.info |
| an0ny.zapto.org | anas1994a.no-ip.biz | androidbeta.no-ip.biz | ano0ony.no-ip.biz |
| ana-7ossam2.no-ip.biz | anas1999albunnie.no-ip.biz | androidrat1992.no-ip.biz | ano0nymous.no-ip.biz |
| ana-ana.no-ip.org | anasalking.no-ip.biz | androidrat21.no-ip.org | ano38.no-ip.biz |
| ana-ilyass.no-ip.biz | anasbaaj.no-ip.org | andromeda96.no-ip.biz | anoaurnoor.no-ip.biz |

13

| | | | |
|---|---|---|---|
| anoazrek12.zapto.org | anonyass.no-ip.org | anonymousaqw.no-ip.biz | anounymous.no-ip.org |
| anobah.no-ip.info | anonybbes.no-ip.biz | anonymousbd.hopto.org | anounymous2013.no-ip.org |
| anobios.zapto.org | anonycat.zapto.org | anonymousbitch.no-ip.biz | anous44.no-ip.biz |
| anoirpheonix.no-ip.biz | anonykill.zapto.org | anonymouscrackdz.no-ip.org | anous44.no-ip.info |
| anom33.no-ip.org | anonyknow.no-ip.org | anonymousdz.no-ip.biz | anq.no-ip.org |
| anomalyy.no-ip.biz | anonym97.no-ip.biz | anonymousdz35.no-ip.org | anqer.no-ip.biz |
| anomeanome.no-ip.biz | anonymat38.no-ip.biz | anonymousdzhacker.no-ip.biz | anql.myftp.org |
| anon-dz.zapto.org | anonymatuu.no-ip.biz | anonymouse026.zapto.org | ans2015.no-ip.biz |
| anon003.no-ip.org | anonyme-0021.zapto.org | anonymousegypt2015.no-ip.org | ansanoose2013.no-ip.org |
| anon06.no-ip.biz | anonyme.myftp.biz | anonymouseror.zapto.org | ansi.zapto.org |
| anon300.zapto.org | anonyme.no-ip.info | anonymouses.no-ip.org | anss.no-ip.info |
| anon5484793167.no-ip.org | anonyme20.no-ip.org | anonymousfreedom.zapto.org | ant-ro77ee.no-ip.biz |
| anon66.no-ip.org | anonymed01.no-ip.org | anonymoushack1312.no-ip.biz | antantanant.no-ip.biz |
| anonamous-88.no-ip.biz | anonymetr.no-ip.biz | anonymoushost44.no-ip.org | antarpros1984.no-ip.biz |
| anonback-1997.no-ip.biz | anonymit.no-ip.biz | anonymousicu.zapto.org | anterus007.no-ip.biz |
| anonbooter.no-ip.org | anonymos.no-ip.biz | anonymousinsanos.no-ip.org | anthodub.no-ip.info |
| anonboy.no-ip.biz | anonymos22.zapto.org | anonymousjk007.no-ip.biz | anthodub.zapto.org |
| anonbs.no-ip.biz | anonymou7z.zapto.org | anonymouskabuloso.no-ip.biz | anthony1.no-ip.info |
| anonghost-host.no-ip.biz | anonymous-0.no-ip.biz | anonymousking.no-ip.org | anthonybrian934.no-ip.biz |
| anonghost.no-ip.biz | anonymous-1.no-ip.biz | anonymousluqman.zapto.org | anthraxgold.no-ip.info |
| anonghost123.no-ip.biz | anonymous-alg.no-ip.biz | anonymouspalestine.no-ip.biz | anti-virus.zapto.org |
| anonghosts.no-ip.org | anonymous-chris.no-ip.biz | anonymouspb.zapto.org | anti-viruses.no-ip.org |
| anonguys.no-ip.org | anonymous-maroc.no-ip.org | anonymousrmm.no-ip.org | anticonformiste.no-ip.biz |
| anonhype.no-ip.biz | anonymous-virus.no-ip.biz | anonymousrocks.zapto.org | antidry.zapto.org |
| anonimas.noip.me | anonymous0000.no-ip.info | anonymouss2013.no-ip.org | antihackersbr.no-ip.org |
| anonimobhg.no-ip.org | anonymous1.zapto.org | anonymousskills.no-ip.biz | antihackersbr2014.no-ip.org |
| anonimoindie.no-ip.org | anonymous10.no-ip.org | anonymousskynets.no-ip.org | antijarthan.no-ip.biz |
| anonimos-hotmail.no-ip.biz | anonymous12.no-ip.biz | anonymoussync6.no-ip.biz | antiviruspro.zapto.org |
| anonimosnonimos.no-ip.org | anonymous1212.no-ip.biz | anonymoustn.zapto.org | antixtrapd1.zapto.org |
| anonjoker.zapto.org | anonymous14.no-ip.info | anonymoustrepz.no-ip.org | antme1337.zapto.org |
| anonkiller.no-ip.org | anonymous157.no-ip.org | anonymousxbang.no-ip.info | anto.no-ip.org |
| anonlegion.zapto.org | anonymous18.no-ip.org | anonymouszerov1.zapto.org | antonantonov.noip.me |
| anonmaliaspynet.no-ip.org | anonymous20.myftp.biz | anonymtn1990.no-ip.biz | antonino1.no-ip.org |
| anonnet.no-ip.biz | anonymous20.zapto.org | anonymtn1990.zapto.org | antonio130.no-ip.org |
| anonnymo.no-ip.org | anonymous2015.no-ip.biz | anonymus89.no-ip.org | antonio131.no-ip.org |
| anonrat.no-ip.biz | anonymous2015.no-ip.info | anonyymox.zapto.org | anubis.redirectme.net |
| anonrat.zapto.org | anonymous391.no-ip.biz | anoo-nymous.no-ip.biz | anubishacker.no-ip.org |
| anonreliant.no-ip.org | anonymous44.no-ip.biz | anooanoo.no-ip.biz | anubiss.no-ip.org |
| anonretryr1.no-ip.biz | anonymous776.no-ip.biz | anoonyplows.zapto.org | anunymoushacker.zapto.org |
| anons.no-ip.org | anonymous88.no-ip.biz | anouarbkl1.no-ip.org | anwar212.no-ip.biz |
| anonspark6.no-ip.biz | anonymous95.no-ip.org | anouarelyaqine.no-ip.biz | anwarcmd.no-ip.biz |
| anonspider64.zapto.org | anonymous98.no-ip.biz | anouarsalawi.no-ip.biz | anxcgnxcn.no-ip.org |
| anonsuomy.zapto.org | anonymousaboude28.no-ip.biz | anonymous-hackers.no-ip.biz | anyamonani.no-ip.biz |

| | | | |
|---|---|---|---|
| anyo1982.no-ip.biz | aptech34.no-ip.biz | ardihax1337.no-ip.org | arwa.zapto.org |
| anythingiwant.no-ip.info | aptem4ik555.zapto.org | argansat.no-ip.org | arwas.no-ip.org |
| anythingqwer.no-ip.biz | aptmoney.no-ip.biz | arggew.zapto.org | ary01.no-ip.biz |
| anzhir2012.no-ip.biz | aq.no-ip.info | argo-1337.no-ip.org | aryanahmad.no-ip.biz |
| aodai123.no-ip.biz | aqab1992.no-ip.biz | arhackghost.no-ip.biz | arzin.no-ip.biz |
| aojya.no-ip.biz | aqaqaq.no-ip.biz | arhackjb.no-ip.org | arzin114.no-ip.biz |
| aokal012.no-ip.biz | aqc.no-ip.info | ariesdevil2.no-ip.org | as123123.no-ip.org |
| aokil.zapto.org | aqeel1993.no-ip.org | ariffarhad52.no-ip.biz | as143.zapto.org |
| aomar.zapto.org | aqeel19933.no-ip.biz | ariogala.no-ip.org | as2585.no-ip.biz |
| aoooa.no-ip.biz | aqelll.no-ip.biz | arisaeducation.no-ip.biz | as2as3.no-ip.biz |
| aoooooohackers.no-ip.info | aqo.no-ip.info | ariwa.noip.me | asa123.no-ip.biz |
| aorarmzii.no-ip.biz | aqqkz.no-ip.info | ariyor.no-ip.org | asaaaaad.no-ip.biz |
| apache.servebeer.com | aqroob2014.no-ip.biz | arkaci.zapto.org | asaad2.zapto.org |
| apatedns.no-ip.org | aqsoc2011.no-ip.org | arkanhq.no-ip.biz | asaadqwe.no-ip.org |
| apatedsn-need.servegame.com | aqulaane.no-ip.biz | arlequina.no-ip.org | asaadqwe.zapto.org |
| apatible.no-ip.biz | aqulaanenet.no-ip.biz | arlxl.no-ip.info | asad10.no-ip.biz |
| apatshe.zapto.org | aqworldspvp.no-ip.org | armanbacktrack.no-ip.biz | asad112233.no-ip.biz |
| apdalla.no-ip.org | aqwpsx.no-ip.biz | armankurdish.no-ip.biz | asadaf.no-ip.org |
| apdellh.no-ip.biz | aqwxsz.no-ip.biz | arofato.zapto.org | asama.no-ip.biz |
| apdellhhaker.no-ip.biz | ar0n.no-ip.org | arokh92.no-ip.org | asanoftw.no-ip.org |
| apeyvsurfity.no-ip.info | ar717.no-ip.biz | aroov2013.no-ip.biz | asas00asas.no-ip.biz |
| apich2013.no-ip.biz | arab-land.myftp.biz | aroqin92.noip.me | asasaascdfdf.no-ip.biz |
| apiger.no-ip.biz | arab2055.no-ip.biz | aroui.no-ip.org | asasas33.no-ip.biz |
| apokzz.no-ip.biz | arabawyy12.no-ip.biz | arrabb.no-ip.biz | asass.3utilities.com |
| apollonxd.no-ip.org | arabhack.no-ip.info | arron1990.no-ip.biz | asateero.no-ip.biz |
| apostolis.no-ip.biz | arabian.no-ip.biz | arrowhack31.no-ip.info | asawakath.no-ip.biz |
| apotheosis.no-ip.biz | arabicmon.zapto.org | arsham1.no-ip.org | asc1.myftp.org |
| appdate.hopto.org | arabmen.no-ip.info | arslanemco.no-ip.biz | asd-asd.no-ip.biz |
| apperske.no-ip.biz | arabsexy.hopto.org | arslen.no-ip.info | asd2020.no-ip.biz |
| appiething.no-ip.biz | araburo.zapto.org | arsmoukfly.no-ip.biz | asd288.no-ip.biz |
| apple-24061999.no-ip.biz | arafat.no-ip.org | art-hacker.no-ip.biz | asd5070.no-ip.org |
| applefart245.no-ip.org | arafat.zapto.org | arteem.no-ip.biz | asd511.zapto.org |
| applepie223.hopto.org | aras99.no-ip.biz | artfeller.no-ip.org | asdali1.no-ip.biz |
| apples1234.zapto.org | aras99.no-ip.org | arthuraires.no-ip.org | asdalyemen2213.no-ip.biz |
| applesaucebananas.no-ip.biz | arasair.no-ip.biz | arthuroconthi.no-ip.biz | asdasdasd11.no-ip.biz |
| applle.sytes.net | arazw3.no-ip.biz | artimage184471.no-ip.biz | asdasdasd123asd.no-ip.org |
| appo.noip.me | arbouti22.no-ip.biz | artis111.no-ip.biz | asdasdasd52.no-ip.org |
| apps.myftp.org | arcanedomain.no-ip.org | artist97.no-ip.biz | asddsaasd.no-ip.biz |
| appsourse.zapto.org | archets.zapto.org | artlexonlinedns.no-ip.org | asdf123456.no-ip.biz |
| appstorehf.no-ip.org | arconehf.zapto.org | artsclub.zapto.org | asdf2.no-ip.biz |
| appupdateserver.no-ip.org | ardamaxjrhack.no-ip.org | arttefact.zapto.org | asdf2222.no-ip.biz |
| aprill.no-ip.biz | ardamaxnub.no-ip.org | aruke123.no-ip.biz | asdfasfsad.no-ip.biz |
| aprox.zapto.org | ardamaxsola.no-ip.org | arvinr3.no-ip.biz | asdfff.no-ip.info |

| | | | |
|---|---|---|---|
| asdfgha.no-ip.biz | askldn.servegame.com | assilhacker.zapto.org | autoglut.servegame.com |
| asdfghj.hopto.org | askman.zapto.org | assisinscread.zapto.org | automaticupdates.no-ip.org |
| asdfghjkkllpiuyttr.no-ip.biz | askmask.no-ip.org | asslam123123.zapto.org | autosboombang.sytes.net |
| asdfghjkl.no-ip.org | askyzzz.no-ip.biz | assnay3i.no-ip.biz | autumn2020.no-ip.biz |
| asdfgmnb.zapto.org | aslam000123.no-ip.org | assssd99.no-ip.biz | auxillery.no-ip.biz |
| asdfgyolo.no-ip.org | aslama.no-ip.biz | assssdeweeee1234.no-ip.org | available.servecounterstrike.com |
| asdfv3.no-ip.org | aslamtaher.no-ip.biz | assssfr.no-ip.org | avalan.servecounterstrike.com |
| asdgg.no-ip.biz | aslandark.zapto.org | astor.no-ip.biz | avaset.myftp.org |
| asdhamza.no-ip.biz | aslfef.myftp.biz | astralista.no-ip.biz | avast-ant.no-ip.biz |
| asdmasr.no-ip.biz | asloti.no-ip.biz | astralswag.zapto.org | avast-free.servegame.com |
| asdnmr20111.no-ip.biz | asma658.no-ip.info | astruppy.no-ip.biz | avast-sandboxie.sytes.net |
| asdqqqq.no-ip.biz | asmaa.no-ip.biz | asus90.no-ip.biz | avast007.zapto.org |
| asdrubalo.no-ip.biz | asmaalove12.no-ip.info | asuszalaxy.no-ip.org | avast1111.no-ip.biz |
| asdz.no-ip.biz | asmaar98.no-ip.biz | at1980.no-ip.biz | avastsetup2014.no-ip.org |
| aseel.no-ip.org | asmahunar.no-ip.biz | atahleb12345.zapto.org | avenger1990.no-ip.biz |
| asefasef24.no-ip.info | asmat-kochar.no-ip.biz | atefbadis.no-ip.org | averdusco.no-ip.biz |
| asem1111.no-ip.org | asmithsss.no-ip.biz | athman.no-ip.biz | avg-antivirus.zapto.org |
| aserraserr1.no-ip.biz | asn99.no-ip.biz | athmane.no-ip.biz | avgsecuritycheck.sytes.net |
| asfasna.no-ip.biz | asn99.zapto.org | athmani1119192008.no-ip.biz | avhosts.no-ip.org |
| asfdgela.no-ip.biz | asnet.no-ip.biz | atlaeuropa.zapto.org | avilda001.no-ip.biz |
| asftp.no-ip.org | aso-rock.no-ip.biz | atlasjo.no-ip.org | avira.zapto.org |
| asghar.no-ip.biz | aso.hopto.org | atlass.zapto.org | avira1.no-ip.biz |
| ash-hacker.no-ip.biz | asocrb.no-ip.biz | atonikoj.zapto.org | avira12.no-ip.biz |
| ash-rx.no-ip.org | asol.sytes.net | atta.no-ip.biz | avira2002.no-ip.biz |
| ash4eq.no-ip.biz | asolove1177.no-ip.org | attackcore77.no-ip.org | aviracontrol.servebeer.com |
| ashbrahh.no-ip.biz | ason.zapto.org | attackerboyb.no-ip.biz | avirais.no-ip.biz |
| ashek705.no-ip.biz | asoolomer.zapto.org | attaque.hopto.org | aviranet.no-ip.biz |
| ashishbb.zapto.org | asosy.no-ip.biz | atteebb.no-ip.biz | avisos.zapto.org |
| ashiyane.no-ip.org | asovenza.no-ip.biz | attia.no-ip.biz | avixy1337.zapto.org |
| ashley137.no-ip.biz | aspir.no-ip.org | attiya-dz.no-ip.biz | avok.no-ip.biz |
| ashm.no-ip.biz | asra.no-ip.biz | attiya.no-ip.biz | avraly00sec01.no-ip.biz |
| ashm1.no-ip.org | asra.no-ip.org | attyno.zapto.org | avsa2013.serveftp.com |
| ashq.zapto.org | asra1122.serveftp.com | aturesrat.zapto.org | avyatar111.no-ip.biz |
| ashqi.zapto.org | assaleh.no-ip.biz | aty24.no-ip.biz | awake77340.no-ip.biz |
| ashraf1000.no-ip.biz | assasino-28.zapto.org | aucalme.zapto.org | awalto.no-ip.info |
| ashraflonly.no-ip.org | assasino-29.zapto.org | audre3y.no-ip.biz | awawde22.no-ip.biz |
| ashti5.zapto.org | assassin4iraq.no-ip.org | aunza.no-ip.biz | awbrat123.no-ip.org |
| asiahaker.no-ip.biz | assassins.zapto.org | auoas.no-ip.org | awed.zapto.org |
| asif2013.no-ip.org | assassinsofflixya.zapto.org | aussillon.no-ip.org | awesom.no-ip.biz |
| asifiraq.zapto.org | assassinxassassin.no-ip.org | austinefred71.no-ip.biz | awesome047.no-ip.biz |
| asifjani23.no-ip.org | assd.no-ip.biz | austinftw.no-ip.org | awesome123xd.zapto.org |
| ask2.hopto.org | assdassd90.no-ip.biz | austinrat.no-ip.biz | awesomedaniel.no-ip.biz |
| ask4more.no-ip.info | asseum514.zapto.org | auto77.no-ip.org | awesomegage.no-ip.biz |

16

| | | | |
|---|---|---|---|
| awesomesauce.no-ip.biz | ayman010hacked.no-ip.biz | ayoub4101964.no-ip.biz | azerty2009.no-ip.biz |
| awesometoucan.zapto.org | ayman010hacked.zapto.org | ayoub98.no-ip.biz | azerty3000.zapto.org |
| awesomeyo.no-ip.org | ayman17.zapto.org | ayoubait1.no-ip.org | azerty855.zapto.org |
| awesomsauce.no-ip.biz | ayman1993.no-ip.biz | ayoubciscoo.no-ip.biz | azertyqsdfgh.no-ip.biz |
| awiz.no-ip.info | ayman20133.no-ip.biz | ayoubessakhi.no-ip.biz | azertyqwrty.no-ip.biz |
| awkayz.zapto.org | aymanayman22.no-ip.biz | ayoubeuro.no-ip.biz | azertyu.sytes.net |
| awni.no-ip.biz | aymanhost12.no-ip.biz | ayoubfox.zapto.org | azertyuiop123.no-ip.info |
| awodid.zapto.org | aymanking333.no-ip.biz | ayoubhacker1234.no-ip.biz | azertyuiop62.zapto.org |
| awsalahzen.no-ip.biz | aymanlinux.no-ip.biz | ayoubhous.no-ip.org | azgu.no-ip.biz |
| awwad2221.no-ip.biz | aymanoss.no-ip.biz | ayoubizi.no-ip.biz | azhack.no-ip.biz |
| ax6.no-ip.biz | aymanoss.no-ip.info | ayoubkapo1234.no-ip.biz | azharalfahad.no-ip.biz |
| axa47.no-ip.org | aymanov.zapto.org | ayoubking7.no-ip.biz | azhrali.no-ip.biz |
| axahacker.no-ip.biz | aymansaidia.no-ip.biz | ayoublakuibe.zapto.org | azhrsds.myftp.biz |
| axaques.no-ip.org | aymen.3utilities.com | ayoubroot.no-ip.biz | azileo.zapto.org |
| axax120.zapto.org | aymen.no-ip.info | ayoubt27.no-ip.biz | aziz1.no-ip.biz |
| axe97.no-ip.biz | aymen007.no-ip.biz | ayoubth.no-ip.biz | aziz2015.no-ip.biz |
| axel87.no-ip.biz | aymen01.no-ip.biz | ayoubxox.no-ip.biz | aziz4877.no-ip.biz |
| axelcass.noip.me | aymen01.zapto.org | ayoubyahya.no-ip.biz | aziza.no-ip.biz |
| axh5.no-ip.biz | aymen112233.no-ip.org | ayour.zapto.org | azizansari.no-ip.biz |
| axmen.no-ip.biz | aymen123.no-ip.biz | ayouxi2014.no-ip.biz | azizaw40.no-ip.biz |
| axo.myftp.biz | aymen2.no-ip.biz | aysemis.no-ip.info | azizaziz.no-ip.info |
| axper.zapto.org | aymen4141.no-ip.biz | ayy.no-ip.biz | azizcsca.no-ip.biz |
| axrillrat.no-ip.biz | aymen42.no-ip.biz | ayyubelhamri.no-ip.biz | azizdrogba.no-ip.biz |
| axweb.zapto.org | aymen58.no-ip.biz | az-hacker.zapto.org | azizdz.zapto.org |
| axx10.no-ip.biz | aymenanon.no-ip.biz | az.no-ip.org | azizhajjem.no-ip.biz |
| axxxla.no-ip.biz | aymendos.no-ip.biz | az12345az.no-ip.info | azizhajjem.zapto.org |
| ay23raj.no-ip.org | aymeng.no-ip.biz | az12az.no-ip.org | azizi88.zapto.org |
| aya1991.no-ip.biz | aymenhaker22.no-ip.biz | az3oor.no-ip.biz | azizkingboy58.no-ip.biz |
| aya1991cc.no-ip.biz | aymenlord1.no-ip.biz | az511.zapto.org | azizneymar1996.no-ip.biz |
| ayaaya.no-ip.info | aymenmen400.no-ip.org | aza511.no-ip.org | azizoff.no-ip.biz |
| ayada.zapto.org | aymenozic.no-ip.biz | azadine2100.no-ip.biz | azizpages.no-ip.org |
| ayadprince.no-ip.org | aymenus2013.no-ip.biz | azarenko99.no-ip.biz | azizsdirinjrat.no-ip.biz |
| ayahaja.redirectme.net | aymer.zapto.org | azdingtr33.no-ip.biz | azmanli.no-ip.org |
| ayamzman.no-ip.biz | ayo707.no-ip.biz | aze1.no-ip.info | aznyan-good.no-ip.biz |
| ayarbaban.no-ip.biz | ayobsol.no-ip.biz | aze123456.no-ip.biz | azoooz-1122.no-ip.org |
| ayham-hacked.sytes.net | ayool.no-ip.org | azeddine.no-ip.biz | azooozhacc.no-ip.biz |
| ayhhgyrewreweupl.servegame.com | ayool1.no-ip.org | azediine0008.no-ip.biz | azoozy67.no-ip.biz |
| ayip-srver.no-ip.biz | ayool3.no-ip.org | azeemsaller123.no-ip.biz | azouz.no-ip.org |
| aym-hacker1.no-ip.biz | ayou-b123.no-ip.biz | azeqsdwxc123.no-ip.biz | azouzou2012.no-ip.org |
| aym00man.no-ip.biz | ayoub-crayz.no-ip.biz | azert213.zapto.org | azoz2012.no-ip.biz |
| aym0man.no-ip.biz | ayoub03.no-ip.biz | azerty-azerty.no-ip.biz | azozali2014.no-ip.org |
| aymaen.no-ip.biz | ayoub159632wow.zapto.org | azerty123.no-ip.biz | azozmajed4455.no-ip.biz |
| ayman-tom.no-ip.biz | ayoub340.no-ip.biz | azerty1336.myftp.biz | azweb.zapto.org |

17

| | | | |
|---|---|---|---|
| azzaenstp.no-ip.biz | back-track5.no-ip.org | badmen.no-ip.biz | bakerhuse.no-ip.biz |
| azzeddine.no-ip.biz | backagain.no-ip.info | badoooooo.no-ip.biz | bakerip.no-ip.biz |
| azzedine.no-ip.biz | backdoor213.no-ip.org | badr36.no-ip.biz | bakerk.zapto.org |
| azzedine14.no-ip.biz | backdoor25.no-ip.org | badreddine.no-ip.org | bakioma.no-ip.org |
| azzeug.no-ip.biz | background12.no-ip.org | badrelgouch.no-ip.org | bakir20.no-ip.org |
| azzeug.no-ip.org | backip.zapto.org | badrex.no-ip.org | bakr.no-ip.biz |
| azzey.no-ip.org | backjnllaroja72.no-ip.biz | badriddine.no-ip.org | baksen.no-ip.org |
| b-818.no-ip.org | backlord.no-ip.org | badrmesbahi1998.no-ip.biz | balad.no-ip.org |
| b00s1.no-ip.info | backnsideon.no-ip.biz | badro10.no-ip.biz | balarage.no-ip.org |
| b12.zapto.org | backtrack-fares.no-ip.biz | badrobensefia.no-ip.biz | balbalabchasoudane.no-ip.biz |
| b14ck.zapto.org | backtrack.zapto.org | badros11.zapto.org | balhaf32h.bounceme.net |
| b294237.no-ip.biz | backtrack04.zapto.org | badrou-jhon.no-ip.org | balhaf4h.bounceme.net |
| b3p4rw4h.servebeer.com | backtrack1105.no-ip.biz | badrou.zapto.org | bali.noip.me |
| b42014.zapto.org | backtrack1991.no-ip.org | badsaa.no-ip.biz | baligo.no-ip.biz |
| b4rt4i20.zapto.org | backtrack2015.no-ip.biz | badvirusman.no-ip.org | balkanboy.zapto.org |
| b4ruc.no-ip.org | backtrack51.no-ip.biz | baghdad328.no-ip.org | ballack.no-ip.org |
| b50u.no-ip.info | backtrack69.no-ip.biz | baglisse.no-ip.info | ballgogo.no-ip.org |
| ba3ouu.no-ip.biz | backtrackme.sytes.net | bagnane1995.no-ip.biz | ballz27.no-ip.biz |
| ba3rora.no-ip.org | backtracksr.no-ip.org | baha1961.no-ip.biz | baloch.no-ip.info |
| baazigar.no-ip.biz | backtrar.no-ip.org | bahaa-123.no-ip.biz | balthazaar.no-ip.biz |
| baazouzi.no-ip.org | backupdz.no-ip.org | bahaa.no-ip.org | balti1234.no-ip.biz |
| bab111.no-ip.biz | bacoussama2014.no-ip.biz | bahaa2222.no-ip.org | baltringue.no-ip.biz |
| bab777.zapto.org | badabowh.no-ip.biz | bahaanahid3.no-ip.biz | baltringue.zapto.org |
| baba001.no-ip.org | badar2342.no-ip.biz | bahabenromdhane.no-ip.biz | balushii.no-ip.org |
| baba400.zapto.org | badblood.no-ip.biz | bahadin.zapto.org | bambi22.no-ip.org |
| babam.zapto.org | badboy0007.no-ip.biz | bahalinho.no-ip.org | banadouraa.zapto.org |
| babarulez.no-ip.biz | badboy007.no-ip.org | bahalog.no-ip.biz | banafa00.no-ip.org |
| babatamtam.no-ip.biz | badboy7.no-ip.biz | bahamhastimzia.no-ip.org | banaipe.zapto.org |
| babbas.no-ip.biz | badconcept.no-ip.biz | bahaz.zapto.org | banan123.no-ip.biz |
| babbuino.no-ip.biz | baddeath1221.zapto.org | baher1234.no-ip.biz | banana-split.no-ip.biz |
| babelll.no-ip.biz | bade2000.no-ip.biz | bahiana.no-ip.org | bananesanane.no-ip.biz |
| babi.zapto.org | bader-2015.no-ip.info | bahibabay.no-ip.biz | bandidos373.zapto.org |
| babio33.no-ip.biz | bader-alsawadi.no-ip.biz | bahino321.no-ip.biz | bandixhackers.no-ip.org |
| baby123.no-ip.biz | baderq.zapto.org | bahjoub.no-ip.biz | bandr.zapto.org |
| babyattacks5.3utilities.com | baderx.zapto.org | bahlloule-dj2000.no-ip.org | bangalows.zapto.org |
| babyboy.no-ip.info | badgamerr.no-ip.biz | bahman.no-ip.org | banger123.no-ip.org |
| babyfaceshah.no-ip.biz | badguy.zapto.org | bahoz.no-ip.biz | banhkute.no-ip.biz |
| babyshit.no-ip.biz | badihacker.no-ip.org | bahozshand.no-ip.org | baniasi.no-ip.org |
| bac10.no-ip.biz | badip.zapto.org | bahyhacker.no-ip.org | baniasi.zapto.org |
| baca123.no-ip.biz | baditest.no-ip.org | bainfo.no-ip.biz | bannana.no-ip.org |
| baccar.zapto.org | badluckson.no-ip.biz | bajaja.no-ip.biz | bannouni-55.zapto.org |
| bachir1997.zapto.org | badmadboy.no-ip.biz | bajilo.no-ip.biz | banshee.no-ip.biz |
| bachir2014.zapto.org | badmaro.no-ip.org | bajskorv1337.no-ip.biz | bapple.no-ip.biz |

18

| | | | |
|---|---|---|---|
| baptofdoum.no-ip.org | bashack2557.no-ip.org | battlebudy.no-ip.biz | bbsetil.no-ip.biz |
| baqr96.zapto.org | bashar-13.no-ip.biz | battlefield4.zapto.org | bbsshade.no-ip.org |
| baraaaaa.no-ip.biz | basharalassad1.no-ip.biz | battlescape2020.no-ip.biz | bbtt1406.no-ip.info |
| barab.zapto.org | basharempire.no-ip.biz | batu4492.no-ip.biz | bcn123.zapto.org |
| barakat.servegame.com | basharhack.no-ip.biz | batuqhan11.zapto.org | bd3sk.no-ip.org |
| barakuda1308.no-ip.biz | basheers.no-ip.biz | batx-hacker.no-ip.info | bdk9999.no-ip.biz |
| baramnara.no-ip.org | basher-polo.no-ip.biz | baucraft.servegame.com | bdre3leek.no-ip.org |
| baranhalo.no-ip.org | bashtian.no-ip.biz | bawar-duhoki.no-ip.biz | bdrxxx.no-ip.biz |
| barann.no-ip.biz | basicsk8r13.no-ip.info | bawarduhok.no-ip.org | be-someone.no-ip.biz |
| barasyria.no-ip.biz | basilmualla12335.no-ip.org | bayabayadz.no-ip.org | be1.no-ip.biz |
| barbarossa666.no-ip.biz | basim1122.zapto.org | bayan.sytes.net | be12careful.no-ip.biz |
| barbarouss.no-ip.biz | basixgame.no-ip.org | bayardlzar.zapto.org | beachparty.no-ip.biz |
| barbizba.no-ip.info | basixhd.no-ip.biz | baybarsbilim.no-ip.biz | beard123.no-ip.biz |
| barca-2014.no-ip.biz | basome.no-ip.biz | baymone.no-ip.org | bearkassad.no-ip.biz |
| bardikh.no-ip.biz | basooom147852.no-ip.biz | bayorat.no-ip.org | beast.no-ip.info |
| bareface.no-ip.biz | basrca2099.zapto.org | baypal.no-ip.biz | beast23.no-ip.info |
| barezamine.no-ip.biz | bassam-1999.no-ip.biz | baytanada.no-ip.org | beastbebe.no-ip.info |
| barham22.no-ip.biz | bassam-1999.no-ip.org | bazaxxbaza.no-ip.org | beastie777.no-ip.biz |
| barhambiz.no-ip.biz | bassambhhh.no-ip.biz | bazoka564.zapto.org | beastwolf.no-ip.biz |
| barhome123.no-ip.biz | bassamsamer99.no-ip.biz | bazoka92.no-ip.biz | beatsfk.no-ip.org |
| barhoum01.no-ip.org | bassel-man20.no-ip.org | bazooka123.no-ip.org | beb.zapto.org |
| barika.zapto.org | bassel-man2014.no-ip.org | bazzz.no-ip.info | bebe10.zapto.org |
| barlaman123.no-ip.biz | bassem.myftp.org | bb-25cdd2c5.no-ip.org | bebebeast.no-ip.biz |
| baroda.no-ip.biz | bassem.no-ip.org | bba3400.zapto.org | bebebeast.no-ip.info |
| baron1979.no-ip.info | bassem.serveftp.com | bbanjos.no-ip.biz | bebeflood22.no-ip.biz |
| barophobia.no-ip.biz | bassem1998.no-ip.biz | bbb3.zapto.org | bebegbg.no-ip.org |
| baroshhachers98.no-ip.biz | bassembetrez.no-ip.biz | bbbb-bbbb.no-ip.org | bebekler.no-ip.org |
| baroshhacked98.no-ip.biz | bassie123hax.no-ip.info | bbbb4.myftp.org | bebo00700.no-ip.biz |
| baroud5000.no-ip.biz | basss.no-ip.info | bbbbbbbb-22.no-ip.biz | bechar.no-ip.org |
| barshaloni.no-ip.biz | bastelo.no-ip.org | bbebbo.no-ip.org | bechir-hamed123.no-ip.biz |
| bartander.no-ip.biz | bastora.zapto.org | bbm.redirectme.net | bechir91.no-ip.org |
| barthguyrat.noip.me | basyy.no-ip.biz | bbnn.no-ip.biz | becm4a1.no-ip.org |
| barthsss.no-ip.biz | basza07.no-ip.org | bboy.no-ip.biz | bedohack1234.no-ip.biz |
| barzann.no-ip.biz | batabata011.no-ip.biz | bboy0050.no-ip.biz | bedoui100.no-ip.biz |
| barzeh.no-ip.org | batardchris.servehttp.com | bboy01.no-ip.biz | bedoui71.no-ip.biz |
| bas2532.no-ip.biz | batata.hopto.org | bboyassine.zapto.org | bedro.no-ip.biz |
| basball2532.no-ip.biz | batfik1.myvnc.com | bboycico2020.no-ip.org | bedron.no-ip.biz |
| basbas.no-ip.biz | batfik40.myvnc.com | bboyordie.no-ip.biz | bedrxan.no-ip.biz |
| basbosa.zapto.org | batista11.no-ip.biz | bboysmile.no-ip.biz | beebooo.zapto.org |
| baselfahad.serveftp.com | batista11.zapto.org | bboytaher1.no-ip.biz | beeme.zapto.org |
| basemas.no-ip.biz | batman157.no-ip.org | bbp2012.no-ip.biz | beerdrinker.servebeer.com |
| basgaza.zapto.org | batna213.zapto.org | bbq.no-ip.info | beerlovezz.no-ip.biz |
| basha.no-ip.org | battar.no-ip.biz | bbrns86.no-ip.biz | behnam177070.no-ip.info |

19

| | | | |
|---|---|---|---|
| behnampasha.no-ip.org | benjim.zapto.org | betabetabetabeta.no-ip.info | bifrost5381.no-ip.org |
| behroz.no-ip.biz | benma.no-ip.biz | betanbs.no-ip.biz | bifrost6127.zapto.org |
| bein.zapto.org | benomj.no-ip.biz | betazeta.no-ip.biz | bifrostv1.hopto.org |
| bejons58.no-ip.biz | benounouachraf.no-ip.biz | betiz.no-ip.org | bifrostx.no-ip.org |
| bekaihbb20.no-ip.biz | benrat.no-ip.biz | betrol-hkr.zapto.org | bifrostxp.zapto.org |
| bekasbeuafa.no-ip.biz | bentito.no-ip.biz | bette.noip.me | bifrostyosif.zapto.org |
| bekkali.no-ip.biz | benyoussef.no-ip.biz | better14men.no-ip.biz | bifstar.no-ip.biz |
| bekoaco.no-ip.org | benzima.zapto.org | bettingraja007.zapto.org | big12.zapto.org |
| bekoori.no-ip.biz | benzwitich.no-ip.biz | betuni1.no-ip.org | bigbeareat.no-ip.org |
| beksnl.no-ip.biz | berak30.no-ip.biz | bezhan-ninja.no-ip.org | bigbooy.hopto.org |
| belabbestalha.no-ip.biz | berditaha.no-ip.org | bfcuatro.no-ip.biz | bigboss.hopto.org |
| belal.sytes.net | berhichi.zapto.org | bg-maradona.no-ip.biz | bigboss.serveftp.com |
| belaphon.no-ip.biz | berkanefaysal.no-ip.biz | bg1337.zapto.org | bigboss009.no-ip.biz |
| belemar.no-ip.biz | berkay13.zapto.org | bgbincccam.hopto.org | bigboss2014.no-ip.biz |
| belfire.zapto.org | beropop.zapto.org | bgfdmkgdrthw.no-ip.org | bigboss272013.no-ip.biz |
| belhadj47.no-ip.biz | berrylol.zapto.org | bgteam.sytes.net | bigboss45.no-ip.biz |
| belinhacadeliha.no-ip.org | bertale.no-ip.org | bgyuali123.no-ip.biz | bigbossmoh.no-ip.biz |
| bellazio.no-ip.biz | berzerksemah.zapto.org | bh4b.no-ip.org | bigboy101.no-ip.biz |
| bellefleur252000.zapto.org | berziga.no-ip.org | bhacker.no-ip.biz | bigboybacon123.zapto.org |
| belleportea.no-ip.biz | beshoohacker.no-ip.biz | bhakim.zapto.org | bigerror.no-ip.info |
| bellkam.no-ip.biz | besondernet.zapto.org | bhh.servehttp.com | biggest.no-ip.biz |
| bellragazzo.no-ip.biz | besoo2014.no-ip.biz | bhop.no-ip.biz | biggestandbest.no-ip.biz |
| beloo.no-ip.biz | besooo.zapto.org | bhr-raju.no-ip.biz | biggymoney02.no-ip.org |
| belosky.no-ip.biz | bessooo22.no-ip.info | bhrminer1.zapto.org | bighacker44.no-ip.biz |
| beloved.no-ip.biz | besstforever.no-ip.biz | bi0sh.no-ip.org | biglost40.no-ip.biz |
| beltalus.no-ip.org | best-game.servegame.com | bi7imosss.zapto.org | bigmastera.no-ip.biz |
| beltrolo.servehttp.com | best-hack07.zapto.org | biba3100.no-ip.biz | bigmitttits.zapto.org |
| ben-mhenni.no-ip.org | best-termes.no-ip.biz | bibbaaa3100.no-ip.biz | bigmoooo.no-ip.biz |
| ben28400.no-ip.biz | best-tophacker.no-ip.biz | bibidjaja.no-ip.org | bigsans.no-ip.biz |
| ben2rat.no-ip.biz | best4allguys.no-ip.biz | bibidjajafaroj.no-ip.org | bigserveur.no-ip.org |
| benabbad.no-ip.org | bestbrod.no-ip.info | bibijo.zapto.org | bigsmoke.no-ip.info |
| benahmed.no-ip.org | bestebr.no-ip.biz | bibilomp.servemp3.com | bigun3291.no-ip.biz |
| benali.no-ip.biz | besthacker233.no-ip.biz | bibo.myftp.org | bigvpn.zapto.org |
| benali85.no-ip.biz | besthacks.no-ip.biz | bibo.no-ip.biz | bigwire.zapto.org |
| benali94000855.no-ip.biz | bestknight.zapto.org | biboking.no-ip.biz | biioniik6911.zapto.org |
| benandjae.no-ip.biz | bestmaned.no-ip.biz | bibsa2091.zapto.org | bikis.no-ip.biz |
| bencsik123.no-ip.biz | bestmatter.no-ip.info | bido.no-ip.org | bikka.zapto.org |
| benfodil.no-ip.org | besto16.no-ip.biz | bidoun.no-ip.info | bil-fast.no-ip.biz |
| bengan.zapto.org | bestops.noip.me | bifrosetspydz.zapto.org | biladi2000.no-ip.info |
| bengt1337.zapto.org | bestserver2009.no-ip.biz | bifrost-jordan.zapto.org | biladon.no-ip.biz |
| benguyrat.no-ip.biz | bestservers.no-ip.org | bifrost-ultrass.sytes.net | bilal-hacker.no-ip.biz |
| benhf.no-ip.biz | bestuwk.zapto.org | bifrost.no-ip.org | bilalbachi.no-ip.biz |
| benjadubstep.zapto.org | betab1.no-ip.org | bifrost1.no-ip.org | bilalbal16250.zapto.org |

| | | | |
|---|---|---|---|
| bilalchawi.no-ip.biz | bioware.no-ip.info | black12z.no-ip.biz | blackmasters.no-ip.biz |
| bilale.zapto.org | birkisi.no-ip.biz | black13.no-ip.biz | blackmetroid.no-ip.biz |
| bilalfive.no-ip.biz | birlesiksuclar.no-ip.biz | black3up.no-ip.biz | blackmind.redirectme.net |
| bilalhacker.no-ip.biz | bismaiiislam.no-ip.biz | black4s.no-ip.biz | blackmootez.no-ip.biz |
| bilalhacker20.no-ip.biz | bisous.no-ip.biz | blackanaconda.zapto.org | blackn3x.no-ip.biz |
| bilalhacker99.no-ip.biz | bitch318573151.3utilities.com | blackarting.zapto.org | blacknjrat.no-ip.biz |
| bilallchef.no-ip.org | bitcoin20.serveftp.com | blackbaerd.no-ip.biz | blacko.serveftp.com |
| bilallchef.zapto.org | bitcoin3vpn.no-ip.biz | blackbeard2014.no-ip.biz | blacko.zapto.org |
| bilallegrand.no-ip.biz | bitfrostmuhamad.no-ip.biz | blackbeards.no-ip.org | blackoops.zapto.org |
| bilalnjm1.no-ip.biz | bituca.no-ip.biz | blackblood.no-ip.biz | blackos.no-ip.biz |
| bilalovichakr.no-ip.biz | bitz0r.zapto.org | blackbox.zapto.org | blackoutz.no-ip.biz |
| bilalsidd43.no-ip.biz | bitzorrojwz.zapto.org | blackcat20.no-ip.info | blackr00t5.no-ip.org |
| bilalz11.no-ip.biz | bizeringas.no-ip.biz | blackchild12.no-ip.biz | blackshades.hopto.org |
| bilalzader.no-ip.org | bizispro341.hopto.org | blackcobra.no-ip.biz | blackshades.myvnc.com |
| bilbil.zapto.org | biztr.zapto.org | blackcryptoplasma.no-ip.biz | blackshadesibby.zapto.org |
| bileldarajinoh.no-ip.biz | bizzeoo.zapto.org | blackdark.zapto.org | blackshadesst0ff.no-ip.info |
| bilelkor.no-ip.biz | bizzyman.no-ip.org | blackdeagle.no-ip.biz | blackshadesv69.no-ip.org |
| billalziza.no-ip.org | bjar.no-ip.biz | blackdeagle1.no-ip.biz | blackshadewfs.zapto.org |
| billaonegta.no-ip.org | bjhgfkbjhdf.no-ip.biz | blackeyes.no-ip.info | blackskunk.no-ip.org |
| billel10.zapto.org | bkdboti.zapto.org | blackeyes35.no-ip.biz | blacksnipertn.hopto.org |
| billel100.zapto.org | bkthac.no-ip.org | blackgh0st.zapto.org | blackstars.no-ip.biz |
| billel2014.zapto.org | bktrain.no-ip.org | blackghost94.no-ip.biz | blackstealer.no-ip.biz |
| billel2324.no-ip.biz | bl4ck-h3ll.no-ip.info | blackguy42.no-ip.info | blacktax.no-ip.biz |
| billions.no-ip.biz | bl4ckc0nd0r.no-ip.biz | blackhack1.no-ip.biz | blacktrack27.zapto.org |
| billy19.no-ip.biz | bl4ckzley.no-ip.info | blackhacker0.no-ip.biz | blacktremendous.no-ip.org |
| billybutcher.no-ip.biz | blabla3.zapto.org | blackhacker92.no-ip.biz | blackvira.no-ip.biz |
| billytom2011.no-ip.biz | blabladarkorbit.no-ip.org | blackhat475.zapto.org | blackwinter33.zapto.org |
| bilou0950.no-ip.org | blac-hack.no-ip.info | blackhawk.myftp.biz | blackwking.no-ip.biz |
| bilou191.no-ip.biz | blachasat.no-ip.org | blackheart007.no-ip.org | blackwolf1251.no-ip.biz |
| bilutza.no-ip.org | black-004.no-ip.biz | blackhellteam.no-ip.info | blackxranger.sytes.net |
| bily19.no-ip.biz | black-back.zapto.org | blackhostbooter.no-ip.biz | blackyouyou.no-ip.biz |
| bimbam02.no-ip.biz | black-cat.zapto.org | blackimagic.no-ip.info | blackz0r.no-ip.biz |
| bimenovin.sytes.net | black-d.no-ip.org | blackinj.no-ip.biz | blackzeus.no-ip.biz |
| bin-w.no-ip.biz | black-ddos.no-ip.biz | blackjester.no-ip.biz | blackzx.no-ip.biz |
| bin7788.sytes.net | black-hacker.no-ip.biz | blackkiko.zapto.org | blad5.no-ip.biz |
| bincorintiano.no-ip.org | black-hacker2011.no-ip.biz | blackkk.no-ip.biz | blademan231.no-ip.biz |
| bind123.zapto.org | black-hat2.no-ip.org | blacklist12012771.no-ip.biz | bladu.hopto.org |
| bingbong222.zapto.org | black-heart.no-ip.biz | blacklord515.no-ip.biz | blahblahblah145.no-ip.biz |
| bingo.no-ip.biz | black-lover.no-ip.biz | blackmagix.no-ip.org | blak-hacker.no-ip.biz |
| biohazard147.no-ip.biz | black-magic.no-ip.biz | blackmailer1990.no-ip.biz | blake472.no-ip.biz |
| biologyc1.no-ip.org | black-virusss.no-ip.biz | blackman55-25.no-ip.biz | blaklove.no-ip.biz |
| biopla007.no-ip.biz | black007.no-ip.org | blackmanhack.no-ip.biz | blamzia-hacker.no-ip.biz |
| bioshock.no-ip.biz | black12.no-ip.biz | blackmaskanon.no-ip.biz | blancka.no-ip.info |

| | | | |
|---|---|---|---|
| blank3.zapto.org | bmkingconnect.no-ip.org | bolboltn.zapto.org | borcanos.zapto.org |
| blasheto.no-ip.biz | bmw777.no-ip.biz | bolinha2012.no-ip.org | borkan.no-ip.info |
| blaze.no-ip.org | bmwm311.no-ip.info | bollebof.no-ip.org | borrie44.no-ip.biz |
| blazinghacker.zapto.org | bn22.no-ip.biz | boloklpm.zapto.org | bosco.serveblog.net |
| blaztpkz.no-ip.biz | bnat.zapto.org | bolouni222.no-ip.biz | boscovpn.servehttp.com |
| bleachsss.no-ip.org | bnbhr.no-ip.biz | bombastic2014.no-ip.org | bosh12345.no-ip.org |
| blesspl.no-ip.biz | bnivtjf.myftp.org | bombe.zapto.org | bosis2.no-ip.biz |
| blickshades.zapto.org | bnt.no-ip.info | bombermanbr.no-ip.org | bosnesmer.no-ip.biz |
| blid-boy-tn.no-ip.biz | bo-saad404.no-ip.biz | bombo11.no-ip.org | boss138.no-ip.org |
| blida.zapto.org | bo2la5001.no-ip.biz | bond-h.no-ip.biz | boss21121.no-ip.org |
| blilegend.no-ip.org | bo2yooj.no-ip.org | bond7war454.no-ip.biz | boss2121.zapto.org |
| blinda.zapto.org | bo3aza.no-ip.biz | bondehacker.no-ip.org | boss24.zapto.org |
| blindprince.no-ip.biz | bo7mid.zapto.org | bondman.no-ip.org | bosshack12.no-ip.biz |
| blinkwhite.no-ip.biz | bob054.no-ip.biz | boneges66.serveftp.com | bosshacked.no-ip.org |
| bllaa.no-ip.biz | bobby174.no-ip.info | bonet69.servegame.com | bosshacker.no-ip.biz |
| blloodbeasthf.noip.me | bobjones1.no-ip.biz | bonev94.no-ip.biz | bosshk5.no-ip.biz |
| blog01.no-ip.biz | bobkad.no-ip.org | bonina95.no-ip.biz | bossmed.zapto.org |
| blogas-b0x.no-ip.biz | boblove2001.myvnc.com | bonke.no-ip.org | bossvegas.no-ip.biz |
| bloge.bounceme.net | bobmarleyftw.no-ip.biz | bonkers007.no-ip.org | bostawee1.no-ip.biz |
| blogsport-hack.zapto.org | bobmemo016.no-ip.org | bonom789.no-ip.biz | bosy.no-ip.info |
| bloh.no-ip.biz | bobo99.no-ip.biz | bontoxilysin.no-ip.biz | bot11.no-ip.info |
| blonda.no-ip.biz | boboajah123.no-ip.biz | bonus2.zapto.org | bot12.no-ip.info |
| blondegirl.no-ip.biz | bobocahacksleru.no-ip.org | bonusoffers.no-ip.biz | bot2010net.hopto.org |
| blondie12345.noip.me | bobokill.no-ip.biz | booba93.no-ip.org | botbot.no-ip.info |
| bloodandgold.no-ip.biz | bobonator.no-ip.biz | boody.no-ip.info | botfri.no-ip.org |
| bloody.no-ip.biz | bobphaggot.no-ip.biz | boodydragon.no-ip.biz | bothaa.no-ip.biz |
| bloodyroger.no-ip.org | bobzen.no-ip.org | boodyzozamero.no-ip.biz | boti.zapto.org |
| blowjob.no-ip.biz | bocapzzz.no-ip.info | boogod.zapto.org | botineta.no-ip.info |
| bluba.no-ip.biz | bockuk.no-ip.biz | boogzy.zapto.org | botishe.no-ip.biz |
| blue-eyes96.zapto.org | bodados.zapto.org | boom11137.no-ip.biz | botnet404.no-ip.org |
| blue-man.no-ip.org | bodda.zapto.org | boom82.no-ip.biz | botnetmaster.no-ip.biz |
| blue-njrat.no-ip.biz | bodek.no-ip.biz | boomhaker.zapto.org | botnetrasta.no-ip.org |
| bluedream77.no-ip.biz | bodjaso.zapto.org | booob.no-ip.info | botnets.no-ip.biz |
| bluehacker99.no-ip.biz | body72000.no-ip.biz | booobz.no-ip.biz | botnett.no-ip.info |
| bluehost.servegame.com | bog5151.zapto.org | boooooom.no-ip.org | botnettheworld.zapto.org |
| bluekurban.no-ip.org | bogy.no-ip.org | booooooooooy.no-ip.org | botolwimi.no-ip.biz |
| bluline.no-ip.biz | boh.no-ip.biz | boos-195.zapto.org | botproducts.no-ip.org |
| blusunny.no-ip.org | bojnas.no-ip.biz | boot2014.hopto.org | botship.no-ip.biz |
| blusunny12.no-ip.org | bok2.sytes.net | bootkill.no-ip.org | bou3zizi.zapto.org |
| bmbarao.no-ip.org | bok3.sytes.net | bootydc.no-ip.org | bouazra.no-ip.info |
| bmbm75.no-ip.biz | bokoko1981.no-ip.biz | booudx.no-ip.biz | boubacs2.no-ip.biz |
| bmking.no-ip.biz | bolbol.no-ip.biz | borbom.noip.me | boubaker.no-ip.biz |
| bmking919.no-ip.org | bolbolhack.no-ip.biz | borcano.no-ip.biz | boucanix.no-ip.org |

| | | | |
|---|---|---|---|
| bouchra.zapto.org | bqudih.no-ip.org | bring.no-ip.biz | bshades1.hopto.org |
| boudabous123.no-ip.biz | br3akd3adevils.no-ip.org | brini.no-ip.biz | bshades10.no-ip.info |
| boudbouz2.no-ip.biz | br3e777.no-ip.biz | brinssiwassim.no-ip.biz | bshades11.no-ip.info |
| boudissa22.no-ip.org | braa-bdwe.no-ip.biz | brkan.no-ip.biz | bshadesencrypt.no-ip.biz |
| boudou.no-ip.biz | braa1010.no-ip.biz | brkan.no-ip.org | bshadeseu.no-ip.info |
| bouelam.no-ip.biz | braa1234.no-ip.org | brme.sytes.net | bsmart9165.no-ip.biz |
| bougassa.sytes.net | braa12345.no-ip.biz | brmel9898.zapto.org | bsoom20920.zapto.org |
| bouhaya73.no-ip.biz | braa1994.no-ip.biz | bro2517.no-ip.info | bsrat.no-ip.biz |
| bouketana.no-ip.org | bradleroy.no-ip.biz | broadproductz.zapto.org | bsrealm.no-ip.biz |
| boula.no-ip.biz | brado.zapto.org | broco40.no-ip.biz | bss35.no-ip.org |
| boumboum.no-ip.biz | bradoquefan.zapto.org | brod.no-ip.biz | bsspread.zapto.org |
| boumour1.no-ip.org | brag77.no-ip.info | brohacker.no-ip.biz | bssrrr.no-ip.biz |
| bounar.no-ip.biz | brag89.no-ip.biz | broken2014.zapto.org | bsvip.no-ip.biz |
| bounouail.no-ip.biz | brahim-hacker.no-ip.biz | broklin.no-ip.org | bt-1998.no-ip.biz |
| bouregna.no-ip.biz | brahim08.no-ip.biz | bromtimol.no-ip.org | bt5.no-ip.biz |
| boussandel.no-ip.biz | brahimhacktj.no-ip.biz | broooooook.no-ip.org | btcbtc.no-ip.biz |
| bouza776.zapto.org | brahimi1.no-ip.biz | brownbr.no-ip.org | btk-banks.zapto.org |
| bouzianehh.no-ip.biz | brahimos.no-ip.biz | brownyoda123.zapto.org | btooom.servegame.com |
| bouziani19.zapto.org | brai11brai11.no-ip.biz | browserprotect.hopto.org | btupdate.bounceme.net |
| bouzid.no-ip.biz | brainkeylog.no-ip.biz | broxy.serveftp.com | bubulinho.no-ip.org |
| bouziddz31.no-ip.biz | bran07.no-ip.biz | brsteghacker.zapto.org | bubyza.no-ip.biz |
| bouzina.no-ip.biz | bransizekooo1999.no-ip.biz | brucewayne.no-ip.biz | bucetaloca.no-ip.org |
| box5241.sytes.net | braskinha.no-ip.org | bruclee.no-ip.org | budale.no-ip.biz |
| boxyte2.zapto.org | brazzers.zapto.org | brugerenfisk.zapto.org | budasexy.no-ip.biz |
| boy-senoy.no-ip.biz | brb12.no-ip.org | brujoblanco.no-ip.org | buenasondas.no-ip.biz |
| boy-sy1.no-ip.biz | brbmta.no-ip.org | brunassss.no-ip.org | bufferoverflow.no-ip.org |
| boy-wolfe.servebeer.com | brbover.servemp3.com | bruno56.no-ip.org | bugabuse.no-ip.biz |
| boy.myftp.org | breacker.no-ip.biz | brunosantos.no-ip.org | bugdastrocas2.no-ip.org |
| boy2.no-ip.org | bredsticks.no-ip.org | brusk.no-ip.biz | buisness.no-ip.biz |
| boy2.sytes.net | breezo69.no-ip.org | brutalbeast.no-ip.biz | bukephalon115.zapto.org |
| boy2012.zapto.org | brendonsouza.no-ip.org | brute123.no-ip.biz | bukephalos112.zapto.org |
| boy90.no-ip.biz | brenerrocha.no-ip.org | brutecommander.no-ip.biz | bulasici.zapto.org |
| boybalaku.no-ip.info | brenofalcone1.no-ip.org | brutefreaks.no-ip.org | bulkatown.zapto.org |
| boygaza.zapto.org | brghter.no-ip.biz | bryar123.no-ip.biz | bulletlatus.no-ip.info |
| boygazahacker.no-ip.info | brhoma.no-ip.biz | bryarlab.no-ip.biz | bullshit1.zapto.org |
| boyko.zapto.org | brhoma20.no-ip.org | bs15.no-ip.org | bulltom.no-ip.biz |
| boylinux.no-ip.org | brianmdp.no-ip.org | bsbs.no-ip.org | bumpthis.zapto.org |
| boyone.no-ip.biz | brianthorsal.zapto.org | bsbs2015.no-ip.biz | burakddd.no-ip.org |
| bozok.redirectme.net | brickbrick.zapto.org | bsbsmew.no-ip.org | burakkoz.no-ip.org |
| bozuh.no-ip.biz | brickinthewall127.servegame.com | bsc.no-ip.info | burgessgary.no-ip.biz |
| bpkmorte.no-ip.biz | bridmax1177.no-ip.org | bsc35.no-ip.biz | burkay.no-ip.biz |
| bplygtppqq.sytes.net | brigadeo1.no-ip.org | bsdservices.no-ip.org | burrofted1.zapto.org |
| bqqowwteeattackr.no-ip.org | briico.no-ip.info | bshades001.zapto.org | bus.no-ip.biz |

| | | | |
|---|---|---|---|
| bushmanas.no-ip.biz | c06.no-ip.info | calosha.no-ip.org | captinhaider.no-ip.org |
| busted-hosen.zapto.org | c0d.no-ip.biz | calox.no-ip.info | captinsp.no-ip.biz |
| butbot.no-ip.biz | c0der.zapto.org | calva77.no-ip.info | car-ash.no-ip.biz |
| butiam.zapto.org | c0py13.no-ip.biz | calvinjoyn.zapto.org | caraculos.no-ip.org |
| buttacuore.no-ip.org | c0re.myftp.biz | cam2cam.servebeer.com | caralho.no-ip.org |
| butterfly-linux.noip.me | c1.sytes.net | cambatta.no-ip.biz | caramelochupetin.no-ip.biz |
| butterlauch.no-ip.org | c15.no-ip.biz | camerasautopla.no-ip.org | carcara.no-ip.biz |
| buy.sytes.net | c2carbon.no-ip.biz | cameronbennett10.zapto.org | carcomp.no-ip.biz |
| buzios81.sytes.net | c3309510.no-ip.org | camfrog00.no-ip.biz | carder.no-ip.biz |
| buzzdjok.no-ip.biz | c4bordobere.no-ip.biz | camfrogbot1144.no-ip.info | cariaszimm.no-ip.biz |
| buzztroll.no-ip.biz | c4eva.zapto.org | camfrogs.no-ip.biz | carlos2010.no-ip.org |
| bvfkjf.no-ip.biz | c4rys.zapto.org | camgirlsgone.zapto.org | carlosc1-.no-ip.org |
| bvirus.no-ip.biz | c4y.no-ip.biz | camiily02.no-ip.org | carlosc10.no-ip.org |
| bw7.zapto.org | c9c9c9.no-ip.info | camilojuanalz.no-ip.biz | carlosh1.no-ip.org |
| bwaradical.no-ip.org | ca1.no-ip.biz | cams101.no-ip.biz | carloshacker.no-ip.org |
| bxhacker.no-ip.info | ca30.no-ip.org | camyhonulux.no-ip.org | carloskaka2.no-ip.org |
| by7en.no-ip.org | caballoblanco.no-ip.biz | camz.no-ip.org | carlsen.no-ip.biz |
| byblg.no-ip.org | caballoblanco.no-ip.org | cana.no-ip.org | carlsmoney.no-ip.biz |
| bycabrakan.no-ip.biz | cabelodeanjo.no-ip.org | canada-imigration.zapto.org | carpbots.no-ip.org |
| bydefacerteam.no-ip.org | cabiste.no-ip.org | cancel.no-ip.biz | carrochevere.no-ip.biz |
| byebye.zapto.org | cabizertin.no-ip.biz | cancel10.no-ip.biz | carroloco.no-ip.biz |
| byehost.zapto.org | cabizertin.no-ip.info | cancelito.no-ip.biz | carshow4.zapto.org |
| byhackerzi.no-ip.org | cabocelg.no-ip.biz | cancertreatment.no-ip.info | carter3020.zapto.org |
| byhakan.no-ip.org | cabrerarox.no-ip.org | candid11.no-ip.biz | carterveyron.no-ip.org |
| byjukase.no-ip.org | cacapepe3.zapto.org | candowe.no-ip.biz | cartnewst9.3utilities.com |
| bykabus.no-ip.biz | cacatata.no-ip.org | candyflip.no-ip.biz | cartona.no-ip.org |
| bykzt.no-ip.org | cacon.zapto.org | candyjames66.no-ip.org | casadoce.hopto.org |
| byla.noip.me | cadetrat.no-ip.biz | cannach.no-ip.org | casanegra.hopto.org |
| bymassaka.no-ip.org | cafgg600.servepics.com | cannahack.no-ip.org | casanova12.no-ip.org |
| bymisuel.zapto.org | caiquemoser21.no-ip.biz | cantante1.no-ip.org | casbar.no-ip.org |
| bynblock.no-ip.biz | caiu10.no-ip.org | canyouseeme-00.no-ip.biz | cascarita1.no-ip.biz |
| byozee.no-ip.org | caiusemxoro.no-ip.org | capcup.no-ip.org | cascarita2.no-ip.org |
| byposeidonhack.zapto.org | caixafull.no-ip.org | capitainatlas.no-ip.biz | cascarita3.no-ip.biz |
| bysersem99.no-ip.org | cajablanca.no-ip.biz | capoeira213.zapto.org | cashbuziness01.no-ip.org |
| byserver.no-ip.info | cake911.no-ip.biz | caponi.no-ip.biz | cashbuzinesss02.no-ip.org |
| byte4001.zapto.org | cakebot.no-ip.biz | capoo76.no-ip.biz | cashclay.no-ip.biz |
| bytelord.no-ip.biz | calabassas.zapto.org | capowassim.no-ip.org | casher999.no-ip.org |
| bytesrat.no-ip.info | caliplas.sytes.net | capricehack.no-ip.org | cashmarket.no-ip.org |
| bytrojan.no-ip.biz | calipo.sytes.net | caprilesgano.zapto.org | cashmoney66612.no-ip.org |
| byvodkah2.no-ip.org | calirockerdude.no-ip.biz | capro.no-ip.biz | casillasso02.no-ip.org |
| bz4.no-ip.info | callaverax.no-ip.biz | captainteemoonduty.zapto.org | casinovictor.no-ip.biz |
| bzhacker.no-ip.biz | callme94.no-ip.biz | captinhack.no-ip.biz | casir90.no-ip.org |
| c03.no-ip.biz | callum1663.no-ip.org | captinhacker.no-ip.biz | casper2205.zapto.org |

24

casperghostafk.no-ip.biz
caspersky99.no-ip.biz
casperteam.no-ip.biz
castielms0.noip.me
cat665.no-ip.org
cataclysmtm.no-ip.biz
catalina.zapto.org
catalonia.zapto.org
cathylee89.no-ip.biz
catmangoesham.no-ip.biz
catphia.no-ip.org
cats306.no-ip.biz
catsec.no-ip.biz
catspl0it.no-ip.biz
caty.no-ip.biz
cauan.no-ip.org
cavaleiro88.no-ip.org
cavalvrdme.hopto.org
cawilciise12345.no-ip.biz
cazanova.no-ip.biz
cazanova.no-ip.info
cbmbdh.no-ip.biz
cbn.noip.me
cbriggz.sytes.net
cbuts.no-ip.info
cc2014.zapto.org
cc9.no-ip.info
ccccvv.no-ip.biz
ccccx.zapto.org
cccmark10.no-ip.biz
cccpppyyy.no-ip.biz
cchazemcc2013.no-ip.biz
ccpassc001.zapto.org
ccpassc12345.no-ip.biz
ccpdz.sytes.net
cctvhome10.hopto.org
ccv.noip.me
ccxc.no-ip.biz
ccxv.no-ip.biz
cd236.no-ip.org
cdawg.no-ip.biz
cdos.no-ip.org
cdr.servegame.com

cdtpika.no-ip.org
cdtpika28.no-ip.biz
ceanquipi.no-ip.biz
ceasar1967.zapto.org
cecxvot.no-ip.biz
cedilnikgamer.zapto.org
cedkiller.zapto.org
ceezrat.no-ip.biz
cegynews300.no-ip.org
ceh1990.myvnc.com
cekmeol.zapto.org
celiaola.no-ip.biz
celsodns.zapto.org
cemm699.zapto.org
cenivar.zapto.org
centreered.no-ip.info
certificatesmanager.loginto.me
certiphied.no-ip.biz
cesarmark35.no-ip.org
cescmouad.zapto.org
cetos123131.no-ip.biz
cetoshack123131.no-ip.biz
cf-hanter.zapto.org
cfl2014.zapto.org
cfmmicrosoft.no-ip.info
cfviphack.no-ip.biz
cge11.no-ip.org
cgexplore.no-ip.biz
cgvsbgvsatk3b64.zapto.org
ch09.zapto.org
ch222.no-ip.org
ch3m4t.no-ip.org
chaaatm1010.no-ip.biz
chabach.no-ip.biz
chabah99.no-ip.org
chacalhacker.no-ip.biz
chacks.no-ip.info
chadasa.zapto.org
chadi12.no-ip.biz
chadyy.no-ip.biz
chafar.no-ip.org
chafik.no-ip.biz
chafik1931.no-ip.org

chahid22.no-ip.info
chainproxied10.zapto.org
chaipo00.zapto.org
chairi-chairi.no-ip.info
chairrat.no-ip.biz
chaiyapot.no-ip.org
chaker1990.no-ip.biz
chakerhak.noip.me
chakibau.no-ip.biz
chakirook.no-ip.biz
chakma.zapto.org
chakou23chakou.no-ip.biz
chakson.no-ip.biz
chalil.no-ip.biz
challengerscape.zapto.org
chamillion.no-ip.biz
chamso111.no-ip.biz
chandyla.no-ip.biz
chanelz.sytes.net
changla.no-ip.biz
chaoscult.noip.me
chaouch4.no-ip.biz
chaouki-love.no-ip.biz
chapl2.no-ip.biz
chapz.no-ip.org
char.no-ip.biz
charafsatfoub.no-ip.biz
charara.no-ip.biz
charityj.no-ip.info
charlesdc.no-ip.biz
charlesdc.no-ip.org
charley.servemp3.com
charliechaplin1.no-ip.org
charliedinmam.no-ip.biz
charloservs.no-ip.biz
charming1.no-ip.biz
charnou9.no-ip.biz
chase81.no-ip.biz
chat-haker.no-ip.biz
chaten.no-ip.biz
chaterss.no-ip.org
chawarma.zapto.org
chawi.no-ip.biz

chazzyrat.no-ip.biz
chdid1.sytes.net
chea7mad.no-ip.biz
cheatamine.no-ip.biz
cheater12.no-ip.biz
cheaterbe.no-ip.biz
cheatgamesth.no-ip.biz
cheb-khaled33.no-ip.org
cheback.no-ip.biz
chebbiha.no-ip.biz
checho.zapto.org
checkingsystem.redirectme.net
checkpage.sytes.net
checkspeed.no-ip.biz
checkthisstuffout.no-ip.biz
chedy83.no-ip.org
cheefoo.no-ip.biz
cheeseman64.no-ip.org
cheeses.no-ip.info
cheetos-samy.zapto.org
cheia.zapto.org
chejo123.zapto.org
chelbi.zapto.org
chemical1.no-ip.biz
chemioshock.no-ip.org
chen3a.no-ip.biz
cheninirix.no-ip.org
cheriflakamora.no-ip.biz
cherir.no-ip.biz
cherir.zapto.org
cheroum.zapto.org
cherva1000.serveftp.com
chetari.no-ip.biz
chevalier31.no-ip.biz
chibbler.no-ip.biz
chibokam2000.no-ip.biz
chicagoo.no-ip.info
chichio.zapto.org
chichou.no-ip.org
chicken0622.no-ip.biz
chickenrobin.zapto.org
chickless.no-ip.biz
chiconp.no-ip.org

25

| | | | |
|---|---|---|---|
| chidomlima.no-ip.org | chou202.no-ip.biz | cimahdi26101520.no-ip.biz | clilmat.no-ip.biz |
| chigorforgod.myftp.biz | chouaib-douaibi.no-ip.org | cina-marcina.no-ip.biz | climbergirl.no-ip.biz |
| chigranumb.no-ip.biz | chouaib17.no-ip.biz | cina111.no-ip.biz | clintiny.no-ip.biz |
| chihab253.no-ip.info | chouboudou.no-ip.biz | cinamarcina.no-ip.biz | clivoucanada.no-ip.org |
| chihebchipo.zapto.org | chouchou1992.no-ip.biz | cinderella1990.no-ip.org | clopman.no-ip.biz |
| chihebking.no-ip.biz | chouchouhack007.zapto.org | cindyrwhite.no-ip.biz | clown1339.no-ip.biz |
| chihemek1997.no-ip.biz | choudharyadeel.no-ip.biz | cino123.no-ip.org | club.no-ip.info |
| chikichiki.zapto.org | chouhan51.no-ip.biz | cino123.zapto.org | clubafricain.zapto.org |
| chiko-chiko.no-ip.org | chouka.no-ip.biz | circassian00000.no-ip.biz | clublan1.myftp.org |
| chillum69.zapto.org | chouki.no-ip.biz | cirillodoacre.no-ip.biz | clx2.no-ip.biz |
| chimeraboico.no-ip.org | chpqnx5xa52.no-ip.biz | ciro90.no-ip.org | cmd.hopto.org |
| chimez2014.noip.me | chqchq.noip.me | cisco.servepics.com | cmd1.zapto.org |
| chimpansiets.zapto.org | chraxan.no-ip.biz | citoshd.no-ip.biz | cmd19.sytes.net |
| chinaiscool.zapto.org | chris0313665.no-ip.biz | civic.no-ip.org | cmdftpcasacasa.hopto.org |
| chinatins.no-ip.biz | chris2017.no-ip.org | cjdondarkk.zapto.org | cmjc.no-ip.biz |
| chinato.no-ip.biz | chrissehhf.no-ip.org | cjosita.no-ip.biz | cmpunkddd.sytes.net |
| chinobi.no-ip.biz | christophe62.no-ip.biz | cjsdks1.no-ip.biz | cmrs.no-ip.org |
| chipie80.zapto.org | chrome-plugins.sytes.net | cjswagson.no-ip.biz | cmv.no-ip.info |
| chipsasa.no-ip.org | chrome-update.sytes.net | ckos.sytes.net | cn1.no-ip.info |
| chiref.no-ip.biz | chrome.serveftp.com | cl0ner.no-ip.org | cn10cmd.zapto.org |
| chit-no.no-ip.org | chrome.servehalflife.com | cl1991.no-ip.biz | cnapest.no-ip.biz |
| chitaliraq.sytes.net | chroomeupdate.sytes.net | cl3an.no-ip.biz | co0ol.no-ip.org |
| chitane13.no-ip.org | chryslero.servebeer.com | cla01104.no-ip.biz | coal-trader123.zapto.org |
| chitliiv.sytes.net | chtayner.no-ip.biz | cla3s4t7r.zapto.org | cobalthaxor.no-ip.org |
| chixo.no-ip.biz | chubs.no-ip.org | clainbro.no-ip.biz | cobra02.no-ip.info |
| chizpro.zapto.org | chuckey.no-ip.org | clancpr.serveftp.com | cobra154.zapto.org |
| chizzyrat.no-ip.org | chucknorris.no-ip.biz | clark7030.no-ip.org | cobra661.no-ip.biz |
| chmsou.no-ip.org | chucky14201.no-ip.org | class500.no-ip.biz | cobracobra.zapto.org |
| chneppo12.zapto.org | chucky18.no-ip.org | claudemerie.no-ip.biz | cobranjn.no-ip.org |
| choco378787.no-ip.biz | chujdupa.zapto.org | claudinha.no-ip.org | cobraslayer.no-ip.biz |
| chocolateshit.no-ip.biz | chuks052.no-ip.org | claupa.no-ip.biz | cocapepsi.zapto.org |
| chocopotato.no-ip.biz | chupdate.hopto.org | clavesreales.zapto.org | cockplague.hopto.me |
| chohoo.no-ip.biz | chupeta.no-ip.org | clay157.no-ip.org | cockydmira.no-ip.biz |
| chok.no-ip.org | chuscarros.zapto.org | clean-scan.sytes.net | coco0731.zapto.org |
| chokon4t.no-ip.org | chuva007.no-ip.biz | clearclear.no-ip.biz | coco1337.no-ip.biz |
| chokriphop.no-ip.biz | chuva007.no-ip.info | clemantis.hopto.org | cocoavan.no-ip.biz |
| choku123456789.zapto.org | chuva009.no-ip.org | clerk.no-ip.biz | cocohack.no-ip.org |
| cholmignon.no-ip.biz | chvst.no-ip.biz | cleversonooo7.no-ip.biz | cocoqq.zapto.org |
| chorben-4561.no-ip.biz | cibernertttt.no-ip.org | clhk21.no-ip.biz | cocucka.sytes.net |
| chorben-45612.no-ip.biz | cicinooran.no-ip.biz | client.no-ip.info | codandchips.no-ip.org |
| chorochoro.no-ip.biz | cientes.no-ip.info | client.zapto.org | codekala.no-ip.biz |
| chotilnw1415.no-ip.biz | cigicigi34.no-ip.org | clientes1.no-ip.org | codepyo.sytes.net |
| chotilnw14156.no-ip.biz | cikdemone.no-ip.biz | cliffre.zapto.org | coder147.no-ip.biz |

26

codercapoo.hopto.org
coderist.sytes.net
codghosts.no-ip.org
codhacker.no-ip.org
codutyfan.no-ip.biz
codytest.no-ip.biz
cogeburra.zapto.org
cogkf-dhjkl.no-ip.biz
coinxed1.no-ip.biz
cojacvidaloka.sytes.net
cola.serveftp.com
colamentos.zapto.org
colares-pc.no-ip.biz
colby123.no-ip.biz
collesiumband.servemp3.com
collinsmanrat.noip.me
collo.no-ip.org
collo21.no-ip.biz
collo78.no-ip.biz
collocollo.no-ip.biz
colombiahack.no-ip.info
colona.no-ip.org
colorzpe1234.no-ip.info
colosusss.no-ip.biz
coltonowns.no-ip.biz
comandachina.no-ip.org
comandantegoyo.no-ip.org
comandantegoyo.zapto.org
combodown.no-ip.org
comet12.no-ip.biz
cometa1337.noip.me
cometdark123.no-ip.org
cometisdark.no-ip.biz
cometofdeathbitch.no-ip.biz
comingchange.no-ip.biz
commandant20.no-ip.biz
commandant200.no-ip.biz
commandant30.no-ip.biz
commando.zapto.org
commandosrat.no-ip.biz
commonhuman.redirectme.net
comms.myvnc.com
comontrade.no-ip.biz

compartilhar.no-ip.org
compassweb.zapto.org
completeserver.no-ip.info
comptessaie.no-ip.org
comptine.no-ip.biz
computer-hackers.no-ip.org
computer11.no-ip.org
computer2xx.no-ip.org
comratdenemecharles.zapto.org
comsou.no-ip.org
con.no-ip.info
conan.no-ip.biz
conan7836.no-ip.biz
conartist.no-ip.biz
condor.no-ip.org
condor3336.no-ip.org
coneccted.no-ip.org
conection.serveblog.net
conermda9.no-ip.biz
conexion48.no-ip.org
conexionremota.no-ip.org
config-sof.no-ip.info
configsys.sytes.net
configure-java.myvnc.com
configure.zapto.org
confuchios83.no-ip.info
congobese.no-ip.org
congratulations.myvnc.com
congratulations.no-ip.biz
congstar.no-ip.biz
conhost.no-ip.org
conn-x.no-ip.biz
conncect.redirectme.net
connection1298.no-ip.biz
connectionmask.no-ip.org
connectionsymantec.sytes.net
connexion.noip.me
connnect.no-ip.biz
conquer1000.no-ip.org
conquet.no-ip.biz
conreppin1.zapto.org
contabrdan.no-ip.org
contaspointblank.no-ip.org

controlfromcosmos.no-ip.org
controlunited.zapto.org
coocoum.no-ip.org
cookiebake3174.no-ip.biz
cool-ana.no-ip.org
cool-things.no-ip.biz
cool.no-ip.info
cool29.no-ip.biz
coolbeans123.zapto.org
coolbro321.no-ip.biz
cooldragon1.no-ip.biz
cooldude9901.zapto.org
coolgabe.no-ip.biz
coolgame.no-ip.biz
coolhacker123.no-ip.org
coolkid2432.no-ip.biz
coolkomy.no-ip.biz
coolvehacks.no-ip.biz
coonan.no-ip.biz
coonlinetbilisi.sytes.net
coostahacker.no-ip.biz
copeotr.no-ip.org
copilasi.zapto.org
copsetodos.zapto.org
cord3x11k.zapto.org
core-duo.no-ip.biz
corei88.no-ip.biz
coria554.zapto.org
corinthians1910.no-ip.biz
corn22.no-ip.info
cornelio.hopto.org
corporation.hopto.org
corporation0000.no-ip.org
corr8.no-ip.biz
corrm15.zapto.org
corrosivegas2010.zapto.org
cosmaone.no-ip.biz
cosmikfucku.no-ip.org
cost3a.servegame.com
costathegod.no-ip.org
coucou25.no-ip.biz
coucoucmoi.no-ip.org
countduckula.no-ip.biz

counterstrik.no-ip.biz
countsaints.no-ip.org
couscous.no-ip.info
cousogalicia.zapto.org
cousovaletodo.zapto.org
covic1937.no-ip.biz
cow.noip.me
cowboy2013.no-ip.biz
coyotte760000.no-ip.org
cozy2014.no-ip.biz
cozza.no-ip.biz
cpanel.serveftp.com
cpb.no-ip.org
cr4ck.myftp.biz
cr4wler.no-ip.org
cr6.no-ip.info
cr7sadq.no-ip.biz
crack071186.no-ip.org
crack777.no-ip.biz
cracked-pro.zapto.org
cracker.sytes.net
crackerda.no-ip.org
crackingforlife123.no-ip.org
crackingfun.no-ip.biz
crackle.no-ip.biz
crackthebox.zapto.org
crackrocks.no-ip.org
cracks.no-ip.biz
craftextremee.no-ip.org
craftway.servegame.com
craftzinn.no-ip.info
cranshy.sytes.net
crash75.serveftp.com
crashban.zapto.org
crashman66.no-ip.biz
crayzhacker.no-ip.biz
crazy-evil.no-ip.biz
crazy09.sytes.net
crazy0love.no-ip.info
crazy94.no-ip.biz
crazybaby.zapto.org
crazyboy.no-ip.info
crazyboy1.no-ip.biz

| | | | |
|---|---|---|---|
| crazydog2014.no-ip.biz | crossfirehack.no-ip.info | cuicuixd.zapto.org | cyberfick.noip.me |
| crazydz.no-ip.biz | crosshair5599.no-ip.info | cumedorativo.no-ip.org | cyberfish.zapto.org |
| crazyhacker009.no-ip.biz | croul-hackers.zapto.org | cupidon.zapto.org | cybergate-rat.no-ip.org |
| crazyjojukxd.no-ip.info | crow22.zapto.org | cure213.no-ip.biz | cybergate.no-ip.info |
| crazykikou.no-ip.biz | crowe.serveftp.com | cure213.no-ip.org | cybergate47.no-ip.org |
| crazykill.no-ip.biz | crown6000.no-ip.org | curious37rus.serveftp.com | cybergate911.no-ip.org |
| crazymaha.zapto.org | crowszero.no-ip.biz | curioussharkie.no-ip.org | cybergateanonym.no-ip.org |
| crazynice.no-ip.biz | crt.no-ip.info | curisco04.no-ip.org | cybergatediow.no-ip.biz |
| crazysteam.no-ip.biz | crunchcrunch.zapto.org | current.no-ip.org | cybergateex.no-ip.org |
| crazytop.no-ip.org | cruzer.servemp3.com | curs3d.no-ip.org | cybergatepro.no-ip.org |
| crazyvirus.no-ip.biz | cry-moheman.no-ip.biz | cursosgratis2014.no-ip.org | cybergatesasha.no-ip.org |
| crazyvirus2014.no-ip.biz | crypt.no-ip.biz | curtis1145.no-ip.org | cyberghost.no-ip.info |
| crazyvirusdz.no-ip.biz | crypterandtrojans.no-ip.org | cuteboy22.no-ip.org | cyberghost100.no-ip.biz |
| crazywolf123.no-ip.biz | crypterhackingkp.no-ip.org | cutescreen.no-ip.info | cyberhacker.no-ip.org |
| crazyworld94.no-ip.biz | cryptologist.no-ip.org | cutgur.zapto.org | cybermail.zapto.org |
| crazzydoc940.no-ip.info | cryptonever.zapto.org | cutiepielemon.zapto.org | cybermeeks.no-ip.org |
| crazzydocteure.no-ip.org | cryptos.no-ip.biz | cv157.no-ip.org | cybermga.no-ip.biz |
| crbem.no-ip.biz | crz5o6.no-ip.biz | cvdsrat.no-ip.org | cybermodz.no-ip.biz |
| creamsoda.no-ip.info | csalg2014.no-ip.org | cvmax.zapto.org | cyberplasma.no-ip.info |
| creatine.no-ip.info | csbar.no-ip.biz | cwirkt.no-ip.org | cybersecurity.myftp.biz |
| creditcards.zapto.org | csc.noip.me | cwlaz.no-ip.org | cyberspy.zapto.org |
| creditsnoob.no-ip.org | csc50.no-ip.info | cwlegend.noip.me | cyberstalkerrat.zapto.org |
| creed.myftp.biz | cscrew.no-ip.biz | cx4.zapto.org | cyberstorm152.myftp.biz |
| creenoip.zapto.org | csdanger.no-ip.org | cx7.no-ip.biz | cybertronnics.no-ip.info |
| crestiano.no-ip.biz | csfwfoxoffteam.zapto.org | cxpk.zapto.org | cybertroyan.no-ip.org |
| crezy23.no-ip.biz | csgo3ayankhra.no-ip.biz | cxs.no-ip.biz | cyberwolrd.no-ip.biz |
| cri.servegame.com | csgocheat.noip.me | cxvx3.zapto.org | cyberworm.zapto.org |
| crimina123.no-ip.biz | csgohost.no-ip.org | cxxz.no-ip.biz | cyberworm1.no-ip.org |
| criminalboss.zapto.org | csipcoolthisis.no-ip.info | cxzaasdc.no-ip.org | cynthiawire.no-ip.biz |
| criskadiro.no-ip.biz | cspro.servegame.com | cxzvip.zapto.org | cypercateghosttube.zapto.org |
| crissangel1960.no-ip.biz | csproaim.no-ip.org | cybarus88.no-ip.biz | cypris.no-ip.org |
| cristianoronaldohk.no-ip.org | csrss.no-ip.org | cybdar.no-ip.org | cyrillagba.no-ip.biz |
| crizzybee.no-ip.biz | csrss.serveftp.com | cyber-guards.no-ip.biz | cyrilrictus.no-ip.org |
| croki.no-ip.biz | csrss.zapto.org | cyber00001.no-ip.org | czarrat.no-ip.biz |
| crom11.no-ip.biz | csserv.no-ip.org | cyber05.no-ip.biz | d-m.servehttp.com |
| cronaldo9abdo.no-ip.biz | csum.no-ip.biz | cyber34.no-ip.biz | d00m.no-ip.biz |
| cronaldol.no-ip.org | csw.sytes.net | cyber56.no-ip.info | d0d0.zapto.org |
| crontrolpc.no-ip.org | ctb404.servepics.com | cybera.no-ip.org | d12.zapto.org.no-ip.biz |
| crony007.no-ip.biz | ctnhatho.no-ip.info | cyberclacked2012.no-ip.org | d12d.no-ip.biz |
| crookzcastle.no-ip.biz | ctpax.no-ip.info | cybercrime.no-ip.org | d13.no-ip.biz |
| crooorom.no-ip.org | ctwonx.noip.me | cybercryptex.no-ip.org | d26.no-ip.biz |
| crossfirebighack.zapto.org | cuberanony.no-ip.info | cyberdefence.no-ip.org | d2y.no-ip.info |
| | cuentasdecobro.no-ip.biz | cybereye539.no-ip.biz | d38.no-ip.info |

| | | | |
|---|---|---|---|
| d3rw3d4iq2wcjksu.no-ip.org | daedalusx.no-ip.biz | damididja.no-ip.org | dany-pc.no-ip.org |
| d3ss-hack.no-ip.org | daglarinkurdun.no-ip.biz | damien.no-ip.biz | dany.serveftp.com |
| d3sspc.no-ip.biz | dahadez.no-ip.biz | damin007.no-ip.biz | dany09.no-ip.biz |
| d3sxhack.no-ip.biz | dahadez.zapto.org | dammak.no-ip.biz | danykh.myftp.org |
| d3sxhya6.no-ip.biz | dahaka.no-ip.biz | damn-hack.no-ip.biz | daoudi1996.no-ip.org |
| d3vil7.zapto.org | dahane555.no-ip.biz | damnbitchz.zapto.org | daph.no-ip.biz |
| d52n.no-ip.biz | daherdarkcomet.no-ip.info | damon.no-ip.org | daphne.no-ip.org |
| d727.no-ip.biz | dahernjrart.zapto.org | damsko.no-ip.org | dapiranha.no-ip.biz |
| d7d7.no-ip.info | dahernjrat.zapto.org | dandan25.no-ip.org | daratohacker.zapto.org |
| d7d712345.no-ip.biz | dahir180.no-ip.biz | dandelion.zapto.org | darawanfaxer.zapto.org |
| d7m0.no-ip.org | dahman08.no-ip.org | dandoucha.no-ip.biz | darband.no-ip.org |
| d7m911.no-ip.biz | dahmen123.no-ip.biz | daneal151.no-ip.biz | darbandikhan.no-ip.org |
| d7om12.no-ip.info | daifallah.no-ip.org | danel122.no-ip.biz | darck-med.no-ip.biz |
| d7om511.no-ip.org | daikdaik10.no-ip.org | daner777.zapto.org | darck.no-ip.biz |
| d80.no-ip.biz | dailynews548.no-ip.biz | danfall.no-ip.org | darcom546.no-ip.org |
| da3dou3a2014.no-ip.biz | daimoom3.zapto.org | danger112233.no-ip.biz | darcomet75000.no-ip.org |
| da3louch16.zapto.org | daisydazee.hopto.org | danger1990.no-ip.info | darcoserveur553.no-ip.org |
| da7aya.no-ip.org | daivana.no-ip.biz | dangerhacker.no-ip.biz | darcoxl.no-ip.org |
| daam.no-ip.biz | daka02.no-ip.biz | dangerjay.servebeer.com | darghos.no-ip.org |
| dababneh.no-ip.org | dakanadjib.no-ip.biz | dangerous-njrat.no-ip.org | dariacam.zapto.org |
| dabdoub-rs.no-ip.biz | dakhla1995.zapto.org | dangerous.3utilities.com | darienog.no-ip.biz |
| dabdoub.zapto.org | dakucaz.no-ip.biz | dangerous100.no-ip.org | darinses.no-ip.org |
| dabtoserver.no-ip.biz | dalasp.zapto.org | dangerousback2014.no-ip.org | dark-c.no-ip.org |
| dadarat.noip.me | dalax.no-ip.biz | dangerousghost.no-ip.biz | dark-comet.redirectme.net |
| dadashada.no-ip.biz | dali1120.myftp.biz | dangerxmind.no-ip.org | dark-connect.no-ip.org |
| dadasomer25.no-ip.biz | dali1120.no-ip.biz | dangiur.zapto.org | dark-hooligun.no-ip.biz |
| daddou2285.no-ip.biz | dali23.no-ip.biz | daniel123k.no-ip.org | dark-ip.no-ip.info |
| daddou2285.zapto.org | daliazouzi.zapto.org | danielben774.no-ip.biz | dark-sea.zapto.org |
| daddy.sytes.net | dalib.no-ip.org | danielddos.no-ip.org | dark001.no-ip.org |
| dadi22000.no-ip.biz | dalichno.no-ip.org | danieldt.no-ip.org | dark02012.no-ip.biz |
| dadi25.no-ip.org | dalihackertn.no-ip.biz | daniellrat123.no-ip.biz | dark1032.zapto.org |
| dadi96.no-ip.biz | dalki.no-ip.biz | danielovic.no-ip.org | dark1123.no-ip.biz |
| daditres40.no-ip.org | dalli1234.no-ip.biz | danielsalvatore.no-ip.biz | dark1991comet.no-ip.biz |
| dadji014.no-ip.biz | dalloul.no-ip.biz | danigallega.no-ip.biz | dark3.zapto.org |
| dador112.no-ip.biz | dalya12.no-ip.biz | danilpila123.no-ip.org | dark7070.no-ip.biz |
| dadoud.no-ip.biz | dama-hacker.no-ip.biz | daniver.no-ip.org | dark9191.no-ip.biz |
| dadoudadou.no-ip.biz | dama.hacker.no-ip.org | dannserver2.no-ip.org | dark95.no-ip.org |
| daduda.zapto.org | damahacker.no-ip.biz | dano69.zapto.org | dark9995.zapto.org |
| dady.no-ip.biz | damano.no-ip.biz | danrat.no-ip.biz | darkadr.zapto.org |
| dadypop.no-ip.org | damano.no-ip.org | dansthetsar.zapto.org | darkanony0501.no-ip.biz |
| dadypopjava.no-ip.org | damar.no-ip.org | danstoncul.zapto.org | darkaoui.no-ip.biz |
| dadyxd.no-ip.biz | damididja.no-ip.info | dantejweles.no-ip.biz | darkblack.zapto.org |
| | | danvan.no-ip.biz | darkblack25.no-ip.biz |

29

| | | | |
|---|---|---|---|
| darkbot228.no-ip.biz | darkcometrut.zapto.org | darkmfcomet.no-ip.biz | daro-x.no-ip.biz |
| darkbyte.serveftp.com | darkcometry.no-ip.biz | darkmh.no-ip.biz | darragi.no-ip.org |
| darkc0m-3t.redirectme.net | darkcometscreek.no-ip.biz | darkmoment.no-ip.biz | dars.no-ip.biz |
| darkcloud19.no-ip.biz | darkcometservice.zapto.org | darkmorda.no-ip.biz | darsh84.no-ip.biz |
| darkco5.zapto.org | darkcometvilidius1.no-ip.org | darkness-ua.sytes.net | darunh.no-ip.org |
| darkcode.no-ip.biz | darkcometx.no-ip.biz | darkness.no-ip.info | darvaish.no-ip.org |
| darkcom1.no-ip.biz | darkcometzec.no-ip.org | darkness177.no-ip.org | dasfdsdafs.no-ip.org |
| darkcomet911.no-ip.biz | darkcorat.no-ip.org | darkness215.zapto.org | dashesi.no-ip.org |
| darkcomet-dofus407.zapto.org | darkcosmic.no-ip.biz | darkness26e.serveftp.com | dashi93.no-ip.biz |
| darkcomet-hacking.no-ip.biz | darkdadi.no-ip.biz | darkness60.zapto.org | dashtyy.no-ip.biz |
| darkcomet.redirectme.net | darkday1.zapto.org | darknet-tn.no-ip.biz | dasimo.no-ip.org |
| darkcomet07.no-ip.org | darkddos.sytes.net | darknighthacker.no-ip.biz | data2.sytes.net |
| darkcomet10055.no-ip.biz | darkddos.zapto.org | darknoip.zapto.org | dataday.no-ip.org |
| darkcomet1212.no-ip.org | darkddserver1.no-ip.info | darkohack.no-ip.org | dataday3.no-ip.org |
| darkcomet12322.no-ip.biz | darkdosser.redirectme.net | darkohacker.zapto.org | dataprotector.no-ip.biz |
| darkcomet160.zapto.org | darker720.no-ip.biz | darkos.zapto.org | datastyle.sytes.net |
| darkcomet2013.no-ip.biz | darkeye.no-ip.biz | darkoz.no-ip.org | datauser.zapto.org |
| darkcomet2014.noip.me | darkghost.no-ip.org | darkpager.no-ip.org | datdarkcometrat.no-ip.biz |
| darkcomet321.no-ip.info | darkhacker33.no-ip.org | darkpeppe.no-ip.org | datdatdat.no-ip.info |
| darkcomet39.no-ip.biz | darkhackeraaa.zapto.org | darkpiros.no-ip.org | datetrainer.no-ip.org |
| darkcomet42.no-ip.biz | darkhatdarkcomet.no-ip.biz | darkproxmattiax.zapto.org | davar.no-ip.org |
| darkcomet43.no-ip.biz | darkhellco.zapto.org | darkrat.no-ip.info | dave020.no-ip.info |
| darkcomet555.zapto.org | darkhero.zapto.org | darkrats.no-ip.org | dave2trip.no-ip.biz |
| darkcomet62790.zapto.org | darkheroo.no-ip.org | darkrodrigo.no-ip.biz | daved2010.no-ip.biz |
| darkcomet69tb.no-ip.org | darkhorse47731.no-ip.biz | darksentor.no-ip.org | davetiye55.no-ip.biz |
| darkcomet9182.zapto.org | darkhos.no-ip.info | darkside666.no-ip.org | david94.no-ip.info |
| darkcometer.no-ip.biz | darkig-m.no-ip.biz | darksider.no-ip.org | david99.no-ip.org |
| darkcometger.zapto.org | darkiscomet.zapto.org | darkskyhost.no-ip.org | davidcz.no-ip.org |
| darkcometgt5432.no-ip.org | darkismail.no-ip.biz | darksoulmt2.no-ip.biz | davidoff.no-ip.biz |
| darkcomethanna.no-ip.biz | darkjabber.no-ip.biz | darksss.no-ip.info | davigremio.no-ip.org |
| darkcometibili.no-ip.biz | darkjohen.redirectme.net | darktekkit.no-ip.org | davinchycode.zapto.org |
| darkcometkiller.no-ip.biz | darkjordan.zapto.org | darktest.no-ip.info | davneta.no-ip.org |
| darkcometnet.no-ip.biz | darkkcomett.no-ip.biz | darktex.no-ip.biz | dawdawsirt.no-ip.org |
| darkcometpatat.no-ip.org | darkking1.no-ip.biz | darktroj32.no-ip.biz | dawla007.no-ip.biz |
| darkcometpower.no-ip.org | darkknight123.no-ip.org | darktrojan.zapto.org | dawla105.no-ip.biz |
| darkcometrat123456.no-ip.biz | darkkomet.zapto.org | darkvader.zapto.org | daya800.no-ip.biz |
| darkcometrat15.no-ip.org | darklenon.no-ip.biz | darkvomit.zapto.org | dayamn.no-ip.biz |
| darkcometrat321.zapto.org | darklibya1.no-ip.biz | darky.no-ip.biz | dayaz.no-ip.biz |
| darkcometratdad.zapto.org | darklord77.no-ip.biz | darkybounky.no-ip.org | dayna123.zapto.org |
| darkcometratmom.zapto.org | darkmack.no-ip.biz | darkyserverlol.no-ip.org | daynasmith.no-ip.biz |
| darkcometratvirus.zapto.org | darkme.no-ip.info | darkzak53.no-ip.org | daysak11.no-ip.biz |
| darkcometreal.no-ip.org | darkmeenie01.no-ip.biz | darkzip1.no-ip.biz | daysuck.no-ip.biz |
| darkcometrsdg.no-ip.biz | darkmethod.zapto.org | darnieredanse.zapto.org | dayton1980.no-ip.biz |

| | | | |
|---|---|---|---|
| dayz123.zapto.org | dcsetup4me.no-ip.biz | deahmed.no-ip.org | degjob.zapto.org |
| dazzagebs1234.no-ip.biz | dct.no-ip.biz | deakgegi.no-ip.org | dehmetian-haker.no-ip.biz |
| dbag40.no-ip.biz | dctest.no-ip.info | deal-egypt.no-ip.biz | dehmetian-haker2.no-ip.biz |
| dbahost.no-ip.org | dctryout.zapto.org | deanlet.no-ip.biz | dehmetian.no-ip.biz |
| dbboladoes.no-ip.biz | dcu.zapto.org | deanrodgers.no-ip.org | deinok7.no-ip.org |
| dbs070.no-ip.org | dcv1.no-ip.biz | death-heart.no-ip.org | dekanhacker.zapto.org |
| dbshcklvl1.no-ip.org | dcviewer.no-ip.org | deathattacker.no-ip.org | dekbl2013.no-ip.org |
| dbvictimas.no-ip.org | dd88oon.zapto.org | deathbird.no-ip.biz | deksennj.no-ip.org |
| dc-center.hopto.org | ddarknexx.no-ip.biz | deathcraft.hopto.org | deksio.zapto.org |
| dc11.no-ip.biz | ddd1997ameen.no-ip.biz | deathlurkz90.no-ip.org | delaa03.no-ip.biz |
| dc15.no-ip.biz | ddd22.zapto.org | deathnote-libya.no-ip.biz | delaye.no-ip.biz |
| dc420.no-ip.org | ddddddd4857485784.no-ip.org | deathnote1453.no-ip.biz | delaye76.no-ip.biz |
| dc4rat.no-ip.biz | dddrrr25.no-ip.biz | deathsmell.no-ip.biz | delboys-pc.no-ip.biz |
| dc52version.no-ip.org | ddee14.no-ip.biz | debanber.no-ip.biz | delcapo.no-ip.biz |
| dcboi.zapto.org | ddfdfcvxvg.no-ip.biz | debilanjrat.zapto.org | delfidz2.no-ip.biz |
| dcbyte.no-ip.info | ddiimma.zapto.org | debrat.no-ip.biz | deligrex.no-ip.org |
| dccomet.no-ip.biz | ddiimmaa.zapto.org | debrudi.no-ip.biz | delila2pro.no-ip.biz |
| dcdc.no-ip.biz | ddmmddmm1233.no-ip.biz | debugownsyoubish.no-ip.org | delkf.servequake.com |
| dcdeez.no-ip.org | ddoncjj.zapto.org | debugsubme.no-ip.info | dell-inspiron.no-ip.biz |
| dcdhacking.no-ip.org | ddos-2013.no-ip.org | deceit.no-ip.org | dell0win.servehttp.com |
| dcforme.zapto.org | ddos.no-ip.biz | deceptionx.no-ip.info | dell19.no-ip.info |
| dcg00b.no-ip.biz | ddos12.no-ip.biz | deco99.no-ip.org | delldell.no-ip.biz |
| dcghz4.zapto.org | ddosadmin.no-ip.biz | decoaliraqi.no-ip.org | dellorenzo.sytes.net |
| dchost.no-ip.biz | ddosattack.zapto.org | decoderanonimosl.no-ip.biz | delor.no-ip.biz |
| dchost69.no-ip.biz | ddoser.no-ip.org | decon.sytes.net | delphiprogramming.no-ip.info |
| dcimbaflash.no-ip.biz | ddosss.no-ip.org | decsrat.no-ip.biz | delphy11.zapto.org |
| dcm51.zapto.org | ddossserverhoster.no-ip.org | dede22.no-ip.biz | deltaforcemobil.no-ip.biz |
| dcnoip78.zapto.org | ddr3.no-ip.biz | dede5941.no-ip.biz | delux-host.serveftp.com |
| dcode.no-ip.org | ddssaaaa.no-ip.biz | dedo.no-ip.org | delux10.hopto.org |
| dcokrery.no-ip.biz | de-saiko.sytes.net | dedoolove.zapto.org | deluxezone.sytes.net |
| dcomet35.zapto.org | de7kat.no-ip.biz | deebfreeze.no-ip.org | dembaba1.zapto.org |
| dcometb.no-ip.org | deaa11.no-ip.info | deejay75.zapto.org | demente2014.no-ip.org |
| dcomete70353.zapto.org | deaasbhe.no-ip.biz | deepblack112.no-ip.org | demo4142.no-ip.org |
| dcometlike.zapto.org | dead.zapto.org | deepblue666.no-ip.biz | demoair24.no-ip.org |
| dcowned.no-ip.org | deadessence.no-ip.org | deepfreeze.serveftp.com | demolarat.no-ip.org |
| dcpgost.no-ip.org | deadhackerdevil.no-ip.org | deepimpact.zapto.org | demon-hack.no-ip.biz |
| dcpro123.no-ip.biz | deadline.no-ip.org | deepshadow.no-ip.biz | demonedscape.no-ip.biz |
| dcrat.no-ip.org | deadlyappache2.no-ip.biz | deerbalik.no-ip.org | demonio7171.no-ip.biz |
| dcrat759.no-ip.biz | deadlyxbomb.no-ip.biz | defaultdns.servehttp.com | demonrising77.no-ip.biz |
| dcratav.no-ip.biz | deadman06.no-ip.biz | defconator.zapto.org | demonromantic.no-ip.org |
| dcratforfree.zapto.org | deadmaub.no-ip.biz | deftones0404.noip.me | demonscape.no-ip.biz |
| dcserveurxav.no-ip.org | deadsand.no-ip.biz | defutworld.no-ip.biz | demonza001.no-ip.biz |
| dcsetup2000.zapto.org | deadzead1.no-ip.org | degageisrael.no-ip.biz | demos6.no-ip.biz |

31

| | | | |
|---|---|---|---|
| demoxx.zapto.org | desha10.no-ip.org | devilhacker.no-ip.org | dhiae2050.no-ip.biz |
| demr.no-ip.biz | desih.zapto.org | devilhackers.no-ip.biz | dhiajridi1998.no-ip.info |
| dena.no-ip.biz | desisting.no-ip.biz | devillangell.no-ip.biz | dhiajridi1999.no-ip.info |
| denealz.no-ip.biz | desk.servehttp.com | devilman.no-ip.biz | dhivehi.no-ip.info |
| deneme3755.no-ip.org | desktoprun.sytes.net | devilmyghost2557.no-ip.biz | dhiyavarshaa.no-ip.biz |
| denemee.no-ip.org | desohack.no-ip.org | devilteam.no-ip.org | dhnkrc.no-ip.org |
| denemeozqurarda.no-ip.biz | desolutionremix3.no-ip.org | devilxx.no-ip.biz | dhoooom711.no-ip.org |
| denemespy.zapto.org | desthorr123gate.no-ip.org | devilzhack.no-ip.org | dhrthesg.no-ip.biz |
| dengrove.sytes.net | destinatario.no-ip.org | devljo.zapto.org | dhuaa.no-ip.org |
| denia.no-ip.biz | destroiermass.no-ip.org | devostudiare.sytes.net | dhuaam.no-ip.org |
| denilsondl.no-ip.biz | destroy.servegame.com | devpoint.no-ip.org | dhyhdfukd.no-ip.biz |
| denis48421.no-ip.biz | destroyer4.no-ip.biz | devpoint05.no-ip.org | diablo-hacker.zapto.org |
| denise.no-ip.biz | destroyerimad.no-ip.biz | devpr0.hopto.org | diablo123.no-ip.biz |
| denisspa.no-ip.org | destroyit.no-ip.info | devrekliyusuf.no-ip.org | diablohack.zapto.org |
| denizaker.no-ip.biz | destroypc.no-ip.org | devsd.noip.me | diablonata.zapto.org |
| denizdeniz.no-ip.biz | destrud.no-ip.biz | devvana.no-ip.org | diabolusoculus.no-ip.biz |
| denizlibasimevi.hopto.org | detalface.no-ip.biz | dexistatik.no-ip.biz | diaenay.no-ip.org |
| density011.no-ip.org | detalface2.no-ip.biz | dexter-marooc.no-ip.biz | diaenaynew.no-ip.org |
| dentinternet.no-ip.biz | detokatana.no-ip.biz | dexter-xp.zapto.org | diahaider11.zapto.org |
| deo.no-ip.biz | detona.no-ip.org | dexterct.no-ip.org | diamondboostpro1337.zapto.org |
| deptor.zapto.org | detonkatana.no-ip.biz | dexterdz.no-ip.org | diamondhf.no-ip.biz |
| der10.zapto.org | detox1.hopto.org | dextermorgans.no-ip.org | diamondprince.no-ip.org |
| derekxox.no-ip.biz | dev-ar.no-ip.info | dfdfdf.no-ip.org | diana68.no-ip.org |
| derham.no-ip.biz | dev-plus.zapto.org | dfsdfsdfsdf.zapto.org | diaxiseburi.sytes.net |
| derhtf.no-ip.biz | dev-point.myftp.biz | dfsg0088.no-ip.biz | dick123.no-ip.org |
| dermo.no-ip.biz | devastator123.no-ip.org | dfsgds.zapto.org | dick123.no-ip.org |
| dern.zapto.org | devenergy.servehttp.com | dft8264.no-ip.org | dickhool.no-ip.biz |
| deronix.no-ip.biz | devghost.no-ip.org | dfuso.zapto.org | dickirat.no-ip.biz |
| derp555.no-ip.biz | devhacke259.no-ip.org | dg-dg501.zapto.org | did-poison.no-ip.org |
| derpfaceiscool.no-ip.biz | devhaxor.zapto.org | dg1.no-ip.org | dida10.no-ip.org |
| derpshit.no-ip.biz | devi123.no-ip.biz | dgc20101.no-ip.org | diddy69.no-ip.org |
| derptrollingyou.zapto.org | device25.zapto.org | dgsyhdgsd.zapto.org | didi2.zapto.org |
| derpybooter.noip.me | devidthed.no-ip.biz | dgt007.no-ip.biz | didine123.no-ip.biz |
| derpyderp.zapto.org | devil-95.no-ip.org | dh3h1b1.no-ip.biz | didio03.no-ip.biz |
| derto.zapto.org | devil-fuck.no-ip.biz | dha.no-ip.info | dido270.no-ip.biz |
| dertykate.zapto.org | devil-see.no-ip.info | dha2014.no-ip.info | didosman.no-ip.org |
| desco.no-ip.org | devil.hopto.org | dhahibenali.no-ip.biz | didou10.no-ip.org |
| desds.no-ip.org | devil.no-ip.biz | dhaker-ca.no-ip.biz | didou10.no-ip.org |
| deseco.no-ip.org | devil_54.no-ip.org | dhawyd.no-ip.org | didouhacking.no-ip.info |
| desejo.zapto.org | devil1992.no-ip.org | dheaa20013.no-ip.biz | didoussa.no-ip.org |
| desertkillaz.no-ip.biz | devil654321.no-ip.org | dhia-ahmed.zapto.org | diedi.no-ip.biz |
| desertxy.zapto.org | devilapm.no-ip.biz | dhia.zapto.org | diel157.no-ip.biz |
| desgarrada.no-ip.org | devilbaghdad.no-ip.biz | dhia123.no-ip.biz | dieumerci.zapto.org |

| | | | |
|---|---|---|---|
| differentokay.no-ip.biz | dj-man.sytes.net | dlakam.no-ip.biz | dobrogeas.zapto.org |
| diga.no-ip.biz | djaber.no-ip.info | dlimntoy.no-ip.biz | doc66.no-ip.biz |
| digato.no-ip.biz | djaber10.no-ip.biz | dlldlldll.sytes.net | docmax.no-ip.biz |
| digimon3d1996.no-ip.biz | djaber10.zapto.org | dllhost.redirectme.net | doctadrew.no-ip.biz |
| digital2.hopto.org | djaja.zapto.org | dllorg.no-ip.org | docteur1032.no-ip.biz |
| digitalbr.no-ip.biz | djalalo.no-ip.org | dllupdate.servegame.com | docteurjock12.no-ip.biz |
| digitalsummon.no-ip.biz | djalalyar.no-ip.biz | dlqm1323.no-ip.org | docteuur13.no-ip.biz |
| diiimaria.zapto.org | djalelovicnjrat.no-ip.biz | dlshadwolfman.no-ip.org | doctordido.no-ip.org |
| dilantakey.no-ip.org | djalelzeriat.no-ip.biz | dmaarr.no-ip.info | documents.no-ip.org |
| dildo.no-ip.org | djaloultaj.no-ip.biz | dmar501.zapto.org | doda.redirectme.net |
| dimabarca10.no-ip.org | djamel147.no-ip.info | dmar619ii.no-ip.info | doda.sytes.net |
| dimabarca11.no-ip.org | djamelsekiou.no-ip.biz | dmbo-hacker.no-ip.biz | dodaaa.zapto.org |
| dimadz1995.no-ip.biz | djamilleroi.no-ip.biz | dmdmbeh.no-ip.biz | dodairaqi.no-ip.biz |
| dimareal.no-ip.biz | djaweb036d-link.zapto.org | dmedqwe2.no-ip.biz | dodairaqi.no-ip.info |
| dimavo.no-ip.biz | djdanielmoreno.no-ip.org | dmei33.no-ip.biz | dode-2011.no-ip.biz |
| dimeblade.no-ip.biz | djdiddi.no-ip.org | dmetroo.no-ip.biz | dodeprince.no-ip.biz |
| din85.no-ip.biz | djerabaa.zapto.org | dmilso14.no-ip.biz | dodg2010.no-ip.biz |
| dina22x.no-ip.biz | djharry1986.no-ip.biz | dmnox.no-ip.biz | dodi55.zapto.org |
| dinamita23.no-ip.org | djihad2012.no-ip.biz | dmolex.no-ip.org | dodialsosy.no-ip.biz |
| dinar2.no-ip.org | djilali.no-ip.biz | dmosole.zapto.org | dodo22.no-ip.biz |
| dinasiegle.no-ip.biz | djilalikamikaz.zapto.org | dmsdnr0908.no-ip.biz | dodo50x.no-ip.biz |
| dinasor.zapto.org | djjh.zapto.org | dmtak.no-ip.biz | dodo654.no-ip.biz |
| dinero.zapto.org | djjobhs.zapto.org | dmxstadan.no-ip.biz | dodocr7.no-ip.biz |
| dinosa74.no-ip.org | djkamikaz.zapto.org | dmxtest.no-ip.biz | dodocr7.no-ip.info |
| dinou.no-ip.biz | djmatiax.noip.me | dnd587.no-ip.org | dodohacker.no-ip.org |
| dinoz007.no-ip.org | djmidolag03.sytes.net | dng.no-ip.biz | dody.no-ip.info |
| diogonome5.no-ip.org | djmilou1.no-ip.biz | dnonoorali.no-ip.biz | dody.no-ip.org |
| dionatads.no-ip.biz | djnmar.no-ip.biz | dns-host.no-ip.info | dody12.no-ip.info |
| dipparn.zapto.org | djobhs.zapto.org | dns-service.no-ip.biz | dofus-play.no-ip.org |
| dir2014.no-ip.biz | djoker30.myftp.org | dns939.no-ip.biz | dofus4ever.no-ip.biz |
| dir2014.no-ip.org | djonesdvb.no-ip.biz | dnsa.no-ip.biz | dofusblack.no-ip.org |
| dirar.zapto.org | djou23.no-ip.biz | dnsdns.no-ip.biz | dofusdomen.no-ip.biz |
| directconnection.no-ip.biz | djsamyellisey.no-ip.org | dnsip.myftp.org | dofusip.no-ip.biz |
| dirge.no-ip.biz | djservers.no-ip.org | dnss0.no-ip.org | dofuskama.no-ip.biz |
| dirkdick.no-ip.biz | djskslajtm.no-ip.biz | dnstest934.zapto.org | dofusname.no-ip.biz |
| discolink.no-ip.biz | djunltd10.noip.me | dnsupdate.no-ip.biz | dofusxdxd.no-ip.org |
| diskrat.no-ip.org | djurres.no-ip.org | dnsz.sysz.sytes.net | dogann.no-ip.org |
| divin32.no-ip.org | djyally.no-ip.biz | dnsz.sytes.net | dogeop.no-ip.biz |
| divinecherry.no-ip.biz | dkali.no-ip.biz | do04.no-ip.biz | dogioni.no-ip.org |
| divinee.no-ip.org | dkinesh.no-ip.info | do3la.no-ip.biz | doida.no-ip.biz |
| divxpius.servebeer.com | dkrasd.zapto.org | doa2dw.zapto.org | doida.no-ip.org |
| diyaahacker.no-ip.biz | dl3ni.no-ip.org | doabroanon.no-ip.org | doitforthevine.no-ip.info |
| diyala-hacker.no-ip.biz | dl651.sytes.net | dobroanon.no-ip.org | dokietube.no-ip.biz |

33

| | | | |
|---|---|---|---|
| doktoor.zapto.org | dooom.no-ip.biz | dozzyy.no-ip.org | drako.no-ip.org |
| dolan.zapto.org | dooom2.zapto.org | dqatif.zapto.org | drakola.no-ip.biz |
| dolev1001.no-ip.biz | dooondooon2.no-ip.biz | dqbqb.no-ip.org | drakola0123.no-ip.biz |
| dolsa.myftp.biz | doooownn.no-ip.org | dr-camex123.no-ip.org | drakola11.no-ip.biz |
| domaine0007.no-ip.biz | doorlion.no-ip.biz | dr-clever.no-ip.biz | drase77.no-ip.biz |
| domba.no-ip.org | dopebots.noip.me | dr-devil.no-ip.biz | drat-5.no-ip.biz |
| domdam.no-ip.biz | dopedrum.no-ip.biz | dr-dior.no-ip.biz | draw.zapto.org |
| dome-system.no-ip.org | dorisch12.no-ip.biz | dr-doctor.zapto.org | drazmatik.zapto.org |
| domino123.zapto.org | dosattack.zapto.org | dr-neo1.no-ip.biz | drbakaonmic.no-ip.org |
| domo123.no-ip.org | doshamixx.no-ip.biz | dr-trojan.sytes.net | drbigheaded.no-ip.org |
| domreg.no-ip.biz | doshka7.no-ip.biz | dr-vip.no-ip.org | drbtbana2015.zapto.org |
| don-aek.no-ip.org | dotukow.no-ip.biz | dr1.no-ip.org | drdeath4122.zapto.org |
| don-said.zapto.org | dotukow.zapto.org | dr100.no-ip.biz | drdrai9090.no-ip.biz |
| don8l511511.no-ip.org | doubies.no-ip.biz | dr147.no-ip.biz | drdz.zapto.org |
| donaldcry.no-ip.biz | double-x.no-ip.biz | dr159.no-ip.biz | dre0888.no-ip.biz |
| donaldness1111.no-ip.biz | double-x.sytes.net | dr3awe.no-ip.biz | dream7.no-ip.biz |
| donaldwilberforce.no-ip.biz | doublecanon05.no-ip.biz | dr5bra.no-ip.biz | dreamer44.no-ip.org |
| donamin.no-ip.biz | doubledragon.no-ip.biz | dr70da.no-ip.info | dreamerhackers.no-ip.org |
| donat13.no-ip.org | doubleman.no-ip.org | dr736720.no-ip.biz | dreamful.no-ip.biz |
| donat2013.no-ip.biz | doublette.zapto.org | dr747.no-ip.org | dreaming7834.no-ip.org |
| donbiz.no-ip.biz | douda1.zapto.org | dr7mod.no-ip.biz | dreamo2.no-ip.biz |
| doncarlos333.no-ip.biz | doudas.sytes.net | dracula339.no-ip.biz | dreamsatmalek.no-ip.biz |
| dondns.no-ip.org | doudom.no-ip.biz | draftpunk.no-ip.org | dreazhiimodzz.no-ip.org |
| dongle80.no-ip.biz | doudou85110.no-ip.org | drag0nz.no-ip.biz | dreiken.zapto.org |
| dongmingserv.zapto.org | doudousalmi2012.no-ip.biz | drag0nzz97.no-ip.org | dremm.no-ip.biz |
| donjwan.no-ip.biz | doughri.no-ip.info | drag120.no-ip.biz | dres783.no-ip.biz |
| donotremove.no-ip.biz | dougla381.no-ip.info | dragon-team.no-ip.info | drewsdarkcomet.no-ip.biz |
| donpp247.no-ip.biz | dousa.no-ip.org | dragon-tower.no-ip.biz | drf0x.no-ip.biz |
| dont-tryme.hopto.org | dousalmi2012.no-ip.biz | dragon.myftp.biz | drhacher.zapto.org |
| dontbounce.bounceme.net | dousta.zapto.org | dragon.no-ip.info | drhamode.no-ip.biz |
| dontcrykid.noip.me | douzi-douz.hopto.org | dragon0099.hopto.org | drift1.no-ip.biz |
| donti-frix.no-ip.biz | dovdov.no-ip.biz | dragon0ghm.no-ip.org | drigtime.no-ip.org |
| dontodate.hopto.org | dowm123.zapto.org | dragon777.zapto.org | driofraps.no-ip.biz |
| dontouch.no-ip.biz | downfall1.no-ip.org | dragond.no-ip.biz | driss95.no-ip.org |
| dontshoot.no-ip.info | download.servegame.com | dragonfloyd.no-ip.biz | drivers.3utilities.com |
| dontshoot418.no-ip.org | download1.zapto.org | dragonofmorocco.no-ip.biz | drivesdll.no-ip.biz |
| donwire.no-ip.biz | download24.zapto.org | dragons7amra.zapto.org | drjno.no-ip.biz |
| doobageking.no-ip.biz | downloadfree.servecounterstrike.com | dragonsouldr4.no-ip.biz | drjoker112211.no-ip.org |
| doogcool.no-ip.org | downloadshacker.no-ip.org | dragorouge5.no-ip.org | drkcmt.no-ip.biz |
| dooko.no-ip.biz | doxicity.no-ip.biz | dragunovsvd.no-ip.biz | drkelvinbrown.no-ip.biz |
| doolaa.no-ip.org | doxlife.no-ip.biz | draker.no-ip.org | drkibou.zapto.org |
| doom.no-ip.biz | doxy.no-ip.org | drakerizz.no-ip.org | drmido.no-ip.biz |
| doondays.no-ip.org | dozener.no-ip.biz | drakiki999.no-ip.org | drmoom.no-ip.biz |

| | | | |
|---|---|---|---|
| drnaifalmansory.no-ip.org | dumbimatrix.no-ip.biz | dz1177.no-ip.biz | dzlover.no-ip.org |
| drnoip6.no-ip.biz | dunker8787.no-ip.biz | dz123456.no-ip.org | dzlovres.no-ip.org |
| drokkz.no-ip.biz | dunth.zapto.org | dz16hk.no-ip.biz | dzmafia.no-ip.info |
| droneaction.no-ip.org | dunxiv.hopto.org | dz1991.zapto.org | dzmafia.no-ip.org |
| drooz.bounceme.net | dupacycki.zapto.org | dz2012.zapto.org | dzmafia05.no-ip.biz |
| drozed.no-ip.org | duquesr.no-ip.org | dz34.hopto.org | dzmafya.zapto.org |
| drrx502.no-ip.biz | durzehacker.no-ip.biz | dz42.no-ip.biz | dzmajhol.no-ip.biz |
| drs-dz.no-ip.biz | dusaaaaa123.no-ip.biz | dz4aver.no-ip.org | dzmen1.no-ip.org |
| drscream008.no-ip.org | dushs.zapto.org | dz9.no-ip.info | dzmomo.zapto.org |
| drsofiane.zapto.org | dustu.no-ip.biz | dzadem97.no-ip.org | dzmrx.serveblog.net |
| drunknown.no-ip.org | dvbwww.no-ip.biz | dzano.zapto.org | dznadir.zapto.org |
| drvendetta.no-ip.biz | dwe.redirectme.net | dzanonymous.no-ip.info | dznet.no-ip.biz |
| drvirusnotscanner.zapto.org | dwkiro.redirectme.net | dzarm123.zapto.org | dzsaifi12.zapto.org |
| drwar.zapto.org | dx1-system.no-ip.org | dzblack.no-ip.org | dzsecurity.zapto.org |
| dryss.no-ip.org | dxcool223.no-ip.biz | dzblackheart.no-ip.org | dzsmart.myftp.biz |
| drzoz.no-ip.biz | dxjky.no-ip.biz | dzcarbon.no-ip.org | dzspouka.zapto.org |
| ds-falcon.no-ip.org | dxnys01.no-ip.biz | dzcrack.no-ip.org | dzx-hacker.zapto.org |
| ds887.no-ip.biz | dxoop590.no-ip.biz | dzcracker.no-ip.biz | dzx-yassin.zapto.org |
| dsa7medzizo.no-ip.info | dxrsps.no-ip.biz | dzdhoom.no-ip.biz | dzzawba3a.zapto.org |
| dsad12.zapto.org | dxtegypt.no-ip.info | dzdido.zapto.org | dzzzz.no-ip.biz |
| dsaojsndjas.zapto.org | dyak0.no-ip.org | dzdzdz.no-ip.biz | e-epirate.zapto.org |
| dsfgdf.no-ip.biz | dyako12.no-ip.biz | dzdzdz.no-ip.info | e-ztools.no-ip.org |
| dsfvdvfdbfb.no-ip.biz | dyapazon.no-ip.biz | dzdzdz.no-ip.org | e12.no-ip.org |
| dsjokar.no-ip.org | dyarko.zapto.org | dzdzdzdz21.zapto.org | e123e.no-ip.biz |
| dsrsdfgfg.no-ip.biz | dyarko97faraj.no-ip.biz | dzdzhacker.no-ip.org | e123e.zapto.org |
| dsrtyfddi9rov.no-ip.biz | dyaryhackpc98.no-ip.biz | dzdzpro.no-ip.biz | e23.no-ip.biz |
| dstar.hopto.org | dyarykarzan.no-ip.biz | dzekof.no-ip.biz | e5tw.no-ip.biz |
| dubangabriel.no-ip.org | dyatnt.no-ip.biz | dzexopat.no-ip.biz | e7.sytes.net |
| duchostnet.no-ip.biz | dykkerjohn.no-ip.biz | dzexoyap.no-ip.biz | e7san.no-ip.biz |
| duckdebrid.no-ip.biz | dylmaxmc.no-ip.biz | dzgamer162.no-ip.biz | e7sas1ayman.no-ip.info |
| duckis.no-ip.biz | dyn4ik.no-ip.biz | dzhackedunited.zapto.org | e8cape.no-ip.info |
| duckthis.no-ip.biz | dyn925.no-ip.org | dzhacker15.no-ip.biz | eady647.no-ip.biz |
| duckyduc.no-ip.biz | dynamichost.no-ip.org | dzhacker15.no-ip.org | eaf39283.sytes.net |
| ducplasmatest.no-ip.biz | dynamique.sytes.net | dzhacker2014dz.no-ip.biz | eagle-eyes.no-ip.org |
| ductai.no-ip.biz | dyndnsengineer.no-ip.biz | dzhassani.no-ip.org | eaglehaker.no-ip.org |
| ducu200.noip.me | dynimicadd.zapto.org | dzhisoka.hopto.org | eaglestriker.no-ip.biz |
| dudu2013.no-ip.org | dz-17.no-ip.biz | dzhisoka.no-ip.biz | eaglethehacker.zapto.org |
| dudutmikkis.no-ip.biz | dz-b91.no-ip.biz | dzhisokayacine.no-ip.org | eamark.no-ip.biz |
| duedue11.no-ip.biz | dz-dns.no-ip.biz | dziker.no-ip.biz | eamobile-dev.servegame.com |
| duhaaaa1995.zapto.org | dz-drs.no-ip.biz | dzjoker29.zapto.org | eamono48.zapto.org |
| dukebills.zapto.org | dz-dz.zapto.org | dzkais.no-ip.org | earthlinktele.myvnc.com |
| dulli.no-ip.biz | dz-h.no-ip.biz | dzkbteam123.no-ip.biz | earthlinktele.servegame.com |
| dumbass93.noip.me | dz.zapto.org | dzkrieger32.no-ip.info | earthquck90.no-ip.biz |

35

eass.no-ip.biz
easy2012.no-ip.biz
easycompany2020.no-ip.biz
easyegy.no-ip.biz
easyhack32.no-ip.org
eatmycrackers.no-ip.biz
eatshitsmellgood.zapto.org
eaweaw.no-ip.org
eay.no-ip.org
eazergfgdgfd.no-ip.biz
eazy94.myvnc.com
ebaysd.sytes.net
eboahmad.zapto.org
ebrahem100.no-ip.biz
ebrahim.no-ip.org
ebrahim777.zapto.org
ebrahimamer.no-ip.biz
ebrahimamer2011.no-ip.biz
ebrahoosh.no-ip.org
ebsaaw.no-ip.biz
eca.no-ip.org
echap.no-ip.biz
echba9ya7ba9.no-ip.biz
echoblare.no-ip.biz
echtar7.zapto.org
ecins75.no-ip.org
ecua.servecounterstrike.com
edailer.zapto.org
edawrd-sy.no-ip.biz
eddy0602.no-ip.biz
edgezz.no-ip.biz
edine1.zapto.org
edmccall.no-ip.biz
edniyasmith.no-ip.org
edsales349.hopto.org
eduardoesr.no-ip.biz
eduardvantu.no-ip.biz
edudon.no-ip.biz
eduzika.no-ip.org
edvvho.no-ip.org
edward20.no-ip.biz
edwardcokh.no-ip.biz
edwardsip.no-ip.biz

edyx.no-ip.org
ee1ftp.myftp.org
ee1nj.no-ip.org
eeyessea.no-ip.biz
efccvoopeer.sytes.net
efea8ed2.zapto.org
effexion11.zapto.org
efosa94949.no-ip.biz
eftasouls.no-ip.biz
eg4x24.no-ip.biz
egdo.no-ip.biz
egotus.myftp.org
egraam.zapto.org
egyarmy11.zapto.org
egyforweb.zapto.org
egyghost.no-ip.biz
egyhack.no-ip.biz
egyhackers.no-ip.org
egynono.no-ip.org
egypt.hack.no-ip.org
egyptdxter0.no-ip.org
egypthack.no-ip.info
egyptian.no-ip.biz
egyptska1.no-ip.biz
egyshell.no-ip.info
egysi.no-ip.org
egyway.no-ip.org
ehabo.no-ip.org
eingang1.sytes.net
eingang2.sytes.net
eix.no-ip.biz
eixeplore.no-ip.info
ejoriginal.no-ip.biz
ejram.hopto.org
ejram3.no-ip.biz
ejramhacer.no-ip.biz
ek2013.myftp.org
ek73700.myftp.biz
ekaterinaovtina.no-ip.biz
ekeakwu123.no-ip.biz
ekhtouni.zapto.org
ekihf.no-ip.biz
ekinox.no-ip.info

ekinoxvs1.serveftp.com
eklips.zapto.org
ekobaba1.no-ip.org
ekqq8.no-ip.biz
ektest.no-ip.org
el2annas.no-ip.org
el3ctr0.no-ip.org
elagamy1187.no-ip.biz
elahia.no-ip.biz
elaka.zapto.org
elamo.no-ip.info
elarcadenoe.no-ip.info
elaspany.no-ip.biz
elazhariabd.zapto.org
elbacha123.no-ip.biz
elbaouchi.no-ip.biz
elbetito89.no-ip.org
elbob.no-ip.org
elbutanero2012.no-ip.biz
elcachacok13.no-ip.biz
elchicoandaluz.no-ip.org
elchuky.no-ip.org
elctro4hack.no-ip.biz
eld0ne.noip.me
elda7y.no-ip.biz
eldcrypter.zapto.org
electrickookie.no-ip.biz
electro3dj.no-ip.biz
electroboy.no-ip.biz
elektro32.no-ip.biz
elektronik-craft.sytes.net
elementz.zapto.org
elenamy29.no-ip.biz
eleniplo.no-ip.biz
elevon.no-ip.org
elfannan22.no-ip.biz
elfontanero2014.no-ip.org
elgadir.no-ip.biz
elgamed.zapto.org
elgeneral.zapto.org
elgental.hopto.org
elgentalana2.no-ip.biz
elgentalhacker.no-ip.biz

elgentil.no-ip.biz
elgentleeee.no-ip.biz
elginahmed.no-ip.biz
elgntelmoza.no-ip.org
elgohary0.no-ip.biz
elgohary1024.zapto.org
elhabibmohamed011.myftp.biz
elhamdbees.no-ip.org
eliaselias.no-ip.biz
elight7.no-ip.biz
elihutovar1985.no-ip.org
elikiba.zapto.org
elikibadomains.no-ip.biz
elisebusiness.no-ip.org
elistor221.zapto.org
elite.sytes.net
elitechaos.no-ip.org
elitehack.no-ip.org
eliteracers3r.servegame.com
eljoker100.no-ip.org
elkaher.no-ip.biz
elkahrab.no-ip.org
elkapten10.no-ip.biz
elkoys212.no-ip.biz
ellishack.zapto.org
ellite.zapto.org
ellmby40.no-ip.info
elmaarif.no-ip.biz
elmagic111.zapto.org
elmahi.no-ip.info
elmasry100.sytes.net
elmen.no-ip.biz
elmenio.no-ip.org
elmo2zy22a.zapto.org
elmolosak.no-ip.org
elmor3b.no-ip.biz
elnashar000.no-ip.info
elnkee96.zapto.org
eloah.no-ip.org
elorat.no-ip.biz
elp4ofesseu4.zapto.org
elphantom2010.no-ip.biz
elpolvo.no-ip.org

| | | | |
|---|---|---|---|
| elpop201006.no-ip.biz | emmadark.zapto.org | envyfactions.no-ip.info | esco13.zapto.org |
| elpop202006.no-ip.biz | emmanuel65.no-ip.biz | enzosky.no-ip.biz | escort.zapto.org |
| elsarty.no-ip.biz | emmareed60.no-ip.biz | eola90.zapto.org | escritoriodaboa.no-ip.org |
| elst.zapto.org | emmek.no-ip.org | epealoshe.no-ip.biz | escroto00001.no-ip.biz |
| elterror.no-ip.org | emmike.no-ip.biz | epic111.no-ip.biz | eservc20.noip.me |
| elwa.no-ip.biz | emo921.no-ip.biz | epicdust.servecounterstrike.com | esgcontabil.zapto.org |
| elyes1.zapto.org | emomatador.no-ip.org | epicgreem.no-ip.biz | eshghaval.no-ip.org |
| elyes20002.no-ip.biz | empirz.no-ip.info | epicmanz.no-ip.biz | eshtaaz.no-ip.org |
| elzwahry123.no-ip.info | employeesurvey.no-ip.biz | er7l.no-ip.biz | eshygft.no-ip.biz |
| emad1010.no-ip.biz | empratoypaeiz.no-ip.biz | era.redirectme.net | eskanderiraq.no-ip.org |
| emad11228.no-ip.biz | emregullu.no-ip.biz | era10.no-ip.biz | eslamadel.no-ip.biz |
| emad12.zapto.org | emwe.zapto.org | eragon.no-ip.biz | eslamahmed55.no-ip.biz |
| emad12345.no-ip.biz | emweze.no-ip.info | eragonspy.no-ip.org | eslambob2001.myvnc.com |
| emad33r.no-ip.info | emyra.no-ip.org | erase1976.no-ip.biz | eslamco.no-ip.org |
| emad96.no-ip.biz | en4d.no-ip.biz | ereboss.zapto.org | eslameslam.no-ip.biz |
| emadali.zapto.org | enadd.no-ip.biz | erenretumof.zapto.org | eslamessam.zapto.org |
| emadd212.no-ip.biz | enclin3d12345.no-ip.org | erhansalim.no-ip.org | eslamfares.no-ip.biz |
| emadin.no-ip.biz | encryption777.servegame.com | erhebi.no-ip.biz | eslamhack.no-ip.org |
| emadurl.zapto.org | ender-craft.no-ip.biz | erhjbvfdsw.no-ip.org | eslamhacked21.no-ip.biz |
| emadxx.no-ip.biz | endoman.no-ip.biz | ericdu38.no-ip.org | eslamhacker2.no-ip.biz |
| emanuelavivendo.no-ip.org | endrin.no-ip.org | erickxeriick.no-ip.biz | eslamhacker2005.no-ip.biz |
| embarcadero.no-ip.biz | energeticaaaaaa.no-ip.org | ericsteve99.no-ip.biz | eslamitaliano.no-ip.biz |
| emehost.no-ip.biz | enesrat.no-ip.org | erin2999lol.no-ip.info | eslamm205.no-ip.biz |
| emekaka.no-ip.biz | engalandalos.no-ip.biz | eristoff.no-ip.org | eslamone.no-ip.biz |
| emekaka.noip.me | engenhacker.no-ip.biz | erk123.no-ip.biz | esmer.no-ip.biz |
| emekarat.no-ip.biz | enggen.no-ip.org | erkbolat.no-ip.org | espagnol.no-ip.biz |
| emelecemelec.no-ip.org | engineermoaz.no-ip.biz | ermanakburu124.noip.me | espantalho123.no-ip.org |
| emersonhacker.zapto.org | engrpatrickwas.no-ip.biz | ermanakburu19.no-ip.biz | espiker99.no-ip.biz |
| emersonocl.no-ip.biz | enjoyhack.no-ip.biz | eroboy.no-ip.biz | espion1123.no-ip.org |
| emersonocl123.no-ip.org | enlacesvirtuales.sytes.net | erreur12.no-ip.biz | espoir577.no-ip.biz |
| emew.no-ip.info | ennaouri.no-ip.biz | erreur404-team.no-ip.biz | essa33sa.zapto.org |
| emihacker.no-ip.biz | enne.zapto.org | errkratos.zapto.org | essa777.zapto.org |
| emilyclimber.no-ip.biz | enoobeerfix.no-ip.biz | error-new.no-ip.biz | essalmouni1.no-ip.biz |
| eminem30.no-ip.org | enss.no-ip.info | error2050.no-ip.biz | essam-siko.no-ip.biz |
| eminem644.no-ip.biz | entei1993.no-ip.org | error4045.zapto.org | essamlove384274.no-ip.biz |
| eminemosaww.no-ip.org | entejammaah.no-ip.biz | errornet.noip.me | esselengj.no-ip.org |
| eminohacker7.no-ip.biz | enternet.myftp.biz | errorsys.zapto.org | esso01.no-ip.biz |
| emir04.no-ip.biz | enterthe.no-ip.biz | ersd.sytes.net | esso123.no-ip.biz |
| emirzaxo.zapto.org | entony.no-ip.biz | erwcn.no-ip.biz | essyokix.no-ip.org |
| emjid.zapto.org | entrania.no-ip.biz | esam3at.no-ip.biz | esta.zapto.org |
| emjida.no-ip.biz | entrarnoip.zapto.org | esamzooz.no-ip.info | estacylyn.no-ip.org |
| emjidaa.no-ip.org | enugumen.no-ip.biz | esawy15963.no-ip.biz | estergon.noip.me |
| emlinkzzz.no-ip.biz | enviousegend.no-ip.biz | escioner.no-ip.biz | estfzaz-99.no-ip.biz |

37

| | | | |
|---|---|---|---|
| estou.no-ip.biz | example.no-ip.org | ezio2014.no-ip.biz | facebookahmed.no-ip.biz |
| esun1800.no-ip.biz | examplehackingg.zapto.org | ezmiaou.zapto.org | facebookalgeria2014.no-ip.biz |
| etarip-2007.no-ip.org | examplehost.no-ip.info | eznoz.no-ip.org | facebookc3.myvnc.com |
| etemkocak42.zapto.org | exblack.no-ip.biz | ezreal.zapto.org | facebookd.no-ip.biz |
| eternalslinky.no-ip.biz | excedrin.no-ip.biz | ezypro2020.no-ip.biz | facebookiraq.no-ip.biz |
| ethical.zapto.org | excesse78.no-ip.biz | ezz-xxx.no-ip.biz | facebookmoona.zapto.org |
| etinho1997.no-ip.org | excluidohack.no-ip.org | ezzir512.no-ip.biz | facebookmsg.no-ip.org |
| etvn.noip.me | exited1.zapto.org | ezzmajd.no-ip.biz | facebooknames.no-ip.org |
| etyjetymdexgr.zapto.org | exitium.no-ip.info | f-511-f.no-ip.biz | facebookpage.no-ip.biz |
| eukwang.noip.me | exmei.zapto.org | f-connect.myftp.org | facebookplan2.no-ip.org |
| europeecho.no-ip.biz | exophrenik.no-ip.biz | f-m.no-ip.biz | facebookq.zapto.org |
| eusouzikamlk.no-ip.org | expensiveheavenxx.zapto.org | f111f111.no-ip.biz | facebookstatic.no-ip.biz |
| eustachuspyotr.zapto.org | expertman77.zapto.org | f1g3r.zapto.org | faceboook.sytes.net |
| eva123.no-ip.biz | explain.no-ip.org | f1re.3utilities.com | faceboook.zapto.org |
| evil-h4ck3r123.zapto.org | exploit7.no-ip.org | f3nix.noip.me | facebouk.no-ip.biz |
| evil-team.no-ip.biz | explom.no-ip.biz | f3rn3t666.sytes.net | facecock.no-ip.biz |
| evil.hopto.org | explorar.no-ip.org | f4sdg574gyer.no-ip.biz | faceface12.zapto.org |
| evil2dead1.no-ip.biz | explorarw7.no-ip.org | f4stk1ll.serveftp.com | facek-com.zapto.org |
| evilavian.noip.me | explorator.no-ip.org | f5am4h-11.no-ip.info | facekong.no-ip.biz |
| evilbaghdad.no-ip.biz | explorecheck.no-ip.biz | f5o64l3mr-07.no-ip.info | faceyou.no-ip.org |
| evilboy10.no-ip.biz | explorer-internet.myvnc.com | f7lhacker.no-ip.biz | facezned.no-ip.info |
| evilc0d3r.no-ip.biz | explorer.redirectme.net | f8a.no-ip.info | facility.zapto.org |
| evildad.no-ip.biz | explorers.myftp.org | f8presser.no-ip.org | fackxxxfack.no-ip.biz |
| evilempireadmin.no-ip.org | explorerservice.sytes.net | fa1c0n.no-ip.org | faclok2020.no-ip.org |
| evill.no-ip.org | explorerx.no-ip.biz | fa3ore.zapto.org | faco35.no-ip.biz |
| evilmonkey21.no-ip.org | exposed.no-ip.org | faacyou.no-ip.biz | factopen.sytes.net |
| eviloton.no-ip.biz | explosif.no-ip.org | faawkesdc.no-ip.org | factory9.no-ip.biz |
| evilsoul.no-ip.org | export.noip.me | fabinhohk.no-ip.org | facturacion123.no-ip.biz |
| evilunion.no-ip.biz | exta-plus.no-ip.biz | fabrizioleno360.no-ip.biz | fade-2e7.no-ip.biz |
| evlat.no-ip.biz | exterminateur.no-ip.org | fabuloseunder123.myftp.biz | fade-7so.no-ip.biz |
| evlat.no-ip.org | extreemking.no-ip.info | face-book.zapto.org | fade2007.no-ip.info |
| evod.zapto.org | extremerat0.no-ip.org | face2.no-ip.biz | fadel.no-ip.biz |
| evodead.no-ip.org | extremratyakouta.myftp.biz | face2poney.no-ip.org | fadi.myftp.org |
| evokee.no-ip.biz | eyad003.no-ip.biz | faceblock.no-ip.info | fadia7a.no-ip.biz |
| evzenzlomrd.no-ip.biz | eyad03.no-ip.biz | facebook-47.zapto.org | fadil.no-ip.biz |
| eweewew1.no-ip.biz | eyepawd.no-ip.org | facebook-abdo.zapto.org | fadit.no-ip.biz |
| ewhore1513.no-ip.biz | eytb0y.no-ip.biz | facebook-chat.sytes.net | fado0o0ole.noip.me |
| ewjll1.no-ip.org | ez1905.no-ip.biz | facebook-com100.sytes.net | faecyou.no-ip.biz |
| ewnolan.no-ip.org | ezdine-d.zapto.org | facebook-profile.servehttp.com | fafafa121.no-ip.biz |
| ewr32fds.zapto.org | eze05.no-ip.org | facebook-services12.no-ip.org | faffa.no-ip.biz |
| ex-blackhatwe.zapto.org | ezel182.no-ip.org | facebook-update.servequake.com | fagaas2.no-ip.org |
| ex-programes.zapto.org | ezelraed.no-ip.org | facebook123443234.no-ip.info | fageer665.no-ip.biz |
| exahacker300.zapto.org | ezeobijf.no-ip.biz | facebook89.no-ip.biz | faggot101.noip.me |

| | | | |
|---|---|---|---|
| fahad-al3iraq198.no-ip.org | fanfan2014.no-ip.biz | fasdfgasdg.no-ip.org | fazoro.no-ip.biz |
| fahad20371.no-ip.org | fannyhackuvce.zapto.org | fast-direct.zapto.org | fazul22.no-ip.biz |
| fahad7.zapto.org | fanyboy.no-ip.biz | fastfive97.no-ip.org | fb-imgs05.servepics.com |
| fahdyouneb.no-ip.biz | fapcf.servegame.com | fasthacking.no-ip.org | fb-me.serveftp.com |
| fahed930.no-ip.info | fapcf001.sytes.net | fastproxy.no-ip.biz | fb1.no-ip.org |
| fahed9984.no-ip.biz | fapcflib.zapto.org | fataka.no-ip.biz | fb999fb.no-ip.info |
| fahedfoxman.no-ip.biz | faplib.zapto.org | fatalhater.no-ip.biz | fbchat.sytes.net |
| fahimouuuu.no-ip.biz | far5a.no-ip.biz | fataliti.zapto.org | fbconect.sytes.net |
| fahmei.no-ip.biz | fara82.no-ip.biz | fatalmistake.zapto.org | fbconnect.zapto.org |
| fahmi123456789.no-ip.biz | farahamine.no-ip.biz | fatalpop.no-ip.org | fbcrewz.serveftp.com |
| fahoote70.no-ip.biz | faras.no-ip.biz | fatalxerror007.no-ip.biz | fbgames.redirectme.net |
| fahrenayt06.no-ip.org | farcast.no-ip.biz | fatasamit.no-ip.org | fbhack11.no-ip.biz |
| fainkedbr0.zapto.org | farcry.servemp3.com | fatbachir.no-ip.biz | fbiagent.zapto.org |
| faisal-00.zapto.org | fared22.no-ip.biz | fateh-mo.zapto.org | fbiclan.zapto.org |
| faisaldo9.no-ip.org | fareedkhan.zapto.org | fateh.hopto.org | fbidon.zapto.org |
| faisf16.no-ip.org | fares266.no-ip.info | fateh.zapto.org | fbiinfo.no-ip.info |
| faiz30.no-ip.org | faresdz.no-ip.org | fatehusma.zapto.org | fbip.no-ip.info |
| fajr2013.no-ip.org | faresnab.no-ip.biz | fatexemplo.no-ip.org | fbjburkhard.zapto.org |
| fajsnoinf.no-ip.org | faressjoker.no-ip.biz | fath.no-ip.biz | fbmessenger.no-ip.biz |
| fake1.no-ip.org | faressyria.no-ip.biz | fathel17.no-ip.biz | fbmorc.zapto.org |
| fakefrenchid.no-ip.org | farhadrba.servehttp.com | fathiben03.no-ip.biz | fbpimp100.no-ip.biz |
| fakers123.zapto.org | farhanabdaly.no-ip.biz | fatihlik.no-ip.biz | fbsr3.no-ip.org |
| fakher.no-ip.biz | farid.no-ip.biz | fatman22.no-ip.biz | fbsr5.no-ip.org |
| fakhri.no-ip.info | farid1999.no-ip.org | fatot.zapto.org | fcbhack79.zapto.org |
| fakhro.no-ip.org | farid577.no-ip.biz | fatouma.no-ip.biz | fckyou.no-ip.org |
| falc0n14.no-ip.biz | faridilyas.no-ip.biz | fattah-az.no-ip.biz | fda.no-ip.biz |
| falcao28.no-ip.biz | faringosept.zapto.org | fattouma.no-ip.info | fdfd123.no-ip.biz |
| falcon-gz.no-ip.biz | faris.no-ip.biz | fattygame.no-ip.biz | fdfdfre.no-ip.biz |
| falcon-think.no-ip.biz | fariss-al3in.no-ip.biz | faukshit.no-ip.biz | fdp1.no-ip.org |
| falcon23.no-ip.biz | fariz089.no-ip.org | fausto08.no-ip.biz | fdz.zapto.org |
| falconmeta.no-ip.org | farlopez18.zapto.org | faustodoctor.no-ip.biz | features.serveblog.net |
| faleh.no-ip.biz | farma.zapto.org | favourdonuk776.no-ip.biz | fecabook.redirectme.net |
| falekfalek.no-ip.biz | farmoza.no-ip.biz | fawfaw.no-ip.biz | fecebooook.zapto.org |
| falfoul.zapto.org | farook123.zapto.org | fawwaz9999.no-ip.org | fechtali.zapto.org |
| falkowin.no-ip.biz | farouk-ix6.no-ip.biz | faxef.zapto.org | fedimed007.no-ip.info |
| fallaga.no-ip.biz | farouk60.no-ip.biz | fayez.no-ip.biz | fedoshka.no-ip.biz |
| fallaga.no-ip.org | fars.no-ip.org | fayfay.no-ip.biz | feed.bounceme.net |
| falleg.no-ip.biz | fars.zapto.org | fayfay66.no-ip.biz | feelmepkudie.no-ip.org |
| fallegkefi.no-ip.biz | farsamir.no-ip.org | faysalrofix.no-ip.biz | feeltherain.sytes.net |
| falojaaa.no-ip.biz | fartik.no-ip.biz | fayssal02.no-ip.biz | feethi12.no-ip.biz |
| fama.sytes.net | farttt.no-ip.info | fayssalould.zapto.org | fehmi1.no-ip.org |
| fanboyxs.no-ip.biz | fary.no-ip.info | fazbar2013.no-ip.biz | fehmiarbi.no-ip.org |
| | farzand.no-ip.org | fazesource.no-ip.info | fei-coder.no-ip.org |

39

feiz.no-ip.org
fekrit2doha.no-ip.biz
fekrit2doha.no-ip.org
felex-ksa.no-ip.biz
felexe.no-ip.biz
felis-felis.no-ip.org
fenaa.zapto.org
fenaa04.zapto.org
fenivan.no-ip.org
ferahmed.no-ip.biz
feras200.no-ip.biz
feras9999.no-ip.biz
ferass1997.no-ip.biz
feres2013.no-ip.org
fereswael.no-ip.org
ferifar4234.no-ip.info
fernando85.no-ip.biz
fesard.no-ip.org
fethifethi.zapto.org
feverclan.no-ip.org
fevzisarac.no-ip.biz
fewskillman.no-ip.biz
fexo992.no-ip.biz
ff.serveblog.net
ff8ak47doom.no-ip.biz
fffewdsss555.no-ip.biz
ffff.no-ip.info
ffff99fff.no-ip.biz
ffffff.zapto.org
fffffh.no-ip.org
ffg.no-ip.biz
fghdfgdfgs.myftp.biz
fgm910.no-ip.biz
fh-oode.no-ip.biz
fhad12.no-ip.biz
fhad1401.zapto.org
fhaker.no-ip.biz
fhdana.no-ip.biz
fhf.no-ip.org
fianeso92.no-ip.org
fibra.sytes.net
fibsfccck.no-ip.info
ficebook.sytes.net

fidaki.no-ip.org
fidrali.no-ip.biz
fiesta212.no-ip.biz
fifacoinshack.no-ip.biz
fifamadrid95.no-ip.biz
fifi.no-ip.biz
fiftyiraq.no-ip.biz
figar.hopto.org
figohack.no-ip.org
filehost29.zapto.org
filerikon.no-ip.info
filerunning.no-ip.org
filetobeme.no-ip.biz
filichaines.zapto.org
filiperevolution.no-ip.org
filiphacker.no-ip.org
filmadope.no-ip.biz
filsdeputelvl10000.no-ip.biz
finasat.no-ip.org
finders.hopto.org
finger01.zapto.org
fingers.no-ip.biz
fingers2012.no-ip.biz
finterna.no-ip.info
fintorhacker.no-ip.biz
finy-hacker.no-ip.biz
firanet.no-ip.org
firas124.noip.me
firass-77.no-ip.org
firassadi.no-ip.org
fire-071999.no-ip.biz
fire001.no-ip.biz
firebrandhost.no-ip.biz
firefox-dmm.sytes.net
firefox1155.no-ip.biz
firefoxwa.no-ip.org
firehacker.no-ip.org
firekatana1997.no-ip.biz
firelink999.no-ip.biz
fireproof121.sytes.net
firestik20.no-ip.org
firethehacker.no-ip.biz
firewall606.no-ip.org

firius.hopto.org
firstblade.noip.me
firstjessnoip.no-ip.biz
firstjune.zapto.org
firstsecondlimited.no-ip.biz
firth87.no-ip.org
fisher1.no-ip.biz
fishingwithson.no-ip.biz
fishingwithson.no-ip.org
fitohxc.no-ip.org
five78.zapto.org
fivestars.no-ip.biz
fivestories.sytes.net
fivetween.no-ip.info
fix02.no-ip.biz
fizan.zapto.org
fizan1.zapto.org
fizzle123.no-ip.org
fjdhyuz.zapto.org
fkhpodpiofh.no-ip.biz
fkjhiu.no-ip.org
fkzkedim.redirectme.net
flabyez.no-ip.org
flacon.no-ip.org
flagstaff.myftp.biz
flaimrider.servebeer.com
flamehax.no-ip.org
flamerxxx.no-ip.biz
flankes.no-ip.org
flas34.zapto.org
flashai.no-ip.biz
flashez-dns.no-ip.org
flashez.zapto.org
flashezdns.no-ip.org
flashirc.sytes.net
flashplayer.servehttp.com
flashplayerplugin.hopto.org
flashplayerplugin.no-ip.biz
flashz.no-ip.biz
flax0123.no-ip.org
flexcop.no-ip.biz
flexcop.no-ip.org
flood.bounceme.net

florian25ify.zapto.org
floripamilgrau.no-ip.biz
floripamilgrau.no-ip.info
floris-pro.no-ip.info
flosfeh.zapto.org
flower1994.no-ip.biz
flowflow.no-ip.org
flowprod.no-ip.org
flptkj.no-ip.org
flstudio.no-ip.biz
flushedcorp.zapto.org
flutter.no-ip.biz
fluxonagato.no-ip.org
flyhighhacker.no-ip.org
flyhight41.no-ip.org
flyhight45.no-ip.biz
flyingblueberry.no-ip.org
flyrosebif.no-ip.biz
flysociety.no-ip.org
fmh.no-ip.biz
fmt22.no-ip.org
fo.no-ip.org
fo0x.no-ip.biz
foaadhack.no-ip.biz
focebook.zapto.org
focusedi.no-ip.biz
fodilhack.no-ip.org
fofo-123.no-ip.biz
fofo-656.no-ip.biz
fofo-lolo1133.no-ip.org
fofo140.no-ip.biz
fofo1989.no-ip.biz
fofo7118.no-ip.biz
fofodzrap.zapto.org
foforthelulz123.no-ip.biz
following.myvnc.com
fons.no-ip.info
fonsi.zapto.org
fontom.no-ip.biz
fofoo2000.no-ip.info
foolmeonce.no-ip.biz
foolzzz.no-ip.biz
foorget.no-ip.biz

| | | | |
|---|---|---|---|
| footballsho.no-ip.biz | fouisa-unteer.zapto.org | franso.no-ip.org | fresco.no-ip.info |
| foox502.no-ip.biz | fouk-mariwana.no-ip.biz | freco001.no-ip.org | frescomadrid.no-ip.org |
| for-echanges.no-ip.biz | fouk-mariwanna.no-ip.biz | fred.servequake.com | freshano5.no-ip.biz |
| forall44.no-ip.info | founa.no-ip.biz | free-dofus.no-ip.org | frfor12365.no-ip.org |
| forall45.no-ip.biz | four.hopto.org | free-music.servemp3.com | frfrfrf.no-ip.biz |
| forat1982.no-ip.org | foustaz2.no-ip.biz | free-rp.no-ip.biz | frgtgd.zapto.org |
| forat85.no-ip.org | fouzi1988.no-ip.biz | free.zapto.org | fri3ndlyfir3.zapto.org |
| forattack.no-ip.org | fowse.zapto.org | freearmy90.no-ip.org | fridayvhf.noip.me |
| forcanl.no-ip.org | fox-rommel.no-ip.biz | freebitcoins.zapto.org | friedbiscut.noip.me |
| forceopasd.no-ip.biz | fox2012.no-ip.org | freebitcoins1.zapto.org | friedrice.no-ip.biz |
| fordarkcomet.zapto.org | foxabdellah.zapto.org | freechips.no-ip.biz | friends-fucker.no-ip.biz |
| forever2013.no-ip.info | foxerkid86.no-ip.biz | freecodehorse.no-ip.info | frienshollydays.no-ip.biz |
| forex178.no-ip.info | foxhack.no-ip.biz | freedahmed.zapto.org | frifra.hopto.org |
| forlancavanibest.sytes.net | foxhacker.zapto.org | freedom06.no-ip.org | fright.no-ip.info |
| forme.3utilities.com | foxhaker.no-ip.biz | freedom2753.no-ip.biz | fritomlet.no-ip.org |
| formetoknow.no-ip.org | foxman555555.no-ip.org | freefree.zapto.org | frknshn.zapto.org |
| formore.no-ip.org | foxy147.no-ip.org | freegame.zapto.org | frns-12.no-ip.biz |
| forsaken518.no-ip.info | foxymoney.noip.me | freegamehacksxxx.no-ip.biz | frodobaggins.zapto.org |
| forsayhack.no-ip.org | foyad-alhalbosi.no-ip.biz | freegamesshere.no-ip.biz | frogin.myftp.org |
| forstbittennninja.no-ip.org | fpbx.no-ip.biz | freehostingblack.no-ip.org | frogys.zapto.org |
| fortaleza.no-ip.biz | fpi3.no-ip.org | freehouse.zapto.org | frojd.no-ip.biz |
| fortittude.no-ip.biz | fpppppppppppp.no-ip.org | freekeysforyou.no-ip.biz | frome.no-ip.org |
| fortymazika.no-ip.biz | fpsanarchynetwork.no-ip.biz | freemeplease.no-ip.biz | fronkarl2.zapto.org |
| foru.no-ip.info | fpxa-xx.zapto.org | freerarupdate.hopto.org | frostate.no-ip.org |
| fory0u.zapto.org | fr0znj.no-ip.org | freerattest.zapto.org | frostix.zapto.org |
| foryou86.no-ip.biz | fr3ak01.zapto.org | freeserver-us.no-ip.biz | frozencitrus.no-ip.biz |
| forza111.no-ip.biz | fragamers123.no-ip.biz | freestylehacker.no-ip.org | frsnhr.no-ip.org |
| fottiti.no-ip.org | frajolavidios.no-ip.biz | freesyrian-army.no-ip.biz | frtlan.no-ip.biz |
| fouad02.no-ip.biz | france007.no-ip.biz | freethink.zapto.org | frtlan.no-ip.org |
| fouad1995.no-ip.biz | francestub.no-ip.org | freetrack.bounceme.net | fsdfrgs.zapto.org |
| fouadamrp800.no-ip.info | franciscob.no-ip.info | freeweb.myvnc.com | fsplinter.no-ip.org |
| fouadbout1.no-ip.biz | francky.noip.me | freeword.sytes.net | fspy.no-ip.biz |
| fouadelyaouti7.no-ip.org | franco4great.no-ip.biz | freeyou2014.no-ip.biz | ftkdaj.no-ip.biz |
| fouadelyaouti7.zapto.org | franctelecom.no-ip.org | freeyourmindocb.no-ip.biz | ftl.no-ip.biz |
| fouadelyaouti9.zapto.org | frankanchtine.no-ip.biz | freezen34.no-ip.biz | ftp-network.no-ip.biz |
| foudil110.zapto.org | frankfrank2013.no-ip.org | fregoond.no-ip.biz | ftp1911.no-ip.biz |
| foudil144.sytes.net | frankiewhite007.noip.me | frehz.no-ip.biz | ftrox.no-ip.org |
| foudil16.no-ip.org | frankohack.no-ip.biz | freiheitstern.no-ip.biz | fttp.myvnc.com |
| fouedhack.no-ip.biz | frankotn.no-ip.biz | freindforever.no-ip.biz | ftyu-10.no-ip.biz |
| foufafff.no-ip.org | frankrat.no-ip.biz | freizen1.no-ip.biz | fuadgyan.no-ip.biz |
| foufou81.no-ip.biz | frankspecht.no-ip.org | frenchgameurz.no-ip.org | fuck-all.no-ip.info |
| foufoubennini.zapto.org | franky009.no-ip.biz | frenk122.no-ip.biz | fuck-free.no-ip.biz |
| fouiny.no-ip.biz | fransismoore387.no-ip.biz | frertg651.sytes.net | fuck-fuck.no-ip.biz |

fuck-haas.no-ip.biz

fuck-hacker.zapto.org

fuck-hacker2555.no-ip.biz

fuck-hacker767.no-ip.biz

fuck-hackers.no-ip.biz

fuck-hackrs.no-ip.biz

fuck-haker1.zapto.org

fuck-ihacker.no-ip.biz

fuck-live.no-ip.biz

fuck-u.no-ip.biz

fuck-y0u90.no-ip.biz

fuck-you.no-ip.org

fuck0youall.no-ip.biz

fuck1.no-ip.biz

fuck19911991.no-ip.biz

fuck20.zapto.org

fuck4israel6.no-ip.biz

fuck4israelb.no-ip.biz

fuck991.no-ip.biz

fuckagain.no-ip.org

fuckallbads.zapto.org

fuckbuffalo.no-ip.org

fuckedintheass.no-ip.biz

fuckedpc.no-ip.info

fucker143.no-ip.biz

fucker2013.hopto.org

fucker2013.no-ip.org

fucker2014.zapto.org

fuckerer123.no-ip.biz

fucking-byet.no-ip.biz

fucking.no-ip.org

fucking14haters.no-ip.biz

fuckinghost.zapto.org

fuckk.no-ip.org

fuckl7alaa.no-ip.biz

fucklibya.no-ip.biz

fucknet.no-ip.org

fuckoff.3utilities.com

fuckoff.no-ip.biz

fuckoff1.no-ip.org

fuckshit123.no-ip.biz

fucksimo.no-ip.biz

fucksuck.myftp.org

fuckwuly.zapto.org

fuckwxw15.no-ip.biz

fuckxxxmmm.zapto.org

fuckyou.servemp3.com

fuckyou1989.no-ip.info

fuckyoubb.hopto.org

fuckyoubydz.no-ip.biz

fuckyoulol.no-ip.org

fuckyouman.no-ip.biz

fuckyounoip.no-ip.org

fuckyourpc.no-ip.org

fuckyousob.no-ip.biz

fudencoded.no-ip.biz

fudmyserver.servepics.com

fugazy78.no-ip.biz

fugazy78190.no-ip.biz

fugentrading.noip.me

fuhrerwolf.no-ip.org

fuke-anpn.no-ip.biz

fukeass.no-ip.biz

fukeass4all.no-ip.biz

fukeee-hacked.no-ip.biz

fukehacker.no-ip.biz

fukexxl.no-ip.biz

fukisrael.zapto.org

fuklife.no-ip.org

fukmeand.servebeer.com

fukui15.zapto.org

fukwithme2.zapto.org

fukyamudda.no-ip.biz

fukyou.no-ip.org

fundgrube.no-ip.org

funkof.no-ip.org

funmenu.zapto.org

funnybunny.zapto.org

funnymonkey.no-ip.biz

funnymuch.no-ip.biz

funorb.no-ip.org

funtrojan.no-ip.biz

fuorilavoce.no-ip.biz

fuorituttalavoce.no-ip.biz

fureurmortel.no-ip.org

furius009.no-ip.org

fush.no-ip.biz

fuskerrat.no-ip.org

fuster.no-ip.biz

futfutfut.no-ip.org

futfutfut.no-ip.info

futfutfut.no-ip.org

futut5.no-ip.info

fwelyphe1414.no-ip.org

fwqffe.no-ip.biz

fx00.no-ip.org

fx566.no-ip.biz

fx7.no-ip.org

fxp.no-ip.biz

fyasido.no-ip.org

fyourdumass.bounceme.net

g-img.no-ip.biz

g0060.no-ip.info

g00dw3ll.no-ip.org

g00gle.sytes.net

g110.no-ip.biz

g25.no-ip.biz

g32hack.no-ip.org

g4ngstx.no-ip.biz

g56.no-ip.biz

g66.no-ip.biz

g666.no-ip.biz

g79.no-ip.biz

g821.zapto.org

ga9o9.no-ip.biz

gabagaba.no-ip.org

gabonlu.zapto.org

gaboo11.no-ip.biz

gabrielfera998.no-ip.org

gabriellhh.no-ip.org

gabrielluiss.no-ip.org

gabrielpapa.no-ip.org

gabrielzinho.no-ip.org

gada0099.zapto.org

gaet.no-ip.biz

gaga.zapto.org

gagtz15123.zapto.org

gaguar2222.no-ip.org

gahpebizans.no-ip.org

galaery22.no-ip.org

galatsaray.zapto.org

galaxy11.no-ip.biz

galaxy1218.no-ip.biz

galaxyace.no-ip.biz

galaxycenter.no-ip.org

galeata.zapto.org

galiposatan.no-ip.info

galo.no-ip.biz

galo111.no-ip.org

gambia12.no-ip.org

gambik.no-ip.info

game-play.servebeer.com

game-server.no-ip.biz

game.3utilities.com

gamebuster.zapto.org

gamediyari7.no-ip.org

gamehd.no-ip.biz

gamehdtheraider.no-ip.biz

gamepost.no-ip.biz

gamer17.no-ip.biz

gamer2.no-ip.org

gamerdu71.no-ip.org

gamerdz.no-ip.org

gamereviews.no-ip.biz

gamerone.myftp.biz

games-online.no-ip.org

games.servecounterstrike.com

games020.zapto.org

games2013.no-ip.org

games2014.servegame.com

gamescree.zapto.org

gamesplus.servecounterstrike.com

gamesrv.myvnc.com

gametrollgamershome.no-ip.biz

gametrollgamershome.no-ip.biz

gamgam.servegame.com

gamhody6996.no-ip.org

gamingmylife.no.org

gamingmylive.no-ip.info

gamy.zapto.org

gandhihaxx.no-ip.org

gangcatoon336.no-ip.biz

ganja8585.no-ip.biz
ganjanko.no-ip.org
gantz13.myftp.biz
ganzo94.zapto.org
gar3a.zapto.org
gara-saki.no-ip.biz
gara-sakii.no-ip.biz
garad09.no-ip.biz
gare3ah.sytes.net
gariban.no-ip.org
garypaul103.no-ip.biz
garystampede.no-ip.biz
gas-mask.no-ip.biz
gasbriki.no-ip.org
gashtyar.no-ip.biz
gaspeer-dean.no-ip.org
gass-massk.no-ip.biz
gassper.no-ip.biz
gat44445.no-ip.biz
gateopened.zapto.org
gatous.no-ip.org
gaurav156.sytes.net
gausshg.no-ip.biz
gausshh.no-ip.info
gavinl.no-ip.biz
gawharahackerdz.no-ip.biz
gawol.no-ip.org
gaya456.no-ip.biz
gaylord010.no-ip.org
gayxxxx.zapto.org
gaza-14sh.no-ip.biz
gaza-asd.myvnc.com
gaza-dz.zapto.org
gazagazagaza.no-ip.biz
gazahacker.no-ip.biz
gazaps.no-ip.biz
gazastrip.no-ip.biz
gazbe.no-ip.biz
gb96.no-ip.biz
gbe.no-ip.biz
gbfucker.no-ip.biz
gbgfbfgbgfbfggbfgb.zapto.org
gboha55.noip.me

gdeed.no-ip.org
gdroid.sytes.net
geak.no-ip.biz
gear-78.no-ip.org
gearwatchcoolness.no-ip.biz
gee2.no-ip.biz
geek-99.no-ip.biz
geek12.no-ip.biz
geeker007.no-ip.biz
geekofnjrat.no-ip.biz
geekyassine.no-ip.biz
geemade.zapto.org
gegex82.no-ip.biz
gehtdichnixan.no-ip.org
gemmzr1.no-ip.biz
gemmzr2.no-ip.biz
gemr.no-ip.biz
geneir13.no-ip.info
general-old.no-ip.biz
general.servebeer.com
general00000.no-ip.biz
generalamerica.bounceme.net
generalnjrat.no-ip.biz
generalpi.no-ip.org
generatelock.no-ip.org
genexsection.no-ip.info
geni3.zapto.org
genocidist.no-ip.org
genoo.no-ip.org
genoo111.no-ip.info
genosite12.no-ip.biz
gentelman.no-ip.biz
gentlejoecash2x1.no-ip.org
genuisdofus.no-ip.biz
geoffreypira.no-ip.biz
george96.no-ip.biz
gerilac.sytes.net
germanarma3.myftp.org
germany.no-ip.biz
germian.no-ip.biz
gerson300.no-ip.org
gersonteste.no-ip.biz
getarm.no-ip.biz

getdoxedkid123.no-ip.biz
getfkedkid101.zapto.org
gethack.no-ip.biz
getloggs895.noip.me
getlogs463.no-ip.biz
getoutofhere.hopto.org
getrich32.no-ip.biz
getricherz.no-ip.biz
gf3.no-ip.biz
gf4.no-ip.biz
gfaghrtehxvdfsqaj.zapto.org
gfdgfdb.no-ip.org
gg.no-ip.biz
gg666.no-ip.biz
gg8-gg8.no-ip.biz
ggd1999777.no-ip.biz
ggggggggrsrtrw.no-ip.biz
gghitmans.no-ip.org
ggrggr1.no-ip.biz
gh11223344.no-ip.biz
gh223.no-ip.biz
ghadeer-hkr.no-ip.org
ghadeer123.no-ip.biz
ghaith.hopto.org
ghaithca.no-ip.biz
ghaithsy98.no-ip.biz
ghaithsyr.no-ip.biz
ghamed3.no-ip.biz
ghana147.no-ip.biz
ghanaman.myftp.biz
ghanemkx1.no-ip.org
ghardaouihor.no-ip.info
ghardz.no-ip.biz
gharibe007.no-ip.biz
ghassan27500.no-ip.biz
ghassen16.no-ip.org
ghassera0546.zapto.org
ghazibsd.no-ip.org
ghazihckr.no-ip.org
ghazwanmaster.no-ip.biz
ghdzsaw.no-ip.biz
ghdzyoyo.no-ip.biz
ghezalmoh.no-ip.org

ghf23.no-ip.org
ghgh.zapto.org
ghghghgggg.no-ip.org
ghjghjjhjghgjhjhgjh.zapto.org
ghmkmym.myftp.biz
ghnm.no-ip.biz
ghost-0.no-ip.info
ghost-darkness.zapto.org
ghost-hatiman.zapto.org
ghost-syria963.no-ip.org
ghost007.zapto.org
ghost02.no-ip.biz
ghost10.zapto.org
ghost1234.zapto.org
ghost155.no-ip.biz
ghost1990.zapto.org
ghost2020.zapto.org
ghost2711.no-ip.biz
ghost45.no-ip.biz
ghost5.no-ip.org
ghostaway.no-ip.biz
ghostbot.no-ip.org
ghostclau.no-ip.biz
ghostdragons.sytes.net
ghostdz.hopto.org
ghoster13.no-ip.biz
ghostey.no-ip.biz
ghostghost12.no-ip.biz
ghosthacker17.no-ip.biz
ghostlyrat.no-ip.org
ghostman.zapto.org
ghostman642.no-ip.biz
ghostnet07.no-ip.biz
ghostnoob2014.zapto.org
ghostrecone4.no-ip.biz
ghostxd.no-ip.org
ghrrtwef.no-ip.biz
giannisoner200.no-ip.biz
giant18.no-ip.biz
gicharo.zapto.org
gicharodz.zapto.org
giftbox.serveblog.net
gigatito.no-ip.org

43

| | | | |
|---|---|---|---|
| gigidi1.zapto.org | gmodmod.no-ip.biz | golum8765.no-ip.biz | goran1998.no-ip.info |
| gigidi123.zapto.org | gna123.no-ip.biz | golwah.zapto.org | goranako55.no-ip.biz |
| gigle123.noip.me | gna511.no-ip.biz | goms.no-ip.org | goranhakar.no-ip.biz |
| gign159.no-ip.biz | gnan89.no-ip.biz | gomsa1.zapto.org | goraxatar.zapto.org |
| giliard1166611.sytes.net | gniewkowiec0359.no-ip.org | gondergelsin.no-ip.org | goroger2.no-ip.biz |
| ginger2.no-ip.org | gnon.zapto.org | gooby.sytes.net | gorrath007.no-ip.biz |
| gingermaster123.no-ip.biz | gnoomen22.no-ip.org | good-team.no-ip.biz | gorsthond.zapto.org |
| giohacker.no-ip.org | gnoooon.no-ip.biz | good.myftp.org | gost-rider.zapto.org |
| giorgi71704.noip.me | gnsbhim01.no-ip.org | good1988.no-ip.biz | gost1.no-ip.org |
| giovanih1.no-ip.org | gnx.zapto.org | goodbuy.no-ip.biz | gost555.zapto.org |
| girl6love.zapto.org | gnxdz.zapto.org | goodevil.no-ip.org | gostavo123.zapto.org |
| girlspower1.no-ip.biz | go-karter001.no-ip.biz | goodies.no-ip.org | gosuxd.no-ip.biz |
| girlswantdicks.no-ip.info | go.no-ip.biz | goodleads.no-ip.biz | gotomexico.hopto.org |
| gitxnjrat.myftp.biz | go.servehttp.com | goodman.no-ip.info | gotti78.no-ip.org |
| givedetails.no-ip.org | go0dgun.no-ip.org | goodmansad.no-ip.biz | goudeschoen.zapto.org |
| givekawow.zapto.org | goda.zapto.org | goodmusic1337.no-ip.biz | gougou.zapto.org |
| givemetothee.no-ip.biz | goddardrat.no-ip.biz | goodrat123.no-ip.org | goulis.no-ip.biz |
| givrexnon.no-ip.biz | godfadanonny.no-ip.org | goodtv.sytes.net | goulwah.no-ip.org |
| gjonaba.no-ip.biz | godhandpc.no-ip.biz | gooegle.zapto.org | govandhacker1995.no-ip.biz |
| gkdla1004.zapto.org | godisgod.serveftp.com | googel-hellp177.serveblog.net | govinda.zapto.org |
| gkhan.no-ip.biz | godmode112233.no-ip.biz | googel.hopto.org | govnaman1337.bounceme.net |
| gkl7.no-ip.biz | godzila.no-ip.org | googel.sytes.net | goy.zapto.org |
| gklfd-uykjh.no-ip.biz | gogf.hopto.org | googel6.redirectme.net | gp1990.no-ip.biz |
| gkteam.no-ip.biz | gogle.servepics.com | googell.servebeer.com | gpke.no-ip.info |
| glad.zapto.org | gogleupdate1.servehttp.com | googelsa.no-ip.biz | gplk972.no-ip.biz |
| gladio123.no-ip.biz | gogo.no-ip.org | googl-123.sytes.net | gq4.no-ip.info |
| glauco69.no-ip.org | gogo2013.no-ip.biz | googlle.myvnc.com | gr33n.no-ip.biz |
| glaxy.no-ip.biz | gogoc.hopto.org | googllechrome.sytes.net | gr8.serveftp.com |
| glbmaster.no-ip.org | gogoft.sytes.net | googllle.servehttp.com | gr97111.zapto.org |
| gldgld.no-ip.biz | gogogog.zapto.org | googly95.no-ip.org | graa7.no-ip.info |
| glider.no-ip.biz | gogoleup.myvnc.com | googlyx.sytes.net | grabber.no-ip.biz |
| glisthed.no-ip.biz | gogououo.no-ip.biz | goolboy.no-ip.biz | graceman.no-ip.biz |
| globaladmiral.no-ip.biz | goke.no-ip.info | goolmanu.no-ip.org | graciletop.no-ip.org |
| globfrance.sytes.net | gokussj4.no-ip.biz | goon-92.no-ip.biz | grafeur.zapto.org |
| glockamok.no-ip.biz | gol60.no-ip.biz | gooogel.no-ip.org | grandex.zapto.org |
| glovesclickrat.no-ip.biz | goldbars.no-ip.org | gooogle.myvnc.com | granturismox.no-ip.biz |
| glue2013.no-ip.org | goldbox.no-ip.biz | gooogle.no-ip.org | graphic313.no-ip.biz |
| gmail.serveftp.com | goldensete.zapto.org | gooogle.serveftp.com | gratiscard.no-ip.biz |
| gmail.servequake.com | goldluck.no-ip.org | goooooohackers.no-ip.biz | great.redirectme.net |
| gmail2013.no-ip.biz | goldscorpion.no-ip.biz | gooqle.no-ip.biz | greedita.zapto.org |
| gmail2013.no-ip.info | golfsquad.no-ip.org | gooqle.no-ip.org | greek.no-ip.biz |
| gmash.no-ip.biz | golly.no-ip.biz | goramama.zapto.org | green-luma.no-ip.biz |
| gmg1234.bounceme.net | golom43.noip.me | goran1998.no-ip.biz | green0devil.no-ip.biz |

| | | | |
|---|---|---|---|
| greenarmy32.no-ip.biz | gudguy.zapto.org | gyro0ok199.no-ip.biz | h58.no-ip.biz |
| greencheese.no-ip.org | guelma24.no-ip.biz | gywyn.zapto.org | h5n1center.no-ip.org |
| greenfinger.zapto.org | guelma24.zapto.org | gzjoker.no-ip.biz | h63.no-ip.biz |
| greenhulk.no-ip.biz | guemar39.no-ip.info | h-dz.no-ip.biz | h6e5gh6sh45sd6.sytes.net |
| greenooii.no-ip.biz | guepard.zapto.org | h-enry.no-ip.biz | h7eatshot.sytes.net |
| gregoryhpb.no-ip.org | guerbilal.no-ip.org | h-kayen13.no-ip.biz | h85.no-ip.biz |
| grepz.bounceme.net | guerda.no-ip.org | h-worm2.no-ip.biz | h8x.no-ip.org |
| greul76.no-ip.biz | guerra191.no-ip.biz | h-worm2016.no-ip.biz | h9.myftp.org |
| grey26.no-ip.biz | guestserver.no-ip.biz | h.servehttp.com | ha089ko.zapto.org |
| grglbrgl.no-ip.org | guevara511.noip.me | h0h0h0h.zapto.org | ha12.sytes.net |
| grilllo.zapto.org | guevara7.no-ip.biz | h0lycrabb.zapto.org | ha158208.no-ip.biz |
| grinch19.no-ip.info | guf.no-ip.info | h0stb00ter.no-ip.info | ha87.no-ip.org |
| grizzlykill.no-ip.biz | gugabeleguga.no-ip.org | h0x.hopto.org | haaaak.no-ip.biz |
| gromz.hopto.org | gugamania01.no-ip.org | h123h.no-ip.biz | haack.no-ip.biz |
| groo7.no-ip.biz | guhmonstrao.no-ip.org | h1ali.no-ip.org | haacking077.no-ip.biz |
| grrr.no-ip.org | guicounter08.no-ip.org | h1h1h12.no-ip.biz | habal33.no-ip.org |
| grtgnono.zapto.org | guildwars2.zapto.org | h1h2h3h4h5.zapto.org | habba123.no-ip.biz |
| grthom2h.no-ip.biz | guiloeblein.no-ip.biz | h1iraq.no-ip.biz | habbo-fiesta.zapto.org |
| grulich.no-ip.biz | gullemann151.no-ip.biz | h1kt.zapto.org | habbocrates.zapto.org |
| grunz.no-ip.biz | gulurhattur.no-ip.info | h1n1.no-ip.biz | habbohackingeasy.no-ip.org |
| gryh-bb.no-ip.org | gumafon.zapto.org | h1n1hack.no-ip.info | habbohurtme.zapto.org |
| gs19540.no-ip.biz | gumety1.zapto.org | h2ck3r.no-ip.biz | habbonew.no-ip.org |
| gs2014.no-ip.biz | gunner54.bounceme.net | h3ck.zapto.org | habbotroyano.no-ip.biz |
| gs67890.no-ip.biz | guntherpw.zapto.org | h3ll4h3ll.no-ip.biz | habbuceta.no-ip.org |
| gs7.no-ip.biz | guntop.no-ip.biz | h3moud7.no-ip.biz | habib1998.no-ip.biz |
| gs99467.no-ip.biz | gupnasan.no-ip.org | h3rwen.no-ip.biz | habibilwimi.zapto.org |
| gsaunders.sytes.net | gurken-h4x0r.no-ip.biz | h3xy1983.zapto.org | habniz.zapto.org |
| gsbaha540.no-ip.biz | gurorevolution.no-ip.org | h43.no-ip.biz | hac.no-ip.org |
| gsdark.no-ip.org | gusano.hopto.org | h4a3r.no-ip.org | hac.zapto.org |
| gsert5a34etg.no-ip.biz | gusgus.no-ip.org | h4ck1ngplus.no-ip.biz | hac01.no-ip.org |
| gserverhost.no-ip.biz | gustave.zapto.org | h4ckerzzz.zapto.org | hac100.no-ip.biz |
| gst97.no-ip.biz | gusttavohacks.no-ip.org | h4er111.no-ip.org | hac2014.no-ip.biz |
| gt500r32.no-ip.biz | gutokinos.no-ip.org | h4es.no-ip.biz | hacar11.no-ip.biz |
| gta4.no-ip.org | guuhmota.no-ip.org | h4fun.no-ip.org | hacaralzamily.no-ip.biz |
| gta5.no-ip.info | guylondon.no-ip.org | h4o.no-ip.info | hacck.no-ip.biz |
| gtarihacker.no-ip.biz | gvt.zapto.org | h4s4nf1r4t.hopto.org | haccp.no-ip.biz |
| gtatrixx.no-ip.org | gwarrior.no-ip.org | h4ss4.zapto.org | haccp.no-ip.org |
| gtfostfu.no-ip.biz | gx-22.zapto.org | h4ss4n19.no-ip.biz | hacek1996.no-ip.org |
| gtp100.no-ip.org | gxggzg.no-ip.org | h4x0r1337.no-ip.biz | hacen.no-ip.org |
| gtr10gtr.no-ip.org | gxr13.no-ip.biz | h4xd.servebeer.com | hacen25.no-ip.biz |
| gtxwi.no-ip.biz | gxxg.no-ip.biz | h4xinc70.no-ip.biz | hacene25.no-ip.biz |
| gu3st-x.zapto.org | gyanmaare05.servecounterstrike.com | h4xzapto.org | hacene2s.no-ip.biz |
| guchafrex63.no-ip.info | gyddos.no-ip.biz | h5214h1.no-ip.info | hacer-b.no-ip.biz |

| | | | |
|---|---|---|---|
| hacer1.myftp.org | hack02.zapto.org | hackboy.no-ip.info | hackedfack-you.no-ip.org |
| hacer2014.zapto.org | hack06.zapto.org | hackbroo.no-ip.biz | hackedha3.no-ip.biz |
| hacer99.no-ip.biz | hack0787125988.no-ip.biz | hackbyice.no-ip.biz | hackedhack1.no-ip.biz |
| hacerra.no-ip.biz | hack11.serveftp.com | hackbykimou.no-ip.biz | hackedhaider1998.no-ip.biz |
| hacgroup.no-ip.biz | hack12.no-ip.org | hackbypc.no-ip.biz | hackedhim.no-ip.info |
| hach-mafia.no-ip.biz | hack1212.no-ip.org | hackbyzone.no-ip.info | hackedloli.no-ip.biz |
| hach-max.zapto.org | hack123456.no-ip.biz | hackcamm.zapto.org | hackedmody159.no-ip.biz |
| hach1177.no-ip.biz | hack123654789.no-ip.org | hackcitybich.noip.me | hackedmonster.no-ip.org |
| hachaniachraf.zapto.org | hack2222.no-ip.info | hackcom.no-ip.biz | hackedmotherfucker.no-ip.org |
| hachaniachraf86.zapto.org | hack232.no-ip.biz | hackdark.no-ip.org | hackednajaf.no-ip.biz |
| hacheer123.no-ip.biz | hack2371.zapto.org | hackdarkcomet0.no-ip.org | hackednjrat.no-ip.biz |
| hachem96.no-ip.biz | hack29dz.no-ip.biz | hackdede.no-ip.biz | hackednour.no-ip.org |
| hacjkjkjkjkwwq.no-ip.biz | hack2hacked.no-ip.biz | hackdee.no-ip.biz | hackedziphehe.no-ip.biz |
| hack-010.no-ip.info | hack3dbyme.servegame.com | hackdeethailand.no-ip.biz | hackeer2014ali.no-ip.biz |
| hack-123.no-ip.biz | hack3r.no-ip.org | hackdeezaa.no-ip.biz | hackeerboss.no-ip.biz |
| hack-1233.no-ip.biz | hack3r1313.no-ip.biz | hackdm3h.no-ip.org | hackelaryssa.no-ip.org |
| hack-16.no-ip.biz | hack3r48.zapto.org | hackdz.hopto.org | hackem2s.no-ip.biz |
| hack-16.no-ip.org | hack456.no-ip.biz | hackdz.no-ip.org | hacker-0005.no-ip.biz |
| hack-2014.no-ip.biz | hack4live.no-ip.biz | hackdzk.no-ip.org | hacker-005.zapto.org |
| hack-44.no-ip.biz | hack4player46.no-ip.info | hacke-wara.zapto.org | hacker-157.no-ip.org |
| hack-crazy.no-ip.org | hack4ps.no-ip.info | hackea-pc.no-ip.biz | hacker-18.no-ip.biz |
| hack-deiralzoor.zapto.org | hack4tn.no-ip.biz | hackeadosepicpb.no-ip.org | hacker-5555.zapto.org |
| hack-dofus.no-ip.biz | hack56565.zapto.org | hacked-azoo.no-ip.biz | hacker-80.no-ip.biz |
| hack-dz32.no-ip.biz | hack667.no-ip.biz | hacked-hack.no-ip.org | hacker-alg.no-ip.org |
| hack-hack123.no-ip.biz | hack6777.no-ip.biz | hacked-playboy.no-ip.biz | hacker-ali.no-ip.biz |
| hack-hammud11.no-ip.biz | hack70805.no-ip.org | hacked-zaid.no-ip.biz | hacker-arabic.no-ip.biz |
| hack-hmody.no-ip.biz | hack82.no-ip.biz | hacked007.no-ip.org | hacker-black.no-ip.org |
| hack-ip.no-ip.biz | hack90.no-ip.biz | hacked0haedar.no-ip.org | hacker-djelfa.no-ip.org |
| hack-leo.zapto.org | hack92.zapto.org | hacked12prence.no-ip.biz | hacker-dz.zapto.org |
| hack-m.no-ip.biz | hack99.no-ip.biz | hacked14.no-ip.info | hacker-fdp.no-ip.org |
| hack-max.zapto.org | hack99219921.no-ip.info | hacked2014.no-ip.org | hacker-forver.no-ip.biz |
| hack-mmm.no-ip.biz | hack999.zapto.org | hacked2342.no-ip.biz | hacker-hacker33.no-ip.org |
| hack-njrat.servegame.com | hacka123.no-ip.org | hacked519.zapto.org | hacker-hamouda.no-ip.biz |
| hack-noor.no-ip.biz | hackahmedsad.no-ip.biz | hacked88anonemaws.no-ip.biz | hacker-hamza.no-ip.org |
| hack-pbtotal.no-ip.org | hackali10.no-ip.biz | hacked92.no-ip.info | hacker-hbb.no-ip.org |
| hack-soso.no-ip.biz | hackaljahad.no-ip.biz | hackedahmed62.no-ip.biz | hacker-kaabi.no-ip.biz |
| hack-syr99.no-ip.biz | hackar.zapto.org | hackedahmedq.no-ip.biz | hacker-kingyassin.no-ip.biz |
| hack-syria2011.no-ip.biz | hackarmaxx.no-ip.biz | hackedanounymous.no-ip.biz | hacker-kurd.no-ip.org |
| hack.no-ip.org | hackb13.no-ip.biz | hackedby.zapto.org | hacker-lord.hopto.org |
| hack007.no-ip.biz | hackback15.no-ip.org | hackedbydzboy.no-ip.biz | hacker-media26.no-ip.biz |
| hack007.no-ip.org | hackbatke1.no-ip.biz | hackedbyitrii.no-ip.org | hacker-men.no-ip.biz |
| hack0123.no-ip.biz | hackbeer0075.no-ip.biz | hackedbypaypal.no-ip.biz | hacker-miliana.no-ip.biz |
| hack02.no-ip.biz | hackbest1.zapto.org | hackeddocaioto.zapto.org | hacker-morocco.zapto.org |

46

| | | | |
|---|---|---|---|
| hacker-noir.zapto.org | hacker1virous7.no-ip.biz | hackeralkut.zapto.org | hackerflood.no-ip.biz |
| hacker-pc.zapto.org | hacker2011.no-ip.biz | hackeramazing.no-ip.biz | hackerfoxy.no-ip.biz |
| hacker-pro4.no-ip.org | hacker20133.no-ip.org | hackeranonymus20.no-ip.org | hackerfurius98.no-ip.org |
| hacker-radwan.no-ip.biz | hacker2014.hopto.org | hackeranounyme.no-ip.info | hackergood.no-ip.org |
| hacker-roy.no-ip.biz | hacker2014.no-ip.biz | hackerazhar.no-ip.biz | hackerhackin.no-ip.org |
| hacker-shady.no-ip.biz | hacker2014.no-ip.org | hackerbabel.zapto.org | hackerhakim.no-ip.biz |
| hacker-spammer.no-ip.biz | hacker20140314.no-ip.biz | hackerbahaa.myftp.biz | hackerhama12.no-ip.info |
| hacker-tagreed.noip.me | hacker2014a.no-ip.org | hackerbare.no-ip.org | hackerint.zapto.org |
| hacker-x7.no-ip.biz | hacker211.no-ip.biz | hackerbatuhan.no-ip.biz | hackerip.zapto.org |
| hacker000.no-ip.org | hacker2112.no-ip.biz | hackerbigode.no-ip.org | hackerjan.no-ip.org |
| hacker0000001.no-ip.biz | hacker2223.no-ip.biz | hackerbil.no-ip.biz | hackerjatjat.no-ip.biz |
| hacker001.no-ip.org | hacker231.no-ip.biz | hackerbillw.no-ip.biz | hackerksa147.no-ip.biz |
| hacker0021.no-ip.biz | hacker2345.no-ip.biz | hackerbkc.no-ip.biz | hackerkualalumpur.no-ip.biz |
| hacker0021.zapto.org | hacker2k.no-ip.org | hackerbobo.no-ip.biz | hackerkuduro.no-ip.org |
| hacker007.no-ip.org | hacker3389.servebeer.com | hackerbouazra.zapto.org | hackerkuduru.no-ip.org |
| hacker0078.no-ip.biz | hacker35dz.no-ip.biz | hackerbreo.no-ip.org | hackerlamer.zapto.org |
| hacker009.no-ip.biz | hacker37.no-ip.info | hackerbysou1111.no-ip.biz | hackerleonciano.no-ip.biz |
| hacker01525.no-ip.biz | hacker3g.no-ip.info | hackercarthage.no-ip.biz | hackerleonciano3898.no-ip.org |
| hacker02.no-ip.biz | hacker4444.no-ip.biz | hackerconection.no-ip.org | hackerlibya.no-ip.org |
| hacker0228.no-ip.org | hacker455.no-ip.org | hackerd12.no-ip.biz | hackerlibya22.no-ip.org |
| hacker05.no-ip.biz | hacker4life.no-ip.biz | hackerd123.no-ip.biz | hackerlightc.no-ip.biz |
| hacker07777.no-ip.biz | hacker51266.no-ip.biz | hackerd157.no-ip.biz | hackermafea.no-ip.biz |
| hacker1103.no-ip.biz | hacker522.no-ip.biz | hackerdadi.no-ip.biz | hackermajhoul.no-ip.biz |
| hacker1111.zapto.org | hacker555.zapto.org | hackerdata9.sytes.net | hackerman2.no-ip.org |
| hacker1231231.no-ip.biz | hacker56.no-ip.org | hackerdecontas123.no-ip.org | hackermarko.no-ip.org |
| hacker123zitoun.no-ip.biz | hacker580.no-ip.biz | hackerdila.no-ip.org | hackermaroc123.no-ip.biz |
| hacker135.no-ip.biz | hacker619.no-ip.biz | hackerdochat.no-ip.org | hackermarokani.no-ip.info |
| hacker14.no-ip.org | hacker6353.zapto.org | hackerdofus.zapto.org | hackermaster2014.no-ip.biz |
| hacker147.no-ip.org | hacker654.no-ip.biz | hackerdomal2014.no-ip.org | hackermaytinh.servegame.com |
| hacker15.no-ip.biz | hacker666.no-ip.org | hackerdot.no-ip.info | hackermh123.no-ip.biz |
| hacker166.no-ip.biz | hacker7.no-ip.info | hackerdz-alg.no-ip.biz | hackermibb.no-ip.info |
| hacker171.no-ip.biz | hacker77500.zapto.org | hackerdz.hopto.org | hackermolary.no-ip.org |
| hacker173.no-ip.org | hacker83.no-ip.info | hackerdz.sytes.net | hackermos.zapto.org |
| hacker179315.no-ip.biz | hacker90.zapto.org | hackerdz01.no-ip.biz | hackermuaway26591.no-ip.org |
| hacker17hacker.no-ip.biz | hacker955.no-ip.biz | hackeregypt14.no-ip.biz | hackermustafa12364.no-ip.biz |
| hacker1910.no-ip.biz | hacker963.no-ip.biz | hackerelites.no-ip.info | hackermv.zapto.org |
| hacker1987.zapto.org | hacker9797.zapto.org | hackereltektek.no-ip.org | hackerninja.zapto.org |
| hacker1989.zapto.org | hacker97sofiane.no-ip.biz | hackerenz.no-ip.biz | hackernoip00.no-ip.org |
| hacker1996.no-ip.biz | hacker987.no-ip.biz | hackerevlolution.no-ip.org | hackernoip1234.no-ip.org |
| hacker19990.no-ip.biz | hackerabas050.no-ip.biz | hackerexon201444.no-ip.biz | hackerofwar.no-ip.biz |
| hacker1jokere2.no-ip.biz | hackerabdulla.no-ip.biz | hackerfayezalbiek.no-ip.biz | hackeroot.no-ip.biz |
| hacker1mohamed.no-ip.biz | hackeralex.no-ip.org | hackerfbspopo.no-ip.biz | hackerpik.no-ip.org |
| hacker1st.no-ip.org | hackeraliali22.no-ip.biz | hackerfdp.noip.me | hackerpk.zapto.org |

| | | | |
|---|---|---|---|
| hackerporra.no-ip.org | hackerxxxx12345.zapto.org | hackingr.zapto.org | hackseur01.no-ip.biz |
| hackerpro2.no-ip.org | hackeryassine.no-ip.biz | hackingxds.zapto.org | hacksimo.no-ip.biz |
| hackerprofessional18.no-ip.biz | hackeryo.no-ip.org | hackinqtr.no-ip.biz | hacksimo.no-ip.org |
| hackerproff.no-ip.biz | hackerz006.no-ip.org | hackjeddah.zapto.org | hacksnbpb.servegame.com |
| hackerpunks.no-ip.biz | hackerz007.no-ip.biz | hackjj.no-ip.org | hacksnet.no-ip.biz |
| hackerq8.no-ip.info | hackerzes.no-ip.biz | hackjo.zapto.org | hackss.no-ip.biz |
| hackerrr0000.no-ip.biz | hackerzito1g.no-ip.org | hackjoe.no-ip.biz | hackstdm.no-ip.biz |
| hackerrrr.no-ip.org | hackerzone167.no-ip.org | hackjok.zapto.org | hackt2000.no-ip.org |
| hackers-13.no-ip.biz | hackerzvoice.no-ip.org | hackk232.no-ip.biz | hacktest1234.no-ip.biz |
| hackers-killer.no-ip.biz | hackesse.no-ip.biz | hackkc5.zapto.org | hacktohack222222.zapto.org |
| hackers1000.no-ip.biz | hackeur-profe.no-ip.biz | hackkiller1.no-ip.biz | hacktroll123.zapto.org |
| hackers111.no-ip.org | hackeur1234.no-ip.biz | hackkkkkkkkkk.no-ip.biz | hacktunisie.zapto.org |
| hackers1998.no-ip.biz | hackeurprofe.no-ip.org | hackkoshtmna.zapto.org | hackulos.no-ip.biz |
| hackers2014-2015.no-ip.biz | hackeurprofes.no-ip.biz | hackkurd.no-ip.biz | hackur1234.no-ip.org |
| hackersaber123.no-ip.biz | hackey.no-ip.org | hackkurd.no-ip.org | hackur123456.zapto.org |
| hackersallin.no-ip.biz | hackfcb79.zapto.org | hacklibya9898.no-ip.biz | hackur1250.no-ip.biz |
| hackersalsdre.no-ip.biz | hackfitou5.zapto.org | hackmb15.no-ip.org | hackurdz1237.no-ip.biz |
| hackersamir178.no-ip.org | hackforever2.no-ip.org | hackmeifyoucan.zapto.org | hackusa.no-ip.biz |
| hackersamir178.zapto.org | hackforums.no-ip.biz | hackmeout.no-ip.info | hackx11.no-ip.info |
| hackersat.no-ip.biz | hackforums.no-ip.info | hackmochiro.no-ip.biz | hackxb0y.no-ip.biz |
| hackersbhim11.no-ip.org | hackgengame.no-ip.org | hackmrgoog.no-ip.biz | hackxilus.no-ip.org |
| hackersdeath.no-ip.biz | hackgost122.no-ip.org | hacknajrat2014.no-ip.biz | hackxx.no-ip.biz |
| hackersela7rosea.no-ip.biz | hackhack85.no-ip.biz | hacknj007.no-ip.biz | hackzb.no-ip.biz |
| hackerser.no-ip.info | hackhack888.no-ip.biz | hacknjrat07.no-ip.biz | hackzftw.no-ip.biz |
| hackerservernjrat.no-ip.biz | hackhacker.zapto.org | hacknjrat5516.no-ip.org | hackzh.zapto.org |
| hackersnordine.no-ip.org | hackhawee.no-ip.biz | hacknoip.no-ip.biz | hackzone2020.zapto.org |
| hackerspidersh1007.zapto.org | hackheal963.no-ip.biz | hackoanja.no-ip.org | hacklok2.no-ip.biz |
| hackerspy1.no-ip.info | hackhulk.no-ip.biz | hackoo.zapto.org | hacr-99.no-ip.org |
| hackerssss.no-ip.biz | hackiadormaster.zapto.org | hackop7.zapto.org | hacs.no-ip.org |
| hackersy232.no-ip.biz | hackid12.no-ip.info | hackos.zapto.org | hacsat.no-ip.biz |
| hackersyou.no-ip.biz | hacking-10.zapto.org | hackpaka.no-ip.org | hadeel2014.no-ip.biz |
| hackertahsenalfaza.no-ip.biz | hacking-psm.no-ip.info | hackpc2014.no-ip.info | hades9522.no-ip.org |
| hackerthaeer.no-ip.biz | hacking007.no-ip.biz | hackproton.no-ip.org | hadesinvasion.no-ip.biz |
| hackerthaiz.no-ip.biz | hacking10.no-ip.info | hackpunisher.noip.me | hadi-ghost.no-ip.biz |
| hackernoire.myftp.biz | hacking13.zapto.org | hackr.hopto.org | hadj.bandi.no-ip.biz |
| hackertop.no-ip.biz | hacking1487.no-ip.biz | hackr225.no-ip.biz | hadj19.no-ip.biz |
| hackertrackers.no-ip.biz | hacking2013.no-ip.org | hackr56.no-ip.org | hadosecrets.no-ip.info |
| hackertunisia12345.no-ip.biz | hacking2013.zapto.org | hackrbm6.no-ip.biz | hadroug1.no-ip.info |
| hackertunsien.zapto.org | hacking2314.no-ip.biz | hacks1.no-ip.org | hadydahm12.zapto.org |
| hackerwhite.myftp.org | hacking3210.no-ip.biz | hacks111.zapto.org | haedar-h9.no-ip.biz |
| hackerworld1992.no-ip.biz | hackingdone.no-ip.biz | hacks4433.no-ip.info | haedre.no-ip.biz |
| hackerxd.zapto.org | hackingjok.zapto.org | hacksaadadd.no-ip.biz | haee.no-ip.biz |
| hackerxp29.no-ip.biz | hackingmeuagora.no-ip.org | hacksandgames.no-ip.org | haelhack.no-ip.biz |

48

| | | | |
|---|---|---|---|
| haethm666.no-ip.biz | haker1122.no-ip.biz | hakotennah.no-ip.biz | hamada13.no-ip.biz |
| hafedabdall.zapto.org | haker122.no-ip.org | hakotennah.no-ip.org | hamadadz.zapto.org |
| hafid12999.no-ip.info | haker2011.no-ip.biz | hakou94.no-ip.biz | hamadakabo.no-ip.biz |
| hafid1560.no-ip.biz | haker21.no-ip.biz | hakoubilly2.no-ip.biz | hamadana1.no-ip.biz |
| hafodoune12.zapto.org | haker2145.no-ip.info | hakour1.no-ip.biz | hamadi-17.no-ip.biz |
| haha2424.zapto.org | haker333.no-ip.biz | hakr113.no-ip.org | hamadi-18.no-ip.biz |
| hahahah2.zapto.org | haker404.no-ip.org | hakr7.no-ip.biz | hamadi-19.no-ip.biz |
| hahahoho.zapto.org | hakeragib.no-ip.biz | hakr8.no-ip.biz | hamadi.18.no-ip.biz |
| hai2u.sytes.net | hakeralwaset.no-ip.org | hakurdz.no-ip.biz | hamadi123.no-ip.biz |
| haidar87.no-ip.biz | hakeranticoup2.no-ip.biz | halabja1988.no-ip.biz | hamado.no-ip.biz |
| haider1981.no-ip.biz | hakerariq.no-ip.org | halabjah111.myftp.org | hamadronef4.zapto.org |
| haider4321.no-ip.biz | hakerblidi.no-ip.biz | halakomama.zapto.org | hamahacker2012.zapto.org |
| haider8080.no-ip.biz | hakercronaldo7.no-ip.biz | halala32.zapto.org | hamanj.no-ip.biz |
| haider9090.no-ip.biz | hakerdz.no-ip.info | halalmeh.no-ip.info | hamanoip.no-ip.biz |
| haideralking.no-ip.biz | hakerdz1.no-ip.info | halasalam.no-ip.biz | hamapass.no-ip.org |
| haidersagad.no-ip.biz | hakerfadi.no-ip.biz | halawa.zapto.org | hamaqaladzey.hopto.org |
| hail22.no-ip.biz | hakerfarah.no-ip.biz | halifax89.no-ip.biz | hamataha.no-ip.org |
| haimynameispernie.hopto.org | hakergaza.no-ip.biz | halila.no-ip.org | hamaxalo3.no-ip.biz |
| haisenberg.no-ip.org | hakeris.no-ip.biz | halilou.no-ip.biz | hambli.no-ip.org |
| haithem123.no-ip.biz | hakerjok4.no-ip.biz | halim-42.no-ip.biz | hamdi1234.no-ip.biz |
| haithemvbv.no-ip.biz | hakerjordan.no-ip.biz | halimch.no-ip.biz | hamdi19952.no-ip.biz |
| hajipo.no-ip.biz | hakerk.zapto.org | halimhalim628.no-ip.biz | hamdi234.no-ip.biz |
| hak.zapto.org | hakerkilled.no-ip.biz | halimoullah.no-ip.org | hamdon.no-ip.biz |
| hak2man.zapto.org | hakernjrat12.no-ip.biz | hallison22.noip.me | hamdy.no-ip.biz |
| hak44.no-ip.biz | hakerr2014.no-ip.biz | hallo-follow.no-ip.biz | hamedbyhaker.no-ip.biz |
| hak77.no-ip.biz | hakers53.zapto.org | halo3kid3scape.no-ip.biz | hamedbykaker.no-ip.biz |
| hakancanyakan.no-ip.biz | hakersbg.no-ip.org | halohajyawa.no-ip.biz | hameed.no-ip.biz |
| hakar-2.no-ip.biz | hakerzz22.no-ip.biz | halouma2434.no-ip.biz | hamer.zapto.org |
| hakar11900.servecounterstrike.com | hakhak.no-ip.biz | halouxe.hopto.org | hami.no-ip.info |
| hakar11901.servecounterstrike.com | hakhak2014.no-ip.biz | hama-hawlery.no-ip.biz | hami612.no-ip.biz |
| hakar66786q.no-ip.biz | hakim-twinax.no-ip.biz | hama-rat.no-ip.biz | hamid02.no-ip.biz |
| hakattak.no-ip.info | hakim-x.no-ip.org | hama1.no-ip.org | hamid94.zapto.org |
| haked100.no-ip.biz | hakim03.zapto.org | hama100.no-ip.org | hamidffffh.no-ip.org |
| haked2000.no-ip.org | hakim121212.no-ip.biz | hama117.no-ip.org | hamidhsse.no-ip.biz |
| hakedlove.no-ip.biz | hakimbmk.no-ip.biz | hama1177.no-ip.biz | hamidmimo.no-ip.biz |
| hakedzaid.no-ip.org | hakimdjezar.no-ip.biz | hama123kurdi.zapto.org | hamidmoo.no-ip.biz |
| hakehake88.no-ip.biz | hakimgigi.no-ip.biz | hama22.no-ip.org | hamido.hopto.org |
| haker-000.no-ip.biz | haking67888.zapto.org | hama98.no-ip.biz | hamido.myvnc.com |
| haker-me.no-ip.biz | hakkani.serveftp.com | hamabadam.no-ip.biz | hamido05.zapto.org |
| haker-mimi.no-ip.biz | hakkkk1888.no-ip.biz | hamabest.no-ip.biz | hamionline.no-ip.biz |
| haker-pc27.no-ip.biz | hako089.zapto.org | hamad190.no-ip.org | hamlet.hopto.org |
| haker001.no-ip.biz | hakochawi.no-ip.biz | hamad22122.no-ip.biz | hammadkazmi2.no-ip.biz |
| haker111.no-ip.biz | hakosp.no-ip.org | hamada-king.no-ip.biz | hammahacker.no-ip.org |

49

| | | | |
|---|---|---|---|
| hammizohacker.no-ip.org | hamzadz.no-ip.biz | haniwald.no-ip.org | hasanaser.no-ip.biz |
| hamo22.no-ip.org | hamzah.no-ip.biz | hannzin.servegame.com | hasanhack.no-ip.biz |
| hamo2600.no-ip.org | hamzahacker01.zapto.org | hano.no-ip.biz | hasany8989.no-ip.info |
| hamodi-hack.no-ip.biz | hamzahacker011.no-ip.biz | hanouna.zapto.org | hascoo.no-ip.org |
| hamodi122.no-ip.org | hamzahamed.no-ip.org | hanshans.no-ip.biz | hasel.no-ip.org |
| hamodi777.no-ip.info | hamzaitshigo.zapto.org | hanshans1290.no-ip.biz | hash1.no-ip.biz |
| hamodyalhazin.no-ip.biz | hamzajaber.no-ip.biz | hanspeter44.noip.me | hashad.no-ip.org |
| hamodybahaa.no-ip.org | hamzakamel80.no-ip.biz | hantoot.zapto.org | hashemrnen.no-ip.org |
| hamodyf8.no-ip.biz | hamzakefi1920.no-ip.biz | hantu17.no-ip.org | hashhash.zapto.org |
| hamoelol123.no-ip.biz | hamzalink01.zapto.org | hanymm.no-ip.biz | hashim1998.no-ip.biz |
| hamoom.no-ip.biz | hamzalord.zapto.org | happy-777.3utilities.com | hashmee.no-ip.biz |
| hamooza.no-ip.biz | hamzaminou.no-ip.biz | happy-782.3utilities.com | hask.no-ip.org |
| hamoshi.no-ip.biz | hamzapablo.no-ip.org | happy-live.no-ip.biz | hasni29.no-ip.org |
| hamouda-hacker.no-ip.biz | hamzasaada28msila.no-ip.org | haqou.zapto.org | haso.no-ip.biz |
| hamouda25.no-ip.biz | hamzasql.no-ip.org | haqou2010.zapto.org | hasone.no-ip.org |
| hamsand.no-ip.info | hamzauarist.zapto.org | harakat.zapto.org | hasoon23.no-ip.biz |
| hamsik27.no-ip.biz | hamzawee19998.no-ip.biz | hardblackbirdz.no-ip.org | hasoonaliraqi.no-ip.biz |
| hamsteri.no-ip.org | hamzawihacker.no-ip.biz | hardcoresp.zapto.org | hasore.no-ip.biz |
| hamza-00.no-ip.biz | hamzawydad.no-ip.org | hardhack007.no-ip.org | hasret.no-ip.biz |
| hamza-elas.no-ip.biz | hamzazied.no-ip.biz | hardhack11.no-ip.org | hass.zapto.org |
| hamza-lyzidi211.zapto.org | hamzeh2.no-ip.biz | hardlypola.no-ip.org | hassa.no-ip.biz |
| hamza-minimom.no-ip.biz | hamzeh97.no-ip.biz | hardtarget.zapto.org | hassan-ayman.no-ip.org |
| hamza-redeyef.no-ip.biz | hanablatt.no-ip.biz | haredass.no-ip.org | hassan0w.no-ip.biz |
| hamza07.no-ip.biz | hanasa.zapto.org | harhar.no-ip.biz | hassan117.no-ip.biz |
| hamza09.no-ip.biz | hanasa11.no-ip.org | harhar.no-ip.info | hassan123.zapto.org |
| hamza1.zapto.org | hanasa22.no-ip.org | harkohacker.zapto.org | hassan1997.no-ip.biz |
| hamza122.zapto.org | hanasakam.no-ip.biz | haro00on.no-ip.info | hassan2.no-ip.biz |
| hamza12345678900.no-ip.biz | handsofgod.no-ip.biz | haroneharone.no-ip.biz | hassan2014.no-ip.biz |
| hamza189.no-ip.biz | handsome07111.no-ip.biz | haroun02.myftp.biz | hassan505.zapto.org |
| hamza1995.no-ip.biz | handtohand.no-ip.biz | harounbakhouche.noip.me | hassan5560.no-ip.biz |
| hamza2.no-ip.org | hane1001.no-ip.biz | harpe11.zapto.org | hassanalip21.no-ip.org |
| hamza22.no-ip.biz | hanei26.no-ip.biz | harrachi2014.no-ip.biz | hassanaliraqi113.no-ip.biz |
| hamza4.no-ip.biz | hanfferson90.no-ip.biz | harry2k.no-ip.biz | hassanalraqi2013.no-ip.biz |
| hamza50609.no-ip.biz | hangover44.no-ip.info | harrysweatt.no-ip.biz | hassanayman.no-ip.biz |
| hamza54safi.no-ip.biz | hani39.no-ip.org | hasa123.no-ip.biz | hassandes.no-ip.biz |
| hamza596.no-ip.biz | hani9903.no-ip.biz | hasa1234.no-ip.biz | hassandj75.no-ip.biz |
| hamzaalhorany.no-ip.biz | hani9903.zapto.org | hasan-20.no-ip.biz | hassanefes.no-ip.biz |
| hamzabassou123456.no-ip.biz | haniaitizem.zapto.org | hasan07985.no-ip.biz | hassanelazaree.no-ip.biz |
| hamzabel.no-ip.biz | hanicrb.no-ip.org | hasan123456.no-ip.biz | hassanfacebook.zapto.org |
| hamzaborafi.no-ip.biz | hanidrm.zapto.org | hasan19943.no-ip.biz | hassanhac.no-ip.org |
| hamzacyber.no-ip.biz | hanikadinoip.no-ip.org | hasan331.no-ip.org | hassanhack2.no-ip.org |
| hamzadiablo.no-ip.biz | hanine.no-ip.org | hasan9988.no-ip.biz | hassanm.no-ip.org |
| | hanini007.no-ip.biz | hasanadeeb.no-ip.biz | hassanm46.no-ip.biz |

50

hassanman2013.no-ip.biz
hassanmorer.no-ip.org
hassannimirdj.no-ip.biz
hassaxx.no-ip.biz
hasskdhacker.no-ip.biz
hassnhhh.no-ip.org
hassnis.no-ip.org
hassnm00.no-ip.biz
hassona22.no-ip.biz
hassonali.no-ip.org
hassone.no-ip.biz
hassouni954.no-ip.biz
hasto.zapto.org
hasum.no-ip.biz
hasuper10.zapto.org
hatan01.no-ip.biz
hatan010.no-ip.biz
hatan0100.no-ip.biz
hatan01000.no-ip.biz
hatancool.no-ip.biz
hatbarkhatbark.no-ip.biz
hatemxrb.no-ip.biz
hatemylife4.no-ip.biz
haterr.zapto.org
hatesdc.no-ip.biz
hatm.no-ip.org
hatm999.no-ip.biz
hatmam.no-ip.biz
hatnim.no-ip.biz
hattouma12.no-ip.biz
haust159753.no-ip.org
haval.no-ip.biz
havalhanna.zapto.org
havefunnuke.servequake.com
havijrat.zapto.org
havkerxxx12345.no-ip.org
havkpooihackpiioo.no-ip.org
havyhucker.no-ip.biz
hawamdeeh.no-ip.biz
hawar12.zapto.org
hawar32.no-ip.biz
hawas1995.no-ip.biz
hawbash123.no-ip.org

hawbradley.zapto.org
hawk2o2.no-ip.info
hawkarahha9695.no-ip.biz
hawkknight.no-ip.biz
hawksoul.myftp.org
hawler44.zapto.org
hawlere123.no-ip.biz
hawlery-boy.no-ip.biz
hawraman.no-ip.biz
hawree.zapto.org
hax12.no-ip.biz
hax404.no-ip.org
haxmotherbrother.no-ip.biz
haxor.zapto.org
haxskr.no-ip.org
haxthis.no-ip.biz
haxxor1337.no-ip.org
hayabusa16.no-ip.biz
hayalprens.zapto.org
hayderaaa.zapto.org
haysamy.zapto.org
haythamtitanic.no-ip.org
haythem.zapto.org
haythemaniisrael.zapto.org
haythemhacker11.no-ip.biz
hazazi.no-ip.biz
hazem.sytes.net
hazem111.zapto.org
hazem123123.zapto.org
hazem1997.no-ip.org
hazemba.no-ip.biz
hazembarka7.no-ip.biz
hazemhk.zapto.org
hazemtn.no-ip.info
hazemtnhacker.zapto.org
hazen-866.no-ip.biz
hazenstuveux.noip.me
hazhar1981.no-ip.biz
hazhar467.zapto.org
hazzard100.no-ip.biz
hazzmole1.no-ip.org
hazzy7hacker2014.no-ip.biz
hb-hacker.no-ip.biz

hbhacker.no-ip.org
hbooob.no-ip.biz
hbv5.no-ip.biz
hbx.no-ip.info
hcaersy.no-ip.biz
hcker-band.no-ip.biz
hckerd12.no-ip.biz
hckrbmn.no-ip.biz
hcku.no-ip.org
hcrypt.no-ip.info
hd-is27.no-ip.biz
hd13programertv.no-ip.biz
hd2013.no-ip.info
hd4d.no-ip.biz
hdail.no-ip.biz
hdfd.no-ip.info
hdhd101.no-ip.info
hdidi.no-ip.biz
hdsof.zapto.org
hdtvm.no-ip.biz
he-nry.sytes.net
headshot-3.no-ip.biz
headshunter511.zapto.org
headsslayer.no-ip.biz
heak2015.no-ip.biz
healme1990.no-ip.biz
heard.zapto.org
hearmusic.servemp3.com
heartbraker.no-ip.biz
hearts-hacker.no-ip.biz
heartym125.no-ip.biz
heatonzola.zapto.org
heba.no-ip.biz
hebinho123.no-ip.biz
hec1.no-ip.biz
hect.no-ip.biz
heder0780.no-ip.biz
hederhecr.no-ip.biz
hedi0hacked.no-ip.biz
hediaseri.no-ip.biz
hediformat.zapto.org
hedihackedpc.no-ip.biz
hedihacker5000.no-ip.biz

hedihackers1.no-ip.biz
hedihakar1996.zapto.org
hedihakar3000.no-ip.biz
hedihakarpc1996.no-ip.biz
hedikurdy1996.no-ip.biz
hedimastar435.no-ip.biz
hedimiss.no-ip.biz
hedixformat.no-ip.org
hedixformatpc.no-ip.org
hedrhedr.no-ip.biz
heekz.no-ip.biz
heelturn.no-ip.org
hefeweizen.servebeer.com
hegaa.no-ip.biz
hegel123gel.no-ip.biz
hehaninja.zapto.org
hehe61.no-ip.biz
heitoromoraes.no-ip.org
hejsan100.zapto.org
hekala.no-ip.info
hekaros.no-ip.org
helal12.no-ip.biz
helala-helala.no-ip.biz
helbreath.no-ip.info
helderhacker.no-ip.org
helderzplayz.no-ip.org
helidor.no-ip.biz
hell-angel.no-ip.biz
hell123.no-ip.biz
hell222.no-ip.biz
hellboy1993.no-ip.biz
hellnono.no-ip.biz
hello2.no-ip.biz
hello200824.no-ip.biz
hellodolly.no-ip.biz
hellointra.no-ip.org
hellrat.no-ip.biz
hellsing1.no-ip.org
helmondtan.no-ip.org
heloo.no-ip.biz
help.serveftp.com
helpdisk00.zapto.org
helpme1.zapto.org

| | | | |
|---|---|---|---|
| helpomar.no-ip.info | hermes39.no-ip.biz | hf1993.no-ip.org | hicham20.no-ip.org |
| helpomar.no-ip.org | hermozone.no-ip.biz | hfapoc.no-ip.info | hicham75.sytes.net |
| helps.no-ip.biz | hero123123.zapto.org | hfatechnologies.no-ip.biz | hichamdz.no-ip.org |
| heltny.no-ip.biz | hero808011.sytes.net | hfdhkgfdkldfk.no-ip.biz | hichamtest.no-ip.org |
| hem0.no-ip.biz | hero900.zapto.org | hg94dz.no-ip.org | hichamw.no-ip.biz |
| hema-elhager.no-ip.biz | herohero.no-ip.org | hgiigj.zapto.org | hichamz.no-ip.org |
| hema.no-ip.info | herokhack.zapto.org | hglpfi.zapto.org | hichem06.zapto.org |
| hemaaan.no-ip.biz | heroman1.no-ip.org | hgt.no-ip.org | hichembody.no-ip.biz |
| hemaan.no-ip.biz | heron666.no-ip.org | hguvhrpfd.no-ip.biz | hichemboy.no-ip.biz |
| hemahacker123.no-ip.biz | heronjrat.no-ip.biz | hgyfnjjgtu234.no-ip.biz | hicho.no-ip.biz |
| hemapal.no-ip.biz | herpderp12.no-ip.biz | hgyvdf.no-ip.biz | hichooblack.no-ip.org |
| hemkurdish.no-ip.org | herpies.no-ip.biz | hh200.no-ip.org | hiddenmed.no-ip.biz |
| hemkurdish.zapto.org | hersoac.no-ip.info | hh2000.no-ip.org | hiddenmicke.no-ip.info |
| hemmmza.no-ip.biz | heseen1.no-ip.biz | hh2000.no-ip.org | hiddennetwork.sytes.net |
| hemmmza.zapto.org | heshahack.no-ip.biz | hhaagg.myftp.org | hide-ninja.zapto.org |
| hemmmzaa.zapto.org | hesham12.no-ip.biz | hhaakkeerr.no-ip.biz | hideen003.zapto.org |
| hemmo2013.no-ip.org | heshamelswalhy.zapto.org | hhack.no-ip.biz | hidemyass.zapto.org |
| hemn.no-ip.org | heskers.myftp.biz | hhacker28.no-ip.biz | hidemyip.no-ip.info |
| hemn.zapto.org | hessam1.no-ip.biz | hhama6.no-ip.org | hidenhosthh.zapto.org |
| hemn12.zapto.org | hessu.zapto.org | hhfuckyou.no-ip.biz | hider1994.zapto.org |
| hemnhhit.no-ip.biz | hessubs.zapto.org | hhghjgdfygdhvqgscdh.servecounterstrike.com | hidikiLc.no-ip.org |
| hemo-hemo.no-ip.biz | hetlar.no-ip.org | hhh2020.zapto.org | hidman.no-ip.org |
| hemoo-alking.no-ip.biz | hetta.no-ip.biz | hhh3x1.no-ip.org | hidserver.myftp.org |
| hendeya.no-ip.biz | hevger.zapto.org | hhhh.no-ip.org | high2014.no-ip.biz |
| hendon.zapto.org | hewakan.no-ip.biz | hhhh111.no-ip.org | highmedar2013.no-ip.biz |
| hendy.no-ip.org | hewargian.no-ip.org | hhhh1122.no-ip.biz | highmedar2014.no-ip.biz |
| henixzer.no-ip.biz | hewargian1990.no-ip.biz | hhhhamid.no-ip.org | highplusplus.no-ip.biz |
| henooo07.zapto.org | hex-9.no-ip.info | hhhhh121.no-ip.biz | hijaz122.no-ip.biz |
| henrikronaldinho.sytes.net | hexabyte.zapto.org | hhhhhhhhhhhh.myftp.org | hikaka.no-ip.biz |
| henrique123v.no-ip.org | hexbug.zapto.org | hhhhhhtthndhhdhdhjj.no-ip.biz | hilali911.no-ip.biz |
| henriquegay123.no-ip.org | heximhost.zapto.org | hhhhhkrufnrrrs1982.no-ip.biz | hilksha.no-ip.biz |
| henrybedos.no-ip.biz | hexo.zapto.org | hhhhhkrufnrrrs1982.zapto.org | hillal.sytes.net |
| henrywl.no-ip.biz | hexo7777.no-ip.org | hhhpain.no-ip.biz | hima1.no-ip.biz |
| hephop12345.no-ip.biz | hexx.no-ip.biz | hhm1993.no-ip.biz | himomax.no-ip.biz |
| hepsleep.hopto.org | heybey.no-ip.biz | hhoopp22.no-ip.biz | hinajaben.no-ip.biz |
| her0s.zapto.org | heybrother.no-ip.org | hhpain.no-ip.biz | hinatac18.no-ip.org |
| herakiq2014.no-ip.biz | heyitsappie.no-ip.biz | hhttp.sytes.net | hind-iraq.no-ip.biz |
| herculano077.zapto.org | heyson.no-ip.org | hiaawathagotya.no-ip.org | hinmansystem77.sytes.net |
| herculion1.no-ip.org | heythere123.no-ip.biz | hiaawathasir.no-ip.org | hiphackr.no-ip.biz |
| herdingground.zapto.org | hezamreswl2.no-ip.biz | hiary007.no-ip.biz | hiphop.zapto.org |
| here-qassam.no-ip.biz | heznah99.no-ip.biz | hibapress.no-ip.biz | hirnfrostyx.no-ip.biz |
| hereticrat.no-ip.biz | | hicantild.no-ip.biz | hisan1234.no-ip.biz |
| herewego.no-ip.biz | | hichaamo.zapto.org | hisensegeniusx7.no-ip.org |

| | | | |
|---|---|---|---|
| hisham9511.no-ip.org | hkp7-omar.no-ip.biz | hobaaaa.no-ip.biz | hooniganbr.no-ip.biz |
| hishamooo.zapto.org | hkp7.no-ip.biz | hobal.sytes.net | hooogo.no-ip.biz |
| hishamxhacker.no-ip.org | hkpc.zapto.org | hobbleminer.zapto.org | hoostme.no-ip.biz |
| hisokadz.zapto.org | hkr22.no-ip.org | hobiananoura.zapto.org | hoover.no-ip.org |
| hisouka112.no-ip.biz | hkrcms.no-ip.biz | hocine-polina.no-ip.org | hoppywoo.no-ip.org |
| histonws.servemp3.com | hkrz123.no-ip.biz | hocine16.no-ip.info | hoptorg.hopto.org |
| historicamente.myftp.org | hkzerohacker19977.no-ip.biz | hocineines.no-ip.biz | hoptox.zapto.org |
| histyriaa.no-ip.biz | hlala1996hack.zapto.org | hocinenahar080.no-ip.biz | horefh1.no-ip.biz |
| hit-hitman.no-ip.info | hlale.no-ip.org | hoda.no-ip.biz | horermen.no-ip.org |
| hitdatgspot.no-ip.biz | hlfhfi.no-ip.info | hodi.zapto.org | horiplasma.no-ip.org |
| hithamo0.no-ip.biz | hlong123123.no-ip.info | hogr.no-ip.biz | horse.sytes.net |
| hititup.no-ip.biz | hm0.zapto.org | hogra.servemp3.com | horus901.no-ip.org |
| hitl.no-ip.biz | hmadadmar1996.no-ip.biz | hogwild45.no-ip.info | hos06172.no-ip.org |
| hitler-2015.no-ip.info | hmadasalah.no-ip.org | hoho03.no-ip.biz | hosaaaaam.no-ip.info |
| hitler123.zapto.org | hmd.no-ip.org | hoho1992.no-ip.org | hosaam11.no-ip.info |
| hitler2014.no-ip.biz | hmdtest.no-ip.biz | hoho2012.no-ip.biz | hosam1919.no-ip.biz |
| hitler4real.zapto.org | hmedtiss.no-ip.biz | hohoh.no-ip.biz | hosamsudan1919.no-ip.biz |
| hitlergohast.zapto.org | hmedzhake.no-ip.biz | hohoho111.no-ip.biz | hosayinh.no-ip.biz |
| hitman-hit.no-ip.biz | hmid.no-ip.org | hojo.hopto.org | hosdoerick.no-ip.biz |
| hitman.no-ip.biz | hmidoa22.zapto.org | hola321.hopto.org | hoseen111.no-ip.biz |
| hitman211.no-ip.biz | hmm1234.zapto.org | holaguapa.myvnc.com | hoseen111.no-ip.org |
| hitman87.hopto.org | hmmj1234.zapto.org | holako.no-ip.info | hoshoshos.no-ip.biz |
| hitman963.zapto.org | hmmtest.hopto.org | holdingground.zapto.org | hossam007.no-ip.biz |
| hitmanhacker1542.zapto.org | hmnj.no-ip.org | holiasd123.zapto.org | hossam11.no-ip.biz |
| hiworld.no-ip.biz | hmod44.no-ip.biz | holiganz.no-ip.org | hossam13.zapto.org |
| hixker123.no-ip.biz | hmodadeedoo.hopto.org | holmze33.no-ip.biz | hossam77.no-ip.org |
| hixos.no-ip.biz | hmodafaukhack.no-ip.org | holycrappycrap.no-ip.org | hossamnono1.no-ip.biz |
| hiz80.no-ip.biz | hmodw.no-ip.org | homam1111111111.no-ip.biz | hossinghost.no-ip.info |
| hjapan.no-ip.biz | hmoode-123.no-ip.biz | homam123.no-ip.biz | host hackx666.no-ip.biz |
| hjbjhvdr.no-ip.org | hmoodey.no-ip.info | homd.no-ip.biz | host-1.no-ip.biz |
| hjdr.no-ip.info | hmoood602.no-ip.biz | home-attack.redirectme.net | host-4784.serveftp.com |
| hjk234e79hjlkdjf.no-ip.biz | hmooode.no-ip.biz | home-digicert.myvnc.com | host-ali.no-ip.biz |
| hjkjljloju.servegame.com | hnahtnat.no-ip.biz | home.3utilities.com | host-ks.no-ip.biz |
| hk2014.no-ip.biz | hnan-hacker.no-ip.biz | homegame.servegame.com | host-l6j.no-ip.biz |
| hkarr.no-ip.biz | hnesto.zapto.org | homeoilhackzone.no-ip.biz | host-l6w.no-ip.biz |
| hkbash.no-ip.org | hnh.no-ip.biz | homerr.no-ip.org | host-work.no-ip.biz |
| hker33.no-ip.biz | hnn.no-ip.org | homody.no-ip.biz | host11.zapto.org |
| hkey-local.servehttp.com | hnof0533.no-ip.biz | hoobbi.no-ip.biz | host1972.zapto.org |
| hkgm.no-ip.org | hnon55.no-ip.info | hoodini.no-ip.org | host20134.no-ip.biz |
| hkhk-202.no-ip.biz | hny.servehttp.com | hooelzhacker.no-ip.biz | host223.zapto.org |
| hkl133.no-ip.biz | hoang2667.zapto.org | hookhax.no-ip.org | host2320.zapto.org |
| hkl144.no-ip.biz | hoangak9.no-ip.org | hooklolo12.no-ip.biz | host3337.no-ip.biz |
| hkl1992.no-ip.biz | hoangdaonet.no-ip.biz | hooligano.zapto.org | host40.no-ip.biz |

| | | | |
|---|---|---|---|
| host4178.no-ip.info | houbilov22.no-ip.biz | hsdvhgyvhl.no-ip.biz | huckking1121.no-ip.biz |
| host88.no-ip.biz | houcinebjm.no-ip.biz | hsen.no-ip.biz | hudahmed.no-ip.org |
| hostag.no-ip.biz | houdahackerlove.no-ip.biz | hsenha.no-ip.biz | hugeman.zapto.org |
| hostahosta.no-ip.biz | houhougfx.zapto.org | hsenhack.no-ip.biz | hugo2001.no-ip.org |
| hostarman.no-ip.info | houkouma001.no-ip.biz | hsenhcker.no-ip.biz | hugopdm.no-ip.org |
| hostboott.no-ip.info | housamo.no-ip.biz | hsfdknsdf.zapto.org | hugui100247.zapto.org |
| hostbyhero.myftp.org | house-05.no-ip.biz | hsfhlasjasdshhas.servehttp.com | huhu111.no-ip.biz |
| hosteaaa.zapto.org | house64.zapto.org | hshli123.no-ip.biz | huhu33333.no-ip.biz |
| hostforme.myftp.org | houssa.no-ip.biz | hshs000.no-ip.org | hulker.sytes.net |
| hostg20.no-ip.biz | houssainov.zapto.org | hsin007.zapto.org | hulkholman.no-ip.biz |
| hosthacked.no-ip.org | houssam195.no-ip.biz | hsker1995.no-ip.biz | hulkman.no-ip.info |
| hosthax.no-ip.org | houssam213.no-ip.biz | hsm777.zapto.org | hum.no-ip.biz |
| hosting.servegame.com | houssem1.zapto.org | hsn.myftp.biz | humamee.no-ip.biz |
| hostito.sytes.net | houssem1995.no-ip.info | hsosonoo.zapto.org | human259540.no-ip.biz |
| hostjarserver.zapto.org | houssemhendez.no-ip.biz | hsosonooo.zapto.org | humble-man.zapto.org |
| hostking.zapto.org | houssemjb1.zapto.org | hsparouter.zapto.org | humfryy.zapto.org |
| hostman.zapto.org | houssemncir.no-ip.biz | hssenkool.no-ip.biz | humod.no-ip.biz |
| hostmee.no-ip.org | houssemseh1995.no-ip.info | hssenpaal.zapto.org | humod123.no-ip.biz |
| hostmf.noip.me | housseynbesseik4.no-ip.biz | hssin.no-ip.info | humod1997.no-ip.biz |
| hostmr15.no-ip.org | houssin-1996.no-ip.biz | hssn.no-ip.biz | hunar.no-ip.biz |
| hostname1996.no-ip.biz | houssine-njrat.no-ip.biz | hstrh-511.no-ip.biz | hundreds.no-ip.biz |
| hostnamehere.zapto.org | hovennnone.no-ip.org | html12.no-ip.biz | huneaar.no-ip.org |
| hostnameting.no-ip.biz | howareyoubro.zapto.org | htnouk.no-ip.biz | hunny5120.zapto.org |
| hostnewdoos50.no-ip.biz | hp-m1.no-ip.biz | htpmu.no-ip.org | hunny5142.zapto.org |
| hostnjart1212.no-ip.biz | hp200.no-ip.biz | http-saw.no-ip.biz | hunnywell.no-ip.biz |
| hostpagla6.no-ip.biz | hp2000.no-ip.biz | http-server.sytes.net | hunterhaker.no-ip.biz |
| hostrat2.no-ip.org | hp2001.no-ip.biz | http0wns.no-ip.biz | hunterhoms0.no-ip.biz |
| hostsaeed.no-ip.info | hpb.no-ip.org | httpa.servemp3.com | hunterx1.no-ip.biz |
| hosttry.sytes.net | hphacker.no-ip.biz | httpc.myvnc.com | huossaass.no-ip.biz |
| hosttt.no-ip.biz | hpintel.zapto.org | httpdl.no-ip.org | huossam88.no-ip.biz |
| hosttttttttt.zapto.org | hpjvljpjvl.sytes.net | httpdsl.zapto.org | huseen12345.no-ip.biz |
| hosturl.no-ip.biz | hpremium.hopto.org | httpe.sytes.net | huseinthamer11.no-ip.biz |
| hosty.no-ip.org | hpshk443.no-ip.biz | httpp.sytes.net | husen.no-ip.biz |
| hot2009.no-ip.biz | hpteam.no-ip.org | httpps.sytes.net | husham8676.no-ip.biz |
| hotcoffee.zapto.org | hpyassin.no-ip.org | https.servehttp.com | huskardamas7.no-ip.biz |
| hotmail-msn.sytes.net | hrentebe.zapto.org | htttp.servehttp.com | huss90.no-ip.biz |
| hotmail.hopto.org | hrhrhrth.no-ip.biz | hu3.sytes.net | hussam-1995.no-ip.biz |
| hotpoff.zapto.org | hs0m.no-ip.biz | hubububu.noip.me | hussam1999.no-ip.info |
| hotshot9620.no-ip.biz | hsahen13.no-ip.biz | hubzmetin.servegame.com | hussam21999.no-ip.info |
| hottass.no-ip.biz | hsanproxu27.no-ip.biz | huck-ps.no-ip.biz | hussam4141.no-ip.biz |
| hottest.no-ip.info | hsanproxy27.no-ip.biz | hucker.zapto.org | hussamhack.no-ip.biz |
| houan.no-ip.biz | hsansamanta.no-ip.biz | hucker94.no-ip.biz | hussamkhaled11.no-ip.biz |
| houari02.no-ip.org | hsdc.no-ip.biz | huckhussain.no-ip.biz | hussamsy1999.no-ip.biz |

hussein-500.no-ip.org
hussein-po.zapto.org
hussein.hopto.org
hussein1991.no-ip.biz
hussein91.no-ip.biz
husseinalazawee.no-ip.biz
husseinomar12.zapto.org
husseinqais.zapto.org
hussen2013omer.no-ip.biz
hussenfull.zapto.org
hussenhuhu.no-ip.org
hussian99.hopto.org
hussien98.no-ip.biz
hussienhake21.no-ip.biz
hvnrat.no-ip.biz
hwawy707.no-ip.biz
hworm.sytes.net
hworm111.no-ip.info
hwspot.hopto.org
hxdrat.noip.me
hxps15.no-ip.org
hxrofo.noip.me
hxxh.sytes.net
hyabdou.no-ip.org
hyas.no-ip.info
hydarcacker.no-ip.biz
hyder123.no-ip.biz
hyder77.no-ip.biz
hyderhameed.no-ip.org
hydr-s.no-ip.biz
hydra007.no-ip.biz
hydraexploit.no-ip.biz
hydralol.hopto.org
hyf12.no-ip.org
hymon-mks.no-ip.biz
hypernabo.no-ip.biz
hypernet.noip.me
hyroshima.redirectme.net
hyrouss.no-ip.org
hyundaia7.zapto.org
hzed.no-ip.biz
hzglrens.no-ip.biz
hzhzhz76.no-ip.biz

hzn1236.no-ip.org
hzr095.zapto.org
hzzfgf78gggg7.no-ip.biz
i-ali.no-ip.biz
i-forget.no-ip.info
i1i.no-ip.org
i2lb.sytes.net
i3bodgamer.no-ip.biz
i4iking.no-ip.org
i4x.no-ip.biz
i5wwwww.no-ip.biz
i6.sytes.net
i8crayon22.no-ip.biz
i8t.no-ip.biz
iabdulrzaq.no-ip.biz
iabu-3ed.no-ip.biz
iamamouse.no-ip.biz
iamback.serveftp.com
iamback010.no-ip.biz
iamlegend0.no-ip.biz
iamlegion.zapto.org
iamnoob.no-ip.biz
iamsory.myftp.biz
ianco2013.zapto.org
ianiani.no-ip.org
ianloko.no-ip.org
iapula.zapto.org
ibakare110.zapto.org
ibalhass.no-ip.org
ibedefacingwebpages.no-ip.biz
ibiza18.no-ip.org
iblank.no-ip.org
ibleace.zapto.org
iblocker.no-ip.org
ibm-hacked.no-ip.biz
ibnalkalamon011.no-ip.biz
ibra007.no-ip.org
ibra1111.no-ip.biz
ibrahacker.zapto.org
ibrahem.no-ip.org
ibrahim002.no-ip.biz
ibrahim1111111111.no-ip.biz
ibrahim12320.no-ip.biz

ibrahim123200.no-ip.biz
ibrahim17.zapto.org
ibrahim1996.no-ip.org
ibrahim1998.no-ip.org
ibrahime.no-ip.biz
ibrahimhacker95.no-ip.biz
ibrahimovic190.no-ip.biz
ibrahimsarwar.no-ip.org
ibram1ps.no-ip.biz
ibramps.no-ip.biz
icamfrogtha.no-ip.biz
ice2.no-ip.info
icediamant.no-ip.biz
icefoxxofeci.no-ip.org
icehack.no-ip.info
iceop.no-ip.org
icepoppo.no-ip.biz
icescream.no-ip.org
ichbinratserver.no-ip.biz
icheche.no-ip.biz
ichfickdichhart.no-ip.org
ichijava1.no-ip.biz
ichiren.no-ip.biz
icryptex.no-ip.org
icryptex.zapto.org
icrzzz.no-ip.org
icsiraq.zapto.org
icutyou.redirectme.net
idaj-ksa.no-ip.org
idanmoshe.no-ip.org
idddiddd.no-ip.org
idealbuzines2x.no-ip.org
idealcommarcialz.no-ip.org
idenrogers.no-ip.biz
idiet123.no-ip.org
idkjava.no-ip.biz
idkwhat.no-ip.biz
idlan.no-ip.biz
idmanmks.myftp.biz
idmserver.servegame.com
idnrincu.no-ip.org
idonot-care.no-ip.biz
idouchbareg.no-ip.org

idris08.no-ip.biz
idriss3399.no-ip.biz
idrissos7.no-ip.org
idsdias.no-ip.org
ierror-3d.no-ip.org
iexploited.no-ip.info
ifa.no-ip.biz
ifart.zapto.org
ifeoluwame.no-ip.biz
ifindu.zapto.org
ifishalot.no-ip.info
ifoundyourat.no-ip.biz
ifrosty.no-ip.org
ighodalo.zapto.org
ignoranceisbliss.noip.me
igominecraft.zapto.org
igorflame.no-ip.biz
igorj.no-ip.org
iguitarx.no-ip.biz
igwerat.no-ip.biz
ihab09.no-ip.biz
ihackkidsforfun.no-ip.org
ihazem.no-ip.biz
ihazx.no-ip.org
iheb.no-ip.biz
iheedshackernoob.no-ip.org
ii-jokerz.no-ip.biz
ii305xx.no-ip.biz
ii3iko.3utilities.com
iicatchx.no-ip.biz
iidh76yy.no-ip.biz
iiejsae50.zapto.org
iifedo.no-ip.org
iihebslim.zapto.org
iii.no-ip.biz
iii26iii.no-ip.org
iiimozahacer.no-ip.biz
iikingzx.no-ip.biz
iilll.zapto.org
iimyq.no-ip.info
iisecurity.zapto.org
iismky.no-ip.org
iiwii.zapto.org

55

| | | | |
|---|---|---|---|
| iixrakanxii.sytes.net | ilovevigina.zapto.org | imback1.no-ip.biz | inchaallaah.no-ip.biz |
| iizeer-s4leem.no-ip.biz | iloveyou007.zapto.org | imback123.no-ip.org | incognitos8787.zapto.org |
| iizz.no-ip.biz | iloveyoumoza.no-ip.org | imd00.no-ip.biz | inconnu.no-ip.biz |
| ijabode3.no-ip.biz | ilprimo1.no-ip.org | imd004.no-ip.biz | inconnue93.no-ip.biz |
| ijram-2014.no-ip.biz | ilyas29.no-ip.biz | imemerit.servehttp.com | inconuir.no-ip.org |
| ik7.no-ip.biz | ilyasdx.no-ip.org | imene.no-ip.biz | indahood.no-ip.org |
| ikbaltarek.zapto.org | ilyass-1994.no-ip.biz | imgand17.no-ip.biz | index-dz.no-ip.biz |
| ikbenmartin.zapto.org | ilyass-tek.no-ip.biz | imgeecem.no-ip.biz | indigo4real34.no-ip.biz |
| ikisamkbla3.no-ip.org | ilyass007.no-ip.biz | imgoodman.no-ip.biz | indigoforjoy.no-ip.biz |
| ikkkhi.no-ip.org | ilyass007.redirectme.net | imgorz.noip.me | individual.no-ip.org |
| ikoi.no-ip.biz | ilyassou.no-ip.biz | imis.zapto.org | individuals.sytes.net |
| ikurdo.no-ip.org | ilyes08.no-ip.biz | imjustchilling123.no-ip.biz | indixp.no-ip.biz |
| ilan.no-ip.org | ilyes930.no-ip.info | imlak.no-ip.biz | indomavel.no-ip.org |
| ilex38.myvnc.com | ilyes97.zapto.org | immenent.noip.me | inetmafia.zapto.org |
| ilexrox.no-ip.org | ilyeskhemi.no-ip.biz | immi88.zapto.org | inewhacker.no-ip.biz |
| ilg.sytes.net | im-craze.no-ip.biz | imminent1337.zapto.org | infantrybison.noip.me |
| iliacker.zapto.org | im1337.no-ip.biz | imminentlordhello.no-ip.biz | infect200.no-ip.biz |
| ilikeegyept.no-ip.biz | im3vk.no-ip.biz | imminentmonitor.no-ip.info | infected171.no-ip.org |
| illegal29.no-ip.biz | im6rb7.no-ip.biz | imminentmonitor.zapto.org | infectedan.no-ip.info |
| illkickyourass1.no-ip.biz | im7894.no-ip.biz | imminentmonitor1337.no-ip.info | infectedx.no-ip.biz |
| illu444.zapto.org | ima.no-ip.biz | immortalgod.no-ip.org | infinity11.no-ip.biz |
| illusion-pvp.zapto.org | imacop.no-ip.org | immortalwerdo.no-ip.org | infinitynull.no-ip.biz |
| illusionman985.no-ip.biz | imad13.no-ip.biz | immortalxc.no-ip.biz | infirmier92.no-ip.biz |
| illusionsystemg.servegame.com | imadduhoki.no-ip.biz | imogen6895.zapto.org | info-dz.no-ip.biz |
| ilm7lm.no-ip.biz | imadhacker99.no-ip.biz | imousrf.no-ip.biz | info123.no-ip.biz |
| ilog.no-ip.org | imadio.zapto.org | impermitido.no-ip.org | info2.sytes.net |
| ilogical.no-ip.org | imadm.zapto.org | imranaliraqi.no-ip.biz | info75.no-ip.biz |
| ilove-haker.no-ip.biz | imadou.no-ip.org | imrat.no-ip.biz | infoccteste2.no-ip.org |
| ilove-me87.no-ip.biz | imadroubai14.no-ip.info | imrdblmor.zapto.org | infoo.zapto.org |
| ilove.no-ip.org | imadsick.no-ip.biz | ims1.no-ip.biz | information1.sytes.net |
| ilovebags.no-ip.biz | imadsick.no-ip.org | imsm.hopto.org | information1007.no-ip.biz |
| ilovecake123.no-ip.biz | imadz7.zapto.org | imtactiic.no-ip.biz | informations1155.servehttp.com |
| ilovecollege.no-ip.biz | imadz07.zapto.org | imthedreamer.no-ip.org | informationwin.no-ip.org |
| iloveerin.no-ip.org | image1177.no-ip.org | imv3.no-ip.org | infpc1.no-ip.org |
| iloveh4ck.no-ip.biz | imagespread.no-ip.org | imvu102003.no-ip.biz | inglap.no-ip.biz |
| ilovehack.no-ip.biz | imageusercontent.no-ip.biz | imz4gi.no-ip.biz | inglo.zapto.org |
| ilovehacker1992.no-ip.biz | imagine007.no-ip.org | imzhxd.no-ip.biz | inhack.no-ip.biz |
| ilovelickingtrains.no-ip.biz | imagine02.no-ip.biz | imzodiac.zapto.org | inj3ct00r.no-ip.org |
| ilovemesomedoge.zapto.org | imahacker.no-ip.biz | inadjib.zapto.org | injactor.no-ip.biz |
| ilovemyfriends.no-ip.biz | iman.sytes.net | inbox.zapto.org | injection.no-ip.org |
| ilovemyplug.no-ip.biz | iman50.no-ip.biz | inc5.hopto.org | injectm4.no-ip.biz |
| iloverazar.zapto.org | imane13.no-ip.org | inceptionvk.no-ip.biz | inphinity.no-ip.biz |
| ilovethishost.no-ip.org | imback.no-ip.biz | incert.no-ip.biz | insakka.no-ip.biz |

insan1.no-ip.biz
insane12314.no-ip.biz
insick.noip.me
insomniak347.no-ip.org
inter123.no-ip.info
interact.zapto.org
interconnected.no-ip.biz
interface.zapto.org
internet.servehalflife.com
internet.servehttp.com
internetsolutions.sytes.net
internetxps.zapto.org
intexylo.zapto.org
intifadha.zapto.org
intissar.zapto.org
intouchable.no-ip.biz
intouchable.no-ip.info
intranet2435.no-ip.biz
intrepide99.no-ip.biz
intrnetdownlod.sytes.net
introuvable-dz.no-ip.info
introuvable34.zapto.org
introworld.no-ip.org
introworld.zapto.org
invadidos.hopto.org
invadirpcs.no-ip.org
invalidhostname.no-ip.org
invasaocdb.no-ip.org
invasaohacked.no-ip.org
invasor.zapto.org
invasor7.zapto.org
invazaohades.no-ip.biz
invincible.no-ip.info
invisibile.no-ip.org
invisibledoor.no-ip.biz
invisibleghost.no-ip.biz
invisibleline.no-ip.biz
iori2010.no-ip.biz
iosoy.no-ip.org
ious-hacker.no-ip.biz
ioverzed.no-ip.org
ip333.zapto.org
ipblacky010.no-ip.org

ipdnsserver.no-ip.org
ipduc60.no-ip.org
ipfakes.no-ip.org
iphacker.no-ip.biz
iphacker123545.no-ip.org
iphetable.no-ip.biz
iphone.servequake.com
iphonemyron.no-ip.biz
ipkiller.no-ip.org
ipkillerciro.zapto.org
ipkillerhf.no-ip.biz
ipkillerr.no-ip.biz
iplayrs.no-ip.org
iplocal.no-ip.org
ipmicaddresrebn.zapto.org
ipno1.no-ip.biz
ipodjammer.no-ip.biz
ippoo.no-ip.org
ipresolver.zapto.org
ipstorm.no-ip.biz
ipsx.no-ip.org
ipwnza.no-ip.org
iq-hacker2014.no-ip.biz
iq.zapto.org
iqhack.no-ip.biz
iqmonster.no-ip.biz
ir0nm4nn.no-ip.biz
ir0xh.no-ip.biz
iradz.no-ip.org
iraese.servegame.com
iran-hacker.no-ip.info
iraq-googel.no-ip.org
iraq.myftp.biz
iraq.myftp.org
iraq.sytes.net
iraq1234.no-ip.org
iraqe81.no-ip.org
iraqepirate.no-ip.biz
iraqhackers1997.no-ip.biz
iraqhost11.zapto.org
iraqi-ali1998.no-ip.biz
iraqi-hacker.sytes.net
iraqi-king.no-ip.biz

iraqi009.no-ip.org
iraqi07hacker.no-ip.biz
iraqi2004.no-ip.biz
iraqimoon.sytes.net
iraqiraq.no-ip.org
iraqishark.no-ip.biz
iraqlove2013.zapto.org
iraqlover.zapto.org
iraqmoon.no-ip.org
iraqmoon.sytes.net
iraqmoonsrm.no-ip.org
iraqooxomlx.no-ip.org
iraqrar.no-ip.biz
iratniggers.no-ip.org
iratskids.zapto.org
irbdawe100.no-ip.org
irc21.no-ip.biz
ircent.zapto.org
ircnet.servequake.com
ircshadowwalker.zapto.org
iree.no-ip.biz
irinatje.no-ip.org
irirme.no-ip.biz
irmy.no-ip.biz
ironarabman.no-ip.org
irong.sytes.net
ironjays.no-ip.org
ironman68.no-ip.biz
iroxas1.no-ip.biz
is-ard7.no-ip.biz
is4evhot.no-ip.biz
isa333.no-ip.org
isaac69.no-ip.org
isaacpeh.no-ip.biz
iscaston.no-ip.biz
iscoming2014.no-ip.biz
isd0.no-ip.biz
iseeu7.no-ip.biz
isetsbz.zapto.org
ishaka.no-ip.biz
ishaun707.no-ip.biz
isios-bray.no-ip.biz
isisps.no-ip.biz

iskanderzai.no-ip.biz
iskender.hopto.org
islam-hacker.no-ip.biz
islambenten.no-ip.org
islambm.no-ip.org
islamdz.no-ip.org
islamelseuofy.no-ip.biz
islamhacker.zapto.org
islamkarim.no-ip.org
islamlove123.no-ip.info
islammerzoug.no-ip.org
islammostafa220.no-ip.biz
islem-hack.no-ip.org
islem92.no-ip.biz
islemhackerdz.no-ip.biz
islemhaker.no-ip.org
ism12.no-ip.org
isma3ilmoh.no-ip.biz
ismaelargo2014.zapto.org
ismail000.no-ip.biz
ismail06.no-ip.org
ismailkh.no-ip.biz
ismailkouidri.no-ip.info
ismailwindows.zapto.org
ismaisaw.zapto.org
ismali.zapto.org
ismetid.zapto.org
israelgunz.sytes.net
israelsssss.no-ip.org
israeltbh.no-ip.org
israelzks.no-ip.org
israetaj.no-ip.biz
isreal222.myftp.biz
iss1234.no-ip.biz
issam1997.no-ip.org
issambob2525.no-ip.biz
issame100.no-ip.biz
issame1000.no-ip.biz
issamewac.no-ip.biz
issamhacker.zapto.org
issamox.no-ip.org
isslem.no-ip.biz
ist4nrat.no-ip.biz

| | | | |
|---|---|---|---|
| istabrakking.no-ip.biz | iwinuwin.zapto.org | jackkun.no-ip.org | jake5499.no-ip.org |
| istoday.serveftp.com | ixcx.zapto.org | jackkurdish.no-ip.org | jake99x3.zapto.org |
| italian1.no-ip.biz | ixi7541.no-ip.biz | jackmilner.hopto.org | jakoo11.no-ip.org |
| italosantana.no-ip.biz | ixiann.no-ip.biz | jacksally.no-ip.biz | jaksoon3.no-ip.info |
| italyl.no-ip.biz | iximod.no-ip.biz | jacksonjulio.no-ip.biz | jakuza.no-ip.org |
| itaxe3000.no-ip.org | ixxi.no-ip.org | jackspammer.no-ip.biz | jakymaikel.no-ip.biz |
| itaxe4000.no-ip.org | iyadalden.no-ip.biz | jackszeug.no-ip.org | jalal100.serveftp.com |
| itaxe5000.no-ip.org | iyadbaf.no-ip.biz | jackware744.zapto.org | jalalahmmed.zapto.org |
| itaxe9000.no-ip.org | iyolo.no-ip.biz | jacmey.no-ip.org | jalilmilano.no-ip.biz |
| itcschool.hopto.org | izi224.no-ip.biz | jacobstar.zapto.org | jam3iatiamo.no-ip.biz |
| itemstrade.3utilities.com | izigrozizix.zapto.org | jad2love12345.no-ip.biz | jamale2013.no-ip.info |
| iteststuff.zapto.org | izoizo.no-ip.biz | jad7hacker.no-ip.biz | jamale2013.zapto.org |
| ithasabika.no-ip.biz | izr07x.no-ip.biz | jad7love7hacker.no-ip.biz | jamalfan.no-ip.org |
| iti.zapto.org | izroda424.no-ip.biz | jad88.no-ip.biz | jamalmalk12.no-ip.biz |
| itsdillon.no-ip.biz | izuuka.no-ip.biz | jaden123.no-ip.org | jamalmanad.no-ip.biz |
| itskasparas1000.no-ip.biz | izx01.zapto.org | jadmjgjd.noip.me | jamaltee.zapto.org |
| itslegit12.no-ip.biz | izze11deluxe.no-ip.biz | jadone.zapto.org | jamasam6.no-ip.biz |
| itsmerazor.no-ip.biz | j0ewaterman.no-ip.biz | jadoooo.no-ip.biz | jamboreel007.noip.me |
| itsmyacc.no-ip.org | j0rd4n2014.no-ip.biz | jadugaar.no-ip.biz | jame3pc.myftp.biz |
| itsok.no-ip.org | j0rdan.zapto.org | jaer83.no-ip.org | jamee.no-ip.info |
| itzmasterx55.zapto.org | j0t4.zapto.org | jafsfi5.no-ip.biz | jameelx999.no-ip.biz |
| itznool.no-ip.biz | j19972014.no-ip.biz | jagajaga.no-ip.org | jamel7.no-ip.biz |
| itznool.no-ip.org | j199720142.no-ip.biz | jaglynetwork1.no-ip.biz | james1973.zapto.org |
| iugiisn.no-ip.org | j230uy.no-ip.info | jaguarimad.zapto.org | jamesboeing.noip.me |
| iuor125.no-ip.org | j230uy.no-ip.org | jagur.no-ip.biz | jamesbondbitch.no-ip.biz |
| iupdater.zapto.org | j28.no-ip.biz | jahak69.myftp.org | jamesboom.zapto.org |
| iurybrum08.no-ip.org | j2w2d.no-ip.biz | jaik.zapto.org | jamescandy.no-ip.biz |
| ivan04071980.no-ip.org | j4l0rd.no-ip.biz | jailsondelicia.no-ip.org | jamesk420.no-ip.org |
| ivandanko.no-ip.org | j5.no-ip.biz | jaimeporcy3.no-ip.biz | jamesmcarthur2.no-ip.biz |
| ivanlleida.zapto.org | jaafar2012.no-ip.biz | jaiper.no-ip.biz | jamesw01.no-ip.biz |
| ivanovviktor.no-ip.org | jaagermaister.no-ip.biz | jaiper1.no-ip.biz | jamika.no-ip.biz |
| ivohwjq107.zapto.org | jabah11.no-ip.org | jaiper3.no-ip.biz | jamirajemi.no-ip.biz |
| ivon.zapto.org | jabar1111111.no-ip.biz | jaiper4.no-ip.biz | jamoooo.no-ip.biz |
| ivy35.myftp.org | jaboo.zapto.org | jaiper5.no-ip.biz | jampet.no-ip.biz |
| ivy4986.no-ip.biz | jabrhacker08.no-ip.biz | jaiper7.no-ip.biz | jamrat.no-ip.biz |
| ivyguy.no-ip.biz | jabumbau.no-ip.org | jairokidb1.no-ip.org | jane111.no-ip.biz |
| ivz.no-ip.org | jack9000.no-ip.org | jaisuss.zapto.org | jangofantastic.no-ip.info |
| iwanarock.no-ip.biz | jackalii.no-ip.org | jajajaja22.no-ip.org | janitou.no-ip.org |
| iwedz.no-ip.biz | jackalweb.no-ip.org | jajas.no-ip.biz | jankaro.no-ip.biz |
| iwill2014.zapto.org | jacketr.no-ip.biz | jak-kari.no-ip.biz | jannnhhacckk.no-ip.biz |
| iwillattack.no-ip.biz | jackhobbs.no-ip.biz | jak2014.no-ip.biz | janos.no-ip.info |
| iwilldestroyyou.zapto.org | jackkapinsky.no-ip.biz | jakarta.zapto.org | jaouadx.no-ip.org |
| iwillfuckyou.no-ip.org | | jake1.no-ip.biz | jaoziinhacks0202.no-ip.org |

| | | | |
|---|---|---|---|
| japtakhejane2013.no-ip.info | jaxobux8.zapto.org | jesusnafrente.no-ip.org | jkhost.zapto.org |
| jar.no-ip.biz | jayboot.no-ip.info | jetpack.no-ip.org | jkoranew.servegame.com |
| jarmenso.zapto.org | jaybreezy069.no-ip.info | jewadhawlery11.zapto.org | jl-team76.no-ip.info |
| jarrayakl.no-ip.biz | jaydee1244.no-ip.biz | jewbizkit.no-ip.org | jllejlldprs.no-ip.biz |
| jarrayjaaa.no-ip.biz | jaykedied.no-ip.biz | jewdarkcommet69.no-ip.biz | jmdidit.zapto.org |
| jasongrace.zapto.org | jayrat.no-ip.biz | jeweetzelf.no-ip.org | jmloo.no-ip.biz |
| jasonpapax.no-ip.biz | jayvbooth.no-ip.biz | jewels90.no-ip.biz | jmx.no-ip.info |
| jasonwow1402.no-ip.biz | jazdada.no-ip.biz | jfockyou.no-ip.biz | jn.redirectme.net |
| jass474.no-ip.biz | jazibaba.no-ip.org | jgblq2014.no-ip.org | jn90.no-ip.org |
| jasserdjappa.zapto.org | jazzamead.no-ip.biz | jgcdesign.servegame.com | jnhacker.no-ip.biz |
| jassim1997.no-ip.biz | jb44185.zapto.org | jgj.no-ip.biz | jnko0or.no-ip.biz |
| jassione.no-ip.biz | jblackness.no-ip.biz | jhaisonhacker.no-ip.org | jnonme.no-ip.biz |
| jassione.zapto.org | jbr00007.no-ip.biz | jhg.no-ip.info | jnonme2.no-ip.biz |
| jassmkfri.no-ip.biz | jcjvknkjbhj.zapto.org | jhma.no-ip.biz | jnrat-9.no-ip.biz |
| jassmrat.no-ip.biz | jdarks.zapto.org | jhnmalhmra.no-ip.biz | jnrat-9.no-ip.org |
| jasus.no-ip.biz | jdg1.no-ip.biz | jholhacker.no-ip.org | jnratjer.redirectme.net |
| jaumserver2.servegame.com | jdk-statements.sytes.net | jhon90.no-ip.org | jnta.zapto.org |
| jaune.no-ip.biz | jdmpro.no-ip.org | jhon90.zapto.org | jnyh.no-ip.info |
| java-2012.no-ip.org | jdoudi.no-ip.biz | jhub1337.no-ip.biz | jnyn-99.no-ip.org |
| java-update.sytes.net | jean.no-ip.biz | jhudson7015.no-ip.biz | jo0kr.zapto.org |
| java.myvnc.com | jeanboss.no-ip.info | jian2.myftp.biz | jo1jo1.zapto.org |
| java.servemp3.com | jeanboss.no-ip.org | jian73.zapto.org | jo220.no-ip.org |
| java.zapto.org | jeanhacked5.no-ip.org | jigsawandamana.zapto.org | joaohacking.no-ip.org |
| java7.no-ip.org | jeddah.no-ip.biz | jigsawandamanda.zapto.org | joaosgk03.sytes.net |
| javabackupserver.hopto.org | jedi430.no-ip.biz | jihadhack1.no-ip.biz | joaozinhovqv23.no-ip.org |
| javareload.sytes.net | jeekcyber.servehttp.com | jihed12.zapto.org | job16.no-ip.biz |
| javasa.no-ip.org | jeep.zapto.org | jihed22.zapto.org | job22.zapto.org |
| javaschudler.sytes.net | jeffblunt50.noip.me | jiin.no-ip.info | jobsisgay.no-ip.org |
| javascript.no-ip.biz | jeffserver214.no-ip.biz | jij.no-ip.org | jocker1.no-ip.biz |
| javascript77.no-ip.biz | jefry.no-ip.org | jikinhomonster.no-ip.info | jockerdz-650.no-ip.biz |
| javascripte.serveftp.com | jektar.no-ip.info | jilanibrahem01.no-ip.biz | jockerdz650.no-ip.biz |
| javaupdate.no-ip.info | jelly2u.no-ip.info | jimkayvpn.no-ip.biz | jockerweb1.no-ip.org |
| javaupdatehost.no-ip.biz | jemmeli.no-ip.biz | jimmy1234.zapto.org | joder99.no-ip.org |
| javaupdater.no-ip.biz | jemy707.no-ip.biz | jimmykrooz.no-ip.org | jodg04.no-ip.biz |
| javaupdater.servehttp.com | jenjen.no-ip.biz | jimzoamin.no-ip.biz | jody82.no-ip.biz |
| javaw.servebeer.com | jenkillo.no-ip.biz | jin980925.no-ip.org | joebrad.no-ip.biz |
| javaxv.serveftp.com | jensen2010mj.no-ip.biz | jinjurikin.no-ip.org | joeydynomite.no-ip.biz |
| jave.servehttp.com | jermna.3utilities.com | jink.no-ip.biz | jogo.no-ip.org |
| jave2014.no-ip.org | jeroslap.no-ip.biz | jiwa0wu43.noip.me | jogos.hopto.org |
| javizer.servequake.com | jerry193000.no-ip.biz | jj1039.no-ip.biz | johaina.no-ip.biz |
| jawad.no-ip.info | jesay1.no-ip.org | jjdu35minecraft.no-ip.org | johanginter12.no-ip.biz |
| jawadbilal2015.no-ip.biz | jesspaskho.no-ip.info | jjhgg.zapto.org | johanjams.no-ip.biz |
| jax1231.no-ip.biz | jesuisunhacker.zapto.org | jjookker.no-ip.biz | johannesoemer.no-ip.biz |

| | | | |
|---|---|---|---|
| johansfienoogje.zapto.org | joker2014.no-ip.info | jonsonmin1.no-ip.biz | joshfred.no-ip.biz |
| john-smith.zapto.org | joker2017.no-ip.info | jony-clay.no-ip.biz | joshiii.no-ip.biz |
| john151.no-ip.org | joker255.no-ip.org | jonyclayjunior.no-ip.org | joshisgay.no-ip.biz |
| john223.no-ip.org | joker32.zapto.org | jonzk13.no-ip.biz | joshp30.no-ip.biz |
| john510.no-ip.org | joker37ctiy.no-ip.biz | joo-live.no-ip.biz | joshsratserver.hopto.org |
| john55dalton.zapto.org | joker39.no-ip.org | jooba-saw.no-ip.biz | jotaskarms.no-ip.org |
| john77.no-ip.info | joker511q8.no-ip.biz | jooce.zapto.org | joujou1.no-ip.biz |
| john86.no-ip.org | joker55.no-ip.biz | joocker123456789.no-ip.biz | jouker.zapto.org |
| johncheats.no-ip.org | joker7.no-ip.org | jooh2010.no-ip.biz | jounjoune.no-ip.biz |
| johncyber.no-ip.org | jokeranonymouse.no-ip.biz | jookaa.no-ip.org | jouxev.no-ip.info |
| johndoe23.no-ip.biz | jokercxp.bounceme.net | jooker0007.no-ip.biz | joven495.no-ip.biz |
| johnlenonn.no-ip.biz | jokerforever.no-ip.biz | jooker123w.no-ip.biz | jozefboss.no-ip.org |
| johnm33.no-ip.biz | jokerfree15.no-ip.biz | joonerr.no-ip.org | jpais13.no-ip.biz |
| johnmoore.no-ip.biz | jokerhacking.no-ip.biz | joonhattack.zapto.org | jpedro007.no-ip.org |
| johnnabi.no-ip.biz | jokerinsanelaugh.no-ip.biz | jooohacker.no-ip.info | jpk.no-ip.info |
| johnnypeace.no-ip.org | jokeriraq.no-ip.org | joooker56.no-ip.biz | jrat234.no-ip.biz |
| johnortega79.no-ip.org | jokerizo.zapto.org | jooood7820.no-ip.biz | jratfun.no-ip.org |
| johnsapples.noip.me | jokerkirkuk.no-ip.org | jooyl.zapto.org | jratitev.no-ip.biz |
| johnsavage22.hopto.org | jokerman0000.no-ip.org | jord4n.no-ip.biz | jrpunk2011.no-ip.org |
| johnson173.no-ip.org | jokermero.zapto.org | jordan-hacker.zapto.org | jrt12.no-ip.biz |
| johnsonnme22.no-ip.org | jokerpalistain.no-ip.info | jordan.no-ip.org | jsamado.no-ip.biz |
| johntesudoo.no-ip.org | jokerthiqar.no-ip.org | jordanfirst.zapto.org | jsas.no-ip.biz |
| johnvanboxtel.zapto.org | jokerxtbh.no-ip.biz | jordanonlin.no-ip.biz | jschad-update.sytes.net |
| johnzooz.no-ip.biz | jokerz99.no-ip.biz | jordanrat.zapto.org | jsda59.no-ip.info |
| jojo-jamal.no-ip.biz | jokerzin.no-ip.org | jordydon16.no-ip.biz | jsf.no-ip.org |
| jojo11.zapto.org | jokker.serveftp.com | jorje2008.no-ip.biz | jsharx.no-ip.biz |
| jojo1112221.no-ip.biz | jokst3r3.zapto.org | josaf.no-ip.biz | jsk.no-ip.info |
| jojo12.no-ip.biz | jolea64.zapto.org | jose6.no-ip.org | jskill.no-ip.org |
| jojok.servehttp.com | jolindaprince.no-ip.biz | jose7.no-ip.org | jsn.hopto.org |
| jojoking123456.no-ip.org | joljohn.no-ip.biz | joseanyfernanda.no-ip.biz | jsofferin.no-ip.biz |
| jojoking40.no-ip.org | jomgegar.no-ip.biz | josef123.zapto.org | jsrs.no-ip.biz |
| jok1995.no-ip.biz | jon11.no-ip.info | josef2014.no-ip.biz | jssaoura.no-ip.biz |
| jok3rat.no-ip.biz | jonah31.no-ip.info | josef5573.zapto.org | jtaiken.no-ip.biz |
| jokaralgeria.no-ip.org | jonas12345.no-ip.org | josef78.sytes.net | jturker.zapto.org |
| joke.no-ip.org | jonasnacys.zapto.org | josefnnnnn.no-ip.biz | juan777.no-ip.org |
| joke11.no-ip.biz | jonath198.no-ip.org | joseph0022.zapto.org | juancamiloalz.no-ip.biz |
| jokehacker.no-ip.biz | jonathan10.no-ip.org | joseph519.no-ip.info | juancho77.no-ip.org |
| joker-bk.zapto.org | jonathan2030.myftp.org | joseph529.no-ip.info | juanhack.no-ip.biz |
| joker0012.zapto.org | jone545.no-ip.biz | joseph5299.no-ip.org | juba007.no-ip.org |
| joker111111.no-ip.biz | jonhgalt.no-ip.biz | josephbanza.no-ip.biz | jubathepro.zapto.org |
| joker132.zapto.org | jonny009.no-ip.biz | josephcorvetti.no-ip.biz | judo50.sytes.net |
| joker16.no-ip.biz | jonny21.no-ip.org | josetrobar3.no-ip.org | judokadu02.no-ip.biz |
| joker199.no-ip.biz | jonnypxy.zapto.org | josetrobar4.no-ip.org | juhmozer.zapto.org |

| | | | |
|---|---|---|---|
| juionhtyhs.zapto.org | juther.no-ip.biz | kabokab.no-ip.biz | kaiquegamerteste.no-ip.org |
| jujuhacker.no-ip.info | juventini-dz.zapto.org | kabomtklz.no-ip.org | kais40.zapto.org |
| jukas.no-ip.biz | juventino25000.no-ip.biz | kabooo.zapto.org | kaiseraz.no-ip.biz |
| julekwalikonia99.no-ip.biz | jvforti.no-ip.org | kaboos.no-ip.org | kaito90.no-ip.biz |
| juliuscaesar.no-ip.info | jvlichael.no-ip.biz | kach-max.zapto.org | kaitokid.no-ip.biz |
| jumescu.no-ip.biz | jvskull12.no-ip.biz | kachsurf.servepics.com | kaitokid.zapto.org |
| jumper.no-ip.info | jwad21.no-ip.biz | kackimormel.no-ip.biz | kajal123.no-ip.org |
| junglecraft.zapto.org | jwhitez.no-ip.biz | kacmamine.no-ip.biz | kaka-milan.zapto.org |
| juni103.no-ip.biz | jwillow.no-ip.biz | kacmaz069.zapto.org | kaka00.no-ip.biz |
| junic1.no-ip.org | jwjw25.no-ip.biz | kada105.no-ip.biz | kaka100.no-ip.biz |
| juniorlixo.no-ip.org | jyskman44.no-ip.org | kada203.no-ip.biz | kaka123.no-ip.info |
| juniorned.no-ip.biz | jyskman55.no-ip.biz | kadang2.no-ip.biz | kaka1233.no-ip.info |
| junkroom.no-ip.org | k-2.no-ip.biz | kaddimki.no-ip.org | kaka1993.no-ip.biz |
| junkroom2013.no-ip.org | k00lah-sefid.no-ip.info | kadem603.no-ip.biz | kaka1998.no-ip.org |
| jupaqud.zapto.org | k0394kdfk3911134.redirectme.net | kader199.no-ip.biz | kaka2012.no-ip.biz |
| jupitersy.no-ip.biz | k0k.no-ip.biz | kadereal.zapto.org | kaka2013.no-ip.info |
| jursi88.zapto.org | k0r1ng7.no-ip.org | kaderkadi.zapto.org | kaka2014.no-ip.info |
| jushai99.no-ip.org | k0somk.no-ip.biz | kaderkadi13.no-ip.biz | kaka9059.no-ip.info |
| just-haker.no-ip.biz | k12freemicro.no-ip.biz | kaderkaita.zapto.org | kakaail.no-ip.biz |
| just-pain.no-ip.biz | k16.no-ip.info | kadersk1.no-ip.org | kakachi.no-ip.biz |
| just0669.no-ip.biz | k1n6.no-ip.org | kaderunfo.zapto.org | kakadubybys.no-ip.biz |
| just4your.servehttp.com | k1s2a300.zapto.org | kaderz.zapto.org | kakahca.no-ip.biz |
| just6touch1.no-ip.biz | k41s3r.no-ip.biz | kadhimsabah.no-ip.biz | kakakaka.no-ip.biz |
| justahost4fun.no-ip.org | k46.no-ip.biz | kadi41.no-ip.org | kakakaka12.no-ip.biz |
| justamind.no-ip.org | k4b000.no-ip.biz | kadimon.no-ip.info | kakakol.no-ip.org |
| justaway.no-ip.org | k4mi4oz.no-ip.org | kadirodmx.no-ip.biz | kakalan.no-ip.biz |
| justemoi.zapto.org | k4mik4z.no-ip.biz | kadiromimi29.no-ip.org | kakalaw.no-ip.org |
| justforhacke.no-ip.biz | k57.no-ip.biz | kadironssssa.no-ip.biz | kakam50.no-ip.biz |
| justfreak2.no-ip.biz | k5bl.no-ip.org | kadirsezer444.zapto.org | kakamca.no-ip.biz |
| justhacker028.zapto.org | k77.no-ip.biz | kadyhacker.no-ip.biz | kakamca41.no-ip.biz |
| justhq.serveblog.net | k7h.hopto.org | kaef.no-ip.info | kakarash11.no-ip.biz |
| justice-new.no-ip.biz | k7k7sa2.no-ip.biz | kaelhacking.no-ip.biz | kakaro.no-ip.biz |
| justicesword.no-ip.biz | k94s.no-ip.biz | kaelhacking.no-ip.org | kakashi.sytes.net |
| justify.no-ip.org | k9i.myftp.biz | kaelhacking01.no-ip.org | kakashidns.no-ip.org |
| justiiqe.no-ip.org | ka13lol.zapto.org | kaelzks01.no-ip.biz | kakashisenpai.no-ip.biz |
| justinblackshades.no-ip.biz | kaadhack.no-ip.biz | kaewanserver123.no-ip.biz | kakashka.myvnc.com |
| justindimitre.no-ip.biz | kaang.no-ip.biz | kafon0.zapto.org | kakatepakaka.no-ip.biz |
| justinpeterson375.no-ip.org | kab95000.zapto.org | kagawa.zapto.org | kakax.no-ip.biz |
| justmee.zapto.org | kabasimo.no-ip.biz | kahilo94.no-ip.biz | kaki310.zapto.org |
| justmes.noip.me | kabch.no-ip.org | kahlochovitch.no-ip.biz | kakohack123.no-ip.biz |
| justseethat.no-ip.biz | kabch.serveftp.com | kahunlagun.no-ip.biz | kalab.zapto.org |
| justuzzi.no-ip.org | kabeeeeeer.no-ip.biz | kaikedealmeida.no-ip.biz | kalafatas.no-ip.biz |
| justyou.no-ip.biz | kabiruyusuf.zapto.org | kaiolindo.no-ip.biz | kalantar.no-ip.biz |

kalarhack.no-ip.org
kald201099.no-ip.biz
kalebx1.no-ip.biz
kaled00.no-ip.biz
kaled1111.no-ip.biz
kaledlove.no-ip.biz
kalevent.no-ip.org
kalidcraft.no-ip.org
kalidcraft.sytes.net
kalil00001.no-ip.biz
kalil17.zapto.org
kalino1.zapto.org
kallanrat.no-ip.biz
kallumama.no-ip.biz
kallysky.no-ip.biz
kalousha.no-ip.info
kalvarotn.no-ip.biz
kama44.no-ip.info
kamal1.no-ip.biz
kamal1425.noip.me
kamal3333.no-ip.biz
kamal72.no-ip.biz
kamal955.zapto.org
kamalaldeenshaiar.no-ip.biz
kamalgg.no-ip.biz
kaman666.no-ip.biz
kamarozizou.no-ip.org
kamel07.zapto.org
kamel1993.no-ip.biz
kamel20dz.no-ip.biz
kamel8484.zapto.org
kameo.no-ip.info
kamikaz1155.no-ip.biz
kamikazz333.no-ip.biz
kamilee.zapto.org
kamizama.no-ip.biz
kamlabhai12.no-ip.biz
kamodabkomebo.zapto.org
kamotar.no-ip.org
kampa3114.no-ip.biz
kamy19.no-ip.biz
kamyarhellboy.no-ip.biz
kamyarkurdish.no-ip.biz

kanakiz1988.no-ip.org
kananx.no-ip.org
kanash1996.zapto.org
kanayamaryam.zapto.org
kanazaca.servegame.com
kandamm.no-ip.biz
kane.no-ip.biz
kane247.zapto.org
kangawallafox.no-ip.biz
kanhna.serveftp.com
kanikuly.no-ip.biz
kaniro.no-ip.biz
kankerhost.no-ip.org
kankermongool2.no-ip.biz
kankroc.no-ip.org
kanon.no-ip.biz
kanoo1.no-ip.biz
kansafrahacked.no-ip.biz
kanu.no-ip.biz
kanzman.no-ip.biz
kapa.no-ip.biz
kapala.no-ip.biz
kapatcheno.zapto.org
kapkatil123.zapto.org
kapo2015.no-ip.biz
kapo2016.no-ip.biz
kapos11.no-ip.biz
kara.no-ip.info
karaar1.no-ip.biz
karakartal27.zapto.org
karakazana.no-ip.biz
karamskr.no-ip.biz
karar4000k.no-ip.biz
kararali12345.no-ip.org
kararalmhnaoi.no-ip.biz
kararalobaedy.no-ip.biz
kararata1996.myftp.biz
kararkarar11.no-ip.biz
kararkarem7.zapto.org
kararsamer123.myftp.biz
karaskurd.no-ip.biz
karayazilim.no-ip.org
karazt.no-ip.org

kardi-hacker.no-ip.biz
kardi-kardi.no-ip.biz
kareem123456.no-ip.biz
kareemhakeer.no-ip.biz
kareemhakeer.no-ip.org
kareemud07.no-ip.biz
karem007.no-ip.org
karemlove.no-ip.biz
karen1982.no-ip.biz
karibrahal.no-ip.biz
karim.no-ip.org
karim05.zapto.org
karim123.no-ip.org
karim3386.no-ip.org
karim6karim.zapto.org
karim7ado.no-ip.biz
karima23.no-ip.biz
karimo98.zapto.org
karimohacker-dza.no-ip.biz
karimoox11.zapto.org
karimove.no-ip.biz
karimringo.no-ip.biz
karimzizou.no-ip.biz
karizmaasp.no-ip.org
karkar.no-ip.info
karkouba1.no-ip.biz
karkrrrrr.zapto.org
karlwolf21.no-ip.biz
karmaisabitch.zapto.org
karman.no-ip.biz
karmarr.no-ip.biz
karoahmad.zapto.org
karomhamad.zapto.org
kartanopoison.no-ip.org
karthar.no-ip.biz
kartikeyp1.no-ip.org
karwan123.no-ip.biz
karwan212.no-ip.biz
karwanaxoffzx.zapto.org
karwanmst.no-ip.org
karyka.zapto.org
karzankarkuky.no-ip.biz
kas1977.no-ip.biz

kasap55.no-ip.biz
kasber.no-ip.org
kasberq.no-ip.org
kasbr-alnzem.no-ip.biz
kasdf.no-ip.biz
kaser1.no-ip.biz
kaserhack12.no-ip.org
kashkoool.no-ip.biz
kasim02.zapto.org
kasms.no-ip.org
kasmss.no-ip.biz
kasofe-ahmed.no-ip.biz
kaspanet1.no-ip.org
kasparz.no-ip.biz
kasper.myftp.biz
kasper00.zapto.org
kasperaliraq90.no-ip.org
kasperjloiiijl.no-ip.biz
kaspersex.no-ip.org
kaspor.sytes.net
kasri.no-ip.biz
kasrikasri.no-ip.biz
kassino.no-ip.biz
kassper.no-ip.biz
kastamonuenteg.redirectme.net
kastnergasse.no-ip.org
kasur.no-ip.info
kasuribaba.no-ip.biz
kat12.zapto.org
katanisme.zapto.org
katar.no-ip.biz
katastroph-dz.no-ip.org
kateld0.zapto.org
katemhacker.no-ip.biz
kathasawa.no-ip.biz
kathem123.no-ip.biz
kathem4455.no-ip.biz
kati-kati.no-ip.org
katiya.no-ip.org
katrec.zapto.org
katssohim.no-ip.biz
kattenjansson.noip.me
kattfoder.no-ip.biz

katyosja.no-ip.biz

kauka.zapto.org

kauz007.no-ip.biz

kavaz.no-ip.org

kawaqaz23.no-ip.biz

kaway19hacking.no-ip.org

kawubs.no-ip.biz

kayanos.no-ip.biz

kazanova14.no-ip.biz

kazanovahacker.no-ip.biz

kazareen.no-ip.info

kazdu54.no-ip.org

kazoya.hopto.org

kazzaks.no-ip.biz

kbayel15.no-ip.info

kcfriendvpn.zapto.org

kciosa.no-ip.org

kcom.no-ip.biz

kcrich16.no-ip.biz

kdaioual.no-ip.biz

kdaioual.no-ip.org

kdeu.no-ip.org

kdoublea.sytes.net

kebili.no-ip.biz

kech-kech.no-ip.biz

kedisever.sytes.net

keeemo.no-ip.biz

keeemo1.no-ip.biz

keeemo3.no-ip.biz

keemo.zapto.org

keenjii.no-ip.biz

keep.zapto.org

keith12.no-ip.biz

kekevmit.zapto.org

keklik.no-ip.biz

kekodrvirus1.zapto.org

kekopro.no-ip.biz

kelabyz.no-ip.biz

kele222.myftp.biz

kelebekci.no-ip.biz

kelesdeneme.no-ip.biz

kelgr95167.no-ip.biz

kellyblast.no-ip.org

kelooazoldk.no-ip.biz

kelwa.no-ip.biz

kemalshaco.no-ip.info

kemet.sytes.net

kemkem84.no-ip.biz

kemoo1992.zapto.org

kemooooooo.no-ip.biz

ken505050.no-ip.org

kenblack.no-ip.biz

kenguestip.no-ip.org

kentlylove.no-ip.biz

kerem2341.noip.me

kerevol.no-ip.org

kern23.no-ip.biz

kerosforos.no-ip.org

kerpwn.zapto.org

kesaz.no-ip.biz

kesriwalid.no-ip.info

ketchell.no-ip.biz

kevin1177.no-ip.biz

kevinbro.no-ip.biz

keviniscool.no-ip.biz

kevinlecado.no-ip.org

kevinpj.no-ip.biz

kevinvanputten.no-ip.info

kevinwattiez.no-ip.org

kevte89.zapto.org

keygen1gg.zapto.org

keygoal.no-ip.info

keyloggergh0st.zapto.org

keyloggerimbenim.no-ip.org

keymasters2.no-ip.org

kfc.no-ip.info

kfhmad.no-ip.info

kfir1253.no-ip.biz

kfknfknfkfe.no-ip.biz

kfn-hacker.no-ip.biz

kfo.zapto.org

kfr.sytes.net

kfuykyuf.zapto.org

kgbrunner.no-ip.org

kgshack.no-ip.org

kh4865.no-ip.org

kha.no-ip.org

khaldi.no-ip.biz

khaled-1415.no-ip.biz

khaled-best.no-ip.biz

khaled-joker2013.no-ip.biz

khaled-kais.no-ip.biz

khaled.zapto.org

khaled1.no-ip.info

khaled101.no-ip.biz

khaled123.no-ip.info

khaled123123.no-ip.biz

khaled1987.zapto.org

khaled4r.sytes.net

khaled517.no-ip.biz

khaled5891.zapto.org

khaleddouz.no-ip.org

khaledkhadhri.no-ip.biz

khaledkhaled.no-ip.info

khaledluffy.no-ip.biz

khaledneyo.no-ip.biz

khaledq8.no-ip.biz

khaledshaban17.no-ip.biz

khaledsyrianhack.zapto.org

khaledtuedu.serveblog.net

khaledxhacker.no-ip.biz

khaleel2013.no-ip.biz

khalid-rat.zapto.org

khalid-scorpion.no-ip.biz

khalid.no-ip.info

khalid590.no-ip.biz

khalidayman.no-ip.org

khalidblondhair.no-ip.biz

khalidgxg.no-ip.biz

khalidjojo.no-ip.org

khalidmooha.no-ip.biz

khalidos32.no-ip.biz

khalidou.no-ip.biz

khalidwassima.zapto.org

khalidzaz.no-ip.biz

khalifanoip.noip.me

khaliiiiil123.no-ip.biz

khalil-soukahras.zapto.org

khalil.noip.me

khalil15832.no-ip.org

khalil222.no-ip.org

khalildine.zapto.org

khalilhacker123.no-ip.biz

khaliloff.noip.me

khalilou.no-ip.org

khalilovec.no-ip.biz

khalilovic23.no-ip.org

khalled07.no-ip.biz

khalouh.no-ip.biz

khames.no-ip.org

khamis7.no-ip.biz

khan123.no-ip.org

khan2012.no-ip.biz

khanrose.no-ip.org

kharwaido.servemp3.com

khatab1.zapto.org

khatabt.zapto.org

khattab.no-ip.org

khattab2244.zapto.org

khattab87.no-ip.biz

khawah.no-ip.biz

khder.no-ip.biz

khdt1.zapto.org

khedir12.no-ip.biz

kheloufi.no-ip.biz

kheres.noip.me

khkeur.no-ip.info

khkh.no-ip.org

khld00000000.no-ip.biz

khloufi.no-ip.biz

khloufii.no-ip.biz

khmissa.zapto.org

khohack.no-ip.biz

khoirizma.no-ip.biz

khontami.no-ip.biz

khouloudkhouloud.no-ip.org

khrese.no-ip.biz

khurkhash.no-ip.org

kiankas.zapto.org

kidaoloko.no-ip.org

kieslove123.no-ip.biz

kiimomiiko.no-ip.biz

| | | | |
|---|---|---|---|
| kiing.zapto.org | kiloizoldik.zapto.org | king47021.no-ip.biz | kingr20.no-ip.biz |
| kik.no-ip.biz | kiloz.no-ip.org | king47prod.no-ip.biz | kingraider.no-ip.org |
| kiki2009tyt.myftp.org | kilwa.zapto.org | king4news.no-ip.biz | kingrisikoone.zapto.org |
| kiki2009tyt.sytes.net | kim-tfa7.no-ip.org | king777.no-ip.info | kingroot2014.no-ip.biz |
| kiki53.no-ip.biz | kim23.no-ip.org | kingabood-2737sh3.no-ip.biz | kingshackers.no-ip.biz |
| kiki87.zapto.org | kim2kim.zapto.org | kingaboodhacker828.no-ip.biz | kingshacking.zapto.org |
| kikijade21.no-ip.biz | kimceo.no-ip.org | kingbeast.zapto.org | kingshakes.zapto.org |
| kikik.myvnc.com | kimms5500.no-ip.biz | kingbox.no-ip.com | kingsowrd.no-ip.biz |
| kikilala123.no-ip.biz | kimo-cabiste.no-ip.biz | kingcobra.no-ip.org | kingstar05.no-ip.biz |
| kikipaz.no-ip.biz | kimo0o.zapto.org | kingcope.no-ip.biz | kingtabuk1.no-ip.biz |
| kiko-2007.no-ip.org | kimo911.no-ip.biz | kingdollar.no-ip.biz | kingtabuk2.zapto.org |
| kikohaker08.no-ip.biz | kimoat.no-ip.biz | kingdom100.no-ip.biz | kingworldr.zapto.org |
| kikoul.zapto.org | kimofast.no-ip.biz | kingdomturkey.sytes.net | kingyouzarsif.no-ip.org |
| kiku.no-ip.biz | kimohakr.no-ip.biz | kinger.zapto.org | kingyoyo.no-ip.org |
| kiladores.no-ip.biz | kimonddoz1.no-ip.biz | kinghack000.no-ip.biz | kingzmik12345.no-ip.info |
| kilian33o3.zapto.org | kimondoz1.no-ip.biz | kinghacker1.no-ip.info | kinh0.no-ip.org |
| kilick.no-ip.org | kimonetic.no-ip.biz | kinghackerfr.zapto.org | kinh1.no-ip.info |
| kiliposturgy22.no-ip.biz | kimoo156.no-ip.biz | kinghackmoka2013.no-ip.biz | kinhfo44.no-ip.biz |
| kilko123.no-ip.biz | kimoo156.no-ip.org | kinghackrs.no-ip.biz | kinky82.zapto.org |
| kill.no-ip.info | kimopic.no-ip.biz | kinghactor007.zapto.org | kinogmini.no-ip.org |
| kill4joy.zapto.org | kimou-hak.no-ip.biz | kinghakim.zapto.org | kinzou.no-ip.org |
| killdathunger.no-ip.biz | kimwooju.noip.me | kingheety.no-ip.org | kippytwri.no-ip.biz |
| killdeath00.no-ip.biz | kinders30.no-ip.biz | kingingforme.no-ip.biz | kira.no-ip.info |
| killer-sy.no-ip.biz | kindhert.no-ip.biz | kingiq.no-ip.org | kira2050.no-ip.biz |
| killer001.sytes.net | kindkimo.zapto.org | kingiqnew.no-ip.org | kira95.zapto.org |
| killer1111.no-ip.biz | kindking.hopto.org | kingiraq.no-ip.org | kiraa.zapto.org |
| killer121515.no-ip.biz | kindracandy.no-ip.biz | kingiraqx.no-ip.biz | kiraarik.no-ip.biz |
| killerco.no-ip.org | king-aliraq1.no-ip.biz | kingking12.no-ip.biz | kiraarika.no-ip.biz |
| killerguyholo.no-ip.biz | king-arthur.no-ip.biz | kingkyle.no-ip.biz | kirabahi.no-ip.biz |
| killerkee.no-ip.org | king-hecr.zapto.org | kingmalkawe10.no-ip.biz | kiradie1989.no-ip.biz |
| killerkrishh.no-ip.biz | king-sniper.no-ip.info | kingmalkawe9.no-ip.biz | kiradz.no-ip.biz |
| killerm.zapto.org | king-virus.no-ip.biz | kingmed.no-ip.biz | kirakitaro.no-ip.biz |
| killerpal.no-ip.biz | king.servemp3.com | kingmedo.no-ip.biz | kiralee0005.no-ip.biz |
| killerpal.no-ip.info | king0.no-ip.biz | kingmemo777.myftp.biz | kiranoir.no-ip.biz |
| killerpb.no-ip.biz | king06.zapto.org | kingof3zooz.no-ip.biz | kirasahli.no-ip.org |
| killerpk.no-ip.info | king0780.no-ip.biz | kingofblack.no-ip.biz | kiratorrent.no-ip.biz |
| killertrojan.no-ip.org | king11.no-ip.biz | kingofhack985.no-ip.biz | kirkuk2014.no-ip.biz |
| killerzild.no-ip.biz | king120douz.no-ip.biz | kingofus.zapto.org | kirkukboy.no-ip.org |
| killerzonegr.no-ip.biz | king1999.no-ip.biz | kingozz.no-ip.biz | kirkukiboy.no-ip.org |
| killingit.no-ip.biz | king2.no-ip.org | kingpina.no-ip.biz | kirkukihacker.no-ip.org |
| killkillkill.no-ip.biz | king2015.zapto.org | kingpirate.no-ip.biz | kirkukipunisher.no-ip.biz |
| killmenow.no-ip.biz | king25.zapto.org | kingpop.no-ip.org | kirkyboy1001.no-ip.biz |
| killooog.no-ip.biz | king3bood919.no-ip.biz | kingprog.no-ip.info | kirr.no-ip.biz |

| | | | |
|---|---|---|---|
| kirrra.no-ip.biz | klash.no-ip.org | knobjockey.no-ip.org | komondobazo.zapto.org |
| kirrra95.no-ip.org | klash056.no-ip.biz | knowkinq.no-ip.org | kompirisojajca.servepics.com |
| kirstokirsto39.no-ip.org | klash22.no-ip.info | known45.zapto.org | komsot.noip.me |
| kiruahacker.zapto.org | klashencof-haker.no-ip.biz | knp-hail.3utilities.com | konan20013.no-ip.biz |
| kis.no-ip.biz | klashenkov.no-ip.org | ko69.no-ip.biz | konanadogawa20.no-ip.biz |
| kisame17.no-ip.biz | klawess1.no-ip.org | kobsrat.no-ip.biz | koncsy.zapto.org |
| kishnu.no-ip.biz | klblogae.serveblog.net | kodakftw.zapto.org | konedriver.zapto.org |
| kissmetouchme.no-ip.biz | kleb.no-ip.biz | koder1234.no-ip.org | kongostest.no-ip.biz |
| kissmyarse.no-ip.biz | kleineneger.no-ip.biz | kods.zapto.org | konthaar.no-ip.info |
| kissofhill.zapto.org | klevisis.no-ip.biz | koea7.no-ip.biz | kooldude.no-ip.info |
| kitaroirone.zapto.org | klh.zapto.org | kofkof.no-ip.org | kooljay321.no-ip.org |
| kitchwa.no-ip.info | klifa-system.no-ip.info | kog220.zapto.org | kooomi.no-ip.biz |
| kithabdulla.no-ip.biz | klinbo005.no-ip.org | kogelsword.no-ip.biz | kooook.no-ip.biz |
| kitkat-sh.no-ip.biz | kllshnk.no-ip.biz | koipata.no-ip.biz | koooooooooooooo.no-ip.biz |
| kitkat2015.no-ip.biz | klmaster.sytes.net | kojackhk.no-ip.biz | kooora.myvnc.com |
| kitkatkitkat1.zapto.org | kloasylog2.no-ip.org | kojakmonpote.no-ip.org | kooora100.no-ip.biz |
| kitoteste1.no-ip.org | klobert.no-ip.biz | kojirm2.zapto.org | kooory97.no-ip.biz |
| kitx1029.no-ip.org | klonkino.no-ip.org | kok-123.no-ip.biz | kooralive.no-ip.biz |
| kitynani123.no-ip.biz | klooz.no-ip.org | kokaew1234.noip.me | kopkop34.no-ip.biz |
| kivanrat.no-ip.biz | kloseww.no-ip.biz | kokag13.no-ip.org | kopplex.no-ip.org |
| kiwaaaiiii.no-ip.biz | klousy.no-ip.biz | kokala.no-ip.biz | kopraxxjordan.no-ip.biz |
| kixeye.zapto.org | klremoto.no-ip.org | kokejoker1999.no-ip.biz | kor.no-ip.biz |
| kiyoma200.no-ip.biz | kltshpro.no-ip.biz | koko-lol.no-ip.biz | korabica.zapto.org |
| kizildoqukaan.no-ip.biz | kluxmods12345.no-ip.biz | koko.myftp.org | koraonlinek.zapto.org |
| kizz.no-ip.org | klyris1.no-ip.org | koko1994.no-ip.org | korell750.no-ip.biz |
| kjopa.zapto.org | km9900km.zapto.org | koko213.no-ip.org | korgpa3x.zapto.org |
| kkaann11.zapto.org | kmallove.no-ip.org | koko97.no-ip.biz | koringahacker159.no-ip.org |
| kkamla.no-ip.biz | kmaznhack.no-ip.info | koko990.no-ip.info | koringapvp.no-ip.org |
| kkarashnopol.zapto.org | kmk1111.no-ip.biz | kokoahmedhamada.no-ip.biz | korom.zapto.org |
| kkdude.no-ip.org | kmk20.no-ip.org | kokoko333.no-ip.biz | korporas.no-ip.biz |
| kkk-20012.myftp.biz | kmodules.zapto.org | kokoko45.no-ip.biz | korsar1991.no-ip.biz |
| kkk.no-ip.biz | kmohamed.zapto.org | kokopoc.zapto.org | kosah14.zapto.org |
| kkkk.zapto.org | kmpos.no-ip.org | kokorbeta2014.no-ip.biz | kosary.zapto.org |
| kkkk12.no-ip.org | kmsidali.no-ip.biz | kolboy.no-ip.org | kosha.no-ip.biz |
| kkkkkkk.zapto.org | knbt.no-ip.info | kolkija.no-ip.biz | kosmaaak.no-ip.biz |
| kkklll.zapto.org | knetch7.zapto.org | kolkija5.no-ip.biz | kosmano2.no-ip.biz |
| kkllmm.no-ip.org | knh.no-ip.biz | koller0101.no-ip.org | kosomak777.no-ip.biz |
| kkookk.no-ip.biz | knight-7.no-ip.org | kolmee.no-ip.org | koss84.no-ip.biz |
| kkzteam.no-ip.info | knight029.no-ip.org | kolobala.no-ip.biz | kostasbak64.no-ip.org |
| klac.no-ip.biz | knightbayiniz2013.no-ip.biz | kolopitoyro.no-ip.biz | koubachabdelmajid.no-ip.org |
| klad2.no-ip.biz | knightgeridonus.no-ip.org | koloverdi.zapto.org | koubruu.no-ip.biz |
| klae2012.no-ip.biz | knighto.no-ip.biz | komiteci.no-ip.org | kouceila23.no-ip.biz |
| klas.zapto.org | knnnrt.zapto.org | komkom.no-ip.biz | kouki15.no-ip.biz |

65

| | | | |
|---|---|---|---|
| kounda.zapto.org | krkrme.no-ip.info | kukacka07.no-ip.org | kushbooter.no-ip.biz |
| kouran.hopto.org | kroklag.no-ip.org | kukialmaliki3.no-ip.biz | kuskus.no-ip.biz |
| kousai.no-ip.biz | krombo.no-ip.biz | kukuruku.myftp.biz | kuwait.no-ip.biz |
| koya11.zapto.org | kroome288.no-ip.org | kunaguero.no-ip.info | kuwaity.no-ip.biz |
| koya1999.zapto.org | krounbito.no-ip.org | kuraaqlaka.no-ip.biz | kv01.no-ip.biz |
| koya999.zapto.org | krowaz123.zapto.org | kurban200.no-ip.biz | kvintinhacker.no-ip.biz |
| koyapool.no-ip.biz | krustycrab.no-ip.biz | kurd-hacker.no-ip.info | kwakelrat.zapto.org |
| koyee.no-ip.biz | krutoychel.no-ip.org | kurd-it.no-ip.biz | kwiik.no-ip.org |
| koyee.no-ip.org | krv.no-ip.biz | kurd199221.no-ip.biz | kwuizix.no-ip.biz |
| koyotes.no-ip.org | krvhrv188.no-ip.biz | kurd1995.no-ip.biz | kxdhgl.myftp.biz |
| kozabalila.zapto.org | kryptedpro.no-ip.biz | kurd2013.no-ip.biz | kykke1.no-ip.biz |
| kozanhomo.no-ip.biz | kryptic.no-ip.biz | kurd32.no-ip.biz | kyllerslip.no-ip.org |
| kozmen373.sytes.net | krystianoo3.no-ip.biz | kurd44.zapto.org | kymss.no-ip.org |
| kpetheman.no-ip.biz | ks0.no-ip.info | kurdabc.no-ip.org | kyng4ever.zapto.org |
| kqsjdqsddqsze.no-ip.org | ksa-305.no-ip.org | kurdanon.no-ip.org | kyngkey.no-ip.biz |
| krackdz.no-ip.biz | ksa-590.no-ip.biz | kurdboy.no-ip.org | kyogaz.no-ip.org |
| kraht141.zapto.org | ksa-ok.no-ip.biz | kurdboy88.no-ip.biz | kyoubi.no-ip.info |
| kralkans.no-ip.org | ksa147.no-ip.info | kurddz.no-ip.biz | kyu.no-ip.biz |
| kram123456.no-ip.biz | ksa5tallamnek.no-ip.biz | kurdeshhacker.zapto.org | kzenn.no-ip.biz |
| krar.no-ip.biz | ksa616.sytes.net | kurdgo.zapto.org | kzk.no-ip.org |
| krar33.no-ip.biz | ksa89.zapto.org | kurdhackteam.no-ip.org | kzz.no-ip.biz |
| krarhacker.no-ip.info | ksadmar.zapto.org | kurdi123.no-ip.org | l-l2o.no-ip.biz |
| krashthegod.no-ip.biz | ksak23065.no-ip.biz | kurdio.zapto.org | l0000letaaa.no-ip.org |
| krauser25.no-ip.biz | ksaksa123.noip.me | kurdish20000.zapto.org | l00lz.no-ip.org |
| krayziprogamer.no-ip.info | ksaksa2013.no-ip.biz | kurdishhack.no-ip.biz | l0o0y-l0o0y.no-ip.biz |
| krazyturk.no-ip.biz | ksam.no-ip.biz | kurdistan18.no-ip.org | l11.no-ip.org |
| kreationspys.no-ip.biz | ksamk.no-ip.biz | kurdistan21.no-ip.biz | l1985.hopto.org |
| kreem20.no-ip.biz | ksamkaboalaeora.no-ip.biz | kurdistan333.no-ip.biz | l1j11.no-ip.info |
| kresint3.zapto.org | ksanaruto.zapto.org | kurdistanhack.no-ip.org | l1m.no-ip.info |
| kreuz.hopto.org | ksarelkebir1.no-ip.org | kurdkalar11.zapto.org | l2blackewhite.servegame.com |
| kreuznix.hopto.org | ksas9099.zapto.org | kurdkar.no-ip.biz | l2blackforce.sytes.net |
| krifaa.zapto.org | ksaserver.no-ip.org | kurdkkalar11.zapto.org | l2brazuca.servegame.com |
| krikou.no-ip.biz | ksaxxcol.no-ip.biz | kurdm.no-ip.biz | l33th4ck3r.no-ip.biz |
| krimo14.no-ip.info | kshksh.no-ip.biz | kurdm123456.no-ip.biz | l33tmodz.no-ip.biz |
| krimoarbm.no-ip.info | ksjmain1.no-ip.org | kurdmmn20.no-ip.biz | l33trat.no-ip.biz |
| krimpsquail.zapto.org | ksksdjg.no-ip.org | kurdnoipkurd.no-ip.org | l3achba.no-ip.biz |
| krir11223344.no-ip.biz | kspr123.no-ip.org | kurdo12.no-ip.org | l3l3hakr.no-ip.biz |
| krish2580.no-ip.biz | kss071189.no-ip.biz | kurdsh.zapto.no-ip.org | l3oud.zapto.org |
| krishan123.no-ip.biz | kt-hackgame.no-ip.biz | kurdsh.zapto.org | l3tal.no-ip.biz |
| krisstfol.no-ip.biz | ktm17sx.no-ip.biz | kurdstan2012.no-ip.biz | l6f.no-ip.info |
| krixusthegaul.no-ip.biz | ktrn.no-ip.org | kuro.zapto.org | l9ods98.no-ip.biz |
| krkk.no-ip.biz | kuduru.no-ip.org | kurokun.zapto.org | la3bmaghool.no-ip.biz |
| krkr12345.no-ip.biz | kuilkuil.no-ip.org | kusaisouf.no-ip.org | labedbachir.no-ip.biz |

labiad.no-ip.biz
labinottarhi.zapto.org
labrant123.no-ip.biz
labreezy.no-ip.biz
lacaja.serveblog.net
lachevre.no-ip.org
lacksburnsout.no-ip.org
laco22012.no-ip.org
lacoste007.no-ip.org
lacostelacoste.zapto.org
lacrim.no-ip.org
lactasoy.no-ip.biz
ladakoze.zapto.org
ladanyigames.no-ip.biz
ladanyihacker.no-ip.org
ladrismm.no-ip.biz
ladyzman.bounceme.net
laeth1234.no-ip.biz
lafouine31.zapto.org
lafouinedz.zapto.org
laftelafte.no-ip.biz
lagger-10.no-ip.org
lagload.zapto.org
lagos2013.no-ip.biz
lahebhacker.no-ip.biz
lahmedi.no-ip.org
lahouir.no-ip.biz
laith0.no-ip.org
laith1234.zapto.org
laith2138.no-ip.biz
laith7714008223.no-ip.biz
lajf09.zapto.org
laka-12.zapto.org
laka-123.zapto.org
laka.no-ip.biz
lakamora1995.no-ip.biz
lakamora28072001.zapto.org
lakhdarmazouz.no-ip.biz
lakulangolango.no-ip.biz
lal909.hopto.org
lala10.no-ip.biz
lala25.no-ip.biz
lalachka.zapto.org

lalafack.no-ip.info
lalarommy.no-ip.biz
lalasoso.no-ip.biz
lalatoto.no-ip.org
lalkinhost.no-ip.biz
lalonoip.no-ip.biz
lam83iss.hopto.org
lambo6969.no-ip.biz
lamees-info.no-ip.biz
lamia-hacker.no-ip.biz
lamine47dz.no-ip.biz
lamis1lamis.no-ip.info
lamis203.no-ip.biz
lammersonline.no-ip.org
lamonzth.no-ip.biz
lampada789.no-ip.biz
lampard11.zapto.org
lamri.no-ip.biz
lanaturerose.zapto.org
landom2.zapto.org
landoncyber.no-ip.org
landylara.no-ip.biz
lanethacker.no-ip.biz
langedza.no-ip.biz
laotra.no-ip.info
lapo.no-ip.org
laptoop20.no-ip.org
larairaqi.no-ip.biz
larangeiashacking.no-ip.biz
laranm.no-ip.biz
laravirus.zapto.org
larbib13.no-ip.biz
lardofevil.no-ip.org
largo55.zapto.org
larryx1.no-ip.biz
larsiexd.no-ip.biz
larsohoho.no-ip.info
laruzee.no-ip.org
lascanicas.zapto.org
lasersniper.no-ip.biz
lass123.no-ip.biz
lastbitcoin.zapto.org
lastbreath84.no-ip.biz

lasvigas2010.myftp.biz
latcha.sytes.net
latifaa.no-ip.biz
latsuperon.no-ip.biz
latty321.no-ip.biz
laudioko.zapto.org
launchlogs.no-ip.biz
lauramiler.no-ip.org
laurine123.no-ip.org
laurynux5000.no-ip.biz
lavapit5678.no-ip.biz
lavazza.no-ip.biz
lavezzi.no-ip.info
lawmayo77.no-ip.biz
lawz.zapto.org
laylaahmad.no-ip.biz
laythadeeb.zapto.org
lazar12345.no-ip.org
lazboy.myvnc.com
lazerfailzz.no-ip.biz
lazher154.zapto.org
lazher1540.no-ip.biz
lazkopat.zapto.org
lazypenguin.no-ip.org
lazytaun.no-ip.biz
lbatora212.noip.me
lbeh8lpeana00.no-ip.org
lbejar.no-ip.biz
lbnay.no-ip.org
lbqa2llaah.no-ip.biz
lcanonymous.no-ip.org
lcd-toh.no-ip.biz
lcn.sytes.net
lcphack.no-ip.biz
lctools.sytes.net
lcxbbj.servehttp.com
ld3.no-ip.info
leader-w.no-ip.biz
leaderofhack.no-ip.org
leaderranya.no-ip.org
leaderx123.no-ip.biz
leandro44221.no-ip.org
leandrohitzy.no-ip.org

learningformyself.no-ip.biz
leash.no-ip.org
leash.zapto.org
leaugusto93.no-ip.org
lebenefice94.no-ip.org
lebhack.no-ip.org
leck.servecounterstrike.com
ledankmeme.no-ip.org
ledoo.zapto.org
lee-giko.no-ip.biz
leecabotref.zapto.org
leeccabotref.zapto.org
leechaker.no-ip.biz
leeckadoorleec.no-ip.biz
leedle.no-ip.biz
leedleleedlelee.no-ip.biz
leehoward93.no-ip.biz
leemori.no-ip.org
leener.no-ip.org
leetchicken.no-ip.info
leethost.no-ip.org
leetsauce.no-ip.biz
leetzone.no-ip.biz
leevyfx.no-ip.org
leeyou.no-ip.org
lefoux132.no-ip.biz
lefouxous.no-ip.info
leftii.zapto.org
lefudus.no-ip.biz
legal777.no-ip.org
legalthingsonly.no-ip.biz
legend00.no-ip.info
legendarygods.servegame.com
legendbifz.no-ip.info
legendkiller619.zapto.org
legendzoro.zapto.org
legi.sytes.net
legion0918.no-ip.org
legionchris.no-ip.org
legnalive.no-ip.info
leith93.no-ip.org
lejo.sytes.net
lel321.no-ip.biz

67

lele849.zapto.org

lelefefe.no-ip.info

leleohost.no-ip.org

lelouch.no-ip.biz

lelouch.zapto.org

lemayojo.zapto.org

lembu.zapto.org

leme.no-ip.info

lemonkeyansigt.no-ip.biz

lemsi1.no-ip.biz

leo22a.no-ip.org

leo3898.no-ip.org

leoazar1.no-ip.biz

leodoxtreme.no-ip.org

leodu2b.no-ip.org

leon-1.no-ip.biz

leonaydes-south.no-ip.info

leonkerr.no-ip.org

leoricpotter.no-ip.org

leovic.zapto.org

leowned.no-ip.org

leoxinon.noip.me

leozinhovix.no-ip.org

leprincehado.no-ip.biz

leroimario.servegame.com

lesamedi.no-ip.info

lesruss.no-ip.info

lessname.no-ip.org

letgm.hopto.org

letgm.zapto.org

letitrain.no-ip.info

letmefindus1.zapto.org

letmetry.zapto.org

letroudelasecu.no-ip.biz

letsstart.zapto.org

letstrytorrent.no-ip.biz

letthemratus.zapto.org

levelthird3.serveblog.net

leveltr.no-ip.biz

leviisrockstar.no-ip.biz

levisaura.no-ip.org

leviticusrat.no-ip.biz

lexber.no-ip.org

lexbigboss.no-ip.org

leyserr.no-ip.org

lezharlezhar.no-ip.info

lgsystem.no-ip.org

lhabb.no-ip.org

lhamza.no-ip.org

lheeep.no-ip.biz

lhyv.no-ip.biz

liamd09.no-ip.biz

liamsib.zapto.org

lianos0213.no-ip.biz

libandarkcomet.zapto.org

liber8.no-ip.biz

liberatedch4.zapto.org

liberatedcheats.zapto.org

libya17free.no-ip.biz

libyahack.no-ip.org

libyahackers.no-ip.info

lichenmyte.no-ip.biz

lico203.no-ip.org

lider008.no-ip.org

liderpirata.no-ip.info

liebe.zapto.org

ligen.zapto.org

lighc12.no-ip.org

lightc12.no-ip.org

lightfireserver.no-ip.org

lightsevil.no-ip.biz

lightspped.zapto.org

likeabos.zapto.org

likeag6.no-ip.info

likecf.sytes.net

likskvarta357.no-ip.biz

lilidodo.no-ip.org

lilking.zapto.org

lilllllliiiilllli.zapto.org

lilou-barca.no-ip.org

liloulex.no-ip.biz

liloxgo.no-ip.org

lilwayne25.no-ip.org

limo54512.no-ip.biz

limpgm.zapto.org

lina23.no-ip.org

linahargis.no-ip.org

linalina.no-ip.biz

line.hopto.org

line.redirectme.net

lineagegame.no-ip.info

linep.no-ip.org

linixbacktrack.no-ip.biz

linkan.no-ip.biz

linsou123.no-ip.biz

linsu.no-ip.biz

lion-hacker2.no-ip.org

lion5151.no-ip.biz

lionhaija.zapto.org

lionleo.no-ip.biz

lionnel834.no-ip.biz

liorc45.zapto.org

liorhadad.no-ip.info

lipeconinch.no-ip.org

liqa.zapto.org

liqtoboy.no-ip.biz

liquid3.no-ip.biz

lisa-lisa.no-ip.info

litaproxy.noip.me

littlejoe547.no-ip.org

livegmail.no-ip.biz

livehack.serveftp.com

liveme.zapto.org

liverpool00.no-ip.biz

liveupdate1.redirectme.net

liveusa.no-ip.biz

liveyooo.no-ip.biz

living2013mh.no-ip.biz

liwan11.zapto.org

liyes-balistrou.no-ip.biz

lizyone.no-ip.biz

lka3h.no-ip.biz

lkbira.zapto.org

lkm.no-ip.info

lksdfj.servebeer.com

lku451266.no-ip.biz

llama47.no-ip.biz

lleopardd99.no-ip.biz

lllive38.no-ip.biz

llollnonyme.no-ip.org

llomegall.no-ip.org

lloolloo10.no-ip.biz

llsinoll.no-ip.biz

llvllikey-nj7.no-ip.biz

lmazouz.no-ip.biz

lmfaohf.no-ip.biz

lmk9393.noip.me

lo11.no-ip.biz

loading.myftp.org

loadingg.zapto.org

loaloailordilord.no-ip.biz

loay99.no-ip.org

lobbyhack.no-ip.org

lobo-lol.no-ip.biz

locachristian.no-ip.biz

localgmx.no-ip.biz

localhostzomb.no-ip.biz

locall.no-ip.biz

localnet.no-ip.biz

localroot.zapto.org

lock007.no-ip.biz

locooo.no-ip.biz

lod999993ee3.no-ip.biz

lofi.myftp.org

loganjosh.zapto.org

logansitd.no-ip.org

login-secure.servehttp.com

loging2012.zapto.org

loginsupport.no-ip.info

logipech.no-ip.biz

logoservice2.sytes.net

logymero.no-ip.biz

loh.myftp.biz

loinimad.no-ip.biz

lojuria.no-ip.org

loka2014.no-ip.biz

lokaloka.no-ip.org

lokamoka.no-ip.org

loki3010.no-ip.biz

lokmanhacker.no-ip.info

lokomatrix.no-ip.org

lokomotif.zapto.org

| | | | |
|---|---|---|---|
| lokosqn.no-ip.org | lolua.no-ip.biz | lordeeee.no-ip.biz | love-syria.no-ip.org |
| lol12.no-ip.biz | lolxx.zapto.org | lordhamid.no-ip.biz | love-tagreed.no-ip.org |
| lol12.zapto.org | lomamagdy.no-ip.biz | lordidn.no-ip.biz | love1314.no-ip.org |
| lol147896321.zapto.org | lombardo9.zapto.org | lordjii.no-ip.biz | love1993.no-ip.biz |
| lol2020123.no-ip.biz | lommbre48.zapto.org | lordjii.no-ip.org | love1love2.no-ip.biz |
| lol32.no-ip.org | londex.zapto.org | lordmajd.no-ip.biz | love2013yuo.no-ip.biz |
| lol5lol.no-ip.org | london45.no-ip.biz | lordmoha.no-ip.biz | love2014.no-ip.org |
| lolali2.no-ip.biz | lonely1992.no-ip.org | lordnikman.servegame.com | love222.no-ip.org |
| lolalrola.no-ip.biz | lonely801.no-ip.org | lordnouse.no-ip.biz | love46000.zapto.org |
| lolandtroll.zapto.org | lonelyboy85.no-ip.biz | lordofkaoz.no-ip.biz | love900.no-ip.org |
| lolcof.no-ip.biz | loneme.no-ip.biz | lordsaymow.no-ip.biz | loveab417.no-ip.biz |
| lole2323.no-ip.biz | loner.hopto.org | lorenass.no-ip.info | loveam.no-ip.org |
| lolggmikey.no-ip.biz | lonestarclub.no-ip.info | lorenzoyoeri.no-ip.org | loveameer.zapto.org |
| loliloldouki.no-ip.org | longkuteno1qb.zapto.org | loritoni.zapto.org | loveandwar.no-ip.info |
| lolitsbroward.no-ip.biz | lonki.myftp.biz | lorrantrojan.no-ip.biz | loveantemo33.no-ip.biz |
| lollalizz.zapto.org | lony000.no-ip.org | losbot.zapto.org | loveayada.zapto.org |
| lolliepopland.hopto.org | lonzame.no-ip.info | loserville.no-ip.biz | loveegypt2014.no-ip.biz |
| lollipopland.hopto.org | lockys.zapto.org | losever.no-ip.biz | loveiraq.myftp.biz |
| lolll.no-ip.biz | look112233.zapto.org | loshackx1.no-ip.org | lovejoks.no-ip.biz |
| lollollol123.no-ip.biz | look2012.no-ip.biz | losingspace.no-ip.biz | loveless1987as.no-ip.biz |
| lolman5.zapto.org | lookattheclock.no-ip.biz | lospolloshermanos.zapto.org | loveleword.zapto.org |
| lolmat1.no-ip.org | lookintomy.sytes.net | lost90.no-ip.org | lovelove1231.zapto.org |
| lolmaus1.no-ip.biz | lookman548.no-ip.biz | lostdoor8pure.no-ip.org | lovely99.no-ip.biz |
| lolmauss.no-ip.biz | lool30.zapto.org | lostdream123.zapto.org | lovememore.noip.me |
| lolo-caty.no-ip.info | lool99.no-ip.biz | losyan.no-ip.biz | lovemr.no-ip.biz |
| lolo.no-ip.info | loolbase.no-ip.biz | lotfi41.no-ip.info | lovenoip.zapto.org |
| lolo1234.no-ip.biz | loolgo8.no-ip.biz | lotomania.no-ip.biz | loveparadise.no-ip.info |
| lolo1994.no-ip.biz | loolll0lllool.zapto.org | louaygost007.no-ip.biz | loveparkour.no-ip.biz |
| lolo27.no-ip.biz | loolo.no-ip.info | louder.servebeer.com | lover.zapto.org |
| lolodu61.no-ip.biz | loombre48.zapto.org | loufe.zapto.org | loverbat.no-ip.biz |
| lolofofo.no-ip.biz | loonatec420.no-ip.org | louishd.zapto.org | loverboy.no-ip.info |
| lolokak.zapto.org | loooveeer.no-ip.org | loula5.no-ip.org | loverspy.no-ip.biz |
| lolokamal.zapto.org | loored23.no-ip.biz | loup057.no-ip.biz | loves.no-ip.biz |
| lolokamal1.zapto.org | loored23.no-ip.org | loupaout.zapto.org | loves.zapto.org |
| lolololo1010.no-ip.biz | lootfi-dz.no-ip.biz | louphack12.no-ip.biz | loveshotz30.noip.me |
| lololololol123.no-ip.org | lopatra.zapto.org | loupingo.no-ip.org | lovess.zapto.org |
| loloman1991.no-ip.biz | lophius.noip.me | loupiokos.zapto.org | lovesyr.sytes.net |
| lolomedo2014.zapto.org | lopta10.no-ip.info | loups.no-ip.org | lovesyr.zapto.org |
| lolooo.no-ip.biz | lopta100.no-ip.info | loupweb.no-ip.biz | lovetears.zapto.org |
| lolrat.no-ip.org | lord-gaza2.no-ip.info | louve.zapto.org | loveting.no-ip.org |
| lolscape1338.no-ip.biz | lordaction.no-ip.org | louzhd.no-ip.biz | lovetona.no-ip.biz |
| lolsfordays.zapto.org | lorde-dz.no-ip.biz | love-hamza.zapto.org | loveurself.no-ip.biz |
| lolstat.servegame.com | lorde-dzz.no-ip.biz | love-jojo.no-ip.org | loveus4.zapto.org |

| | | | |
|---|---|---|---|
| loveyoubaby22.no-ip.biz | lukasnjrat.zapto.org | m0chii.zapto.org | maaaaaaaax.zapto.org |
| lovly.zapto.org | lukeachu.no-ip.biz | m0dzinstalls.no-ip.info | maaannniii.no-ip.info |
| lowis.no-ip.org | lukelife.servegame.com | m0oo0t.no-ip.biz | maaazsd.zapto.org |
| loxan.no-ip.biz | lukinhafodinha007.no-ip.org | m0stsher2013.no-ip.biz | maaher1.no-ip.biz |
| loyloyloyoops.no-ip.org | luky0579.no-ip.biz | m0tu.no-ip.org | maamar.zapto.org |
| loyooops.no-ip.org | lulu7712.no-ip.info | m0ustafa.zapto.org | maamoun.no-ip.org |
| lpzelp.no-ip.biz | luludrole2.no-ip.biz | m111.no-ip.biz | maarek1987.zapto.org |
| ls1.no-ip.info | lululus.no-ip.org | m1122.no-ip.biz | maax0120.no-ip.org |
| lscroungerl.no-ip.info | lulzsec1.no-ip.biz | m12345.no-ip.biz | mabdo12.no-ip.biz |
| lsdx.no-ip.biz | lulzseca.no-ip.org | m1990.no-ip.org | mac.3utilities.com |
| lsjl143.no-ip.org | lulzsecmember.no-ip.org | m1999a1999-sy.zapto.org | macdon007.no-ip.biz |
| ltalian.no-ip.biz | lulztheh4ck.zapto.org | m1b0ssm1.no-ip.biz | macedoniacoders.no-ip.org |
| ltalian123.no-ip.biz | luoko.no-ip.biz | m1n1f4u.no-ip.org | macfly68.no-ip.org |
| luae1991.no-ip.biz | lup.no-ip.biz | m2013.no-ip.org | machack.no-ip.biz |
| luasol5.no-ip.org | lupipasokondera.servehttp.com | m2013827.no-ip.org | maches.no-ip.org |
| lubanalolo2014.zapto.org | luppa.no-ip.info | m2014m.no-ip.biz | machetedz.no-ip.info |
| lubnalbona.no-ip.biz | luqman7.zapto.org | m2pars.zapto.org | machiblack.no-ip.biz |
| lucas1075.no-ip.org | lusitania.no-ip.org | m3.sytes.net | machofan.no-ip.biz |
| lucas8ben.no-ip.biz | luxnetseeyoubro.no-ip.org | m32.no-ip.info | machouch.no-ip.biz |
| lucascosta157.no-ip.org | luxwatcher.no-ip.biz | m32m.zapto.org | macjhonz.no-ip.org |
| lucasfranca19.no-ip.biz | lvlando.no-ip.biz | m3a4001.no-ip.biz | macodattach.no-ip.org |
| lucasonze.no-ip.biz | lw12321.no-ip.biz | m3spy.no-ip.info | macrobunny.no-ip.org |
| lucasonze.no-ip.org | lwazz.zapto.org | m4l1h4ck3r-pwn.zapto.org | mactavish777.no-ip.biz |
| lucast.no-ip.biz | lwimi.no-ip.biz | m4ndr4k.zapto.org | macwales.no-ip.biz |
| lucazoliva.no-ip.org | lwz.zapto.org | m4rc0s.no-ip.biz | mad-bifrost.no-ip.biz |
| luchodaking.zapto.org | lxromioxl.no-ip.info | m4sterl0rd.no-ip.biz | mad-spot.no-ip.info |
| lucienlepd.zapto.org | lyas-hacker.no-ip.biz | m4tr1x.no-ip.info | madafaka1337.no-ip.biz |
| luckcrypter.no-ip.org | lyas-host.no-ip.biz | m4ximo.no-ip.biz | madafakeeers.no-ip.info |
| luckylucky.zapto.org | lychhf.no-ip.org | m4xm4z.no-ip.info | madani1.no-ip.biz |
| luckzom.servemp3.com | lyeslyes.no-ip.org | m511dmsns.zapto.org | madara.no-ip.biz |
| luffy007.no-ip.biz | lyeso-31.zapto.org | m5dorish.no-ip.biz | madarauchiha.no-ip.org |
| luffy09.no-ip.biz | lylasfeet.zapto.org | m5drat.no-ip.biz | madarautchiha.zapto.org |
| luffy114.no-ip.org | lyon-univ.no-ip.org | m6hbl.no-ip.org | madebyme.no-ip.biz |
| luffy12345.no-ip.biz | lyrics06.no-ip.biz | m7arb.no-ip.biz | madeforglory.serveftp.com |
| luffythb.zapto.org | lyronejyronefyrone.zapto.org | m7arb.zapto.org | madenh.no-ip.org |
| luii.servehttp.com | m-i.no-ip.org | m7d.servehttp.com | madgfx2013.no-ip.biz |
| luisma.servemp3.com | m-mm3m.no-ip.org | m7mad.no-ip.biz | madgidmgh.no-ip.biz |
| luisyvale2014.no-ip.biz | m-ohamed.no-ip.org | m7md2011.no-ip.biz | madhanmaddy.no-ip.biz |
| luiylih98.no-ip.biz | m-ster-danger.no-ip.biz | m7mdeen.myftp.org | madid.no-ip.biz |
| luizhacking12.no-ip.biz | m-ster.no-ip.biz | m7mdxksa123.no-ip.biz | madjids.no-ip.biz |
| luizoru1.noip.me | m-thack.no-ip.biz | m7mod.no-ip.biz | madmonkey.no-ip.biz |
| luiztonyconst.no-ip.biz | m-x.sytes.net | m7tagk-hacker.zapto.org | madnes.no-ip.org |
| lukas-ryuzakii.no-ip.org | m0biliz3r.no-ip.biz | ma.servecounterstrike.com | madoxxhack.no-ip.org |

70

| | | | |
|---|---|---|---|
| madreq8.no-ip.biz | mah02mahdi.no-ip.org | mahmoudbror.no-ip.org | majhoolhacker.no-ip.biz |
| madria.no-ip.org | maha111.no-ip.biz | mahmoudcrist.no-ip.org | majid2010.no-ip.biz |
| madrid20147.no-ip.biz | mahamad.no-ip.org | mahmoudioi1.no-ip.org | majido.zapto.org |
| madrid22.no-ip.biz | mahamadhack.zapto.org | mahmoudismael.no-ip.info | majiw.no-ip.biz |
| madridi.no-ip.biz | mahamadkurdish.no-ip.biz | mahmoudkhateeb.no-ip.biz | majorbootnet.noip.me |
| maen.no-ip.biz | mahammed.no-ip.org | mahmoudlamrani.zapto.org | majorbotnet.no-ip.org |
| maestro5medamine.no-ip.biz | mahammednazm.no-ip.biz | mahmoudno.no.info | majorlazer.sytes.net |
| maestroldr.zapto.org | mahar-5151.no-ip.biz | mahmoudo5.no-ip.biz | makanech.no-ip.biz |
| mafe-hosts.no-ip.biz | maharaja.zapto.org | mahmoudo9.no-ip.org | makchack.zapto.org |
| mafia123.no-ip.biz | mahboldaz.no-ip.biz | mahmoudqin.no-ip.biz | makcnoip.no-ip.biz |
| mafia4ever.no-ip.biz | mahboldz.no-ip.biz | mahmoudsherif2.no-ip.biz | makeeasymoney.zapto.org |
| mafiausa1234.no-ip.org | mahbool2012.myftp.org | mahmoued.no-ip.biz | makeiteasy.no-ip.biz |
| mafiausax.no-ip.org | mahboul-dz.myvnc.com | mahmouud.no-ip.org | makemoney.myftp.biz |
| mafiolam007.zapto.org | mahboul10.no-ip.info | mahmwdadel.no-ip.biz | makesyougoboom.no-ip.biz |
| mafioto.no-ip.biz | mahdi0550141364.no-ip.biz | mahrez.zapto.org | makezero.zapto.org |
| mafioza07.zapto.org | mahdi1.zapto.org | mahsakianfar.noip.me | makgroup.no-ip.biz |
| magabush.no-ip.biz | mahdi159.no-ip.org | mahwosin.zapto.org | makgroup.zapto.org |
| magaxu.no-ip.biz | mahdi23.no-ip.biz | mai123.no-ip.biz | making.no-ip.info |
| maged.no-ip.biz | mahdi8888.no-ip.biz | mai2082.no-ip.org | makkawi493t.no-ip.biz |
| magedw.no-ip.biz | mahdiab.no-ip.biz | mai2082.zapto.org | maknanz123.no-ip.biz |
| magedzero1237771.no-ip.biz | mahdihayouni.no-ip.biz | maiconpilo.no-ip.org | makook.no-ip.org |
| maggggdy.no-ip.biz | mahdiking.no-ip.biz | maida4u.no-ip.biz | makosalfa.no-ip.biz |
| maghraby2015.no-ip.biz | mahdimaz.no-ip.biz | maikil.no-ip.biz | makrem-sahabani21.zapto.org |
| magic.no-ip.biz | mahdouchgobji.zapto.org | maikol.no-ip.org | makrem-sahbani.zapto.org |
| magic09.no-ip.org | maher-madrid.no-ip.biz | maikrosofta.no-ip.biz | maktraxersex.no-ip.biz |
| magicafrica.sytes.net | maher14349maher.no-ip.biz | maillist.no-ip.biz | malade.no-ip.biz |
| magican.no-ip.biz | maherhacr51.no-ip.info | mainaamin1.no-ip.biz | malahacker.no-ip.org |
| magicattack.no-ip.org | mahermess14349.no-ip.biz | maitrefloder.no-ip.org | malaki1.no-ip.biz |
| magician1993.no-ip.biz | maherooff12.no-ip.biz | maizn-9962.myftp.biz | malcolmwoody.no-ip.biz |
| magicien571.no-ip.biz | maherooff12.no-ip.info | majadd.zapto.org | malcomwoody.no-ip.biz |
| magicmca.zapto.org | maherprinc.zapto.org | majadd46.no-ip.biz | maleficance.no-ip.biz |
| magicphone.no-ip.info | mahmad12345.no-ip.biz | majdeddine1.no-ip.biz | malek.no-ip.biz |
| magido.no-ip.org | mahmodemos.no-ip.org | majdf00r.no-ip.biz | malek.no-ip.info |
| magido.noip.me | mahmood-alsarraj.no-ip.biz | majdi123.no-ip.biz | malekb1970.no-ip.biz |
| magisteroi.noip.me | mahmoodam123.no-ip.biz | majdi7ck.no-ip.org | malfahad.no-ip.biz |
| magix47.no-ip.org | mahmoud01113353676.no-ip.biz | majditr.no-ip.biz | malik10.zapto.org |
| magnusmodding.no-ip.biz | mahmoud12345.no-ip.biz | majdkh.no-ip.biz | malika.zapto.org |
| magog2014.no-ip.biz | mahmoud22.no-ip.org | majdsa.no-ip.biz | malika987.no-ip.info |
| magooodeh.no-ip.biz | mahmoud23salah23.zapto.org | majed-culoner.no-ip.biz | malikabid.zapto.org |
| magrela.no-ip.org | mahmoud25.no-ip.org | majed1999.no-ip.biz | malikaften.zapto.org |
| magux.no-ip.org | mahmoud5241.no-ip.biz | majestuoso.bounceme.net | malikhac.no-ip.biz |
| maguxx.no-ip.org | mahmoudalaal5tr.no-ip.biz | majhol.no-ip.org | malikmasalmih.no-ip.org |
| mah-moud.no-ip.biz | mahmoudbenz.zapto.org | majhol90.no-ip.org | malk1994.no-ip.biz |

| | | | |
|---|---|---|---|
| malklooa.no-ip.biz | mandohegazy.no-ip.biz | mar6banm5ll.no-ip.biz | maroc2013.myftp.biz |
| malsec.no-ip.biz | mandoo.no-ip.org | maranhaohacker.servebeer.com | maroc2014.zapto.org |
| malwarexix.no-ip.org | mandor123456.hopto.org | marc17.zapto.org | marochackr.no-ip.org |
| mam2.no-ip.biz | mandozar.no-ip.org | marcisback.zapto.org | marocjectar.zapto.org |
| mama-jetaime.no-ip.biz | mandrarami.no-ip.biz | marcmiguel.no-ip.org | marocmaroc2.no-ip.biz |
| mamaana.no-ip.biz | mandzukic98.no-ip.biz | marcogamer123.no-ip.org | marohack.no-ip.info |
| mamadd.no-ip.info | manel.zapto.org | marcohk.no-ip.biz | maroon.no-ip.biz |
| mamadouhamed.no-ip.biz | mangapoop.sytes.net | marcoshost.no-ip.org | marouane-max.no-ip.org |
| mamadoumarigo.no-ip.org | mangesman.no-ip.biz | marcosi68.no-ip.biz | marouaneel.no-ip.org |
| mamama123.zapto.org | manglobab.no-ip.biz | marct2702.noip.me | marques444.no-ip.biz |
| mamamamadz19.no-ip.biz | manhack.no-ip.biz | marcuruelenes.no-ip.biz | marrento2013.no-ip.biz |
| mamaoga5050.no-ip.biz | mani2468.zapto.org | marcus1.no-ip.org | marrilliadi.no-ip.biz |
| mamdooh.no-ip.org | maniganzo.no-ip.org | mardollar.no-ip.biz | marrogieballu.no-ip.org |
| mami-07.no-ip.org | maninblack3.zapto.org | mared.no-ip.biz | marroky.zapto.org |
| mami0215.no-ip.biz | manji.no-ip.biz | mareyole2.no-ip.biz | marrwen.no-ip.biz |
| mamimami.zapto.org | manmoudy.zapto.org | maria-mehdi.no-ip.biz | mars.servemp3.com |
| maminousniperxxx.no-ip.org | mannylawfirm.no-ip.biz | maria123456.zapto.org | mars617.no-ip.biz |
| mamon.zapto.org | mannypoop.no-ip.biz | marianneklausen.no-ip.biz | marshal05.no-ip.info |
| mamsaida.no-ip.biz | manobaraka.no-ip.org | maries9929.no-ip.biz | martada.no-ip.info |
| man-tof.no-ip.biz | manoel153.no-ip.org | marigrita01.no-ip.biz | martaza13.no-ip.biz |
| man000.no-ip.biz | manoeltop2248.no-ip.biz | marijuana0.no-ip.biz | martesmiercoles.zapto.org |
| man10.no-ip.org | manomar939.no-ip.biz | marinikework.no-ip.biz | martin-avg.no-ip.biz |
| man100.no-ip.org | manshet.no-ip.org | mario-kadri.no-ip.org | martinheerlen.no-ip.biz |
| man1993.no-ip.biz | manslover.no-ip.biz | mario11.zapto.org | martinluther.no-ip.biz |
| man1mi.servemp3.com | mansoni27.redirectme.net | marioramirez655.no-ip.biz | martinmueller.no-ip.biz |
| man200.no-ip.org | mansor305.no-ip.org | mark3000011.no-ip.biz | martonerds.no-ip.biz |
| man2010.no-ip.org | mansorksamansor.no-ip.info | marka2.no-ip.biz | marvicisko.zapto.org |
| man2014.no-ip.biz | mansy.no-ip.biz | markchenm72.no-ip.biz | marvin2106.no-ip.biz |
| man222.no-ip.biz | mantekas.zapto.org | marketblackfriday.no-ip.info | marwa.servecounterstrike.com |
| man45.no-ip.biz | manthonsmith.no-ip.org | markkah.no-ip.biz | marwa2014.no-ip.org |
| man60.no-ip.org | mantrust.noip.me | marklor.no-ip.org | marwa47.no-ip.biz |
| manachou.no-ip.biz | mantwhouse.no-ip.info | markosi.zapto.org | marwaali69.no-ip.biz |
| manaf87.sytes.net | manu-system.no-ip.org | markwawy.no-ip.biz | marwan1111.no-ip.org |
| manaf87.zapto.org | manu69.no-ip.org | marky-hack.no-ip.biz | marwan123456.no-ip.biz |
| manage4hosts.redirectme.net | manubismailislam.no-ip.biz | marleyhughes.no-ip.biz | marwan1744.no-ip.biz |
| manalhosriah.no-ip.biz | manuelsiedler.zapto.org | marllon360.no-ip.org | marwan1990.no-ip.biz |
| manalmanal.no-ip.org | manzouille.no-ip.biz | marlosoficial.no-ip.org | marwana.no-ip.org |
| manaos12.zapto.org | mao1012.no-ip.biz | marmar.no-ip.info | marwanest.no-ip.org |
| manaralktlone.no-ip.biz | mao141415.no-ip.biz | maroan21.no-ip.org | marwasbita.no-ip.biz |
| manaton99.no-ip.biz | maom.no-ip.org | maroc-87.no-ip.biz | marymeplz.zapto.org |
| mancrazy07.no-ip.org | maplehaxx.no-ip.biz | maroc-maroc.no-ip.info | masanissa.no-ip.org |
| mancunien.no-ip.org | maps.sytes.net | maroc.no-ip.biz | mascara29.no-ip.biz |
| | maqisard.no-ip.info | maroc007.zapto.org | maserati77.no-ip.org |

| | | | |
|---|---|---|---|
| mashalatif.noip.me | mato22.no-ip.org | maxoumoto68000.no-ip.org | mccarei.zapto.org |
| mashina222.no-ip.biz | matrextito.no-ip.biz | maxrapsis2013.zapto.org | mccassino.no-ip.org |
| maskarad.no-ip.info | matrix-start.no-ip.biz | maxrapsis2014.zapto.org | mcee.no-ip.biz |
| masonchill.no-ip.org | matrix2.no-ip.biz | maxrear1.no-ip.org | mcee20.no-ip.info |
| masre.zapto.org | matrix251.no-ip.biz | maxreve.no-ip.biz | mcgyyverhf.no-ip.biz |
| masrmhacker.no-ip.biz | matrixfuck.no-ip.org | maxthon.zapto.org | mckarskral.zapto.org |
| massi19.no-ip.org | matrixgx.no-ip.biz | maxtoor.zapto.org | mclown.no-ip.biz |
| massimoriva.no-ip.org | matrixhacker.no-ip.org | maxwarren.no-ip.biz | mcmaz505050.no-ip.org |
| massivedistraction.no-ip.biz | mattex1005.no-ip.biz | maxxrocker.no-ip.org | mcmuffin.no-ip.org |
| massmail11.no-ip.org | matu1212.no-ip.biz | maxxx32.no-ip.biz | mcna.sytes.net |
| massro.no-ip.biz | matu1212matu.noip.me | maxxxn34.no-ip.biz | mcnwahiri.no-ip.biz |
| masta90.no-ip.biz | matze1169.no-ip.biz | maxy.no-ip.info | mcnwahiri.no-ip.org |
| mastarhakar1996.no-ip.biz | maureenlamb01.no-ip.biz | maxymax.no-ip.biz | mcoussamaa.no-ip.biz |
| master101.no-ip.biz | mauritania.no-ip.biz | mayad.zapto.org | mcpvpserver3.no-ip.org |
| master1959.zapto.org | maurocraker2014.no-ip.org | mayax.no-ip.org | mcs.myftp.org |
| master1joker.no-ip.biz | maurotrojan.no-ip.org | maybecheese.zapto.org | mcscottbanks.no-ip.biz |
| master206bw.zapto.org | mausom.no-ip.biz | mayen.zapto.org | mcserver123.no-ip.info |
| master209.no-ip.org | mausom.zapto.org | mayhab.zapto.org | mcserverblake.no-ip.org |
| master22.no-ip.org | maverick999.zapto.org | mayno88.no-ip.biz | mcshaders.no-ip.biz |
| master33.no-ip.info | mavikurt10.zapto.org | mayson.no-ip.org | mcsnowgaming.zapto.org |
| masteramer22.no-ip.biz | mavinshakes.no-ip.biz | maystro.myftp.org | mctexturepack.no-ip.biz |
| mastercodhacking.no-ip.biz | maw9e3leltahkeer.no-ip.biz | mazacro.no-ip.org | mcwebsite.no-ip.org |
| masterglmm1234.no-ip.biz | mawk.no-ip.org | mazamezo.no-ip.org | mda.no-ip.org |
| mastermind.zapto.org | mawl3x3t.no-ip.info | mazen-1200.no-ip.biz | mda.redirectme.net |
| mastermind007.no-ip.org | max-ps.sytes.net | mazen-ess.zapto.org | mdaa.no-ip.org |
| masterminder1.noip.me | max15.no-ip.biz | mazenalialani.no-ip.org | mdd.no-ip.biz |
| masteronly.no-ip.org | max1999.no-ip.biz | mazika2day.3utilities.com | mdf90.no-ip.biz |
| masterpooler.no-ip.biz | max20.no-ip.biz | mazouzi.no-ip.org | mdj2011.no-ip.biz |
| masterset.no-ip.org | max222.no-ip.biz | mbbservice.no-ip.biz | mdmer.zapto.org |
| masterzerocode.no-ip.biz | maxam.no-ip.org | mbc1.no-ip.biz | mdmr-alroyli.no-ip.biz |
| mastlg.no-ip.biz | maxboy19.no-ip.org | mbc2.no-ip.biz | mdsjasl.no-ip.biz |
| masuod1997.no-ip.biz | maxchange.no-ip.info | mbc2014.no-ip.biz | me-viruse.no-ip.biz |
| mat312.no-ip.biz | maxelfannan.no-ip.biz | mbc3.zapto.org | me13mo.zapto.org |
| mat7110.zapto.org | maxfor00.zapto.org | mberak.no-ip.org | me2sense.no-ip.org |
| mateus2512.no-ip.biz | maxhackme008.no-ip.org | mbermj.no-ip.biz | me7oo.no-ip.biz |
| mateyz.zapto.org | maxhackme0088.no-ip.org | mbk123.no-ip.info | mean1337ofc.no-ip.org |
| matfrq.no-ip.org | maxhussein21.no-ip.org | mbkelite.no-ip.org | mebsat4.zapto.org |
| mathemhassan20001.no-ip.org | maxi-adb.no-ip.biz | mc-oza.zapto.org | mec2rue.sytes.net |
| matheus1442.no-ip.org | maximegeekfrhd.no-ip.org | mc.simox2211.no-ip.biz | mecdyce.zapto.org |
| matheustkt.no-ip.biz | maxinyagoubi1337.zapto.org | mca1.no-ip.org | mechany.no-ip.org |
| mathhacker.sytes.net | maxltgamer.no-ip.org | mca1921.no-ip.biz | mecheng.no-ip.biz |
| mathiasfs.no-ip.biz | maxmostafa1.no-ip.biz | mca1921.zapto.org | mechmech.no-ip.biz |
| matmata1920.no-ip.biz | maxoumoto.no-ip.org | mcalger.hopto.org | med-nirvana.no-ip.biz |

| | | | |
|---|---|---|---|
| med2014.no-ip.info | medosalama1992.no-ip.biz | mehrradg28.no-ip.biz | mequzh.no-ip.biz |
| med404bktrk.no-ip.info | medou0099.no-ip.biz | meilaoban.no-ip.org | mer-dz.no-ip.biz |
| med58.zapto.org | medou09.no-ip.biz | meisabanck.zapto.org | mera09.zapto.org |
| med963.no-ip.biz | medozezobadr.no-ip.biz | mejo.no-ip.biz | meradesh.no-ip.biz |
| med99.no-ip.biz | medquinci.no-ip.biz | mejorendimientos.no-ip.info | mercaderoxat.sytes.net |
| medali.zapto.org | medstarprod2020.no-ip.biz | mekadollar.noip.me | mercy.no-ip.biz |
| medalihacker.no-ip.org | medstarstar2020.no-ip.biz | mekdadoo.no-ip.biz | merem.no-ip.biz |
| medamal.no-ip.biz | medtheking.no-ip.info | mekho.no-ip.biz | mergle.no-ip.biz |
| medaminehacker.no-ip.biz | medwalid2013.no-ip.biz | mekki01.no-ip.org | merhaker.no-ip.biz |
| meddiahh.no-ip.org | meeeg2122.no-ip.biz | melanny.no-ip.org | meriem.no-ip.info |
| meddiahh.noip.me | meelove.no-ip.biz | melbshuffle99.no-ip.biz | meriem23.zapto.org |
| medeo.zapto.org | meemo.no-ip.biz | melekbk.no-ip.biz | merlijncybergate.no-ip.biz |
| medhikevin.no-ip.biz | meep222.no-ip.biz | melenaynmt2.sytes.net | mero.no-ip.biz |
| medhr1.no-ip.biz | mefwnazounmalaka.zapto.org | melina47.zapto.org | mero12.no-ip.biz |
| media48.no-ip.biz | mega-mind.zapto.org | melivetrix.no-ip.org | mero3.no-ip.biz |
| medianj.no-ip.biz | mega1112.no-ip.biz | mellaman.no-ip.org | mero66.no-ip.biz |
| mediarez.no-ip.org | megacashb2bx.no-ip.org | mellas.no-ip.biz | meroboy2020.no-ip.biz |
| mediazer.no-ip.org | megadealz2.no-ip.org | mellowyello.no-ip.org | meroo.no-ip.biz |
| medical3000.no-ip.org | megadrive2013.no-ip.org | melonhead361.no-ip.biz | merosh.zapto.org |
| medinet.zapto.org | megamandz.no-ip.org | melscofield.no-ip.org | merouana05.no-ip.biz |
| medkdr12.no-ip.biz | megangsta.no-ip.biz | mematealasd201333.no-ip.biz | mery.no-ip.biz |
| medo-rabea33.no-ip.biz | megapixel.zapto.org | memati.no-ip.org | meshal.hopto.org |
| medo.servehttp.com | megas110.no-ip.biz | memba.no-ip.org | meshmohandez.no-ip.org |
| medo011.no-ip.biz | megaspy.no-ip.biz | member19901.no-ip.biz | mesho24.no-ip.biz |
| medo10homse10hack10.zapto.org | megatronpb.no-ip.org | members.redirectme.net | mesk1211.no-ip.biz |
| medo123.no-ip.biz | megazoon11.no-ip.biz | memo.servemp3.com | mesk92.no-ip.biz |
| medo123.no-ip.biz | megdragon.no-ip.biz | memo001088.no-ip.biz | mesk99.no-ip.biz |
| medo2015.no-ip.biz | megreli.myftp.biz | memo2510.noip.me | mesmaroth8.no-ip.biz |
| medo90.zapto.org | megrelskinarod.no-ip.biz | memo5017.no-ip.biz | mesmoi.zapto.org |
| medoaldooory.no-ip.biz | megzycan.no-ip.biz | memo5018.zapto.org | messagefacebook.no-ip.biz |
| medohack123.no-ip.biz | meh2.no-ip.biz | memo89.no-ip.biz | messaoud2022.no-ip.biz |
| medolife.no-ip.biz | mehdi-2014.no-ip.biz | memo9.no-ip.biz | messaoudi.no-ip.biz |
| medolove1997.no-ip.biz | mehdi01.no-ip.org | memo96.zapto.org | messaoudi779991.no-ip.biz |
| medomanhacknow.no-ip.biz | mehdibhima.no-ip.biz | memo99.no-ip.org | messereblind.no-ip.biz |
| medoo.no-ip.org | mehdichiba10.no-ip.biz | memohacker99.no-ip.biz | messhood.no-ip.org |
| medoo1.no-ip.biz | mehdigotze.no-ip.biz | memomar33.no-ip.org | messi-fcb55.no-ip.biz |
| medoo1192.no-ip.biz | mehdiii.no-ip.info | memotofe.zapto.org | messi.hopto.org |
| medooali.no-ip.biz | mehdimoro.no-ip.biz | memozoza.no-ip.biz | messi.myftp.biz |
| medoohacker.no-ip.biz | mehdirizani.no-ip.biz | menahel.no-ip.biz | messi150.no-ip.biz |
| medoohacker1995.no-ip.biz | mehede.no-ip.biz | meninohacker.no-ip.org | messi199306.no-ip.biz |
| medooo1500.no-ip.biz | meher.no-ip.biz | menna.no-ip.biz | messi20.zapto.org |
| medoowo20140.no-ip.biz | mehersf.no-ip.biz | mentalnegative.no-ip.biz | messiayada.zapto.org |
| medoreda76.no-ip.biz | mehroze909.no-ip.org | mentira.no-ip.org | messibilalou.no-ip.biz |

74

messikoko2014.no-ip.biz
messl2311.no-ip.org
mesthacker.no-ip.org
mestredoshacker.no-ip.org
mestredosmagos.zapto.org
mestrew.serveftp.com
mesuc2000.no-ip.biz
mesutbarazani.no-ip.biz
mesutbarazany.no-ip.biz
mesutozil.no-ip.biz
meta1337x.zapto.org
metafunn2.no-ip.biz
metahacker.zapto.org
metal-fadi.no-ip.biz
metalfran091.no-ip.biz
metamorfo2014.no-ip.org
methodz.no-ip.org
metin2mage.no-ip.biz
metin2mod.serveblog.net
metin2np.servegame.com
metin2wiki.zapto.org
metinb.no-ip.biz
metinyoneis.no-ip.biz
metogoto.no-ip.info
meuovoloco.no-ip.org
meusantos.zapto.org
meuservidorrat.no-ip.org
meutrojan00.no-ip.org
meutrojan1.no-ip.org
meutrojan14.no-ip.org
meutrojan99.no-ip.org
mevludi.no-ip.biz
mewnaza.no-ip.biz
mexzongoku.no-ip.biz
mey.no-ip.biz
meziafuker.no-ip.org
meziane.zapto.org
meziane007.zapto.org
mezo.zapto.org
mezo1177.no-ip.biz
mezo2013.no-ip.biz
mezo2015.no-ip.biz
mezo93.no-ip.biz

mezoalkber.no-ip.biz
mezolover1.no-ip.biz
mezomeee.no-ip.biz
mezoner.no-ip.org
mezooo.no-ip.biz
mezoxdasd.no-ip.org
mezyen2013.no-ip.biz
mezyen2014.no-ip.biz
mfhacker.no-ip.biz
mficekdr.no-ip.biz
mghol30.no-ip.biz
mgk112.no-ip.biz
mgl3.no-ip.biz
mgm.bounceme.net
mgm123.no-ip.biz
mgmtservices.no-ip.org
mgnonk010.no-ip.info
mgrm707.no-ip.org
mgsystems.serveftp.com
mh-hacker.no-ip.org
mh123.no-ip.biz
mh7822.no-ip.biz
mh95ms.no-ip.biz
mha2014.no-ip.biz
mhabad.no-ip.org
mhamadjoker.no-ip.biz
mhamadr2kurdsh.no-ip.biz
mhamadsad.zapto.org
mhamadtakya.no-ip.biz
mhamadumar.no-ip.org
mhammed.zapto.org
mhaqnawaz.zapto.org
mhboool.no-ip.biz
mhd007.sytes.net
mhd12000.no-ip.biz
mhemedemad1999.no-ip.biz
mhm123123.no-ip.biz
mhmad2.no-ip.biz
mhmad913.zapto.org
mhmad91352.zapto.org
mhmadsade12345.no-ip.biz
mhmdabughith12.no-ip.biz
mhmdfoze.no-ip.biz

mhmdhacker2.no-ip.biz
mhmdnasr.no-ip.biz
mhmdzzzzz.no-ip.biz
mhmedbig.no-ip.biz
mhmh55516.no-ip.biz
mhmhmh.no-ip.biz
mhnd123.no-ip.biz
mhs1343.no-ip.biz
mhsoom2.no-ip.org
mhsozmen.no-ip.biz
mhster511ksa.no-ip.biz
mhtartuse.no-ip.biz
mi3a.zapto.org
mi4st3er.no-ip.info
miamiworldbul.servegame.com
miaouhack.no-ip.info
mic12.no-ip.biz
micaeltavares.no-ip.org
michael05.zapto.org
michael8776.no-ip.biz
michaelyousab.no-ip.biz
micheal4fingax-07.no-ip.org
michelle44.no-ip.biz
michlan255.servemp3.com
mickeymouse77.zapto.org
mickeyshelby123.zapto.org
micky12345.no-ip.biz
mickycob.no-ip.biz
micmd.zapto.org
mico.zapto.org
micoodz.no-ip.org
micotech.zapto.org
micr0s0ftsoft.myftp.org
micr0softup4me.zapto.org
micro-update.no-ip.biz
microchip.myftp.org
microcr7.no-ip.org
microfost.myftp.org
microhi.no-ip.biz
microlab.no-ip.biz
microlux7.zapto.org
microo.no-ip.biz
microprogra.myvnc.com

microshoft.serveftp.com
microsoftco.serveftp.com
microso.no-ip.org
microsoft-devices.no-ip.biz
microsoft-dns.no-ip.org
microsoft-engine.serveftp.com
microsoft-help.serveftp.com
microsoft-hi.zapto.org
microsoft-update.serveftp.com
microsoft-windows.hopto.org
microsoft.myftp.biz
microsoft.myftp.org
microsoft.servehttp.com
microsoft0.servehttp.com
microsoft14.3utilities.com
microsoft2007.myvnc.com
microsoft2update.sytes.net
microsoft31.redirectme.net
microsoft344.3utilities.com
microsoft69.zapto.org
microsofta.no-ip.org
microsoftaccount.myvnc.com
microsoftacount.myvnc.com
microsoftazure.myvnc.com
microsoftcae.no-ip.biz
microsoftcae1.no-ip.biz
microsoftcompany.hopto.org
microsoftcorp.no-ip.org
microsoftcorp.servehttp.com
microsoftcorp.zapto.org
microsoftcrm.no-ip.info
microsoftdns.no-ip.biz
microsoftgroup.sytes.net
microsofthost.myftp.org
microsofthost.serveftp.com
microsoftinfo.no-ip.org
microsoftjava.redirectme.net
microsoftkhalil.no-ip.biz
microsoftmain.zapto.org
microsoftnet.servequake.com
microsoftntdll.sytes.net
microsofto.serveftp.com
microsoftoffic.no-ip.biz

| | | | |
|---|---|---|---|
| microsoftoffice.myvnc.com | midobob.no-ip.biz | miker790.no-ip.biz | mindfreak48.no-ip.org |
| microsoftoffice.redirectme.net | midobur.zapto.org | mikewaals.no-ip.biz | mindman.no-ip.biz |
| microsoftpages.no-ip.org | midoloco.zapto.org | mikeymikeroach.no-ip.biz | mine.zapto.org |
| microsofts.no-ip.biz | midomedoo.zapto.org | miki228.no-ip.biz | mine101.zapto.org |
| microsofts.servecounterstrike.com | midomidodinari.no-ip.biz | mikimouse.zapto.org | minecraft.hopto.org |
| microsoftsecurity.3utilities.com | midoo3ooo.no-ip.biz | mikizen.myftp.org | minecraft112.no-ip.biz |
| microsoftsecurity.no-ip.org | midoomedo.no-ip.biz | miko0.no-ip.biz | minecraft69.no-ip.biz |
| microsoftspyder.no-ip.org | midoprince.zapto.org | mikolo147.no-ip.biz | minecraftputita.zapto.org |
| microsoftst.sytes.net | midosalem2015.zapto.org | mikomax.no-ip.biz | minecraftserver284.zapto.org |
| microsoftsystem.sytes.net | midou-ahmed.zapto.org | mikomiko.zapto.org | minedroid.no-ip.biz |
| microsoftupdate.3utilities.com | midou08.zapto.org | mikro001.no-ip.org | minemp.serveftp.com |
| microsoftupdatee.no-ip.biz | midou222.no-ip.info | mikrob.no-ip.biz | miner-05rr.zapto.org |
| microsoftupdaters4.3utilities.com | midou89.zapto.org | mikropbisey.no-ip.biz | minersetup102.no-ip.biz |
| microsoftupgrade.servehttp.com | midouch11.no-ip.biz | mila56.no-ip.biz | mingolahacker12.no-ip.biz |
| microsoftupgrades.servehttp.com | midouhacker85.zapto.org | milan.no-ip.biz | minihacker.no-ip.biz |
| microsoftvisual.zapto.org | midoumechakel.no-ip.biz | milan97.no-ip.biz | minion.servebeer.com |
| microsoftwindll.no-ip.org | midoumid.myvnc.com | milano22.no-ip.biz | mino98.zapto.org |
| microsoftwindows.sytes.net | midoumidou.hopto.org | milanodz.no-ip.biz | minoip2012.no-ip.info |
| microsoftwindows.sytes.net | midouware.no-ip.org | milcyink.no-ip.biz | minojonas.no-ip.biz |
| microsoftx.no-ip.biz | midowat.no-ip.biz | milionz01.no-ip.biz | minou586.zapto.org |
| microwhmos.servepics.com | midox.no-ip.biz | milito.no-ip.org | minouch.zapto.org |
| mid92.zapto.org | midoxxmido.no-ip.biz | milkyway.3utilities.com | minox.no-ip.biz |
| midastouch.zapto.org | midozhost.no-ip.org | milleniumx.no-ip.org | minoxmonsif.no-ip.org |
| middleman.no-ip.org | midozzalaa.no-ip.biz | miller670.no-ip.biz | minslekt.zapto.org |
| middleware.noip.me | miemaza.no-ip.org | millerannonymous.no-ip.biz | mintarbogdan.no-ip.org |
| midfield147.no-ip.biz | mifoooooooooooooooo.zapto.org | milly888.no-ip.biz | minu1288.no-ip.biz |
| mido-0.no-ip.biz | migalouxtrem.no-ip.org | milq-hack23.no-ip.org | minyi-serpry.no-ip.org |
| mido-1405.no-ip.biz | migatol.no-ip.biz | mima009.no-ip.biz | miodominio.zapto.org |
| mido-error2015.no-ip.org | mightycycl0ne.no-ip.org | mimatitoufik48.no-ip.biz | miojo3261.no-ip.biz |
| mido-mido2014.no-ip.biz | mightygamer3.no-ip.biz | mimihamache.zapto.org | miozinho.no-ip.org |
| mido-walid.zapto.org | mightygamer4.no-ip.biz | mimo186.no-ip.biz | mirancry.no-ip.biz |
| mido00233.no-ip.biz | mihai441.zapto.org | mimoboy28.zapto.org | miraq33.no-ip.biz |
| mido007.no-ip.biz | miho.zapto.org | mimolove15.no-ip.biz | mircboot.zapto.org |
| mido007.no-ip.org | miira.no-ip.biz | mimoo.zapto.org | mircbot.no-ip.biz |
| mido0o24.no-ip.biz | mijestroyan.no-ip.org | mimowa.no-ip.org | mirex18.no-ip.org |
| mido1.no-ip.org | mika.sytes.net | mimox.no-ip.biz | mirkojr.no-ip.biz |
| mido154.zapto.org | mika123.no-ip.org | mimozaanes.zapto.org | miro81xd.no-ip.org |
| mido282010.no-ip.biz | mika45.no-ip.biz | mimozza10.no-ip.biz | mirouhacker.no-ip.org |
| mido55.no-ip.org | mike1011.no-ip.biz | mina2020.no-ip.biz | mirtr.noip.me |
| mido6616.no-ip.biz | mike2375.no-ip.org | mina258.no-ip.biz | mirupload.no-ip.biz |
| mido7hack.zapto.org | mikedoe.no-ip.biz | mina93.no-ip.biz | misan0682.no-ip.info |
| midoandmido.sytes.net | mikedu1223.no-ip.biz | mind231.no-ip.biz | misarash.no-ip.org |
| midobiz.no-ip.org | mikehawk86.no-ip.biz | mind7074.no-ip.biz | mishal707.no-ip.biz |

| | | | |
|---|---|---|---|
| misho.myftp.org | mk.zapto.org | mmmlov.no-ip.biz | moawia.no-ip.info |
| misho2012.no-ip.info | mk12etabdoo7.zapto.org | mmmm.no-ip.biz | moayad-hack.no-ip.org |
| mismaster.no-ip.org | mk17lion.zapto.org | mmmm1001407mmmm.zapto.org | moayadmmk.no-ip.biz |
| mismero.no-ip.org | mk23.zapto.org | mmmm3.no-ip.biz | moayy.noip.me |
| missaoui.no-ip.biz | mk445.zapto.org | mmmmm19.no-ip.biz | moayyadaya.no-ip.biz |
| missou15.no-ip.biz | mkaka2010.no-ip.org | mmmmmmmm27535.no-ip.biz | mobayle.servecounterstrike.com |
| mistarhacer12.no-ip.biz | mkawad.no-ip.biz | mmmmmmmmmmmohanad.no-ip.biz | mobejaia.no-ip.biz |
| mister-black.no-ip.biz | mkhalkhal.no-ip.biz | mmmms.zapto.org | mobidik1.zapto.org |
| mister-killer.no-ip.biz | mkk.no-ip.biz | mmmw333.no-ip.biz | mobilfreee.serveftp.com |
| mistercoenkel.no-ip.info | mkkmkkw.zapto.org | mmnnhhss.no-ip.biz | mobilka.no-ip.biz |
| misteriosa.no-ip.biz | mkletsplay.no-ip.org | mmoh.no-ip.org | mobinile2011.no-ip.org |
| misteriyou1.no-ip.biz | mklkjg.no-ip.org | mmoha.no-ip.info | mobybling.no-ip.biz |
| misteriyou20.no-ip.biz | mkmrch.zapto.org | mmohmed.no-ip.biz | mochakis.no-ip.biz |
| misterkwado.no-ip.org | ml7777.no-ip.info | mmoo.no-ip.biz | mochoni.no-ip.biz |
| misterkwadobb.zapto.org | mlaak0z.no-ip.biz | mmoohhaammeedd.no-ip.biz | mocxom.no-ip.org |
| mistermanager.zapto.org | mlgmouse.zapto.org | mms.hopto.org | modam3r.no-ip.org |
| mistero140.no-ip.biz | mlk12.no-ip.biz | mmsellers.no-ip.org | modamr.no-ip.biz |
| mistero86.no-ip.org | mlkm.no-ip.biz | mmxiraq.no-ip.biz | modar.no-ip.info |
| misteryou.zapto.org | mlkm22.no-ip.biz | mnadi1.no-ip.biz | mode.no-ip.info |
| mit-col.no-ip.biz | mlkm33.no-ip.biz | mnef511.no-ip.biz | modelove.no-ip.biz |
| mithgalalmanfookh.no-ip.biz | mm-1122.no-ip.biz | mnhackernymqat1.no-ip.biz | models.myftp.org |
| mitramitraam1.no-ip.info | mm-123.no-ip.biz | mns0r11.no-ip.org | modesthack.no-ip.biz |
| mitsosan.no-ip.biz | mm-njrat.no-ip.biz | mns9.no-ip.org | modeyzezo1.zapto.org |
| mix02.no-ip.info | mm11.no-ip.biz | mntazr.no-ip.biz | modi21.no-ip.org |
| mixhack111.no-ip.biz | mm11mm11m.zapto.org | mnyar.no-ip.biz | modimad.no-ip.biz |
| miyamed.zapto.org | mm2000.no-ip.biz | mo0od212121212mody.no-ip.info | modox.no-ip.org |
| mizdz12.no-ip.biz | mm3.no-ip.info | mo1ad.no-ip.biz | modulesx.serveftp.com |
| mizo12.zapto.org | mm6aa.no-ip.biz | mo3taz.no-ip.biz | mody-123.no-ip.biz |
| mizo858.no-ip.biz | mmaahhdd.no-ip.biz | mo7amed1234.no-ip.biz | modyhacked123.no-ip.biz |
| mizospy.zapto.org | mmabas2.no-ip.biz | mo7amed2223.no-ip.biz | modylight.no-ip.biz |
| mizou44.no-ip.biz | mmafp.myftp.biz | mo7amedgh12345.no-ip.biz | modymmd.no-ip.biz |
| mizowhat07.no-ip.biz | mmaj.no-ip.biz | mo7ammed090.zapto.org | modyu.no-ip.biz |
| mizox-super.no-ip.biz | mmartelo.no-ip.org | mo7d.no-ip.biz | modz411.no-ip.info |
| mizox-super.zapto.org | mmartelo10.no-ip.org | moaaaa.no-ip.biz | mofmof93.no-ip.biz |
| mizzo4you.no-ip.biz | mmh.no-ip.biz | moad-sapamer.zapto.org | moga2012.zapto.org |
| mjblablabla.no-ip.org | mmhhmm55.no-ip.biz | moadfcghvj.no-ip.biz | mogtaba20001.no-ip.biz |
| mjd77.no-ip.biz | mmhosting.no-ip.biz | moaed22.no-ip.biz | moh07.no-ip.org |
| mjetyvchy.no-ip.biz | mmk99.no-ip.biz | moaedhabooby.no-ip.biz | moh123.3utilities.com |
| mjh0lah.no-ip.biz | mmlafe.no-ip.org | moahamed.no-ip.biz | moh123amed14.no-ip.biz |
| mjmj.no-ip.org | mmm12009.no-ip.biz | moamltilp.no-ip.biz | moh14.no-ip.biz |
| mjnon97.zapto.org | mmm123m.no-ip.biz | moataz.no-ip.biz | moh19902013.no-ip.biz |
| mjnoon.no-ip.org | mmmed553.no-ip.biz | moatazdraz.no-ip.org | moh2014.no-ip.biz |
| mjrm7rb.serveftp.com | mmmhhh1983.no-ip.biz | moatees.no-ip.biz | moh2133.no-ip.biz |

| | | | |
|---|---|---|---|
| moh55.zapto.org | mohamed15.no-ip.biz | mohamedhost12345.no-ip.biz | mohanadhawk988.no-ip.biz |
| moha-madrid.no-ip.biz | mohamed1964.no-ip.info | mohamedkhatab.no-ip.biz | mohand45451.no-ip.biz |
| moha00.no-ip.info | mohamed19996.no-ip.biz | mohamedman.no-ip.biz | mohaned00.no-ip.org |
| moha19.no-ip.biz | mohamed1medo1.no-ip.info | mohamedmmk.zapto.org | mohannadmagdy.no-ip.biz |
| moha1999.noip.me | mohamed2.no-ip.org | mohamedmur.no-ip.biz | mohas2001.no-ip.biz |
| moha25.no-ip.biz | mohamed20.no-ip.org | mohamednjrat1111.no-ip.biz | mohccine.noip.me |
| moha26.no-ip.biz | mohamed2225811.no-ip.biz | mohamedtota.no-ip.biz | mohdir.zapto.org |
| moha47.zapto.org | mohamed2369.no-ip.biz | mohamedwa.no-ip.biz | mohdjazy.zapto.org |
| mohahack47.no-ip.biz | mohamed27.no-ip.org | mohamedxd357.no-ip.biz | mohdr.no-ip.biz |
| mohajer61.zapto.org | mohamed27med.no-ip.biz | mohamedxman.zapto.org | mohe.no-ip.info |
| moham34.no-ip.org | mohamed47.no-ip.biz | mohameedd.no-ip.biz | mohemadmagdy.no-ip.biz |
| moham96.sytes.net | mohamed4ch.no-ip.info | mohamehack1.no-ip.org | mohemmed1990.no-ip.biz |
| mohamad-w.no-ip.biz | mohamed4ch.no-ip.org | mohameoufkir.no-ip.biz | mohk.no-ip.biz |
| mohamad.no-ip.biz | mohamed5130.no-ip.biz | mohamm-omar.no-ip.biz | mohmad90.zapto.org |
| mohamad007.zapto.org | mohamed53720.no-ip.biz | mohammad123.no-ip.biz | mohmad96.no-ip.org |
| mohamad10.no-ip.org | mohamed72.no-ip.biz | mohammad2010.no-ip.biz | mohmaed.no-ip.org |
| mohamad2000.no-ip.biz | mohamed90.no-ip.biz | mohammadgd.no-ip.biz | mohmaed.zapto.org |
| mohamad787.no-ip.biz | mohamed99.zapto.org | mohammadhz.no-ip.biz | mohmajd.no-ip.biz |
| mohamadadnan.no-ip.biz | mohamed9999.no-ip.biz | mohammadkoko.no-ip.biz | mohmd33.no-ip.info |
| mohamadb.zapto.org | mohamedabdou.no-ip.org | mohammadmajd.no-ip.biz | mohmed2022.no-ip.org |
| mohamadcopra.no-ip.biz | mohamedadaga.zapto.org | mohammadsyrian.no-ip.biz | mohmed22.no-ip.biz |
| mohamaddx.no-ip.biz | mohamedali007.no-ip.org | mohammadvs.no-ip.org | mohmedlith.no-ip.biz |
| mohamadhamada.no-ip.org | mohamedali33044.no-ip.biz | mohammd2.no-ip.biz | mohmedshawky2018.no-ip.biz |
| mohamadhayan.no-ip.org | mohamedalimoon.no-ip.biz | mohammed-hacker.no-ip.biz | mohmf15.zapto.org |
| mohamadkatrino.no-ip.biz | mohamedalimoon8.no-ip.biz | mohammed19998.no-ip.biz | mohmhakor.no-ip.org |
| mohamadnijarat.no-ip.biz | mohamedaltememi97.no-ip.org | mohammed1alsayed1.no-ip.biz | mohmmed123123.no-ip.biz |
| mohamadrid.no-ip.biz | mohamedbellil.zapto.org | mohammed1fadil.no-ip.org | mohmmedbaqer2.no-ip.biz |
| mohamadsabahheacker.no-ip.biz | mohamedbhash.no-ip.info | mohammed203000.no-ip.biz | mohmmedlibya.no-ip.biz |
| mohamadsy1.no-ip.biz | mohamedd.no-ip.biz | mohammed3odeh.no-ip.biz | mohmod123.no-ip.biz |
| mohamd0.no-ip.biz | mohameddraz.no-ip.biz | mohammed49.no-ip.biz | mohnjrat.no-ip.biz |
| mohamd1979.no-ip.org | mohamede.no-ip.info | mohammedala.no-ip.biz | mohnoletche.no-ip.biz |
| mohamdd.no-ip.biz | mohamededc.noip.me | mohammedalbaqer.no-ip.biz | mohor.no-ip.org |
| mohamdd2.no-ip.biz | mohamedeid55.no-ip.biz | mohammedalihack.no-ip.biz | mohsinerccj.zapto.org |
| mohamed-14.no-ip.biz | mohamedezz12396.no-ip.biz | mohammedalyassiry.no-ip.biz | mohsony.no-ip.biz |
| mohamed-1993.zapto.org | mohamedgawesh.no-ip.biz | mohammedjassem.zapto.org | mohtair2.no-ip.biz |
| mohamed-abogheate.no-ip.org | mohamedghannam.no-ip.org | mohammedmansourmmb.no-ip.biz | mohundm.no-ip.biz |
| mohamed-black.no-ip.biz | mohamedhaaaacker.no-ip.biz | mohammedmansourmmbb.no-ip.biz | moipourmoi.no-ip.org |
| mohamed0001.no-ip.biz | mohamedhacker1000.no-ip.biz | mohammedthamer.no-ip.biz | moise.zapto.org |
| mohamed10.no-ip.org | mohamedhacker123.no-ip.biz | mohammedyousif.no-ip.info | moitupta.no-ip.biz |
| mohamed12.no-ip.info | mohamedhacker777.no-ip.biz | mohammedzz.no-ip.biz | moizawali.no-ip.biz |
| mohamed1230.no-ip.biz | mohamedhackers.no-ip.org | mohammmad2014.no-ip.biz | mojahed.no-ip.biz |
| mohamed1234.no-ip.biz | mohamedhacknoipp.zapto.org | mohanadhacker.no-ip.biz | mojihed.no-ip.biz |
| | mohamedhaked.no-ip.biz | mohanadhacker1.no-ip.biz | mojo8.no-ip.biz |

78

| | | | |
|---|---|---|---|
| mojrime.no-ip.org | monaali2014.no-ip.biz | montzrhacker.no-ip.biz | morad92.no-ip.org |
| moka.hopto.org | monago.no-ip.biz | moo4d.no-ip.org | morad992.no-ip.org |
| mokademhamad13.no-ip.biz | monas04.no-ip.info | mood723.no-ip.biz | moradhotmail.no-ip.biz |
| mokh200090.zapto.org | monbebe.no-ip.org | moodehack200.no-ip.biz | moradiraq.no-ip.org |
| mokha1.no-ip.org | mondir12.no-ip.org | moody111.no-ip.biz | moradjojo.no-ip.biz |
| mokhleshacker.no-ip.biz | mondz.no-ip.biz | moodydo.no-ip.biz | moradoff1.zapto.org |
| mokld777.zapto.org | monedademil.zapto.org | moof1.no-ip.org | morahacker.no-ip.org |
| mokranidz5.no-ip.biz | moneditadecien.zapto.org | moom123.no-ip.biz | morahacker2.no-ip.biz |
| moldova3.no-ip.org | moneeb00.no-ip.biz | moon-2009.no-ip.org | moral.zapto.org |
| moleskn.no-ip.org | moneeb11.no-ip.org | moon-k22.no-ip.org | moralona.no-ip.biz |
| mollecule.zapto.org | monerm.no-ip.biz | moon10.no-ip.biz | morans.no-ip.biz |
| mollysquad.no-ip.biz | moneygetstheword.no-ip.biz | moon1081967.no-ip.biz | more8010.no-ip.biz |
| molonlabe.zapto.org | moneymike.no-ip.org | moon12322.no-ip.biz | morenadanadinha19.no-ip.biz |
| moloon.zapto.org | moneyonly.myftp.biz | moon13.zapto.org | moresat.zapto.org |
| molto0o.no-ip.org | monika11.no-ip.info | moon1988.no-ip.info | moresat007.no-ip.biz |
| molz-hacker.no-ip.biz | monir.zapto.org | moon2012.no-ip.info | morey123.no-ip.biz |
| mom10mom.no-ip.biz | monitor3.no-ip.biz | moon2013hakers.no-ip.biz | morfeuhacker157.no-ip.org |
| mom1999.no-ip.biz | monitorhotel.no-ip.org | moon2018.no-ip.biz | morfeuph.no-ip.org |
| moma776.no-ip.org | monkeyzinartic.no-ip.biz | moon28.no-ip.biz | morfeuputao.no-ip.biz |
| momade.no-ip.biz | monkydluffy.no-ip.org | moona80.no-ip.info | morganw.zapto.org |
| momed.no-ip.info | monmih.no-ip.biz | moonbob.no-ip.biz | morinhonizo.no-ip.biz |
| momen.no-ip.biz | monmon.no-ip.biz | moonbwp.no-ip.biz | mormoyal.no-ip.biz |
| momenegycc.no-ip.biz | monmon12.no-ip.biz | moondarkkk.no-ip.org | moroccanghosts.no-ip.biz |
| moment.no-ip.org | monoxman.no-ip.biz | moonfakhri.no-ip.biz | moroccanghosts02.no-ip.biz |
| moment.zapto.org | monsieur663.no-ip.biz | moongahack.no-ip.biz | morocco-mall.zapto.org |
| momo-ha.no-ip.biz | monsifmonsifmonsif.no-ip.info | moonpali.no-ip.biz | moroccobboy.no-ip.biz |
| momo04011.no-ip.biz | monsifo.no-ip.org | moonshinebright.no-ip.biz | morohost.no-ip.org |
| momo111.no-ip.org | monssif1.no-ip.biz | moonstricken.no-ip.biz | moroxo-1.zapto.org |
| momo123456.hopto.org | monster007.no-ip.biz | moonstricken5.no-ip.biz | morphisswindows.no-ip.org |
| momo1990.no-ip.biz | monster5.no-ip.biz | moooo.no-ip.biz | morrisson.no-ip.biz |
| momo2momo.no-ip.biz | monsterfiredz.no-ip.org | mooooon.no-ip.org | mortalking.no-ip.biz |
| momo363.no-ip.org | monstertn.no-ip.biz | mooooooz.zapto.org | mortallindo.no-ip.biz |
| momo44.no-ip.biz | monstertov.no-ip.biz | moooss.no-ip.biz | morter.zapto.org |
| momo95mh.no-ip.biz | monta-tmnt.no-ip.biz | moot44.no-ip.biz | mortexmutex.no-ip.biz |
| momololo1212.no-ip.biz | montaclubist.no-ip.org | mootazjoker.no-ip.biz | morvac.no-ip.biz |
| momomo.no-ip.info | montana91.no-ip.biz | mootje01.no-ip.org | mosa15.zapto.org |
| momosay1111.zapto.org | montaser21.no-ip.org | moqtdatnt.no-ip.biz | mosaart.no-ip.biz |
| momusslim.no-ip.biz | montassar20.no-ip.biz | mor3eb2020.no-ip.biz | mosab000.no-ip.biz |
| mon.no-ip.info | montazr.no-ip.biz | mor3eb5050.no-ip.biz | mosab007.no-ip.biz |
| mon007.no-ip.biz | montefago.no-ip.biz | mora456456.no-ip.biz | mosab007.no-ip.org |
| mona123.zapto.org | montefago.noip.me | mora99.no-ip.biz | mosab77.no-ip.biz |
| mona1990.zapto.org | montiago.no-ip.org | mora999.no-ip.biz | mosabhacker.no-ip.biz |
| monaali20132013.no-ip.biz | montoutpremiertest.serveftp.commorad.hopto.org | | mosedel.no-ip.biz |

| | | | |
|---|---|---|---|
| mosh.serveftp.com | motivo2013.zapto.org | mouse2014.zapto.org | mr-brhoom.no-ip.biz |
| moshaaskesa.no-ip.biz | motoo.no-ip.biz | mouse500.no-ip.biz | mr-chalhoub.no-ip.biz |
| moshageb00.no-ip.org | motorbikee.no-ip.biz | mouseflower.no-ip.info | mr-citrus.no-ip.biz |
| moshgeb.no-ip.org | mou3ade1.no-ip.biz | moussaab-25.no-ip.biz | mr-death.no-ip.biz |
| moshgeeb.no-ip.org | mouad18.no-ip.biz | moussaab.no-ip.biz | mr-gogo.bounceme.net |
| moshier.no-ip.biz | mouadhankrir007.no-ip.biz | moussabboy.zapto.org | mr-hack.zapto.org |
| moskar1ss.no-ip.info | mouatamid.no-ip.biz | moustafa2.no-ip.biz | mr-hacker.zapto.org |
| moskichi.no-ip.biz | mouayed.zapto.org | moustafaoad.no-ip.biz | mr-hacker12.no-ip.biz |
| moslemalmhna.no-ip.biz | moub13.zapto.org | moustapha40.zapto.org | mr-ibrahacker.zapto.org |
| moslimdz.zapto.org | mouchaghib.no-ip.biz | moustfaalsaedy.no-ip.biz | mr-inventor.no-ip.biz |
| mossiba.no-ip.org | moufdleg.no-ip.biz | mouthgun.no-ip.info | mr-kabsoola.hopto.org |
| most657.no-ip.biz | mouhadz1.no-ip.biz | moutia231.no-ip.biz | mr-kartha.no-ip.info |
| most9.no-ip.biz | mouhakamikaz98.no-ip.org | moviemillionare.no-ip.biz | mr-maxim.no-ip.info |
| mostaf123.no-ip.biz | mouhamed.no-ip.biz | moz3j11.no-ip.biz | mr-mstlj.no-ip.org |
| mostafa-hacking.no-ip.org | mouhamedbob40.no-ip.biz | moza.myftp.org | mr-okz.no-ip.org |
| mostafa007.zapto.org | mouhviro.no-ip.biz | moza.zapto.org | mr-palikao.zapto.org |
| mostafa1.no-ip.biz | moulai.no-ip.biz | moza70.no-ip.info | mr-qatary2.myvnc.com |
| mostafa1995.no-ip.biz | mouloud06150dark.no-ip.org | mozamozaa.no-ip.biz | mr-reaper.no-ip.biz |
| mostafa221133.no-ip.biz | mouloud1998.no-ip.biz | mozar.zapto.org | mr-sniper.zapto.org |
| mostafa25.no-ip.biz | mouloud1999.no-ip.biz | moze2014.no-ip.org | mr-virus.no-ip.org |
| mostafa333.no-ip.biz | mouloudia2013.no-ip.biz | mozila.myftp.org | mr-waseem.no-ip.biz |
| mostafa50.zapto.org | moumane2.no-ip.info | mozila.myvnc.com | mr-xj.zapto.org |
| mostafa7amdy.no-ip.biz | moumii1.no-ip.biz | mozilafirefox848.no-ip.biz | mr-ybyb.no-ip.biz |
| mostafaail17.no-ip.biz | moumin.no-ip.biz | mozilla.hopto.org | mr13.no-ip.biz |
| mostafaaliraqe.no-ip.org | moumou0000.no-ip.biz | mozilla2012.no-ip.org | mr141.no-ip.biz |
| mostafaalswdane12.no-ip.biz | moumoune.zapto.org | mozillafirefox.redirectme.net | mr1411.no-ip.info |
| mostafaelsayed.no-ip.biz | mounirhacker.no-ip.biz | mozillafireox.servecounterstrike.com | mr1shadow.no-ip.biz |
| mostafamak.no-ip.biz | mouniroo.no-ip.biz | mozillaweb.zapto.org | mr2shadow.no-ip.biz |
| mostafanjrat2012.no-ip.biz | mounirspirit.no-ip.biz | mozzie11.no-ip.biz | mr3bodgame.zapto.org |
| mostafanjrat2015.no-ip.biz | mounirwail.no-ip.biz | mozzila.servehttp.com | mr3bos.no-ip.biz |
| mostafash.no-ip.biz | mourad-bba24000.no-ip.org | mp3.servemp3.com | mr3zooz.no-ip.biz |
| mostafaxx.no-ip.biz | mourad-bba34000.no-ip.org | mp32.no-ip.org | mraasa1411.no-ip.biz |
| mostalirapraghkkgl.no-ip.org | mourad011.no-ip.org | mp5thebae.no-ip.biz | mrace.hopto.org |
| mostaliraprapali.no-ip.org | mourad02.no-ip.org | mp78sov.no-ip.biz | mrace.no-ip.info |
| mostcool.no-ip.biz | mourad07.no-ip.biz | mpirehicham.no-ip.biz | mrace.zapto.org |
| mostsher.no-ip.biz | mourad1.zapto.org | mpm.zapto.org | mrad.zapto.org |
| mostwanted20.no-ip.biz | mourad123.no-ip.org | mporgserv.no-ip.biz | mradv.no-ip.org |
| mot8hr.no-ip.biz | mourad123.zapto.org | mpoumpou.no-ip.biz | mrala12.no-ip.biz |
| mota.no-ip.biz | mourad212212.no-ip.biz | mqazdfg92.no-ip.biz | mralarab.no-ip.org |
| motaz.no-ip.org | mourad33.zapto.org | mql3-2011.no-ip.biz | mralexisx2.zapto.org |
| motazsaqr.zapto.org | mouradbanni.no-ip.biz | mr-3mr.no-ip.info | mram12345.no-ip.biz |
| motiehackerdanger.no-ip.biz | mouradel.no-ip.org | mr-ahmadov.no-ip.biz | mranderson90.no-ip.org |
| motieiondido.no-ip.biz | mouradkimo1.no-ip.biz | mr-akah1.no-ip.biz | mrasim98.no-ip.org |

mrbalkanba.no-ip.biz
mrbh.no-ip.org
mrbndool.no-ip.info
mrboshsultan901.no-ip.biz
mrboudy.zapto.org
mrbrooks.myftp.biz
mrcargb.no-ip.biz
mrcaspr12.no-ip.biz
mrcr3zy.no-ip.info
mrcrazyhair.no-ip.biz
mrdark51.noip.me
mrdieaa1986.no-ip.info
mrdirx27.zapto.org
mrdn.no-ip.biz
mrdos11.no-ip.info
mrdragoen2010.no-ip.biz
mrdrues.no-ip.biz
mrdz07.no-ip.org
mrelgendy.no-ip.biz
mremserv.no-ip.biz
mrepaiks.no-ip.org
mrerror.no-ip.biz
mrewo3323.zapto.org
mrexe4ever.zapto.org
mrezel07.no-ip.biz
mrfady.no-ip.biz
mrfl000d.no-ip.biz
mrgadgetzek.zapto.org
mrgarmahakceriraq.no-ip.org
mrgay.zapto.org
mrglad1.zapto.org
mrglad2.zapto.org
mrglg332211.no-ip.biz
mrgooovand.no-ip.biz
mrhack.no-ip.biz
mrhack1177.no-ip.biz
mrhacker1113.no-ip.biz
mrhacker196.zapto.org
mrhacker2014.no-ip.biz
mrhackers.no-ip.org
mrhaffa.3utilities.com
mrhaider.no-ip.info
mrhaxorman.no-ip.biz

mrhck.no-ip.biz
mrheckeroffline.no-ip.org
mrhh.no-ip.biz
mrhitman872.no-ip.biz
mrhotshot.no-ip.biz
mrimaaad.no-ip.biz
mrixoodz.no-ip.org
mrjedzy.no-ip.biz
mrjoint.no-ip.biz
mrjoj.no-ip.biz
mrjojmutairi.zapto.org
mrjoker.zapto.org
mrkatana94.no-ip.biz
mrking1.no-ip.biz
mrking11.no-ip.info
mrking1.no-ip.org
mrlarry111.zapto.org
mrlina.zapto.org
mrmafia230.no-ip.biz
mrmajd14.no-ip.biz
mrmanb.no-ip.biz
mrmoh.no-ip.biz
mrmoh22.no-ip.biz
mrmokafha.no-ip.biz
mrmr-777.no-ip.biz
mrmr89.no-ip.info
mrmrana.hopto.org
mrnaif.no-ip.biz
mrneale3.zapto.org
mrnewmoonhacked.zapto.org
mroj.no-ip.biz
mrpiko100.no-ip.biz
mrplustique.no-ip.org
mrpolikol.no-ip.biz
mrpunk.no-ip.biz
mrqman.no-ip.biz
mrrambo1999.no-ip.biz
mrrci.zapto.org
mrremond.zapto.org
mrsail.no-ip.org
mrsalafi13.zapto.org
mrseifon.no-ip.biz
mrsenior1233.no-ip.biz

mrserv.zapto.org
mrshmalyza7f.no-ip.org
mrsino.no-ip.biz
mrslak.no-ip.biz
mrsnickers03.no-ip.biz
mrsniperhack.no-ip.biz
mrsteal.noip.me
mrsteamer25.no-ip.biz
mrsynoxdevil.hopto.org
mrtahtoh.no-ip.biz
mrtarek.no-ip.biz
mrtilen.no-ip.biz
mrtmrt44.no-ip.biz
mrtmrt98.no-ip.biz
mrtzym.no-ip.biz
mru4.no-ip.org
mruchiha.no-ip.org
mrup80.no-ip.biz
mrviber.zapto.org
mrvip.no-ip.biz
mrviper1.no-ip.biz
mrw8xclan.no-ip.biz
mrwan.no-ip.biz
mrwendelll.no-ip.biz
mrxmido.no-ip.biz
mrxmthor.no-ip.biz
mrxtnt34.no-ip.biz
mrxtntattack.no-ip.biz
mrxza7fx.no-ip.biz
mrzengo.no-ip.biz
mrzook.no-ip.biz
mrzook.no-ip.org
mrzx.no-ip.biz
ms-20.no-ip.biz
ms-dos.serveftp.com
ms-fbi.no-ip.biz
ms-fbi.no-ip.org
ms13hack.no-ip.biz
ms5am.no-ip.biz
msamsa.no-ip.biz
msacczzimeda5454.no-ip.biz
msconfig.sytes.net
msdl1.no-ip.biz

msf-chaos.no-ip.biz
msfconsole.servebeer.com
msfer.no-ip.biz
msftpsrc.serveftp.com
msg2.zapto.org
msg290yaho.myvnc.com
msgbox.zapto.org
mshakees-sy.no-ip.biz
mshal.no-ip.biz
mshost.sytes.net
mshret-hack.no-ip.biz
mskx12345.no-ip.biz
msms.no-ip.biz
msn-web.zapto.org
msnmgr.no-ip.biz
msnss.no-ip.org
msoc.no-ip.info
msoffice.myvnc.com
msport.no-ip.org
mss123321.no-ip.org
mss2100.no-ip.biz
mst2223.no-ip.biz
mstafabasriow.no-ip.biz
mster-danger.no-ip.biz
mstfairaq.no-ip.biz
mstlj.no-ip.biz
mstok666.no-ip.biz
mstouni2014.no-ip.biz
mstshir.no-ip.biz
msupdater.no-ip.biz
msuroxy.zapto.org
msvhns.no-ip.biz
msvisualstudio.sytes.net
mswg.sytes.net
msystem23.sytes.net
mszelak.zapto.org
mt2-tr.zapto.org
mt2mt2.zapto.org
mtd.no-ip.biz
mtheel1.no-ip.biz
mtp.myftp.biz
muamal2010.no-ip.biz
muamal33.no-ip.biz

| | | | |
|---|---|---|---|
| muamar.no-ip.biz | muradh.no-ip.org | mustafa19999.no-ip.biz | mybbbaaa000123.no-ip.biz |
| muamarzz94.no-ip.org | murat5838.no-ip.biz | mustafa229.no-ip.biz | mybotsite.no-ip.org |
| muath5.no-ip.biz | muraterli21.no-ip.biz | mustafa977.no-ip.biz | mybusinessonline.no-ip.biz |
| muawayhacker.no-ip.biz | murationline.no-ip.biz | mustafa979289.no-ip.biz | mycomet123.zapto.org |
| muawayhackerteam.no-ip.org | muratixtreme.no-ip.org | mustafaabass.no-ip.biz | mycrazy.no-ip.info |
| muawaynet.no-ip.org | murka003.zapto.org | mustafaalomaery.no-ip.biz | mydejavu.no-ip.biz |
| muazmbm.no-ip.biz | murtada-hacker.no-ip.org | mustafabirat.no-ip.org | mydivel.no-ip.biz |
| mubarak.no-ip.biz | murtadageneral.no-ip.biz | mustafah2020.no-ip.biz | mydreamarab.no-ip.org |
| mucaracas.sytes.net | murtaja95.no-ip.biz | mustafahaitham22.no-ip.org | myegy.no-ip.biz |
| mudather.no-ip.biz | murtaza1996.no-ip.biz | mustafam77.no-ip.biz | myfirstone.no-ip.biz |
| mudge.no-ip.org | murtazaalkabi.no-ip.biz | mustafamax155.no-ip.biz | mygamelongname.zapto.org |
| muerto.sytes.net | mus11mus.no-ip.org | mustafamaxv.no-ip.biz | mygames.noip.me |
| mufdi14.no-ip.org | musa.no-ip.biz | mustafamohmad.no-ip.info | mygodmygod.myftp.biz |
| muftah-mansour.no-ip.biz | musa1988.no-ip.biz | mustapha00.no-ip.biz | mygodmygod12.myftp.biz |
| mugensrat.no-ip.biz | musamusa321321.no-ip.info | mustapha2223.no-ip.biz | myhacker.no-ip.org |
| mugetsubleach.no-ip.org | musharri-2.no-ip.info | mustaphabenisaf.no-ip.biz | myhackerip.no-ip.org |
| muhalf1212.no-ip.org | music2life.no-ip.org | mustaphabenisaf.no-ip.info | myhappy.myvnc.com |
| muhamadbilal12345.no-ip.biz | musicforyou.servemp3.com | mustaphachaf.no-ip.biz | myhost.no-ip.biz |
| muhamed1.no-ip.biz | musinravil.no-ip.biz | mustaphagff.no-ip.biz | myhost1233.no-ip.biz |
| muhammad-007.no-ip.org | muska.no-ip.org | mustaphaharachi.no-ip.biz | myhost94.no-ip.org |
| muhammad32.zapto.org | muslim.zapto.org | mustar-hacker.zapto.org | myhostchalerm.no-ip.biz |
| muhammadlaith18.no-ip.org | muslim002.no-ip.biz | mustar-nj.no-ip.org | myhostnjr.no-ip.org |
| muhammadtakya.no-ip.biz | muslim1.zapto.org | mustbeaginger15.no-ip.biz | myhostnnnnndsfsf.no-ip.biz |
| muhand123.no-ip.biz | muslim88.no-ip.biz | mustbgood155.no-ip.org | myim.no-ip.biz |
| muhannad1.no-ip.org | muslimbrains.no-ip.biz | mustdoit.no-ip.biz | myimages.servepics.com |
| muhemnsabahahmd.no-ip.biz | muslimformat.zapto.org | mustfa16.no-ip.biz | myin.no-ip.biz |
| muhmed2014.no-ip.biz | muslimoff.no-ip.biz | muthana5.no-ip.biz | myip350.no-ip.biz |
| mukallad.no-ip.biz | muslimpower.hopto.org | mutluson1994.zapto.org | myipdarck.no-ip.biz |
| mulenrug.zapto.org | muslimxx31.no-ip.biz | mutronico.no-ip.org | myipisdik.zapto.org |
| multamuie.zapto.org | muslimxx31.servebeer.com | muvek.no-ip.biz | mykeylogger482.no-ip.biz |
| multinet.servebeer.com | musslim.no-ip.biz | muzic-mania11.no-ip.org | mylifemyrulezz.no-ip.biz |
| multipool.no-ip.info | mussolini1995.no-ip.biz | mvb926.no-ip.biz | mylive2013.no-ip.org |
| mumm.zapto.org | must1313.no-ip.org | mw3yooj.no-ip.org | mylove.sytes.net |
| mumohammad.no-ip.org | musta-njrat.no-ip.org | mwihbi-mwihbi.no-ip.org | myloveallah.no-ip.biz |
| muneer1000.no-ip.biz | musta007.no-ip.org | mwirti.zapto.org | mylovej.zapto.org |
| munor.sytes.net | mustacamn.no-ip.biz | mwm8xx.zapto.org | mylovemees.no-ip.biz |
| muntadher12.no-ip.biz | mustafa-mrhacer.no-ip.biz | mwnssss.no-ip.biz | mylovemylove.no-ip.biz |
| muo1991.no-ip.biz | mustafa-ramahi.no-ip.biz | mwsk30.no-ip.org | mynameischirstgg.no-ip.biz |
| muostfa.no-ip.biz | mustafa0000.no-ip.biz | mxd280.no-ip.org | mynameischristgg.no-ip.biz |
| muphyofmubyz.no-ip.org | mustafa0147.no-ip.info | mxm.myftp.biz | mynameispoc.zapto.org |
| muqtel.zapto.org | mustafa111.no-ip.biz | my-host1.no-ip.biz | mynameisspes.no-ip.biz |
| mur57.no-ip.biz | mustafa113.zapto.org | my-pics.no-ip.biz | mynameliam.no-ip.org |
| murad94.no-ip.biz | mustafa192.zapto.org | my0host.no-ip.org | myncs.myvnc.com |

| | | | |
|---|---|---|---|
| mynet650.no-ip.biz | n00b.noip.me | nacer1111.zapto.org | najmeddine.no-ip.biz |
| mynet712.no-ip.biz | n00bdc.no-ip.org | nacer1999.zapto.org | najoaa.no-ip.biz |
| mynetwork1242.no-ip.info | n055v.zapto.org | nacer3200.zapto.org | najranihacker123.no-ip.biz |
| mypc10.myftp.org | n0it.no-ip.org | nachrichtanluna.no-ip.biz | najrate.zapto.org |
| mypics1122.servepics.com | n0rtons.no-ip.org | nada9.no-ip.biz | nala17.no-ip.biz |
| myplasma.no-ip.biz | n0v4ctus.no-ip.org | nadal1984.zapto.org | nalidisk13.no-ip.biz |
| myrasp.no-ip.info | n0whackedd.no-ip.org | nadam50.no-ip.org | namesvrtwo.serveftp.com |
| myrats2.no-ip.biz | n1.no-ip.biz | nadanada.zapto.org | namiteheckerdz.no-ip.biz |
| myrattest.no-ip.biz | n1996.no-ip.biz | nadarenia123.no-ip.org | namoo123.zapto.org |
| myro1.no-ip.biz | n1chols.no-ip.info | nadatota.no-ip.biz | namrod.no-ip.biz |
| myseko.servegame.com | n1h8as0ff11.no-ip.biz | nader12355.no-ip.biz | nana2nana.no-ip.biz |
| myserver95.zapto.org | n1server.no-ip.info | naderbennour.zapto.org | nana76.zapto.org |
| myshades.no-ip.org | n1tr0-73.no-ip.org | naderfe.zapto.org | nana83.no-ip.biz |
| mysterio.no-ip.biz | n1ttsha.no-ip.biz | nadie1.no-ip.org | nana88.zapto.org |
| mysterious-ip.no-ip.biz | n1ttsha.zapto.org | nadim1996.myftp.biz | nanamm3.no-ip.biz |
| mysticwolf.no-ip.org | n23k56.3utilities.com | nadir599.no-ip.biz | nananiji.zapto.org |
| mystik12.no-ip.biz | n3n3.no-ip.biz | nadirm33.no-ip.org | nandojuve.no-ip.biz |
| mystirious.zapto.org | n3n3wbs1.no-ip.biz | nadjib19.no-ip.biz | nani-09.no-ip.biz |
| mystream.myftp.org | n3v3rm1nd.no-ip.biz | nadjiboo.no-ip.biz | nani-king.zapto.org |
| mysystem.myvnc.com | n5.zapto.org | nadob.no-ip.biz | nani16.no-ip.biz |
| mytezs.myftp.biz | n55z.no-ip.biz | nadom.no-ip.biz | nani4414.no-ip.biz |
| myts.no-ip.biz | n8.no-ip.biz | nadou12.no-ip.biz | nanno.no-ip.biz |
| myusers.zapto.org | n9n-hacking.no-ip.biz | nadved.zapto.org | nano-techno.no-ip.biz |
| myvictims.no-ip.org | na002.no-ip.org | naee.no-ip.biz | nano.no-ip.biz |
| mywire.zapto.org | na33waaf.no-ip.biz | naeem03.no-ip.biz | nano00.no-ip.biz |
| myxr.no-ip.info | na3m.no-ip.info | nael2013.no-ip.info | nano26hack.no-ip.org |
| mz-mmm.no-ip.biz | naaaayaaaak2005.no-ip.info | naelaltai.no-ip.biz | nano96.no-ip.org |
| mzabhack.no-ip.biz | naaimikaka.no-ip.biz | naganigi.no-ip.org | nanoc0re.no-ip.biz |
| mzabhackers.no-ip.biz | naar.no-ip.biz | nagato.no-ip.biz | nanocore1337.no-ip.info |
| mzabihacker.noip.me | nab2013.zapto.org | nagato1998.zapto.org | nanocore69.no-ip.org |
| mzagy111.no-ip.biz | nabard.no-ip.org | naghshbandi.no-ip.org | nanoinfected.no-ip.biz |
| mzajy111.no-ip.biz | nabeel.no-ip.org | nagm.no-ip.org | nanosmama.no-ip.biz |
| mzak9068.noip.me | nabil66.no-ip.biz | naif.no-ip.info | nanour51.no-ip.org |
| mzasd4000.zapto.org | nabila-nabulla.no-ip.biz | naifashme12.no-ip.biz | naplespy.no-ip.org |
| mzhacker.no-ip.biz | nabilbar.no-ip.biz | nailfacebookmypage.no-ip.biz | napouli.zapto.org |
| mzhhacking2new.zapto.org | nabile444.no-ip.org | naj11.no-ip.biz | napsth.zapto.org |
| mzilli.no-ip.biz | nabilgaci7.no-ip.org | najat2014.no-ip.biz | nar.sytes.net |
| mzn-hacker.no-ip.biz | nabilhacker7.no-ip.org | najeeb.no-ip.org | nar2000.no-ip.biz |
| mznhotmail.no-ip.biz | nabilnassim.zapto.org | najisyr.no-ip.biz | naranitlohasee.no-ip.biz |
| mzo.hopto.org | nabilou.no-ip.biz | najjla.no-ip.biz | nargila.no-ip.biz |
| n-5.no-ip.org | nac.no-ip.biz | najla.no-ip.biz | narimen90.no-ip.info |
| n-5o.no-ip.biz | nacer-8787.zapto.org | najm3d.no-ip.info | narkyla.zapto.org |
| n-d.no-ip.biz | nacer.no-ip.biz | najm4d.zapto.org | narkyla18.no-ip.biz |

83

| | | | |
|---|---|---|---|
| naroto115.no-ip.org | nawras007.no-ip.biz | nekoo.no-ip.biz | netfusion.servehttp.com |
| narrhkck.no-ip.biz | nawras19.no-ip.biz | nelchtany.no-ip.org | netglobe12.no-ip.biz |
| nartfam.no-ip.biz | nawras2013.no-ip.info | nellysite1.no-ip.biz | netgod.serveftp.com |
| nas077.no-ip.biz | nawrasc.no-ip.biz | nemere.no-ip.biz | nethackmaster.no-ip.org |
| nascentsun.sytes.net | naza.no-ip.biz | nemlacom.no-ip.biz | nethomelink.3utilities.com |
| naseem1234.no-ip.biz | naza1.no-ip.biz | nemosky77.no-ip.biz | netlux.no-ip.biz |
| naseem143.no-ip.biz | nazar2277.no-ip.org | nenahhh.no-ip.biz | netole02.no-ip.org |
| naseemsyriaa.no-ip.org | nazeeh99.no-ip.biz | nene24.no-ip.biz | netotor.no-ip.biz |
| naseer.no-ip.biz | nazeem-syria.no-ip.org | nenepygka.no-ip.org | netowner.no-ip.info |
| nash2t.no-ip.biz | nazih.no-ip.org | neno8000.no-ip.biz | netskyes.zapto.org |
| nasir82.no-ip.biz | nba87.no-ip.biz | neo945.no-ip.org | netstatnb.no-ip.biz |
| nasira.zapto.org | nbvnbv.no-ip.org | neobux.no-ip.info | netwire.noip.me |
| nasirymed99.no-ip.org | nbvnbv1.no-ip.biz | neohackerminecraft.no-ip.biz | networksecurityx.hopto.org |
| naskola.no-ip.biz | ncdark.no-ip.biz | neoimp12.sytes.net | neurontin.no-ip.org |
| nasmahku.no-ip.biz | nchallah.zapto.org | neomen23.no-ip.biz | never223.no-ip.biz |
| nasozhack.zapto.org | ncort.no-ip.info | neonline.zapto.org | nevermor.no-ip.biz |
| nasr23200.no-ip.org | ncortcss1337.zapto.org | neoo.no-ip.biz | nevo.no-ip.biz |
| nasr2320000.no-ip.org | ndkssd.sytes.net | neoscofield.no-ip.biz | new-boys.no-ip.org |
| nasro-1997.no-ip.biz | ndm-99.no-ip.info | neotbh.no-ip.org | new-hacker.no-ip.org |
| nasro.sytes.net | ndm99.no-ip.info | neotrace.zapto.org | new.no-ip.org |
| nasroprohacker.no-ip.biz | ndmalm.no-ip.org | neppurtv.no-ip.org | new000000.no-ip.biz |
| nasrostyle2.zapto.org | ndmq88.no-ip.org | nerdypanda.zapto.org | newaccountts.no-ip.biz |
| nasrovillaabdou.noip.me | ne.no-ip.biz | nero-kime.zapto.org | newbalance.sytes.net |
| nasser5.no-ip.biz | neal22.zapto.org | nerodaa.no-ip.biz | newbiess.no-ip.biz |
| nassima90.no-ip.biz | neamo250.no-ip.info | nerofarees.no-ip.biz | newbooter.no-ip.biz |
| nassimca.zapto.org | neap.no-ip.info | nerokime1.zapto.org | newcamd2013.no-ip.biz |
| nassira.zapto.org | nebulaa.no-ip.biz | neruel.no-ip.biz | newddoser.no-ip.info |
| nastoley.sytes.net | nechir.no-ip.biz | nerujeo.no-ip.org | newdnsserver.no-ip.info |
| nastyshaman.no-ip.biz | necrohack.no-ip.org | nervpl.no-ip.org | newesthost.no-ip.org |
| natalia200824.zapto.org | necrosos96.no-ip.biz | neslassk.no-ip.org | newfiles.sytes.net |
| nate1972.no-ip.biz | nede.myftp.biz | nesrin-melki.no-ip.biz | newfr.no-ip.org |
| natemods.no-ip.org | neder35.no-ip.biz | nesrinhack.no-ip.biz | newgame.no-ip.info |
| nathsnowy.no-ip.biz | nedo-hack07.no-ip.biz | net-1234.zapto.org | newhack.no-ip.org |
| natilexx.no-ip.biz | nedsalvadors.zapto.org | net-owner.no-ip.info | newhacker21.zapto.org |
| nature19.no-ip.org | needhelp.serveftp.com | net-pc.sytes.net | newhackhost.zapto.org |
| natzikharcore.no-ip.org | neeew10.no-ip.info | net.sytes.net | newhackiraq.no-ip.biz |
| naughty-boy.no-ip.org | neegur.zapto.org | net0.noip.me | newhaider.no-ip.biz |
| naughty-boy54.no-ip.biz | neelpatel664.no-ip.org | net2.sytes.net | newhost99.no-ip.biz |
| naversts.zapto.org | neeom.hopto.org | net69.no-ip.org | newhosts.no-ip.org |
| navigateur.no-ip.org | neexhacking.no-ip.org | netaden.no-ip.org | newhosts.servehttp.com |
| nawaf4hack.no-ip.biz | negabyte.no-ip.org | netbinbyarm.noip.me | newleads.no-ip.biz |
| nawafzx.no-ip.org | nego123.no-ip.org | netbugs.no-ip.biz | newlove.no-ip.biz |
| nawar10tooma.no-ip.biz | nejehshili.zapto.org | netera.no-ip.org | newmorgan.no-ip.org |

| | | | |
|---|---|---|---|
| newnj.zapto.org | nhmt299.no-ip.org | night2416.no-ip.org | nino10.no-ip.biz |
| newnoiphost.no-ip.org | ni-ghost0123.no-ip.info | nightfury2014.no-ip.biz | nino88.no-ip.org |
| newnonono.no-ip.biz | niana.sytes.net | nightline800.bounceme.net | ninou67.zapto.org |
| newops.no-ip.info | nice111.no-ip.biz | nightmaaare.no-ip.org | nintendo.no-ip.org |
| newrats.no-ip.biz | nicealger16.zapto.org | nightmare-2014.no-ip.info | ninzerobecali.zapto.org |
| news.serveftp.com | niceboy.no-ip.biz | nigntubehacke.no-ip.org | nio.no-ip.biz |
| news2013.zapto.org | nicedayvip.no-ip.org | niisbel.no-ip.biz | nio.zapto.org |
| newsattacker.zapto.org | nicejob.no-ip.org | niissa.no-ip.biz | nios1515.no-ip.org |
| newsecurity.no-ip.info | nicemanadam.no-ip.biz | niitro6768.no-ip.org | nip-ip.no-ip.biz |
| newserver123.no-ip.org | niceone-91.no-ip.biz | nijrat007.no-ip.biz | nippleopalis.no-ip.biz |
| newsssuk.no-ip.org | nicholsonbot.no-ip.info | nik0nn1337.no-ip.biz | nipplepatty.zapto.org |
| newstart.no-ip.info | nichrich.no-ip.org | nik0tin.no-ip.biz | nirozshamledz.no-ip.biz |
| newstreamings.zapto.org | nickcantcatch.zapto.org | nik64.zapto.org | nirvqnn.no-ip.biz |
| newsx.myvnc.com | nickhairline.no-ip.org | nikal3rab1233.zapto.org | nisay.no-ip.org |
| newtest001.no-ip.biz | nicklikescum.zapto.org | nikazabour.no-ip.biz | nised.sytes.net |
| newtry.no-ip.org | nickobug.no-ip.org | nikkidude.no-ip.biz | nisou16.no-ip.org |
| newvirushack.zapto.org | nico153a.no-ip.biz | nikkozig.no-ip.biz | nissan69.no-ip.org |
| newwarilyes.no-ip.info | nicokiller.no-ip.org | nikmok.myftp.biz | nissou.no-ip.biz |
| newwithdc.zapto.org | nicokiller8z.no-ip.org | nikolai887.no-ip.info | nixa.no-ip.biz |
| newwmann.no-ip.biz | nicola-55.no-ip.org | nikonandmeis.no-ip.biz | nixahd.no-ip.biz |
| newwork4rme.no-ip.biz | nicola-555.no-ip.biz | nikotesudo.no-ip.org | niyaaaaaaaak2008.no-ip.org |
| nexh1.no-ip.org | nicola8z.no-ip.biz | niks123.no-ip.biz | niyaz.no-ip.biz |
| nexio.no-ip.biz | nicolascoelho.no-ip.org | nikymak.zapto.org | niyou12.no-ip.org |
| nextel02.no-ip.biz | nicolaspikudo.no-ip.org | nikzebi.zapto.org | nizarfiras.zapto.org |
| nextf.zapto.org | nicolaspkz.no-ip.org | nilsim.no-ip.org | nizarpro.no-ip.org |
| nexti095.hopto.org | nicoletitou.no-ip.biz | nimrach.no-ip.biz | nizo.zapto.org |
| nextpage.no-ip.org | nicow.no-ip.org | nin09.zapto.org | nj-hacker.no-ip.biz |
| nextrp.sytes.net | nidd.zapto.org | nina1963.zapto.org | nj-rat.no-ip.biz |
| nextsami.no-ip.biz | nidhal.zapto.org | nina55.no-ip.org | nj-rat1.no-ip.org |
| nexustrojan.no-ip.org | nidhal98.no-ip.biz | ninakarina.no-ip.biz | nj-rat998hacked.no-ip.biz |
| neyaz.no-ip.biz | nidhalist.no-ip.biz | ninfa.no-ip.org | nj-rat999hacked.no-ip.biz |
| nezar.no-ip.org | nidhalisto.no-ip.biz | ninfa1.no-ip.org | nj.myftp.org |
| nezarx.no-ip.biz | nidhalzorgui.no-ip.org | ninja.no-ip.info | nj001.zapto.org |
| nezus.no-ip.org | nidzgorat1234.no-ip.biz | ninja123456.no-ip.org | nj005.zapto.org |
| nezzar-rab93.no-ip.biz | niekakfiheijlpnki.no-ip.org | ninja199825.no-ip.info | nj1.no-ip.biz |
| nff0.no-ip.biz | niffah.noip.me | ninja2014.no-ip.biz | nj11.no-ip.biz |
| nff0.zapto.org | nifilheim.no-ip.org | ninja220.no-ip.biz | nj4promax.no-ip.biz |
| nfs.zapto.org | nigga123.noip.me | ninjabr153.zapto.org | nj5hack.no-ip.org |
| nfsfud.zapto.org | niggaemre.servegame.com | ninjadex.no-ip.org | nj7-mikey.no-ip.org |
| ngaous0010.no-ip.biz | niggalover.no-ip.org | ninjafish14.noip.me | nj7.no-ip.biz |
| nh5.no-ip.biz | niggua.no-ip.biz | ninjaguy890.no-ip.biz | njalaa.no-ip.biz |
| nhe1976.no-ip.biz | night-shooter.no-ip.biz | ninjatsu.zapto.org | njanasox.no-ip.biz |
| nhjkk.no-ip.biz | night111.no-ip.biz | nino-x.no-ip.biz | njbob.no-ip.biz |

| | | | |
|---|---|---|---|
| njdzhack.no-ip.org | njrat1615.no-ip.biz | njratozil1.zapto.org | no-ixisst.no-ip.biz |
| njeead.no-ip.biz | njrat1990.no-ip.info | njratprof.no-ip.biz | no-keylogger35.no-ip.org |
| njh.zapto.org | njrat1994a.no-ip.biz | njratprop.no-ip.biz | no-love.no-ip.biz |
| njhacker486.no-ip.biz | njrat1997.no-ip.org | njratrun.no-ip.biz | no-no.no-ip.biz |
| njhck.no-ip.org | njrat2.no-ip.biz | njrats07.no-ip.biz | no-pain.no-ip.biz |
| njhostaddbots.no-ip.org | njrat2009.zapto.org | njrats2.zapto.org | no-r7mh.no-ip.biz |
| nji7.no-ip.biz | njrat2012.no-ip.biz | njratserver.no-ip.org | no-thank.no-ip.biz |
| njirat.no-ip.biz | njrat2013ammar.no-ip.biz | njrattesting.no-ip.biz | no12no1.no-ip.biz |
| njirat17hack.no-ip.biz | njrat250492.no-ip.org | njrattoxic.no-ip.biz | no12no21.no-ip.biz |
| njjrat.no-ip.biz | njrat2510.no-ip.biz | njratxilyes.no-ip.biz | no43.no-ip.biz |
| njlol.no-ip.org | njrat3.no-ip.biz | njratxxx.zapto.org | no7.no-ip.info |
| njmax.no-ip.biz | njrat4u.no-ip.org | njratxxx2.no-ip.biz | no9881.no-ip.biz |
| njmid-40.no-ip.biz | njrat512.no-ip.biz | njratxxxnjrat.3utilities.com | no99.zapto.org |
| njoussama.no-ip.biz | njrat52.no-ip.biz | njratynjrat.no-ip.biz | noahthegod.no-ip.biz |
| njq8.no-ip.biz | njrat6-4.no-ip.biz | njratyousif.hopto.org | noaipa.no-ip.biz |
| njr.no-ip.biz | njrat66.no-ip.biz | njratz.zapto.org | noblacks1.zapto.org |
| njr1979.no-ip.biz | njrat68.no-ip.biz | njrt1212.no-ip.biz | noblehaxxx.no-ip.biz |
| njr1979.no-ip.org | njrat72014.no-ip.biz | njsoka.no-ip.biz | nobody.no-ip.info |
| njra007.no-ip.biz | njrat7d.zapto.org | njvip54.no-ip.biz | nocracking2.no-ip.biz |
| njraahmed.no-ip.biz | njrat888.no-ip.biz | nka.no-ip.biz | noctiiis.no-ip.biz |
| njraat.no-ip.org | njrat999.no-ip.org | nka.no-ip.info | nod32spain.serveftp.com |
| njrat-1177.no-ip.org | njratalaraqi.no-ip.org | nktl.no-ip.biz | nodamehrem.zapto.org |
| njrat-aliraq.no-ip.biz | njratazizsdiri.no-ip.biz | nktlali.no-ip.biz | nody4ever.no-ip.info |
| njrat-dalals.myftp.biz | njratbess.zapto.org | nlgamershd.no-ip.org | nody5ever.no-ip.biz |
| njrat-dz.no-ip.biz | njratdzbba.no-ip.org | nmbl.no-ip.biz | nofear-hack.no-ip.biz |
| njrat-hack.no-ip.org | njrate25.no-ip.biz | nmch32.no-ip.biz | noha757.no-ip.biz |
| njrat-hack.zapto.org | njratelk.no-ip.biz | nmosole.zapto.org | nohaker.no-ip.biz |
| njrat-hack1.zapto.org | njrater.zapto.org | nn.no-ip.info | noidy123.no-ip.org |
| njrat-hacker.no-ip.info | njratfahad.no-ip.biz | nnegoblack.no-ip.org | noip001.zapto.org |
| njrat-pidrou.no-ip.biz | njratfahd.no-ip.org | nniip.no-ip.biz | noip015.no-ip.biz |
| njrat-sml99.no-ip.biz | njratfree.no-ip.org | nnil123.zapto.org | noip9999noip.no-ip.biz |
| njrat-soran.no-ip.biz | njratfuckhack.no-ip.biz | nnm4.no-ip.biz | noipacount.no-ip.org |
| njrat.serveftp.com | njrathack17.no-ip.biz | nnn2014.no-ip.org | noipforyoutosee.no-ip.biz |
| njrat.servegame.com | njrathack3.no-ip.biz | nnnbt5543.servepics.com | noiphere.no-ip.org |
| njrat0000port.no-ip.biz | njrathackerman.no-ip.biz | nnnn.servftp.com | noiphost2711.zapto.org |
| njrat000port.no-ip.biz | njrathakcer.no-ip.biz | nnoor121.no-ip.biz | noiphostsecurity.zapto.org |
| njrat07.no-ip.org | njrathamaezel.no-ip.biz | nnsas.no-ip.biz | noiporg.zapto.org |
| njrat1177med.zapto.org | njrathost.no-ip.biz | nnzxnxgdw.no-ip.biz | noipvandre.no-ip.biz |
| njrat12.no-ip.biz | njratjn.no-ip.biz | no-ip101.no-ip.biz | noipwalido.no-ip.org |
| njrat123.zapto.org | njratku.no-ip.biz | no-ip2001.no-ip.biz | noipworms.no-ip.org |
| njrat1231.no-ip.info | njratmustfa.no-ip.biz | no-ip2014.no-ip.biz | noke123.zapto.org |
| njrat12345.no-ip.biz | njratnj.no-ip.biz | no-ipam.no-ip.info | noke1234.zapto.org |
| njrat14432.no-ip.biz | njrato.no-ip.biz | no-ipupdate.no-ip.biz | nokia-1280.no-ip.biz |

| | | | |
|---|---|---|---|
| nokia123.no-ip.org | nontapat456.no-ip.biz | noshoes.zapto.org | nowarsytia.no-ip.org |
| nokia1234.no-ip.org | nonuyouyms.no-ip.biz | nosor.no-ip.biz | nowyouseeme.no-ip.org |
| nokia12345.no-ip.org | nonysa.no-ip.biz | nossfly2.no-ip.info | nox1.no-ip.biz |
| nokia1234567.no-ip.org | noob1234.no-ip.biz | nostra23770.servehttp.com | nox12.no-ip.org |
| nokiaphone963.no-ip.biz | noob22.no-ip.biz | nostradamusbr.no-ip.org | np21tda.no-ip.org |
| noknowdz.zapto.org | noobstrollratted.no-ip.biz | notaprod.no-ip.biz | npal.hopto.org |
| nole.zapto.org | noonebutyou.no-ip.org | notasinglepenny.no-ip.org | npip.zapto.org |
| nolov3.no-ip.biz | noonetoknow.no-ip.info | notegraw.zapto.org | nrdx.no-ip.info |
| noloveinmylive.no-ip.biz | nooooot.no-ip.biz | nothingmore.zapto.org | nrm.no-ip.org |
| nomacor.zapto.org | noooot.no-ip.biz | nothingtoomuch.no-ip.org | nrmskate.no-ip.info |
| noman1337.no-ip.biz | noor-ameer29.no-ip.biz | notime4love.no-ip.org | ns.redirectme.net |
| nomemires.no-ip.org | noor-kharrat.no-ip.org | notiweb.no-ip.org | ns042.zapto.org |
| nomhzlh.redirectme.net | noor123456.no-ip.biz | notjoking.no-ip.info | ns1server.zapto.org |
| nomix.servebeer.com | noor198892.no-ip.biz | notorius1337.no-ip.org | nsbwampires.no-ip.biz |
| nomorelove.servehttp.com | noor357.no-ip.biz | nou-nou.zapto.org | nsghosam.no-ip.biz |
| nomskirat.no-ip.biz | noor91.no-ip.info | nou24.no-ip.org | nshoor.zapto.org |
| nomulous.no-ip.biz | noora.myvnc.com | nouhparo.no-ip.biz | nsoo.no-ip.org |
| nomyno11.no-ip.biz | noorasmar99.no-ip.biz | nouna1985.no-ip.org | nsrendeanh.no-ip.biz |
| non.noip.me | noordinkkk.no-ip.biz | nounimaro123.no-ip.biz | nswagzed.no-ip.biz |
| non113.no-ip.biz | noorhacker.no-ip.org | nounou-17.no-ip.biz | ntlive07.no-ip.org |
| nona274.no-ip.biz | noorhacker.zapto.org | nounou.myftp.biz | ntmdu25.no-ip.biz |
| nonama.no-ip.biz | noormhmd.no-ip.biz | nounou.no-ip.org | ntnd.no-ip.org |
| noname.servegame.com | noorsen.servebeer.com | nounou01.no-ip.biz | ntyart.no-ip.biz |
| noname0990.no-ip.org | noorsen333.no-ip.biz | nounouslima.no-ip.org | nubes.no-ip.org |
| noname1231.no-ip.org | noos.no-ip.biz | nour101.no-ip.biz | nuevosoft.no-ip.biz |
| noname589.no-ip.biz | nooutza.no-ip.biz | nour1973.zapto.org | nukeleus.no-ip.org |
| nonamehacker.no-ip.biz | nope7412.zapto.org | nourdin-cracke.no-ip.org | nullsec.no-ip.biz |
| nonamenoname.no-ip.biz | noppo123.no-ip.org | noureddine17.no-ip.biz | numan2k.no-ip.biz |
| none99.no-ip.biz | noraaa.no-ip.biz | nouredine121212.no-ip.biz | numbery.no-ip.org |
| nonewfriends.no-ip.biz | norali1997.no-ip.biz | nouri0724.no-ip.org | nurbo.no-ip.biz |
| nonfunzionauncazzo.no-ip.org | noriaz-hack.no-ip.biz | nouridine01.no-ip.biz | nursing.no-ip.biz |
| noniswagg.no-ip.biz | norihack.no-ip.biz | nourj2002.no-ip.info | nuser123.no-ip.biz |
| nono-1255.no-ip.org | norizeri.zapto.org | nourman.no-ip.biz | nutzaa.no-ip.info |
| nono-hak.no-ip.org | normihaxx.no-ip.biz | nourpalsyrian.no-ip.biz | nvidiageforce.no-ip.biz |
| nono12.zapto.org | norstar.no-ip.biz | noursy666.no-ip.biz | nvm.hopto.org |
| nono19.no-ip.biz | northen.no-ip.biz | noutella.no-ip.biz | nvpn2.myvnc.com |
| nono2020.no-ip.biz | nortn.zapto.org | nouveau66.zapto.org | nw-231.no-ip.org |
| nono23.zapto.org | nortox.no-ip.org | nouveaublack11.zapto.org | nw2.no-ip.biz |
| nonostar.no-ip.org | nortoxhacked.no-ip.org | novagroupe.no-ip.org | nw3.no-ip.biz |
| nonoyoyoa159753.no-ip.biz | nos123mat.no-ip.biz | noveldata.zapto.org | nwachi.no-ip.biz |
| nonozero.no-ip.biz | nosa30.no-ip.biz | novidadetop02.serveblog.net | nwakanwannewi.no-ip.biz |
| nonsky.myvnc.com | nosd.no-ip.org | noviros99.no-ip.org | nwal.zapto.org |
| | noshitnig.no-ip.org | now-111.no-ip.biz | nwoccs.zapto.org |

nwrasabo.no-ip.biz

nwurulez.no-ip.biz

nxto.zapto.org

ny4466ny.myftp.biz

nyffernipt.no-ip.org

nymphdc.no-ip.info

nyshit123.no-ip.biz

nzedike1.no-ip.biz

nzekanze.no-ip.biz

nzfhacker121.no-ip.biz

nzmz.no-ip.info

nznz.no-ip.biz

nzzzzf.no-ip.biz

o-p.no-ip.info

o0.no-ip.info

o0e.no-ip.info

o58.no-ip.biz

o64.no-ip.biz

oaaao.no-ip.biz

oajava.bounceme.net

oaoa.zapto.org

oaoaoa.no-ip.biz

oaoaoaoa.no-ip.biz

oathkeeper12345.no-ip.biz

obaaad1234.no-ip.biz

obadahamad.no-ip.org

obadaoyonaboodhack.no-ip.biz

obaida-hack.zapto.org

obalit.myftp.org

obamawho.zapto.org

obeeda123.zapto.org

obeeda1hac.zapto.org

obeidialaa.no-ip.biz

oberhausen.no-ip.biz

obeysec.no-ip.org

obiloga.noip.me

oblock55.no-ip.org

obsidian.no-ip.biz

ocarinars.no-ip.biz

ocb.no-ip.org

occam.bounceme.net

occhucksrat.no-ip.biz

occupe.no-ip.biz

octopus01.no-ip.org

ocuhackarda.no-ip.biz

odayas121.no-ip.biz

odaywh.no-ip.biz

oddiso.no-ip.org

odiyodi123.zapto.org

odogwuokolo.no-ip.org

ody.no-ip.biz

odyshit.no-ip.biz

oezeokobe1.no-ip.biz

ofcorp.no-ip.org

ofcpost.no-ip.biz

office-microsoft.sytes.net

officialzyprex.zapto.org

offloingt10.serveftp.com

offorigin.no-ip.biz

offtime.no-ip.biz

oficialth.no-ip.org

ogaguyrat.no-ip.biz

ogarat.no-ip.org

ogavirus303.noip.me

ogboza.no-ip.biz

ogbunike.no-ip.biz

ogemo.no-ip.org

ogidi1.no-ip.org

ogparm.no-ip.org

ohadrat.no-ip.biz

ohmarst.noip.me

ohneoo.no-ip.org

ohrobi.no-ip.biz

oimpostor.no-ip.org

oito.no-ip.biz

ojaoja.zapto.org

ojch.zapto.org

ojospy.no-ip.biz

ok2rat.no-ip.org

okabe.no-ip.biz

okba123.zapto.org

okbaxx12.zapto.org

oki-25.no-ip.org

oki25.no-ip.org

okillem.no-ip.org

oklaiti.no-ip.info

oklove9.no-ip.org

okmanfire2015.no-ip.org

okohrbl.no-ip.biz

oks1998test.no-ip.biz

oktaydeneme123.no-ip.org

okyanus38.zapto.org

ola123.no-ip.biz

olafbdinkl123.no-ip.biz

olamba555.no-ip.org

olameninos.no-ip.biz

olatunji12.zapto.org

oldsche.bounceme.net

olegcojo.no-ip.org

olele.myftp.biz

oleleriot.zapto.org

oli2014.no-ip.biz

olidata.zapto.org

olilihack.no-ip.biz

olivetarcher.no-ip.biz

oloyaa.no-ip.biz

oloye1.no-ip.biz

olsmartph.no-ip.info

oluwalogbon1.zapto.org

oluwamaxwell.no-ip.biz

omani77.no-ip.biz

omar-31.no-ip.org

omar-a2012.no-ip.biz

omar-kaci14.no-ip.biz

omar-moh.zapto.org

omar-nj.zapto.org

omar1234567890.no-ip.org

omar1979.no-ip.biz

omar1syria.no-ip.org

omar9889-a.no-ip.org

omara-admin.no-ip.org

omaralaa.zapto.org

omaramine.no-ip.biz

omarbachar.sytes.net

omardzd.zapto.org

omardzdz.zapto.org

omargame2000.no-ip.biz

omarhack.no-ip.org

omarhackhack.zapto.org

omarharroum.no-ip.org

omaritto99.no-ip.biz

omarjij.no-ip.info

omarjoker.no-ip.biz

omarkhadrawy.zapto.org

omarkofa7i.no-ip.biz

omarksida111.zapto.org

omarmhamad.no-ip.biz

omarol12.no-ip.info

omaromar.no-ip.biz

omarovida.no-ip.biz

omarss85.no-ip.biz

omartazi.no-ip.biz

omarv1.no-ip.biz

omarzzz1.no-ip.biz

omb1.no-ip.biz

ombre.no-ip.biz

omdgdgdfg.no-ip.biz

omega-blood.no-ip.biz

omegahacker1996.no-ip.biz

omegazell.no-ip.org

omerahmed.no-ip.biz

omerfekrem.no-ip.biz

omerhackerr.no-ip.org

omerkhh.no-ip.biz

omerzoen1234.no-ip.info

omgame123.no-ip.biz

omgfuckme.no-ip.org

omgomgomg.zapto.org

omis.no-ip.biz

omwtofuck.no-ip.biz

on-12345.no-ip.biz

onderhat45.no-ip.biz

one-love.no-ip.biz

onedayloveyou.noip.me

oneforman.no-ip.org

onemail.no-ip.biz

onemanshow.no-ip.info

oneprouddad.no-ip.biz

onerioz.no-ip.info

onetwothree.zapto.org

ongjunhong18.no-ip.biz

88

| | | | |
|---|---|---|---|
| onion52.no-ip.biz | opop.no-ip.info | osamh-2013.no-ip.biz | ouhiba.zapto.org |
| online359.no-ip.biz | opor1234.no-ip.biz | osasrat.no-ip.biz | ouia.no-ip.biz |
| onlineip.no-ip.org | ops.no-ip.info | oscaaaaar.no-ip.biz | oujda2013.no-ip.biz |
| onlinemurati.no-ip.org | ops.servegame.com | oscar-bif.zapto.org | oujda2013.no-ip.org |
| onlyheroman.no-ip.biz | opset.no-ip.biz | oscaramine10.no-ip.org | ourworldgems.no-ip.biz |
| onlyrat2.zapto.org | opsteal.no-ip.info | ositawilly.no-ip.biz | ouss-m4n.no-ip.info |
| onon.no-ip.biz | optimusx.zapto.org | oskamp.no-ip.biz | oussama-3atay.no-ip.biz |
| onski123.no-ip.biz | opybiddo.zapto.org | osmanalassa.no-ip.biz | oussama-exinisien.no-ip.biz |
| ontveg.no-ip.biz | oracle.redirectme.net | osmanli.zapto.org | oussama-host.no-ip.org |
| onyeeze.no-ip.org | oraclevm.sytes.net | osmboutey.no-ip.biz | oussama0777509007.no-ip.biz |
| onyeoma60.no-ip.biz | oran.no-ip.biz | osn89.no-ip.info | oussama1.no-ip.biz |
| oo11oo.no-ip.biz | orand.no-ip.org | osoohacker3232.no-ip.org | oussama1.zapto.org |
| oo7bond.no-ip.biz | orange1180.no-ip.org | ospr.no-ip.biz | oussama123.no-ip.org |
| oobbss2.zapto.org | orangepuss.no-ip.biz | osrscache.no-ip.biz | oussama1991123456.no-ip.biz |
| oogii33.no-ip.org | orangeroom.no-ip.org | osscape.no-ip.biz | oussama2014.no-ip.biz |
| oogii9294.no-ip.org | orangesman100.no-ip.biz | osseant.zapto.org | oussama25.no-ip.biz |
| ooloveoo33.no-ip.biz | orbitaljl.no-ip.info | osseeant-16.no-ip.biz | oussama67.no-ip.biz |
| oomararrabi.no-ip.biz | oriatisialos.redirectme.net | ossybrazil.no-ip.biz | oussama93.no-ip.biz |
| oommaaww.no-ip.biz | originalskaterr.no-ip.biz | ostora0077.no-ip.biz | oussamaa124.zapto.org |
| ooo3rd.noip.me | origins.zapto.org | otakusss.no-ip.biz | oussamabarca.no-ip.biz |
| oooboooobooo.zapto.org | orion-x1.no-ip.biz | otb511.no-ip.info | oussamaboutora.no-ip.biz |
| oooofff1.no-ip.biz | orkinos.no-ip.biz | othman-alwardi.no-ip.biz | oussamadevilhacker.no-ip.biz |
| oooooddddffg.no-ip.biz | orko.zapto.org | othmanbugi.no-ip.biz | oussamaguer.no-ip.biz |
| oooooo.no-ip.info | orlandonetworks.serveblog.net | othmane123.no-ip.org | oussamahacker96.no-ip.biz |
| ooopsloy.no-ip.org | orobinho.no-ip.org | othmane22.no-ip.org | oussamalinux.no-ip.biz |
| oooq17.myftp.biz | orochi.no-ip.org | othmanesami9922.zapto.org | oussamamater.no-ip.biz |
| oopsxtn215.no-ip.biz | orochi.sytes.net | othmankmk.zapto.org | oussammrabet5075.no-ip.org |
| oovoo.zapto.org | orochi4.zapto.org | othmann.no-ip.biz | oussamaniba.no-ip.org |
| opaeda123.no-ip.biz | orsnerd.zapto.org | othmaz.no-ip.biz | oussamartx.no-ip.biz |
| opalgfx.no-ip.biz | ortek.serveblog.net | otito.no-ip.org | oussamauw.no-ip.org |
| open.serveblog.net | ortek.zapto.org | otman.no-ip.biz | oussamawahran.no-ip.biz |
| open1.no-ip.biz | os.serveftp.com | otmane-hacker2015.no-ip.biz | oussb.no-ip.biz |
| opendz.no-ip.org | os.sytes.net | otmanema.no-ip.org | oussema.servemp3.com |
| openloja.servehttp.com | os11.no-ip.biz | otmyous.no-ip.biz | oussemaloliste.no-ip.biz |
| openme.no-ip.biz | osam.no-ip.biz | ott-hon.no-ip.biz | oussemamater.no-ip.biz |
| openyoureyesbb.no-ip.org | osama-ox.no-ip.biz | oty.no-ip.biz | oussmf1998.no-ip.biz |
| operationbitcoin.no-ip.biz | osama112266.no-ip.biz | ou.zapto.org | ousspace.no-ip.biz |
| operationmaple.zapto.org | osamadark.no-ip.org | ouadi.no-ip.biz | oussstifleur.no-ip.biz |
| operator1995.no-ip.biz | osamafm.no-ip.biz | ouakid.no-ip.biz | oust.no-ip.org |
| opil.no-ip.biz | osamahacker.no-ip.biz | ouargla1996.no-ip.biz | out-010.no-ip.biz |
| opkarma.no-ip.biz | osamahk.myftp.biz | oudouhou.no-ip.biz | outip.no-ip.biz |
| oplokbots.no-ip.info | osamaking.no-ip.biz | ouerghuiaymen.no-ip.biz | outlook.myvnc.com |
| opmomo.no-ip.org | osamasaw1352.no-ip.biz | oufarafa.no-ip.biz | outlook11551.no-ip.biz |

| | | | |
|---|---|---|---|
| outsidemal.servemp3.com | p0rt4l.zapto.org | panic-2013.no-ip.biz | passwd.myftp.org |
| overawesome752.no-ip.org | p1995.no-ip.biz | panne1704.zapto.org | passwordip.no-ip.biz |
| overcash.servemp3.com | p1l2a3s4m56a.no-ip.org | pantalon.zapto.org | pastor0801.no-ip.biz |
| overddos10.no-ip.biz | p4feluniquo.no-ip.org | panter4.no-ip.org | pat22.no-ip.biz |
| overdose0001.no-ip.biz | pa3x.no-ip.biz | panthers.no-ip.biz | patata.no-ip.biz |
| overdose0002.no-ip.biz | pablito89.no-ip.biz | paoki.zapto.org | patchica.zapto.org |
| overvirus.no-ip.biz | pablix.no-ip.org | paolobonolis.no-ip.org | patchserver22.zapto.org |
| overwatcher3.no-ip.biz | pablodr2.no-ip.org | pap358.no-ip.biz | patelpragnesh27.no-ip.biz |
| ovich.no-ip.org | pabloxsolo.no-ip.biz | papa202.no-ip.org | pathboot.no-ip.org |
| ovova.sytes.net | pac0bean.no-ip.org | papalati.no-ip.org | patilllas.no-ip.org |
| owenanold.no-ip.org | pacaja.no-ip.biz | papanika.no-ip.biz | pato2007.no-ip.biz |
| owenlango.no-ip.org | pagalkutha.no-ip.biz | paparas.no-ip.biz | patr0n.no-ip.biz |
| own3rs-ma.no-ip.info | pagondeh.no-ip.biz | papelina.zapto.org | patricegonz.no-ip.org |
| own83.no-ip.info | painkiller.no-ip.biz | papibneno.zapto.org | patrickhacker360.no-ip.biz |
| ownedbyguest.no-ip.org | painsama.no-ip.biz | papion-aa.no-ip.biz | patrickrufino.no-ip.org |
| ownedbyme.no-ip.info | paisinhohacker.no-ip.org | papter.no-ip.org | patronla.no-ip.biz |
| ownedi337.zapto.org | pakcyberarmy.no-ip.biz | paradine.zapto.org | patsku.no-ip.biz |
| ownedkid.no-ip.org | pakcyberexperts.no-ip.biz | paradosx3home.no-ip.org | paul07.no-ip.info |
| ownz.myftp.biz | paker-paker.no-ip.biz | paradox.redirectme.net | paul1970.no-ip.biz |
| ox-anony.no-ip.biz | pakistanserve.serveblog.net | paradoxsteam.no-ip.biz | paul1971.no-ip.biz |
| ox-xz.no-ip.org | pakke123.no-ip.biz | parafina2.no-ip.biz | paul1972.no-ip.biz |
| ox0anxh93a.hopto.org | paksniper.zapto.org | paraiz.no-ip.biz | paul1973.no-ip.biz |
| oxbowinggg.no-ip.biz | palestine2014.zapto.org | paranauefox.no-ip.org | paul404.no-ip.info |
| oxe101.sytes.net | palestine2053.no-ip.info | paraquetedigoquenosisi.no-ip.biz | paulineallen.no-ip.biz |
| oxhacck9911.no-ip.biz | palmirass.no-ip.org | paray.no-ip.biz | paulnet1234.no-ip.info |
| oxido29.no-ip.org | palsh2.no-ip.biz | parfumerus.zapto.org | paulogonzales.no-ip.org |
| oxidrotb.no-ip.org | paltalk.servequake.com | park000.zapto.org | paulonub.no-ip.org |
| oxno.no-ip.biz | paltalkdata.servehttp.com | parollex.no-ip.biz | pauloricardosilva.no-ip.org |
| oxpop.no-ip.biz | paltalkerz.no-ip.org | parqueingor567.hopto.org | paulzbaz.no-ip.info |
| oxyman.no-ip.org | palvii1.zapto.org | parritasmith.zapto.org | pawlo.no-ip.org |
| oxymon.no-ip.biz | pamila.zapto.org | parrywire.no-ip.biz | pay1.zapto.org |
| oxzoxzoxz.no-ip.biz | panashi.zapto.org | parsha.no-ip.biz | paymegpplease.no-ip.biz |
| oyoyo29.no-ip.biz | panatronic.myvnc.com | parshamm.zapto.org | paypalonvousbaise.zapto.org |
| ozal.zapto.org | pancake123.no-ip.biz | parsons.zapto.org | paysweet.no-ip.biz |
| oziiiiii.no-ip.info | pancakes.no-ip.biz | parsonsproject.noip.me | paywand2000.no-ip.biz |
| ozokozo.no-ip.biz | pancris.no-ip.biz | parte.no-ip.biz | paywand2002.no-ip.biz |
| ozowarac.no-ip.org | panda123.zapto.org | parth007.zapto.org | paywand91.no-ip.biz |
| ozowarac1.no-ip.org | pandafakecraft.servegame.com | partoa.no-ip.info | pbcontas.no-ip.biz |
| ozowarac27.no-ip.biz | pandaniq.no-ip.biz | partyhf.no-ip.org | pbynner.noip.me |
| ozymandias13.no-ip.biz | pandapunchv1.no-ip.info | pasifhacker.zapto.org | pc123.no-ip.org |
| p-dark.zapto.org | pandapunchv2.no-ip.info | pass.no-ip.info | pc506.no-ip.org |
| p00.no-ip.biz | pandebes.no-ip.biz | passate.no-ip.biz | pcbang456164.servehttp.com |
| p0rt.no-ip.biz | pandoraxsell.zapto.org | passenger-299.zapto.org | pccw.hopto.org |

pcgamerexplosion123.no-ip.biz
pchacker12.no-ip.biz
pchildblack.no-ip.biz
pcking.zapto.org
pcratspeople.no-ip.org
pctools.3utilities.com
pdgy.no-ip.biz
pdhjosh.no-ip.biz
pdrs.no-ip.biz
pe-ne.no-ip.biz
peacetoworld.bounceme.net
peddro12.sytes.net
pedo-jeux.no-ip.biz
pedobear.no-ip.biz
pedriin.no-ip.org
pedro009.no-ip.info
pedrobassim.no-ip.biz
pedrolopes37.no-ip.biz
peguei.no-ip.biz
peinadocupra33.no-ip.org
pekool.no-ip.info
peloche.no-ip.biz
peloche12.zapto.org
pelukita.no-ip.info
penextreme.no-ip.org
penisinyourbutt.no-ip.biz
penjwenhack.no-ip.org
penter2sign.no-ip.org
pentesth4ck3r5.no-ip.org
pentiumalen.no-ip.org
pentrumine.no-ip.org
penzer.no-ip.biz
penzer1.no-ip.biz
pepecsgo1.no-ip.info
pepitoperez.servebeer.com
peppe1979.no-ip.org
pepsithemexican.no-ip.biz
perdeuperdeu.no-ip.org
perefek.no-ip.biz
perera1.no-ip.biz
perfectlogger.no-ip.biz
perforadorportuario.no-ip.biz
perigoso.no-ip.org

perimetro2015.noip.me
perrito.sytes.net
perrito.zapto.org
perryzika.no-ip.org
personal.no-ip.org
pes-h4ck.no-ip.info
pes2014.no-ip.org
pescad0r.zapto.org
pescador14.zapto.org
pesghost.no-ip.org
peshraw.no-ip.biz
peshtiwan1234.zapto.org
pess-12.zapto.org
pet105.no-ip.biz
petahendy.noip.me
pete123.no-ip.info
peter7560.no-ip.info
petersnider.no-ip.biz
petitane.no-ip.org
petree.zapto.org
petros4.no-ip.biz
peuta.no-ip.org
pexe.no-ip.org
pexell.no-ip.biz
pexell.zapto.org
pezonet.zapto.org
pgfreshman53.no-ip.biz
pgmgamer.servegame.com
phackit.no-ip.org
phahmed1.no-ip.biz
pharaoniclover.no-ip.info
pharoah.no-ip.org
phelesinfect.no-ip.org
phenix30.no-ip.biz
phenixius.no-ip.org
philippe06.noip.me
philistin.zapto.org
phinoman-98.zapto.org
phonex.hopto.org
photo2013.noip.me
photo900.no-ip.org
photoo.sytes.net
photostudios.zapto.org

php23.zapto.org
php99.no-ip.biz
php999.no-ip.biz
phpconsole.servehttp.com
phurtiv3ph0x.no-ip.biz
physxbr.servegame.com
physxgames1.no-ip.biz
pi4kamaina.sytes.net
piano-flute.no-ip.org
pics67676.no-ip.biz
picso20.no-ip.biz
picso20dz.zapto.org
pidro128.no-ip.org
pierremartin.no-ip.org
pieterhavinga.no-ip.biz
pigiyewi.no-ip.biz
pigscantfly.no-ip.biz
pigsize2.no-ip.org
pikatika.no-ip.biz
piko1998.zapto.org
pikodz.no-ip.biz
pikofare.no-ip.org
pikoka.no-ip.biz
pikomon2014.no-ip.biz
pimklootzak.no-ip.biz
pinaga2014.myftp.org
pineapplexd.no-ip.org
pingtoto.zapto.org
pinker123456.no-ip.org
pinkprince.no-ip.biz
pinkrose.no-ip.biz
pintos2014.no-ip.biz
pinwins234.no-ip.biz
piotri847.no-ip.org
pipili.no-ip.biz
pipili123.no-ip.biz
pipipipi.myvnc.com
piploo.no-ip.biz
pipouz.no-ip.info
pira000.no-ip.biz
pirata-88.zapto.org
piratage-facebook.no-ip.biz
piratage.no-ip.biz

piratagepro.sytes.net
pirataria.no-ip.biz
pirate-algeria.no-ip.biz
pirateboy.no-ip.biz
pirates-v.no-ip.biz
pirates1.no-ip.org
piratevbs.zapto.org
piratte.no-ip.org
piratueur.no-ip.biz
pirlo.no-ip.biz
pirlo.no-ip.org
pirobano.no-ip.biz
pislikdj.no-ip.biz
pislikkene.no-ip.org
pitou1992.no-ip.biz
pittred.no-ip.biz
pivozasvezivo.servebeer.com
pivyhost.no-ip.info
piw.no-ip.org
pixelkiss.zapto.org
pixo.zapto.org
pizap.no-ip.biz
pizap.no-ip.org
pizdes.zapto.org
pjz.no-ip.info
pkalldayy.no-ip.org
pkemjlesxd.no-ip.org
pklol5.no-ip.org
pkon062.no-ip.org
pl100.no-ip.org
plack.no-ip.biz
plack.no-ip.org
plamarat.no-ip.biz
plannerplanner.no-ip.org
plasma01.no-ip.org
plasma1234.no-ip.biz
plasmabasix.no-ip.org
plasmalol.no-ip.biz
plasmarat.no-ip.org
plasmarat1338.no-ip.biz
plasmarat1604.no-ip.biz
plasmarogaming.zapto.org
plasmasinister.no-ip.biz

91

plasmatastic.no-ip.org
plasmavpn.zapto.org
plaunsit0.sytes.net
playcyber.zapto.org
playerofgames786.no-ip.biz
playgame.servecounterstrike.com
playmine.zapto.org
playmore2014.zapto.org
playplayplay.no-ip.biz
playwithme.no-ip.biz
plazma420.noip.me
plb1234.no-ip.biz
plbytv.no-ip.info
pleaseconnecttome.no-ip.info
pleaseno.no-ip.org
plessis07.no-ip.biz
plexter.no-ip.biz
plicasso.no-ip.biz
plop.no-ip.biz
plurnt.bounceme.net
plutonium.no-ip.org
pmpalestineyousw.no-ip.biz
pndande.no-ip.biz
pobeda666.zapto.org
pobeda777.zapto.org
pochoroo.no-ip.info
poe2014.zapto.org
poepjwz123.zapto.org
pofak.no-ip.info
pogboom.no-ip.biz
pohkatu.no-ip.biz
pointblank.serveftp.com
pointblank2014.no-ip.org
pointblank2015.no-ip.org
pointblank81.no-ip.org
points.sytes.net
pois111.no-ip.info
poison.no-ip.biz
poison1.no-ip.org
poison159.no-ip.org
poisonhack.hopto.org
poiu9898.no-ip.biz
pokechunda.no-ip.org

pokemon551.no-ip.biz
pokerface1.no-ip.biz
pokerhulp.no-ip.info
pokersk8.no-ip.org
pokerx9.no-ip.biz
pokichi.no-ip.org
pokiman.no-ip.biz
pokschubin2.zapto.org
polacos.no-ip.biz
polan.no-ip.org
polandpapa.no-ip.org
polat-dz.no-ip.biz
polate.no-ip.biz
poles17.zapto.org
poles2013.no-ip.biz
poles2014.no-ip.biz
poli.hopto.org
policeamnn.no-ip.biz
policialmax.no-ip.org
policiaperu.zapto.org
polinbon.no-ip.biz
polininja01.no-ip.biz
polott.no-ip.org
poltair.no-ip.biz
pommier85.no-ip.biz
poni74z.no-ip.biz
pontonet.no-ip.biz
ponyhullet.no-ip.biz
ponzihack.no-ip.org
poojacute281.redirectme.net
pool1234.no-ip.biz
poolkokos.no-ip.biz
poopsack12345678.no-ip.biz
poor-linux.zapto.org
poor.no-ip.biz
poorman.no-ip.org
poory.no-ip.biz
pootchix.no-ip.org
pop101.zapto.org
pop93.no-ip.org
pop9393.no-ip.org
popdatmolly.no-ip.org

popdream.no-ip.biz
poplar.no-ip.biz
popo.no-ip.biz
popo2popo.no-ip.biz
popou.no-ip.biz
poppers1234.zapto.org
poptakkil.zapto.org
por0nga90.zapto.org
pornflakes1338.no-ip.biz
pornhost.no-ip.biz
porno1.zapto.org
porotocolcode.sytes.net
porretatroyan995.no-ip.biz
port1969.no-ip.biz
portaldns.no-ip.biz
portalzinho-web.servegame.com
porthacker.no-ip.biz
porthotspot.myftp.org
portipv6.redirectme.net
porttest.no-ip.org
posedi34.no-ip.biz
possible2014.no-ip.biz
possimpible.no-ip.biz
potmaster.no-ip.info
poundsboy.no-ip.biz
poundsrat.no-ip.biz
pourmoi.zapto.org
poussignol.no-ip.biz
power-141.no-ip.org
power-t.no-ip.biz
power-ttt.no-ip.biz
power2142.no-ip.biz
powerclean.no-ip.biz
powerdanger.no-ip.org
powerdc1.zapto.org
powerdz123.no-ip.biz
powerhack.no-ip.org
powerhacker22.no-ip.org
powersleep.zapto.org
powerstorm24.no-ip.biz
powpowxd1.no-ip.biz
pozozo.no-ip.biz
pp2.servebeer.com

pp2.serveftp.com
pplucks.serveblog.net
pptt123.no-ip.org
pqp123srv123.zapto.org
pr0hack.no-ip.info
prabaltrouble.zapto.org
prada123.no-ip.info
pradaengaged.serveftp.com
praneeth101.no-ip.org
prannkii.no-ip.biz
preatator.no-ip.biz
predat0reddy.no-ip.biz
predatory.no-ip.biz
prefetch.no-ip.biz
preo.no-ip.biz
presario11.no-ip.biz
prescott.no-ip.biz
pressme.zapto.org
prestraferlol.no-ip.biz
prince115.zapto.org
prince117.no-ip.biz
prince2013.no-ip.biz
prince202020.zapto.org
princedove2000.no-ip.biz
princedz.no-ip.org
princeofcong.no-ip.org
princeofhack.no-ip.biz
princeofloven.zapto.org
princereedoo.no-ip.org
princeshadow.no-ip.biz
principal.myvnc.com
prinsofhacked.zapto.org
prinsofhacker.no-ip.org
prismaverde.zapto.org
pritesrt.no-ip.biz
priv1.serveftp.com
privacypolicy.serveftp.com
privateparty.zapto.org
privatte-host.zapto.org
pro-pro.no-ip.biz
pro-rat.no-ip.biz
pro2013.no-ip.org
proalexlol.zapto.org

92

| | | | |
|---|---|---|---|
| proasdf.no-ip.biz | protector-x.no-ip.biz | pufffffydon.zapto.org | qabatia.no-ip.biz |
| problem.no-ip.org | protectora.no-ip.biz | puffyabeg.zapto.org | qader-7.no-ip.biz |
| probniy.zapto.org | protm.no-ip.org | puffypato.zapto.org | qais-hack.no-ip.biz |
| proc.no-ip.org | protocol-flood.bounceme.net | puissanttoom1.no-ip.org | qaiwann.no-ip.biz |
| processrequiem.no-ip.biz | prototypes.servegame.com | pullhere.no-ip.org | qasem.no-ip.biz |
| procexp.no-ip.biz | prouser2.no-ip.biz | punchline.no-ip.biz | qaser12.no-ip.biz |
| procraftsa.zapto.org | prouta-prouta.no-ip.biz | punchline.no-ip.org | qashmar1.no-ip.info |
| prodbanana.zapto.org | proutaahmed.no-ip.biz | pungun.zapto.org | qasimaliss.no-ip.biz |
| prodigytar.no-ip.biz | prova3fisso.no-ip.biz | punisher-oujdi.no-ip.biz | qasqaimt2.zapto.org |
| prodigytn.no-ip.biz | proxfre.no-ip.biz | punisher38.zapto.org | qassam-wal.no-ip.biz |
| prodot7777.zapto.org | proxrat.no-ip.org | punizzer.no-ip.biz | qassam1.no-ip.biz |
| prodz-john.sytes.net | proxy.zapto.org | punk.myftp.org | qassam2.no-ip.biz |
| proex.no-ip.org | proxy11.no-ip.org | punk69.zapto.org | qassamy.no-ip.biz |
| prof.no-ip.biz | proxyforme.no-ip.biz | punsher.no-ip.biz | qatar-admin.no-ip.biz |
| professeur-hlakr.no-ip.biz | proxymu.hopto.org | pure841.loginto.me | qatarihost.no-ip.biz |
| professionale.no-ip.biz | proxyserver.no-ip.info | purehacker515.no-ip.biz | qayshaija.zapto.org |
| professionlll.no-ip.biz | proxytalk.myftp.org | purpleanon.no-ip.org | qazam.no-ip.biz |
| profhacker123.zapto.org | proxywarrior.zapto.org | pusuk.no-ip.biz | qazqazqaz.no-ip.biz |
| profitsignal.no-ip.biz | proyectofinal.no-ip.biz | puta.zapto.org | qd7h.no-ip.biz |
| profound.no-ip.org | prozero.no-ip.org | putavidatete.zapto.org | qencolan.no-ip.org |
| progamer.no-ip.org | prueba12345.zapto.org | puthus.zapto.org | qeqeon.no-ip.biz |
| proglema.no-ip.org | prueba51.no-ip.org | pv-hacker.myftp.biz | qhgkhfqhfd.zapto.org |
| programad.sytes.net | ps001.no-ip.biz | pwnmyface.no-ip.biz | qhlo.no-ip.biz |
| programe.sytes.net | ps2010.servegame.com | pwspeedtrick.no-ip.org | qio0oip.no-ip.info |
| programmer.zapto.org | ps4.no-ip.info | px25.no-ip.org | qithra.no-ip.biz |
| programms.no-ip.org | ps4nextgen.no-ip.info | pxl57.no-ip.org | qizmeydan.noip.me |
| prohacker.no-ip.info | pseudonymous.no-ip.biz | pythonlover.no-ip.biz | qksksk777.no-ip.biz |
| prohalo2009.no-ip.info | pshadow.no-ip.org | pytreza.no-ip.biz | qlinkvoltage.serveblog.net |
| prohalo2009.sytes.net | pshta.zapto.org | pyzda.no-ip.biz | qlq.zapto.org |
| proideas.serveftp.com | psiko.no-ip.biz | pz7.no-ip.biz | qlql256.no-ip.biz |
| projectb14.no-ip.biz | psj07.no-ip.org | pz7788.zapto.org | qnas-q.myftp.biz |
| projectdc.no-ip.biz | psyca41.no-ip.org | pzolil.no-ip.biz | qop1988.no-ip.org |
| projectderpz.zapto.org | psycho1337.no-ip.biz | q-j.no-ip.biz | qosyqoo.no-ip.biz |
| projectdrc.no-ip.biz | psycho13371.no-ip.biz | q123.no-ip.biz | qpalzmvfr.servecounterstrike.com |
| projector123.zapto.org | psykoip.no-ip.biz | q1q2q3q4.no-ip.biz | qpown1.no-ip.biz |
| prokiller.no-ip.org | psyy.no-ip.org | q24.no-ip.biz | qq84.no-ip.biz |
| prokwen.no-ip.org | psyyonara.no-ip.org | q67.no-ip.biz | qqaawwww.no-ip.biz |
| promin.no-ip.biz | ptga.no-ip.org | q7audi.no-ip.info | qqq121.no-ip.biz |
| promo-hure.noip.me | pthacker.no-ip.org | q8-501.no-ip.org | qqqqaawwww.no-ip.biz |
| prooakley.no-ip.org | ptklindo.no-ip.org | q8gamers.no-ip.biz | qqqqqqqqqq-10.no-ip.biz |
| proof.no-ip.info | pto.sytes.net | q97066563.no-ip.org | qqqqqqqqqq1.no-ip.biz |
| propro12.no-ip.biz | publicidadyanuncios.sytes.net | qa450.no-ip.org | qqqqqwwwwwww-no-ip.biz |
| prorms.no-ip.biz | pucchost.no-ip.biz | qaa.sytes.net | qqww11.no-ip.biz |

| | | | |
|---|---|---|---|
| qqww41.no-ip.org | qwertyqwertyu.no-ip.org | raagerz.no-ip.biz | raed2014.no-ip.biz |
| qr.no-ip.biz | qwertyuiop1.no-ip.biz | rabah16.zapto.org | raed208.no-ip.org |
| qrga11.no-ip.biz | qwertyuiop1239933.zapto.org | rabahdz.no-ip.biz | raed245.no-ip.biz |
| qrqt4.no-ip.biz | qwertyuiopzxcv.no-ip.org | rabahgallardo.no-ip.biz | raedhacker88.no-ip.biz |
| qsab98.no-ip.biz | qwery38.no-ip.biz | rabahmouissat2013.no-ip.biz | raefelbleady.myftp.biz |
| qsf.no-ip.org | qwp.zapto.org | rabatsolo.no-ip.org | rafael-2014.zapto.org |
| qtooby.no-ip.biz | qwrrer.zapto.org | rabehking5.no-ip.biz | rafaelhehe.no-ip.biz |
| qtz.myftp.org | qwwq.no-ip.biz | rabhi2008.no-ip.biz | rafat11.no-ip.biz |
| quaanas.no-ip.biz | qzgs.no-ip.biz | rabi3-reaper.no-ip.org | raffike02.no-ip.biz |
| quack.no-ip.org | r.sytes.net | rabi3os.no-ip.biz | rafik-crb.no-ip.biz |
| quatorzs2.no-ip.org | r000t.zapto.org | rabiaa.no-ip.biz | rafik2.no-ip.biz |
| quattro7.no-ip.biz | r00t256.no-ip.biz | rabieking5.no-ip.biz | rafikmohamed.no-ip.biz |
| quazap.zapto.org | r00t3r.myftp.biz | rabmunna.no-ip.info | rafikom.no-ip.biz |
| queda2122.no-ip.info | r011.zapto.org | raboha.no-ip.biz | rafikprohack.no-ip.info |
| queenofthesost1991.no-ip.org | r123pf456.no-ip.biz | rabouh18.no-ip.biz | ragecasper.no-ip.biz |
| querocash.no-ip.org | r1r1d.no-ip.biz | rachdoon88.no-ip.biz | rageed2007.no-ip.biz |
| quickhack.no-ip.org | r1x3r.no-ip.info | rachedcapo.no-ip.biz | ragemore161.no-ip.biz |
| quickrust.no-ip.biz | r2014.no-ip.biz | rachid.zapto.org | raghavaditya.zapto.org |
| quienyo809.zapto.org | r2014n.no-ip.biz | rachid3000.no-ip.biz | ragheb14296.no-ip.biz |
| quitr.zapto.org | r2m.hopto.org | rachida15.no-ip.biz | raghib.zapto.org |
| quiznitro.zapto.org | r3d.sytes.net | rachidaoutil.hopto.org | raheemmm.no-ip.biz |
| qusai022.no-ip.biz | r3d0.zapto.org | rachidhack.no-ip.info | rahellrane.no-ip.biz |
| qusai33.no-ip.org | r3dcoode.no-ip.biz | rachidjeux.no-ip.biz | rahellrane1995.no-ip.biz |
| qusai333.no-ip.org | r3dp0is0n.no-ip.info | rachidroot.no-ip.biz | raheymjen.hopto.org |
| qusay.no-ip.biz | r3dz80.no-ip.biz | rachrach11.no-ip.biz | rahi-me9aweda.zapto.org |
| qusaytit11.zapto.org | r3lu90.myvnc.com | racim-xtqzi1.zapto.org | rahimou.no-ip.biz |
| qusem-hacker.no-ip.biz | r3vo.no-ip.info | racimfcm.no-ip.biz | rahma20200.no-ip.biz |
| quyenxeko.zapto.org | r3volution.no-ip.info | racimspy.no-ip.biz | rahoof.no-ip.org |
| qw.sytes.net | r4abiaman.no-ip.info | rack2.zapto.org | rahoula.no-ip.biz |
| qwe12.no-ip.biz | r4t.sytes.net | raculin.no-ip.biz | rahozhama.no-ip.biz |
| qwe7.no-ip.biz | r772014.no-ip.biz | raddadiahmed.myftp.biz | rahults.no-ip.biz |
| qweasdzxcvb.no-ip.biz | r8qq.no-ip.biz | radhewan.no-ip.biz | raiddrakcomet.no-ip.biz |
| qwerfdd.no-ip.biz | r9g-2103.no-ip.biz | radhii.no-ip.org | raiden.no-ip.info |
| qwert.no-ip.biz | ra2123.no-ip.biz | radhya.zapto.org | raiden.noip.me |
| qwert12.no-ip.biz | ra3.no-ip.org | radic9592.no-ip.biz | raied.zapto.org |
| qwert14.no-ip.biz | ra3bob.no-ip.biz | radicalc2d.noip.me | raif2014.zapto.org |
| qwert20125.no-ip.biz | ra3efc.no-ip.biz | radida98745.no-ip.org | rainbot.no-ip.biz |
| qwerty0000.sytes.net | raaad.no-ip.biz | radikal.zapto.org | rainbowie.no-ip.biz |
| qwerty02468.noip.me | raaasta.no-ip.info | radja5.no-ip.biz | rainbowsnowball.no-ip.org |
| qwerty11qq.zapto.org | raad.zapto.org | radouda.no-ip.biz | raj5.no-ip.biz |
| qwerty1234.no-ip.biz | raad12.no-ip.biz | radz.no-ip.biz | raja1.no-ip.biz |
| qwerty1qq.zapto.org | raad88.zapto.org | raed-hack88.no-ip.biz | rajat2513.no-ip.biz |
| qwertyqwertyu.no-ip.biz | raadking.no-ip.biz | raed-mohammed.no-ip.biz | rajawi1949.zapto.org |

| | | | |
|---|---|---|---|
| rajeshvaishnav.zapto.org | ramisayhi.no-ip.biz | raouf04.no-ip.org | ratcatcher.no-ip.biz |
| rak5.sytes.net | ramizkaraeski.zapto.org | raoufgazarna.no-ip.org | ratconnection.no-ip.biz |
| rakan-2011.no-ip.biz | ramo45.zapto.org | raoufpilo.no-ip.org | ratdosser.zapto.org |
| rakan-hacker.no-ip.info | ramo88.zapto.org | raouia.zapto.org | rater321.zapto.org |
| rakan1989.no-ip.org | ramol.no-ip.biz | rap007.zapto.org | ratex.myftp.biz |
| rakanturki1234.no-ip.biz | ramos07.zapto.org | rapalgerie23000.servegame.com | ratha12345.no-ip.biz |
| rakhack.no-ip.org | ramos1989.no-ip.biz | raper.no-ip.org | rathost001.no-ip.biz |
| rakom.no-ip.org | ramos6353.zapto.org | raph-l.no-ip.org | ratiabotfree.no-ip.biz |
| rakuda.no-ip.biz | rams3s.no-ip.org | raphacker.no-ip.biz | ratiba6.no-ip.biz |
| rakwa3r.no-ip.biz | rams3s7.no-ip.org | rapid23.no-ip.biz | ratina.no-ip.biz |
| rakzao.no-ip.org | ramukaka.zapto.org | rapoo.zapto.org | ratisthebest.zapto.org |
| ralacapeta.no-ip.biz | ramy1449.no-ip.biz | raposa.no-ip.biz | ratjesper.no-ip.biz |
| raljeen.no-ip.info | ramy1995.no-ip.org | rapplez.no-ip.biz | ratkanka.zapto.org |
| ralph572.no-ip.org | ramy2014.no-ip.org | raptordinges.zapto.org | ratkoek12.zapto.org |
| ralphrat.no-ip.biz | ramyahmad.no-ip.info | rapturex.no-ip.biz | ratkoonsstar.zapto.org |
| ram-jano192.no-ip.biz | ramymemo.zapto.org | rapvolume.no-ip.biz | ratlogai.no-ip.org |
| rambler.3utilities.com | ramzi-dz.no-ip.biz | rapvolume.zapto.org | ratlogai2.no-ip.biz |
| rambo99.no-ip.org | ramzi.zapto.org | raqqqa12.no-ip.biz | ratnoip.zapto.org |
| ramboni.zapto.org | ramzi0.zapto.org | raraboobkaka.zapto.org | rato222.no-ip.org |
| ramboss.zapto.org | ramzi111.no-ip.biz | rasha.no-ip.biz | ratomir.no-ip.org |
| ramco.zapto.org | ramzi20015.no-ip.biz | rashd-gabr.no-ip.org | ratomir1.no-ip.org |
| rame47.no-ip.org | ramzi20016.no-ip.biz | rashid001butt.no-ip.org | ratos.zapto.org |
| ramesh99.no-ip.biz | ramzi4010.no-ip.info | rashidbandarabbas.zapto.org | ratpack123.zapto.org |
| ramexx.no-ip.info | ramzik.hopto.org | rashy.no-ip.biz | ratrat-abe.no-ip.biz |
| rami1212.zapto.org | ranammanar.no-ip.biz | raslenede6.no-ip.biz | ratrat.no-ip.org |
| rami172012.no-ip.biz | ranchou404.no-ip.biz | rasman.no-ip.biz | ratrat412.no-ip.biz |
| rami19.no-ip.biz | rando667.no-ip.biz | rasmusleilander.no-ip.biz | ratratrat.no-ip.biz |
| rami21213.no-ip.info | random82.noip.me | raspbi314.no-ip.biz | ratratrat.no-ip.info |
| rami331.no-ip.info | randomhosting.no-ip.biz | rassem.no-ip.biz | ratrun1.no-ip.biz |
| rami7733.no-ip.biz | randomrathost.no-ip.biz | rasszebi.zapto.org | rats147.no-ip.biz |
| ramialbadawi.no-ip.biz | randyf.sytes.net | rasta99.no-ip.biz | ratsarebad.no-ip.org |
| ramialbadawi.no-ip.org | randyt812.no-ip.biz | rastahack.no-ip.info | ratsfordays.no-ip.org |
| ramiarab.no-ip.biz | rangerz.no-ip.biz | rastaking.no-ip.info | ratsout.no-ip.org |
| ramiarap.no-ip.org | rani22.zapto.org | rastaking.no-ip.org | ratss1.no-ip.biz |
| ramiayashrami123.no-ip.biz | rania2014.no-ip.biz | rasty7.no-ip.org | rattedout.no-ip.org |
| ramibhs.zapto.org | ranihkamtak.no-ip.info | rat-rat.no-ip.biz | ratter.serveftp.com |
| ramig4m3r.no-ip.biz | ranj82.no-ip.biz | rat12345.no-ip.org | rattercore.no-ip.biz |
| ramihack.zapto.org | ranomtroll666.no-ip.biz | rat2014xx.no-ip.org | ratting-u.no-ip.org |
| ramihacker.no-ip.biz | ranyasoran.no-ip.biz | rat3289.no-ip.biz | ratting121.no-ip.org |
| ramihacker98.no-ip.biz | raoanraoan.zapto.org | ratagainstmyfriends.no-ip.biz | rattrojan.zapto.org |
| ramil1992.no-ip.biz | raouf-pilo.no-ip.biz | ratattack.sytes.net | ratusb.zapto.org |
| ramirami1231.no-ip.biz | raouf-tnt.no-ip.biz | ratatuiii.no-ip.biz | ratuser.zapto.org |
| ramisad.no-ip.biz | raouf.no-ip.org | ratbanana.no-ip.biz | ratvir.zapto.org |

95

| | | | |
|---|---|---|---|
| ratz2008.no-ip.org | rddmm.no-ip.biz | redc00de.no-ip.biz | reflectionx.servebeer.com |
| raul-amen.no-ip.biz | rdi.no-ip.info | redelocal.no-ip.biz | reflux81.no-ip.biz |
| raulleon.zapto.org | rdough01.no-ip.org | redemahadei.no-ip.org | regedit.no-ip.biz |
| raulrl555.no-ip.biz | rdshoes2.no-ip.biz | redex.no-ip.info | regedit.no-ip.org |
| ravelsamal1.no-ip.biz | re5em.zapto.org | redezumbi.no-ip.org | regiobess.no-ip.biz |
| rawad-hack.no-ip.biz | read.myvnc.com | redha44.no-ip.biz | reglinhtinh.no-ip.org |
| rawad.zapto.org | real200824.no-ip.biz | redhack.no-ip.biz | regynj.no-ip.biz |
| rawadnajjar.no-ip.biz | real8484.zapto.org | redirecter123.zapto.org | rehman1.no-ip.info |
| rawandhack.no-ip.biz | realdeal.serveftp.com | redirectme.zapto.org | reine162.no-ip.biz |
| rawanjrat.zapto.org | realhackerc.no-ip.biz | redirectmetoyou.redirectme.net | reizkingler.no-ip.org |
| rawaz.no-ip.biz | realmadred2013.zapto.org | redirectperso.no-ip.info | rekaldo.sytes.net |
| rawaz.no-ip.org | realmadrid1985.zapto.org | redix-dz.no-ip.biz | rekan11.no-ip.biz |
| rawaz54.no-ip.biz | realmadrid7.no-ip.biz | redjohn05.zapto.org | rekanze.no-ip.biz |
| rawl.no-ip.biz | realmserver.no-ip.info | redjon.no-ip.org | rekarqadr.no-ip.org |
| rawl21.no-ip.biz | realpyrex45.no-ip.biz | redkarasu.zapto.org | rekarr.no-ip.biz |
| rawrhacks.no-ip.biz | realworld.no-ip.org | redlooksman.servehttp.com | rekcahbrazil.no-ip.org |
| rax.no-ip.biz | reaper-96.no-ip.info | redlove.no-ip.biz | rekik33557.no-ip.biz |
| raxima.no-ip.biz | reapq.zapto.org | redman.noip.me | reklamheacker.no-ip.biz |
| ray8-hack.no-ip.biz | reavedark.no-ip.biz | redme.redirectme.net | relationkll.no-ip.biz |
| rayan-markh.zapto.org | rebo7.no-ip.biz | redoine.myftp.org | reluxcomputers.no-ip.org |
| rayan-sa.no-ip.biz | rebwar88-88.servecounterstrike.com | redouane.no-ip.biz | remaxa.no-ip.biz |
| rayan8332.no-ip.biz | recall.no-ip.info | redouanehacker.zapto.org | remik3.no-ip.org |
| rayan998877.no-ip.biz | recentre.no-ip.biz | redrobbin.zapto.org | remix.no-ip.info |
| rayanali.no-ip.biz | recepgulan.noip.me | redscorpion.no-ip.org | remixhack.zapto.org |
| rayex1.no-ip.biz | recet.no-ip.org | redsnackofficiel.no-ip.org | remixoyun.zapto.org |
| raymartins42.no-ip.org | reclg.servegame.com | redstart.zapto.org | remolovehero.zapto.org |
| raymoh.no-ip.org | red-251.zapto.org | redtome.no-ip.org | remot.servemp3.com |
| raymond052.no-ip.biz | red-devil.no-ip.biz | redw0lf.no-ip.info | remotas.no-ip.org |
| raymoundchrist2020.no-ip.org | red-dvlz.zapto.org | redwaneboudaa.zapto.org | remote112233.zapto.org |
| rayxa2.no-ip.org | red123123.no-ip.org | redz0ne.no-ip.biz | remote333.no-ip.org |
| razan12.no-ip.org | red21.no-ip.biz | ree8aax.no-ip.biz | remote404.no-ip.biz |
| razaraza.no-ip.biz | reda00123.no-ip.biz | reeceylowey40001.no-ip.biz | remote8989.no-ip.org |
| razardd.no-ip.biz | reda2013.zapto.org | reeeeed.no-ip.org | remoteaccessschool.myftp.biz |
| razarddd.no-ip.biz | redaa.no-ip.org | reefehjj.zapto.org | remoteadmin.no-ip.info |
| raze2.no-ip.biz | redaalgha431.no-ip.info | reeham.zapto.org | remoteadmintool1337.no-ip.biz |
| razhan.no-ip.org | redaali231.no-ip.biz | reem12z.zapto.org | remotephone.noip.me |
| razorhd.no-ip.org | redaelshamy.no-ip.org | reem32107.no-ip.biz | remotinhatop.no-ip.org |
| razproddd223.serveftp.com | redamhamed.no-ip.org | reemcom.no-ip.org | rempsss71.no-ip.biz |
| razzzor.no-ip.biz | redanger.no-ip.org | reemg15.no-ip.info | remxxii.no-ip.org |
| rbg1.no-ip.biz | redanjrat.no-ip.biz | reemoo.no-ip.biz | renahope.no-ip.org |
| rbnama3ana.zapto.org | redarednax.no-ip.biz | reemt.no-ip.biz | renatinhapodi.no-ip.org |
| rctalksvtw.redirectme.net | redatlm13.no-ip.biz | reesamber.no-ip.biz | renatu101010.no-ip.org |
| rdab1115.no-ip.biz | redbull59.no-ip.org | reeveenge.no-ip.org | reneland.no-ip.biz |

| | | | |
|---|---|---|---|
| rentiersex.no-ip.biz | rglink77.no-ip.biz | rilla.zapto.org | robla32.no-ip.biz |
| reppiks.no-ip.biz | rgwrgrw.no-ip.biz | rimantohost.no-ip.biz | roblox123.zapto.org |
| repto.no-ip.biz | rhmanbinn.no-ip.biz | rimx.zapto.org | robloxthings.no-ip.biz |
| reqii45.no-ip.biz | riad1993.zapto.org | rimy222.no-ip.biz | robote.no-ip.org |
| rerebaz.no-ip.org | riadh.myftp.biz | riname.no-ip.org | roccatsilentaimbot.no-ip.org |
| rerie.no-ip.biz | riadh.no-ip.biz | ripper333.no-ip.biz | rock-low.no-ip.biz |
| reshihackerz.no-ip.biz | riadhija.no-ip.biz | risplit.myvnc.com | rock-rock99.no-ip.biz |
| resid.zapto.org | riadho.no-ip.biz | risrae.zapto.org | rock-star12.no-ip.biz |
| resp.sytes.net | riadmca.no-ip.biz | ristoleet123.no-ip.biz | rocken305.zapto.org |
| resst.no-ip.org | riadmcalamamiya.no-ip.biz | ritox77.no-ip.org | rockpaul.no-ip.biz |
| rest2626.zapto.org | riadoooo1.zapto.org | ritr.no-ip.biz | rocky1990.servegame.com |
| restored.no-ip.biz | riadpro.no-ip.biz | rivol9999.no-ip.biz | rockys3.noip.me |
| resultathenabot.no-ip.org | riadsyr44.no-ip.biz | rixonn.no-ip.org | rodanet.no-ip.org |
| retajsoft.no-ip.info | ricarandres.no-ip.biz | riyadh-relae.no-ip.org | rodbelik.no-ip.biz |
| retrac.no-ip.biz | ricardkaka.zapto.org | riyadpiratage.no-ip.biz | rodeystartxxx3.no-ip.biz |
| retrac.no-ip.info | ricardoamine.no-ip.biz | riyadsat.no-ip.biz | rodleader.no-ip.org |
| rev3rse-number2.no-ip.org | ricardoz112.no-ip.biz | rjratimbum.no-ip.biz | rodrigohacking.sytes.net |
| rev3rse-server.no-ip.org | ricecake13.no-ip.biz | rjtgh.no-ip.biz | rodrigoooooo.no-ip.org |
| revengeee14.no-ip.biz | richardclauss.no-ip.org | rjvitt.no-ip.biz | rodyabed.no-ip.biz |
| revert.zapto.org | richiform.no-ip.org | rk2013controler.no-ip.biz | rofix.zapto.org |
| revivo.zapto.org | richrich.zapto.org | rkadeh.no-ip.biz | roflkevin.no-ip.org |
| revlop.no-ip.biz | rickards.no-ip.org | rkle.myftp.biz | roflknoten.zapto.org |
| revo95.no-ip.biz | rickyspenish.no-ip.org | rkohacker.no-ip.org | roger.bounceme.net |
| revole.no-ip.org | ricxcoupe.no-ip.org | rkoon.no-ip.biz | rogermoore.no-ip.biz |
| revoltado2012.no-ip.org | rida-mosbeh.zapto.org | rkt.no-ip.org | rohit.zapto.org |
| revolutionrevo.no-ip.biz | rida99.no-ip.biz | rlw.no-ip.info | rohithrocker.noip.me |
| revoolt.zapto.org | ridaredox.zapto.org | rm21.no-ip.info | rohyrohy.zapto.org |
| reworg.no-ip.org | ridhabali.no-ip.biz | rm83gf2htp.hopto.org | roi007.zapto.org |
| rextonsy.no-ip.biz | ridhawinxp.zapto.org | rmaliatochenote.zapto.org | roi2.no-ip.info |
| reyesyreynas.sytes.net | ridingdark.no-ip.biz | rmn18.zapto.org | roitn.no-ip.org |
| reyoux.no-ip.org | ridos.no-ip.info | rmotx.no-ip.org | rojadawi1.no-ip.biz |
| rezaa.no-ip.biz | ridos.no-ip.org | rmpxa.zapto.org | rojava.no-ip.biz |
| rezareza.zapto.org | rienparis.zapto.org | rmrm90.zapto.org | rok.no-ip.biz |
| rezki1010.no-ip.biz | rifntkd.hopto.org | rndaso.no-ip.info | rok.no-ip.info |
| rezkiayoub.no-ip.biz | rigers.zapto.org | rnet.no-ip.org | roland1926.no-ip.biz |
| rezouka.zapto.org | rihom.no-ip.biz | ro7e7eate.no-ip.biz | rolax.no-ip.biz |
| rf-gs.servegame.com | riiir.no-ip.biz | roaacool.no-ip.biz | rolex000.no-ip.biz |
| rfah.zapto.org | riista.no-ip.org | robekde.no-ip.org | rollerishere.zapto.org |
| rfcv.no-ip.biz | rikey10.zapto.org | robert10.no-ip.org | rolles.no-ip.biz |
| rfnm227.servegame.com | riko2012.no-ip.biz | robertcats.zapto.org | roma200.no-ip.biz |
| rg92.no-ip.info | rikoaliraqi7.no-ip.info | robertscotts07.no-ip.biz | romainmule.zapto.org |
| rghosting2.no-ip.biz | rikox15.no-ip.biz | robiip.no-ip.biz | romans.myftp.biz |
| rgl.no-ip.biz | rileyirc.no-ip.info | robinhood123.no-ip.biz | romario126.hopto.org |

97

| | | | |
|---|---|---|---|
| romeohosting.no-ip.biz | rooting.no-ip.org | rs2movies.no-ip.biz | ruskamafija123.no-ip.biz |
| romero.no-ip.info | rootkali.zapto.org | rsaab.zapto.org | russell.no-ip.info |
| romix-yassine.no-ip.biz | rootoor.no-ip.biz | rsasalhob.no-ip.org | russianrules1.sytes.net |
| romka1608.servecounterstrike.com | rootservers.no-ip.biz | rscheat.noip.me | russianwithlove.no-ip.biz |
| romka1608.zapto.org | roottoor.no-ip.org | rse.no-ip.biz | rustiatic.no-ip.biz |
| romtek.zapto.org | rooty.no-ip.biz | rsema14.no-ip.biz | ruzt386.no-ip.biz |
| ronaldinho.no-ip.biz | roro111222.no-ip.biz | rsge.no-ip.org | rvnn.no-ip.biz |
| ronaldo-123.no-ip.biz | roro3696.no-ip.biz | rshaaash.no-ip.info | rwaily.no-ip.info |
| ronaldo007.no-ip.org | roro3696.zapto.org | rsjamal.no-ip.org | rwan.no-ip.biz |
| ronaldo10.no-ip.org | rororoee.zapto.org | rsnoip.zapto.org | rwan123456789.no-ip.biz |
| ronaldo1155.no-ip.biz | rorororo.no-ip.info | rspunit4tehlulz.no-ip.biz | rx10.no-ip.biz |
| ronaldo1211.no-ip.org | rose1966.no-ip.biz | rsq1996.no-ip.info | rxzinvestmentx.no-ip.org |
| ronaldo25.zapto.org | roseone1.no-ip.biz | rsullivany.zapto.org | ryadcool.zapto.org |
| ronaldo312.no-ip.biz | rosiesandra.no-ip.info | rsvensson.no-ip.biz | ryadsug.no-ip.biz |
| ronaldo9dz.no-ip.biz | rosinante12.no-ip.biz | rtaytt.no-ip.biz | ryan1ryan1.no-ip.biz |
| ronaldreagansaboss.no-ip.org | rostom47.sytes.net | rthrthrthhrt.zapto.org | ryan3434.no-ip.biz |
| ronik11111.no-ip.org | rosyhack.no-ip.biz | rtmagne.noip.me | ryan95620.noip.me |
| ronin1.zapto.org | rotinabox.no-ip.biz | ruan38.no-ip.org | ryangold.no-ip.info |
| roniprime.no-ip.biz | rotsob1.no-ip.biz | ruben0148.zapto.org | ryanpedroso.no-ip.org |
| ronking.no-ip.biz | rotsobhack.no-ip.biz | rucandruc.no-ip.info | rybaz91.no-ip.biz |
| roodney.no-ip.org | rouch.no-ip.org | rudiq1332.no-ip.org | rynxt2014.no-ip.biz |
| roohan.no-ip.biz | rougerrouger.no-ip.biz | rudolph30.no-ip.info | ryuujihost.no-ip.org |
| rookguard.no-ip.org | rouina.zapto.org | rudy62840.no-ip.org | ryuujitiger.no-ip.org |
| rookster123.no-ip.org | rouji.zapto.org | rufas.no-ip.org | rzaszka.zapto.org |
| room14.no-ip.biz | roulou.zapto.org | ruler.no-ip.info | rzgarkoye.no-ip.biz |
| room667755.no-ip.biz | routebox.servehttp.com | rumble.bounceme.net | rzgarraman.no-ip.org |
| rooma09.zapto.org | rovel4sh.no-ip.biz | run.no-ip.biz | s-2e.no-ip.biz |
| roomoriginal.no-ip.biz | roverc.servebeer.com | runanders.no-ip.org | s-alrefei.no-ip.org |
| rooney.no-ip.biz | roxynet.no-ip.info | rune-evo.no-ip.info | s-mz.sytes.net |
| rooom.no-ip.biz | roxysnet.no-ip.info | runescape3beta.no-ip.org | s-mz.zapto.org |
| rooom.zapto.org | roxysnett.no-ip.info | runescape6.no-ip.org | s-revolution.no-ip.info |
| rooom23.no-ip.biz | royal1102225.zapto.org | runescapebot.servegame.com | s07.no-ip.biz |
| roooma.zapto.org | roze123456.no-ip.biz | runescapelmao.no-ip.org | s0h4il.no-ip.biz |
| rooooooo3b.no-ip.biz | rozveltoo.no-ip.info | runescaperage.servegame.com | s0upzz.no-ip.biz |
| root-access.no-ip.biz | rpsl.no-ip.org | runescaperocks.no-ip.org | s1100335.zapto.org |
| root12345.no-ip.org | rqtazz.no-ip.org | runescapesucks.no-ip.biz | s12.no-ip.biz |
| root124.zapto.org | rr170697.no-ip.biz | runeshacks.no-ip.biz | s123456.zapto.org |
| root2002.no-ip.biz | rr8528.no-ip.biz | runixxhost.no-ip.org | s17178.hopto.org |
| root32.zapto.org | rraiz0.no-ip.biz | running212.myvnc.com | s1985.zapto.org |
| rootbahrain.no-ip.biz | rrochdi.no-ip.info | rus123450.no-ip.org | s1r1c1ly.no-ip.biz |
| rooted.no-ip.biz | rrtt.zapto.org | rus3.zapto.org | s1v.no-ip.biz |
| roothackerr.no-ip.org | rry1.no-ip.biz | rush99.no-ip.biz | s3c-k.no-ip.info |
| rooting.no-ip.info | rs1.zapto.org | rusher50.no-ip.org | s3ctumrr.no-ip.biz |

s3o.no-ip.biz
s3oodi2008.no-ip.biz
s3ssh0maru.no-ip.org
s4jir3x.no-ip.info
s6o.no-ip.biz
s6s6503.zapto.org
s78.no-ip.biz
s7cookie.no-ip.org
s7lol2014.no-ip.biz
s9r.no-ip.info
sa-sa.zapto.org
sa012my.noip.me
sa123.zapto.org
sa200003.no-ip.org
sa3adan.no-ip.org
sa3doun.no-ip.biz
sa3eka.no-ip.org
sa3eka92.no-ip.info
sa6y.no-ip.org
saaaaaa.no-ip.biz
saaad2.no-ip.org
saad-toto.hopto.org
saad03.zapto.org
saad9999.no-ip.biz
saaded.zapto.org
saadedine.no-ip.biz
saadess19.no-ip.biz
saadi1950.zapto.org
saadloorde.no-ip.biz
saadman.no-ip.biz
saadsad1972.no-ip.org
saaduar.no-ip.biz
saadzaghlool.no-ip.org
saaid.no-ip.biz
saalah.no-ip.biz
saashak.zapto.org
saat1.serveftp.com
saatbashtaaq.zapto.org
saaw.zapto.org
saawoo7.zapto.org
sab3awy.no-ip.biz
sab3hacker.no-ip.biz
sabah111.no-ip.biz

sabah2020.no-ip.biz
sabahabdh.no-ip.biz
sabater38.no-ip.biz
sabenao.no-ip.org
saber079196.no-ip.biz
saber1.no-ip.org
sablak5.no-ip.org
sabri999sk.zapto.org
sabrina.zapto.org
sabry2011.no-ip.biz
sabuerossama22.no-ip.biz
sachem22.no-ip.biz
sad-angel991.no-ip.org
sad-hk.no-ip.org
sad10sad.no-ip.org
sad11.no-ip.info
sad1fun1.no-ip.biz
sad77.no-ip.biz
sadad1.no-ip.biz
sadasgfsdxcgbhse.no-ip.org
saddam999.no-ip.biz
sadeceizle.zapto.org
sadeq1991.no-ip.biz
sadeqq.no-ip.biz
sadeqs.no-ip.biz
sadeqyusf.no-ip.org
sader2.no-ip.biz
sadhacker11.no-ip.org
sadhub.servequake.com
sadiq143.no-ip.biz
sadness12334.no-ip.org
sadnessonly.no-ip.org
sado2133.no-ip.biz
sadokbest.no-ip.org
sadousadou.no-ip.org
sadsad123.no-ip.biz
sadutosvpn2014.zapto.org
sadw12345.zapto.org
saedhassn.no-ip.info
saeed999.no-ip.org
saeef11.no-ip.biz
saefooooooo.no-ip.biz
saefzaed.no-ip.biz

saf20.no-ip.org
safa.zapto.org
safaa-ramos99.no-ip.biz
safaa.no-ip.biz
safaalhusiny.hopto.org
safaass14.no-ip.org
safahjesh.zapto.org
safanaali.no-ip.biz
safanaali1.no-ip.biz
safe.no-ip.info
safe123.zapto.org
safe1996.no-ip.biz
safeernet.no-ip.org
safeh20.no-ip.biz
safeip.no-ip.org
safenmhmd.no-ip.biz
safethinking.zapto.org
safi6.no-ip.biz
safi737000.no-ip.biz
safimehdo.no-ip.org
safsaf111.no-ip.info
safwat.no-ip.biz
sagasaga.no-ip.biz
sago1985.no-ip.org
sagom.no-ip.org
sah113.no-ip.biz
sahacrazy.no-ip.biz
sahad12.no-ip.biz
saharnaz.no-ip.org
sahbi7000.zapto.org
saher-hacker.no-ip.biz
saher1144.no-ip.biz
saher1234.no-ip.biz
sahher.no-ip.biz
sahilpanaybaz111.no-ip.info
sahmsam.no-ip.biz
sahowa.zapto.org
sahrawisahrawi.no-ip.biz
sahroub.no-ip.biz
saibot666.no-ip.biz
said147896320.no-ip.biz
saidahmed.zapto.org
saidalid123.no-ip.org

saidbihnibihni.no-ip.info
saiddando.no-ip.info
saidi15.no-ip.biz
saidismyname.myftp.biz
saidluxe20.no-ip.org
saidoip.no-ip.biz
saied665.no-ip.org
saiefcris.no-ip.org
saif-alzahrani.no-ip.org
saif-truble.no-ip.biz
saif11.zapto.org
saif113.no-ip.biz
saif198999.no-ip.biz
saif51.no-ip.org
saif82260171.no-ip.biz
saifalirqe.no-ip.biz
saifaziam.no-ip.org
saifhacker1991.no-ip.biz
saifi-dz.no-ip.org
saifkix.no-ip.biz
saiflovekarar.zapto.org
saifula.no-ip.biz
saifzar.no-ip.biz
saiko30.no-ip.biz
saiko40.zapto.org
sailme143.no-ip.biz
sailnt.no-ip.biz
saimraza933.no-ip.biz
sainichi-f.no-ip.biz
sainichi05.no-ip.org
saisai.no-ip.biz
saitooo.no-ip.biz
saiyankiller.no-ip.biz
sajad.no-ip.org
sajad90.no-ip.org
sajad999.no-ip.biz
sajadhacker94.no-ip.biz
sajjad.no-ip.org
sak3r00alsham001.no-ip.org
sakaryalionur.zapto.org
sakly10.no-ip.org
sako93.no-ip.biz
sakooo3.no-ip.biz

| | | | |
|---|---|---|---|
| sakora-system.no-ip.biz | salim11.zapto.org | sameh123456.no-ip.biz | sammrat.no-ip.biz |
| saksak.zapto.org | salim261988.no-ip.biz | samehfido.no-ip.biz | sammybag.no-ip.biz |
| sala4.myftp.biz | salim88.no-ip.biz | samehgamal.no-ip.biz | sammyisme.no-ip.biz |
| saladz.no-ip.org | salimoaec48.zapto.org | samer00000.no-ip.biz | sammyyoung.no-ip.biz |
| salafijiheditounsi.zapto.org | salimodz.no-ip.org | samer009009.no-ip.biz | samo-algeria.zapto.org |
| salah-007.no-ip.biz | salimox123.no-ip.org | samer178.no-ip.org | samo.zapto.org |
| salah-hacker.no-ip.org | salimox123456.no-ip.biz | samer1993.no-ip.biz | samo1177.no-ip.biz |
| salah.no-ip.org | salims.no-ip.biz | samer69.no-ip.org | samo24hack.no-ip.biz |
| salah10000.no-ip.biz | salimyebda.no-ip.biz | samera20.sytes.net | samo25hack.no-ip.biz |
| salah1322.zapto.org | salladin71.no-ip.biz | sameroudah.no-ip.biz | samobay.zapto.org |
| salah488.no-ip.biz | sally12.zapto.org | samhunter.zapto.org | samojan.zapto.org |
| salah602.no-ip.biz | salma2010.no-ip.info | sami-hacker.no-ip.org | samonteparceria.no-ip.org |
| salahba.no-ip.biz | salma691.no-ip.biz | sami.no-ip.biz | samor.no-ip.biz |
| salahdine.no-ip.org | salman5.no-ip.biz | sami2233.no-ip.org | sampiw.no-ip.biz |
| salahnew.no-ip.org | salmanmr.no-ip.biz | sami23k.no-ip.biz | samr2320000.no-ip.biz |
| salahsalehbaans.no-ip.biz | salmaxd.no-ip.biz | sami66.no-ip.org | samrtfuck.zapto.org |
| salaja.zapto.org | saloiny12.no-ip.biz | samia.no-ip.org | samsami.no-ip.biz |
| salakta1991.no-ip.biz | salopit.no-ip.info | samiadams2197.zapto.org | samsom.no-ip.info |
| salam2017.no-ip.info | salsa100.no-ip.org | samiaic2014.zapto.org | samsung-rv508.no-ip.biz |
| salamancausa.no-ip.org | salt07.no-ip.biz | samicanardo.no-ip.biz | samsunlu55.no-ip.info |
| salamander2197.servehttp.com | salvavk3.no-ip.org | samih19975.no-ip.biz | samuraihacker.no-ip.org |
| salamart1988.no-ip.biz | salvusiv.no-ip.org | samiha2013.zapto.org | samwebb.no-ip.biz |
| salamciq.sytes.net | sam-of.no-ip.biz | samihakaka.no-ip.biz | samy012012.no-ip.biz |
| salame5566778899.no-ip.biz | sam3r.no-ip.biz | samihako.no-ip.biz | samy777.no-ip.biz |
| salamsd.no-ip.biz | sam5473.zapto.org | samimiller.no-ip.biz | samycashmoni101.no-ip.biz |
| salamy5566778899.no-ip.biz | sam666.zapto.org | samimm2013.no-ip.biz | samyguy4cash1.no-ip.org |
| salas114.no-ip.biz | sam9.no-ip.biz | samir-amara.no-ip.biz | san12.no-ip.biz |
| saleem200980.no-ip.biz | sam9680.no-ip.biz | samir121s.no-ip.info | sana01.no-ip.info |
| saleh-zeroual.no-ip.biz | sam9680.zapto.org | samir22.no-ip.biz | sanad-11.no-ip.biz |
| saleh261979.no-ip.biz | sama12.no-ip.info | samirahmed586.zapto.org | sanagober4.no-ip.biz |
| salehalfalahy.no-ip.biz | sama67.no-ip.biz | samirakilani.no-ip.biz | sanandaj1988.no-ip.org |
| salehking1.no-ip.biz | samadams2197.hopto.org | samirinjector.no-ip.biz | sanane06.no-ip.biz |
| salem12gaza.zapto.org | samaki91.no-ip.biz | samiriraqi.no-ip.biz | sanane42.no-ip.biz |
| salemppoe.no-ip.org | samalex911.no-ip.info | samirleash.no-ip.org | sancho.zapto.org |
| saleron.no-ip.biz | samasd1234.no-ip.biz | samirmimic.no-ip.biz | sanderkidah.no-ip.org |
| sales03.no-ip.biz | samasdasd2009.no-ip.biz | samiros.zapto.org | sanderman.no-ip.biz |
| salfar-hacker.no-ip.biz | sambo300.no-ip.biz | samirsamir.no-ip.biz | sandero8.no-ip.biz |
| salhaltanfb.no-ip.biz | sambuck58.no-ip.org | samirsamir12.no-ip.biz | sandgate.no-ip.biz |
| salhimd05.no-ip.biz | sambuckers.zapto.org | samirtipaza.zapto.org | sandokan26.no-ip.org |
| salhoubhack.no-ip.org | samed.no-ip.biz | samirvivo.no-ip.biz | sandy12.hopto.org |
| salieri-new.no-ip.biz | sameed1.no-ip.biz | samkoo.no-ip.biz | sanfour1983.no-ip.biz |
| salih199.myftp.biz | sameh-taha.no-ip.biz | samkoujak.no-ip.biz | sanfouraforever.no-ip.biz |
| saliho48.no-ip.biz | sameh1234.no-ip.biz | samkoujka.no-ip.biz | sanjii.no-ip.org |

sanmakihackerim.no-ip.biz

sansar.servegame.com

sansho.no-ip.biz

santos1000.no-ip.org

santos2000.no-ip.org

santosanto.no-ip.biz

santosdabahia01.no-ip.biz

sao.no-ip.biz

saod2005.no-ip.info

saptarn47.zapto.org

sapy.hopto.org

saqeer-new8.no-ip.biz

saqeer1992.no-ip.biz

saqo-97.no-ip.biz

sara-blid.no-ip.biz

sara-blida.no-ip.biz

sara-tabuk.no-ip.biz

sara.no-ip.org

sara053288.no-ip.biz

sara1.no-ip.biz

sara123.zapto.org

sara123hacke.no-ip.org

sara123hacker.no-ip.biz

sara16.sytes.net

sara1933.no-ip.biz

sara994.no-ip.info

saraaa33.no-ip.biz

saraaa77.no-ip.biz

saraabbas.no-ip.org

saradz2010.no-ip.info

sarahacker44.no-ip.biz

sarahblogdns.bounceme.net

sarahdz38.no-ip.org

sarahone.no-ip.org

sarakam.no-ip.biz

saralolo.no-ip.org

saralove5night.zapto.org

saralraq.no-ip.org

saramuhamad.no-ip.org

saras.zapto.org

sarasara.no-ip.org

sarasecurity.no-ip.org

sarawia.no-ip.org

saraya13.no-ip.biz

sarbazit.no-ip.biz

sardam.no-ip.biz

sardar12.no-ip.biz

sarhang.no-ip.org

sarii.zapto.org

sarita.zapto.org

sarkawt767.no-ip.biz

sarmad2014.no-ip.biz

sarmd77.no-ip.biz

sarooo.no-ip.biz

saroura.no-ip.biz

sarsre.no-ip.biz

sartabuke.no-ip.biz

saryhackr.no-ip.org

sasa100030.no-ip.biz

sasa87.no-ip.org

sasa90.no-ip.biz

sasafr3oon2008.no-ip.org

sashaxat.sytes.net

saske55.no-ip.biz

saskiller.no-ip.biz

sasolovesaso.no-ip.biz

sasoo.no-ip.biz

sasori.no-ip.org

sasouki.zapto.org

sasuke-dz.zapto.org

sasupiw.no-ip.biz

sasxdcv.zapto.org

sat-iva.no-ip.info

sat550.no-ip.biz

satan666.no-ip.biz

satanichack.no-ip.biz

satnaon.no-ip.org

satnetsyr.no-ip.biz

satosan.no-ip.biz

satrami.zapto.org

sattam8.no-ip.biz

sattouf.no-ip.biz

satz.no-ip.org

saud19.no-ip.org

saudicoder.no-ip.info

saudra9e9.no-ip.biz

saulo28.no-ip.biz

save.servegame.com

saveme.no-ip.biz

savio044.no-ip.biz

savix.no-ip.biz

savoritz.no-ip.biz

saw-star.zapto.org

saw0786.no-ip.biz

saw56.no-ip.org

sawafta25484.zapto.org

sawdz.no-ip.biz

sawf55he3.serveblog.net

sawhackk.no-ip.org

sawishere.no-ip.biz

sawkey.zapto.org

sawtn.no-ip.org

sayaf.zapto.org

sayah.zapto.org

saydseka33.no-ip.biz

sayed22.no-ip.biz

sayed90.no-ip.biz

sayedezzeldin.zapto.org

sayedhanyrashed.no-ip.biz

sayler011.no-ip.biz

saysaff.no-ip.biz

sb-tig.no-ip.org

sbhades.no-ip.biz

sbinet.no-ip.biz

sbk0218.zapto.org

sbr1000.no-ip.biz

sbtorh.no-ip.biz

sbx123.zapto.org

scadufax.no-ip.biz

scalzittibr.no-ip.biz

scan247.noip.me

scarecrow53.no-ip.org

scarletdz16forfun.no-ip.biz

scat69.no-ip.biz

scd44.no-ip.biz

scdscd.no-ip.biz

schit.no-ip.biz

school-pc.sytes.net

schoolee.sytes.net

scofieldd.no-ip.org

scoopomar.no-ip.biz

scorpio12121.no-ip.biz

scorpion-egypt.no-ip.biz

scorpion-kn.no-ip.biz

scorpion007.zapto.org

scorpionjordan.zapto.org

scorpionkg.no-ip.biz

scorpionsting22.zapto.org

scorpionsting222.zapto.org

scorpionwally.noip.me

scorpionwz.no-ip.biz

scottt.no-ip.biz

scream-hack.no-ip.biz

scream4443.no-ip.biz

scream52100.no-ip.org

scream9993.no-ip.org

screamhide.no-ip.org

screenrat.no-ip.biz

screetest.noip.me

scriblaee.no-ip.biz

scripte.no-ip.biz

scripthabbo.no-ip.org

scrubolt.no-ip.org

scrydll.no-ip.info

scryzer.no-ip.biz

scuba.hopto.org

scwero.no-ip.org

sdafff.no-ip.biz

sdaka22.no-ip.biz

sdeeeek.no-ip.biz

sdeek22.no-ip.biz

sdf3333.no-ip.biz

sdfgdfdfb.no-ip.biz

sdfgh515151.no-ip.biz

sdfsadg.zapto.org

sdfuisod.zapto.org

sdgj.zapto.org

sdoss.no-ip.info

sdsdefgr.no-ip.biz

se7a456se7a.no-ip.org

se7aaaaa.no-ip.org

seal.servegame.com

sealteamsix.servecounterstrike.com
sean619.no-ip.biz
seasongz1.no-ip.org
seaway.no-ip.biz
seb93.no-ip.org
sebastianlds98.no-ip.biz
sebtaoui1.zapto.org
sebywarlord.no-ip.biz
secattack.no-ip.biz
secondtry.zapto.org
secretarts.no-ip.org
secretum.no-ip.biz
securebifrost.redirectme.net
secureclub.no-ip.biz
securedomain.no-ip.biz
securedslconecction.loginto.me
securegoflex.no-ip.biz
securenetupdates.no-ip.org
securers.servegame.com
securesoft.no-ip.info
secureutility.redirectme.net
security-hacked.no-ip.biz
security.no-ip.biz
security000.no-ip.org
security100.no-ip.biz
security1234.no-ip.org
securitybr.noip.me
securitycenter2.serveftp.com
securityegypt.no-ip.biz
securityegypt1.no-ip.biz
securityfocus.bounceme.net
securitylogserver.no-ip.biz
securitypage.no-ip.biz
securityport.no-ip.org
securtbaldeat.no-ip.biz
secutiyy77.no-ip.biz
see.zapto.org
see3.zapto.org
seebek.zapto.org
seegobe.no-ip.biz
seek4stan.no-ip.biz
seeker12.no-ip.biz
seemmoo1997.no-ip.biz

seeyouaround.no-ip.biz
sefrioui.no-ip.biz
sefrou.no-ip.info
segale.no-ip.org
sego.no-ip.biz
segun.zapto.org
segwick22.no-ip.biz
seiboldsoft.myftp.org
seif-blue.no-ip.biz
seifd2.no-ip.biz
seifeddine15.no-ip.biz
seifeddine27.no-ip.biz
seifopuff.no-ip.biz
seifrastabia.no-ip.biz
seifs10.no-ip.org
seifsniper2011.no-ip.org
seiif.zapto.org
seikoshadow.no-ip.biz
seistatoinfettato.no-ip.org
sejdra.no-ip.biz
seko1230.myftp.biz
sektorhack.no-ip.org
selar.myvnc.com
selcukalpay20.zapto.org
selfservice.zapto.org
selim.no-ip.biz
selin.no-ip.biz
selocoman.no-ip.org
selomtrack44.zapto.org
selvr-hacker.no-ip.biz
semacesso.no-ip.org
semawe.no-ip.biz
semergall.no-ip.org
semih.no-ip.biz
semmi.no-ip.biz
semmi.no-ip.org
semnomeblabla.no-ip.org
semo-semo.myvnc.com
semoamr.no-ip.org
sempa.no-ip.biz
semsem0149579234.zapto.org
semsem10000.no-ip.biz
semsem11115.no-ip.biz

semsem23.no-ip.biz
semsem68.no-ip.biz
semsin.hopto.org
senaslemany.no-ip.org
senbilirsin3.zapto.org
sendbad7.sytes.net
senfour25.no-ip.biz
senfourdz.no-ip.biz
sengele.no-ip.org
senhorchris.no-ip.biz
senhorchris.no-ip.org
senior.no-ip.biz
senkcs.no-ip.org
senkora100.no-ip.biz
senkora3.no-ip.biz
senolmasansanten.no-ip.org
sensei-kakashi.no-ip.biz
sensualidadetotal.zapto.org
sentinela.no-ip.org
senza04.no-ip.biz
seorityy.no-ip.biz
sepeti.zapto.org
sephiroth99.zapto.org
septcent.no-ip.biz
septiembre.no-ip.org
ser.myftp.org
ser.zapto.org
ser4co.servegame.com
seraj19993.no-ip.biz
serano0.no-ip.org
seras2.sytes.net
serbair13.no-ip.biz
serbeche.zapto.org
sercio123.sytes.net
serdarr01.zapto.org
serega2x2.no-ip.biz
serfer.zapto.org
sergie1516.no-ip.biz
serialkillerdexter.no-ip.org
seriouss.no-ip.info
serj15.no-ip.biz
serp7.no-ip.biz
serrgfdr.no-ip.org

sersus.no-ip.info
serterjnoyg.sytes.net
servar123.zapto.org
serve.no-ip.info
serve.servemp3.com
serve157.no-ip.org
servecounterstrike.servecounterstrike.com
servegerto.no-ip.org
serveparainvasaojv.no-ip.org
server-config.servehttp.com
server-dunezz.zapto.org
server-trojan0.no-ip.biz
server.no-ip.biz
server101.noip.me
server1231.no-ip.biz
server12345.no-ip.biz
server1dc.no-ip.org
server20000.zapto.org
server222.no-ip.biz
server23027.sytes.net
server321.no-ip.biz
server333.no-ip.info
server3369.myvnc.com
server3432.zapto.org
server37.zapto.org
server4255871.no-ip.biz
server5lin.no-ip.org
server699.no-ip.biz
server768.no-ip.biz
serverade.no-ip.org
serverahmed165.no-ip.biz
serveralpha.no-ip.biz
servercheck.no-ip.biz
serverclin.no-ip.biz
serverdarkcomet.no-ip.org
serverdextreme.no-ip.org
serverdoi.sytes.net
serverforcomet.zapto.org
serverhack01.sytes.net
serverhost123.no-ip.biz
serverinfo.servehttp.com
serverlation.no-ip.info
serverlist.servegame.com

serverlook.no-ip.biz
servermail.redirectme.net
serveropmiscojones.zapto.org
serverrn21.no-ip.org
serverstatus11.no-ip.org
servertre.zapto.org
serverum.zapto.org
serverupd.no-ip.biz
serverupdate2014.no-ip.info
servervenitas.no-ip.org
serverweb.bounceme.net
serverwire.no-ip.biz
serverxtreme.no-ip.org
serverzhyar12.no-ip.biz
serveur-darkcomet.no-ip.org
serveur-daymon.zapto.org
serveur.zapto.org
serveur27.no-ip.biz
serveurdc1213.no-ip.biz
serveurdc40.no-ip.org
servev.zapto.org
servhost.zapto.org
service-update.servehttp.com
service.servequake.com
service1996.no-ip.biz
serviceback03.serveftp.com
servicedrivers.zapto.org
servicenet.3utilities.com
services-pc.hopto.org
services03.servegame.com
services1.servegame.com
services30.zapto.org
servicetools.redirectme.net
servidor-mevi.sytes.net
servidor.3utilities.com
servidor054.no-ip.info
servidoressmtps.sytes.net
servirs.zapto.org
servises.servehttp.com
ses2020.no-ip.info
seslidekor22.no-ip.biz
sestem32.no-ip.biz
sestem32.sytes.net

set.redirectme.net
set.sytes.net
set4drix.no-ip.biz
sethc.sytes.net
sethguex.sytes.net
setokaiba.no-ip.biz
settest.zapto.org
setup.no-ip.biz
setupp.myftp.org
setzen19.no-ip.biz
seudns.sytes.net
sevdam0101.no-ip.biz
sevdayolu.no-ip.biz
seven-hacker.no-ip.biz
seven3smok.no-ip.biz
severmia1024.zapto.org
severus.no-ip.biz
sevilo666.no-ip.biz
sevmemm.no-ip.biz
sevmemss.no-ip.biz
sewnar.no-ip.biz
sewxi.no-ip.biz
sex-2013.zapto.org
sex.no-ip.info
sex1.no-ip.org
sexfeet.no-ip.biz
seximenews.zapto.org
sexlove.no-ip.biz
sexwithmyboies.no-ip.biz
sexy-2014.no-ip.org
sexy-girls12345.no-ip.biz
sexy2012.sytes.net
sexyashley.no-ip.info
sexyhacker666.no-ip.biz
sexyoutube.no-ip.biz
sexyrr.no-ip.biz
sexyservers.servegame.com
sey69.no-ip.bisey69.no-ip.biz
sey69.no-ip.biz
sez.no-ip.biz
sfa7.no-ip.info
sfa7sfa7.no-ip.biz
sfaf2010.no-ip.biz

sfasgrhhee.no-ip.biz
sfeer.no-ip.biz
sfenj.no-ip.info
sfn.no-ip.biz
sfraccount.no-ip.biz
sfsdfdfhdfh.zapto.org
sfukys.zapto.org
sfx.zapto.org
sfx1.zapto.org
sgbrjfutm.no-ip.biz
sglovepvp.sytes.net
sh28466.no-ip.biz
sh3lios.no-ip.biz
sh3lool1.no-ip.biz
sh3roy.no-ip.biz
sh4wnxxx.zapto.org
sh7em.no-ip.biz
sha20.zapto.org
shaadman11.no-ip.biz
shaalabaz.no-ip.org
shaams007.no-ip.biz
shabsug.hopto.org
shad0w1ord.no-ip.biz
shad84.no-ip.biz
shaddows.zapto.org
shadehacker.no-ip.info
shadehakrz1983.zapto.org
shades.no-ip.org
shadez.no-ip.biz
shado-vip.no-ip.biz
shadow-17.no-ip.org
shadow-walker.no-ip.org
shadow053.no-ip.org
shadow1ord.zapto.org
shadow20201.zapto.org
shadow22.no-ip.biz
shadow2hacker.zapto.org
shadow404.myftp.org
shadow501.no-ip.org
shadow770.zapto.org
shadow999.no-ip.biz
shadowbot-dark.no-ip.biz
shadowcorsair.no-ip.org

shadowhere1.no-ip.biz
shadowk7.no-ip.biz
shadowman.no-ip.biz
shadowserver333jj.no-ip.biz
shadoww085.no-ip.org
shadowwnlk.myftp.biz
shadwozx.no-ip.biz
shady111.zapto.org
shady146.no-ip.biz
shady569.no-ip.biz
shaedasarhang.no-ip.biz
shagagy21.no-ip.biz
shagagyalanbar.no-ip.info
shah007.no-ip.biz
shahd.zapto.org
shahen13.no-ip.biz
shaherhack.no-ip.biz
shahramdj.no-ip.org
shahramhalabja.no-ip.org
shahramvirus.no-ip.biz
shaiya-sites.no-ip.org
shaiya.no-ip.biz
shaiyaep5.servehttp.com
shajwan.no-ip.org
shakar1234.no-ip.biz
shakew44.no-ip.biz
sham0963.no-ip.biz
shamalish.no-ip.biz
shamdx.no-ip.biz
shammy.zapto.org
shamna.no-ip.biz
shapid9.noip.me
sharaktar.zapto.org
sharaz112.zapto.org
sharehost.no-ip.biz
sharehousamo.no-ip.biz
sharinganx.no-ip.biz
shark-attack.no-ip.biz
shark007.no-ip.biz
shark18952012.no-ip.info
shark27.zapto.org
sharkdz.zapto.org
sharkie.noip.me

| | | | |
|---|---|---|---|
| sharking.no-ip.biz | shikamaru.no-ip.org | shshsh1983.zapto.org | sifklam.no-ip.biz |
| sharknaz.no-ip.biz | shiko1337.no-ip.biz | shshsh1983.zapto.org | sifo18k19.no-ip.biz |
| sharks-beh.no-ip.info | shilibadii.no-ip.biz | shspiritofhero.sytes.net | sifou.myftp.biz |
| sharkyy.no-ip.org | shilihacker.no-ip.biz | shtaka.no-ip.biz | sifsasa.no-ip.biz |
| sharoxomar.hopto.org | shilihacker.no-ip.org | shuki2222.no-ip.biz | siham.servehttp.com |
| shaun5515.no-ip.biz | shine.redirectme.net | shukri.zapto.org | sii.no-ip.biz |
| shaunobyrne.no-ip.biz | shinenekun.no-ip.biz | shun2012.no-ip.org | siimiix.no-ip.biz |
| shaunobyrne.zapto.org | shinishi-kudo.no-ip.biz | shutdown.no-ip.biz | siismaxhiipii.no-ip.org |
| shavi.zapto.org | shinoizy123.no-ip.org | shutdown.no-ip.org | sikikler.zapto.org |
| shawkat.no-ip.org | shit34.no-ip.biz | shutup.no-ip.biz | sikiko1991.no-ip.biz |
| shawy.no-ip.info | shitoshack1.no-ip.org | shvan93.no-ip.biz | siklis7.no-ip.biz |
| shazam.no-ip.info | shitsoreal.no-ip.biz | shvanomar.no-ip.biz | sil7.no-ip.info |
| shb7.no-ip.biz | shivahacker111.no-ip.org | shwankurd.no-ip.biz | silan7.zapto.org |
| sheai.no-ip.info | shivahacker123.zapto.org | shweliyya.no-ip.org | silas-graves.no-ip.biz |
| shebb.zapto.org | shivahacker456.zapto.org | shyt125.zapto.org | silence.no-ip.biz |
| sheeda.zapto.org | shkoaz.no-ip.org | si-toblack.no-ip.biz | silenceisgolden.zapto.org |
| sheeik3.no-ip.biz | shoaibarif123.no-ip.biz | si00mba.no-ip.biz | silensieux.no-ip.biz |
| sheeikhacking.no-ip.org | shoaqh.no-ip.org | siaservicios.no-ip.biz | silent-hilll.no-ip.biz |
| shefketbrq.no-ip.info | shobing.servecounterstrike.com | siavashno.no-ip.org | silent-kira.no-ip.info |
| shegs2sex.no-ip.biz | shockerton.no-ip.biz | sibur1.no-ip.biz | silent9.zapto.org |
| shehadeh97.zapto.org | shoody.no-ip.info | sicario.no-ip.biz | silentcowz.no-ip.org |
| sheko.no-ip.biz | shooshoo.no-ip.org | sicherheit92.no-ip.biz | silentdrop.noip.me |
| sheko7.no-ip.biz | shooter-stresser.no-ip.info | sick321.no-ip.info | silenthaker.no-ip.org |
| shekohack.no-ip.biz | shooter0568.no-ip.biz | sickbastard.no-ip.biz | silentmemo9.no-ip.biz |
| shekoo.zapto.org | shopadvert.no-ip.org | sicro97.no-ip.org | silentrevenger.no-ip.biz |
| shell5.no-ip.biz | shoppal.no-ip.biz | sidahmed96.no-ip.biz | silentslayers.no-ip.biz |
| shellah.no-ip.biz | shoseff.no-ip.biz | sidali2014.myftp.biz | silenttear.no-ip.org |
| shenma.no-ip.org | shoshaty1986.no-ip.org | sidali22.no-ip.biz | silentxlove.no-ip.org |
| sherako.no-ip.biz | shotse.redirectme.net | sidalimca.no-ip.biz | silentzz.no-ip.biz |
| sherifmax.no-ip.biz | shotta.no-ip.biz | sidgenhost.no-ip.biz | silini.zapto.org |
| shersery24.no-ip.biz | shouterus.no-ip.org | sidisalim.myvnc.com | silkroadhack.zapto.org |
| sherwanta.no-ip.biz | showerpower.no-ip.biz | sidne.no-ip.info | silli3oygonnahack.zapto.org |
| sherwanta.zapto.org | showhacker.no-ip.biz | sidney-br.no-ip.org | silnat223.no-ip.biz |
| sherzadhacker.no-ip.biz | showmoeny.no-ip.biz | sidnhacker.no-ip.org | silver13.no-ip.biz |
| shexmard.no-ip.biz | showmustgo-on.no-ip.org | sido745.no-ip.biz | silverbullet1234.no-ip.org |
| shexxlogger.no-ip.biz | shozn1.no-ip.biz | sidoa.no-ip.biz | silverghost.zapto.org |
| shhaaad.no-ip.biz | shredderbg.no-ip.biz | siecomaradona.no-ip.biz | silverrat.no-ip.biz |
| shi6oon-hack.no-ip.org | shredz.no-ip.org | sief.sytes.net | silverroot.no-ip.biz |
| shiar1jian1.no-ip.biz | shreefmard.no-ip.biz | siegewow.no-ip.info | silverxkiller1.no-ip.org |
| shiarjian1.zapto.org | shrookelshms.no-ip.biz | siemamdobrze.no-ip.biz | silvester14.no-ip.biz |
| shico-92.no-ip.biz | shrs.no-ip.biz | sif123.no-ip.biz | silviucos.no-ip.biz |
| shidpromo.no-ip.biz | shsh1313.no-ip.biz | sifelddine1996.no-ip.biz | silvmag.no-ip.org |
| shifter123.no-ip.org | shshsh.no-ip.org | sifeperos.no-ip.biz | simatoxico.no-ip.biz |

simo-salim.no-ip.org
simo04.zapto.org
simo123.zapto.org
simo123fs.no-ip.biz
simobadboy.no-ip.biz
simodosx1.no-ip.biz
simofezz.no-ip.org
simoghazouani.no-ip.biz
simohakr.no-ip.biz
simohakr1.no-ip.biz
simohamed.no-ip.info
simohamed4.zapto.org
simokamikaz123.no-ip.biz
simomistralii.no-ip.biz
simon1111.no-ip.biz
simon963.no-ip.org
simoooo.no-ip.biz
simorino100101.no-ip.info
simou-x.no-ip.org
simou123.no-ip.org
simou21.no-ip.info
simox12.zapto.org
simoxw23.no-ip.biz
simple-man.no-ip.biz
simple8099.zapto.org
simsimo.zapto.org
sinan11.no-ip.org
sinan59.no-ip.biz
sinane.no-ip.biz
sinattacker.no-ip.org
sindeed.no-ip.biz
singhalovekan.no-ip.biz
singkeumha.no-ip.biz
sinhttp.zapto.org
sinj.no-ip.biz
sinned130.no-ip.org
sino.no-ip.info
sinon1997.no-ip.biz
sinon1999.no-ip.biz
sinorr.no-ip.biz
siofialzrkani.no-ip.biz
sion2001.zapto.org
sipermodz.no-ip.org

sipozz.no-ip.biz
sir-abo0d.no-ip.biz
sir-moka.no-ip.biz
sirag4545.zapto.org
sirawits.no-ip.biz
sirbinaz.no-ip.biz
sirghostlol.no-ip.biz
sirholla.no-ip.biz
siriusmd99.zapto.org
sirkele2020.myftp.biz
sirkele2222.myftp.biz
sirmen.zapto.org
sirshamss.no-ip.biz
sisaif1.zapto.org
sisi-hosting.no-ip.org
sisi.no-ip.info
sisina.no-ip.biz
sisnt.servehttp.com
sisoko.no-ip.info
sistem-dz.zapto.org
sistemainformatico.no-ip.biz
sisupportatt.no-ip.biz
situp.myvnc.com
situpp.sytes.net
sixdark.no-ip.biz
sixer.no-ip.biz
sizar.no-ip.biz
sjjvkhy.no-ip.info
sk1.zapto.org
ska050.no-ip.biz
skanbenamor1.no-ip.org
skander2013.no-ip.biz
skarfl.no-ip.org
skarter.zapto.org
skase007.no-ip.biz
skaw.no-ip.biz
skazi1177.no-ip.biz
skd86.no-ip.biz
skidrow.servegame.com
skilatchi.no-ip.info
skilatchi89.zapto.org
skilboss.zapto.org
skillfaker123.no-ip.biz

skills23.no-ip.biz
skilou2017.no-ip.biz
skilshots.no-ip.biz
skiracer.no-ip.org
skitzo407.no-ip.org
skizo-hacker.no-ip.biz
skizo-haker.no-ip.info
skonskon5.no-ip.biz
skooy1900.no-ip.org
skorepyo1.no-ip.org
skorpvs.zapto.org
skotrksa.no-ip.biz
skoules.no-ip.org
skoy999.no-ip.org
skpskp.no-ip.biz
skpye.myvnc.com
skrann.no-ip.org
skrgy51.no-ip.biz
skrillexdubstep.no-ip.info
skrooo.no-ip.biz
sksk1212.no-ip.biz
sky-life.no-ip.org
sky.redirectme.net
sky88.myftp.biz
skybird30781.zapto.org
skyboy.zapto.org
skyhawk.zapto.org
skylab.bounceme.net
skyler17.no-ip.org
skylifer64.zapto.org
skyline20000.zapto.org
skymax100.no-ip.biz
skymaxxxx10.no-ip.biz
skymike2dc.no-ip.biz
skynet3310.zapto.org
skynetcomputer.no-ip.biz
skynigh.no-ip.biz
skype-59702.zapto.org
skype-all.sytes.net
skype-groupe.myftp.biz
skype.hopto.org
skype.myvnc.com
skype.servehttp.com

skype.servepics.com
skype.sytes.net
skype0net.sytes.net
skype2link.myvnc.com
skypelive.sytes.net
skyper.zapto.org
skyper07.no-ip.info
skypeskypeskype.no-ip.info
skysaif9.no-ip.biz
skysky12009.no-ip.biz
skystream.no-ip.org
skytrojan.no-ip.org
skytwins.no-ip.info
skywebhost.no-ip.org
skyzor1337.no-ip.biz
sl0n3ua.zapto.org
sl0wpa1n.no-ip.org
sla7ef.no-ip.biz
slackworm.no-ip.biz
slammerdammer.no-ip.biz
slasherg.no-ip.biz
slasherist.zapto.org
slav3.zapto.org
slava1234.no-ip.biz
slaveboy.no-ip.biz
slaves.no-ip.biz
slaves.no-ip.org
slavetk.zapto.org
slavik.serveftp.com
slayer-800.no-ip.biz
slayers.hopto.org
slayorzattack.no-ip.biz
sldadlak.no-ip.biz
sledro.no-ip.biz
sleman.serveftp.com
slemanyhacker.no-ip.biz
slemanyxabat.no-ip.org
slgproduct.no-ip.info
slice092.no-ip.biz
slice092.zapto.org
slickjessejames.no-ip.org
slimanouleo.no-ip.biz
slimhacker.no-ip.org

105

slimsniper.zapto.org

smithlize.no-ip.biz

sniper.noip.me

snowballreturn.no-ip.biz

slimsnoni007.no-ip.biz

smithlyrat.no-ip.biz

sniper00.no-ip.org

snowdark.zapto.org

slitos.no-ip.biz

smithy4real.no-ip.biz

sniper057.no-ip.biz

snp-boy.zapto.org

slkyahya123456.no-ip.org

smocker.no-ip.biz

sniper1.no-ip.org

snp.no-ip.info

slmfakh.no-ip.biz

smokeblunts.no-ip.biz

sniper11.no-ip.biz

snupy.no-ip.biz

slo02.no-ip.biz

smoker21.hopto.org

sniper1234.no-ip.biz

snuskulrik.no-ip.org

slol.no-ip.biz

smokers1.no-ip.biz

sniper123454.no-ip.biz

so-hacker21.no-ip.biz

slowburn.no-ip.biz

smokiz.no-ip.biz

sniper1993.no-ip.biz

so-so.zapto.org

slowpacer.no-ip.biz

smoky.hopto.org

sniper20200.no-ip.biz

so.zapto.org

slprofessional.no-ip.biz

smouk.no-ip.biz

sniper808.no-ip.biz

so62so.no-ip.org

sls9.no-ip.org

smra.no-ip.biz

sniper9.sytes.net

soa7.zapto.org

sltanqq.no-ip.biz

sms24.no-ip.org

sniper911.no-ip.biz

soapdz.no-ip.biz

slvstr-305.no-ip.org

smsm6019.no-ip.biz

sniperbabel112233.no-ip.biz

sobhabdelhamid.no-ip.biz

slyfishnet.no-ip.biz

smsm88.no-ip.biz

snipercracker.no-ip.biz

soc2013.no-ip.info

slyopez.no-ip.biz

smsmrohany.no-ip.info

sniperfromdz.no-ip.org

soccerfag66.no-ip.biz

sm4ckhack.zapto.org

smsmszom.no-ip.biz

snipergohn.no-ip.biz

sock4redirect.no-ip.biz

sm4rty.no-ip.org

smt.no-ip.biz

snipergun.no-ip.biz

socks1proxy.no-ip.info

smac.sytes.net

smtp1.zapto.org

sniperhack.no-ip.biz

socksproxy.bounceme.net

smack.zapto.org

smtpserver.servehttp.com

sniperhobo1.no-ip.biz

socksproxy.redirectme.net

smail-hacker.no-ip.org

smuddrick.no-ip.biz

sniperjordan.no-ip.biz

socksproxy1.redirectme.net

smailgossboy.zapto.org

smurfs.no-ip.org

sniperkasri20200.no-ip.biz

socksproxy2.zapto.org

smailov123.no-ip.biz

sn0.no-ip.biz

sniperkiller.no-ip.info

socksproxy212.sytes.net

smailovich.no-ip.biz

sn1p3r.no-ip.org

snipermatrix.no-ip.org

socorsovolpe.no-ip.biz

smallalice.no-ip.org

snackhunter.no-ip.biz

snipernajaf.no-ip.biz

socre1555.no-ip.org

smar88.zapto.org

snak.no-ip.biz

sniperoujda.servehalflife.com

sod.no-ip.info

smart555.no-ip.org

snakaaay.no-ip.biz

sniperoujda.zapto.org

soddc.no-ip.org

smart66123457.no-ip.info

snake-eye.no-ip.info

sniperraap.no-ip.biz

soedontshoot.no-ip.biz

smartboy156.no-ip.biz

snake007.no-ip.biz

snipers.no-ip.info

soepstengel.servebeer.com

smartestone.no-ip.org

snakeeyes007.no-ip.org

snipershooot.no-ip.biz

soeusei123.no-ip.org

smartim.no-ip.biz

snatchfou.zapto.org

snipersky.no-ip.biz

sofia23.zapto.org

smartma99.no-ip.org

sndrhcker.no-ip.biz

snipersyback.zapto.org

sofiane-dz.no-ip.biz

smartt.no-ip.biz

sndrhcker6.no-ip.org

sniperx.no-ip.biz

sofiane-mess.no-ip.biz

smashkinger.zapto.org

sndws.zapto.org

snipperman.zapto.org

sofiane-sousou.no-ip.biz

smashmolotova.zapto.org

sneakymk.no-ip.info

snipwow.no-ip.org

sofiane06.no-ip.biz

smayloss.zapto.org

snfory.zapto.org

snizzy.no-ip.biz

sofianebreakhack.no-ip.org

smihsyhacker12345.no-ip.biz

sniffer.no-ip.org

snniko.no-ip.info

sofianehack.no-ip.org

smile-111.no-ip.info

snify.no-ip.biz

sno0w.no-ip.biz

sofien123456.no-ip.biz

smile222.no-ip.biz

sniikkerz.noip.me

snobix12.no-ip.biz

sofiene232.zapto.org

smile7.no-ip.org

snipeer.no-ip.org

snoepie.zapto.org

sofienehalila.no-ip.org

smileamine.zapto.org

sniper-dz.no-ip.org

snoker.no-ip.org

sofierobeerokey.zapto.org

smilie538.no-ip.biz

sniper-killer.no-ip.info

snookssouth.no-ip.biz

sofmanrat.no-ip.biz

smint171.no-ip.biz

sniper-sat1995.no-ip.biz

snooop.myftp.org

sofmantrat.no-ip.biz

smint666.no-ip.biz

snoowhacker.no-ip.biz

soft4sat40.no-ip.biz

softdoft.no-ip.biz
softhack11.no-ip.biz
softmanrat.no-ip.biz
softupdate1.no-ip.biz
softwar2.no-ip.biz
software-group1.sytes.net
software222.no-ip.org
softwarei.sytes.net
softwareupdate.servehttp.com
sofy33.no-ip.biz
sofybacktrack.zapto.org
sogolsadatmir.no-ip.biz
sohaibdogha.zapto.org
soheil.no-ip.biz
soheil.zapto.org
soka10.zapto.org
sokere.no-ip.info
sokr.no-ip.org
sol-pk.no-ip.biz
solarsonic.no-ip.org
solarvpn.servebeer.com
solary.no-ip.biz
solatico.no-ip.org
soldat.sytes.net
soldat16.no-ip.biz
soldatino1921.no-ip.biz
solde100.no-ip.biz
soleil.no-ip.biz
soleman.no-ip.biz
soliness.no-ip.biz
soljaboy.no-ip.biz
solo4ever.no-ip.info
soltan10.no-ip.biz
soma.zapto.org
soma1985.no-ip.biz
soma1992.no-ip.biz
somali3200.no-ip.org
somasexy23470.no-ip.biz
sombraluna.no-ip.org
somee.no-ip.biz
somethingwrong99.no-ip.biz
sometimesisitmang.no-ip.biz
somiag.no-ip.biz

sommaren2011.no-ip.biz
somy.no-ip.biz
son.servebeer.com
son911.no-ip.org
sona.no-ip.biz
sonaa.no-ip.biz
sonbal.no-ip.info
sonbal.noip.me
sonbal.zapto.org
sonetarem.no-ip.biz
song2014.no-ip.org
soniahacker.no-ip.biz
sonikshot1.no-ip.biz
soniyyy.no-ip.biz
sonkspnr.no-ip.biz
sonnysof.no-ip.biz
sonta19.no-ip.biz
sony.noip.me
sonycorporation.no-ip.org
sonz12345.no-ip.biz
soo11oos.no-ip.biz
soolt123.no-ip.biz
soon-time10.no-ip.org
soon199323.no-ip.biz
soonamyy19909.no-ip.biz
soonat10.no-ip.biz
soondjd.no-ip.biz
soonfuck.no-ip.org
soopercat.no-ip.biz
sora-com.no-ip.biz
soran22.zapto.org
soranranya.no-ip.biz
sorayawith.no-ip.biz
sorbbolindo.no-ip.biz
soria.zapto.org
sory-new.no-ip.org
sos.no-ip.info
sos13.no-ip.biz
sosa23.zapto.org
sose-hker.zapto.org
soseta.no-ip.info
soshacker.zapto.org
sosna.no-ip.biz

soso-alla.no-ip.biz
soso007.no-ip.org
soso008.no-ip.biz
soso1-soso1.zapto.org
soso180.zapto.org
soso1988.no-ip.biz
soso1989.zapto.org
soso1991.no-ip.biz
soso1997.no-ip.biz
soso2.no-ip.info
soso2013.no-ip.org
soso2014.no-ip.biz
sosoa.no-ip.biz
sosoaa.no-ip.biz
sosoe.no-ip.biz
sosohac.no-ip.biz
sosohacker.zapto.org
sososo.zapto.org
sososo2014.zapto.org
sospirous.no-ip.biz
sou-spam.no-ip.biz
soubhi99.no-ip.org
souddz.no-ip.biz
souf123.no-ip.biz
soufian-123.no-ip.biz
soufiane12345.no-ip.biz
soufianemaroc.no-ip.biz
soufiankenitra.no-ip.biz
soufiannedz.no-ip.biz
souhail-ajoub.no-ip.biz
souhailmerad.no-ip.biz
souhailweb.no-ip.biz
soujaboy04.no-ip.biz
souka.no-ip.biz
soukchayt2.no-ip.org
soul3mkyad.no-ip.org
soulriever.no-ip.org
sounovato.no-ip.org
soupa.no-ip.biz
sousreo.no-ip.biz
southarabia2014.no-ip.biz
soxey6forceop.no-ip.biz
soxprox1979.zapto.org

sozan72.no-ip.biz
sp2.no-ip.info
sp4rrowww.no-ip.org
sp4rt4.no-ip.org
spacehd.no-ip.biz
spacetesting345.no-ip.org
spadoz.no-ip.biz
spam.zapto.org
spardra.no-ip.biz
sparker123.no-ip.biz
sparklekemo.no-ip.org
sparky2014.zapto.org
sparta.no-ip.org
sparta2013.no-ip.info
spartacushassan.no-ip.biz
spartak.zapto.org
spartans.sytes.net
spartans.zapto.org
spartin32.no-ip.biz
sparty.no-ip.biz
spat.zapto.org
spawn1992.no-ip.org
spawne.no-ip.biz
spawnscapeftw.no-ip.biz
spaynet11.no-ip.org
speaker48.no-ip.org
spec4rats.no-ip.org
spechtimminent.zapto.org
special-zero.myftp.org
specialehack.no-ip.info
spectrun2008.no-ip.org
speed10.no-ip.biz
speed911.no-ip.biz
speedboost.zapto.org
speedclick.no-ip.biz
speedesp.no-ip.biz
speedklick.no-ip.biz
speedycomp.zapto.org
speeedh.zapto.org
spel-barca.zapto.org
spencer32.no-ip.biz
spencerchigozie.no-ip.biz
sperma.no-ip.info

| | | | |
|---|---|---|---|
| sperrowcraft.no-ip.biz | spy-net.no-ip.info | squizz007.no-ip.biz | sssssss.no-ip.org |
| spesial.no-ip.org | spy-net123.no-ip.org | srdrozgvn.no-ip.org | sssssssss.no-ip.biz |
| spftp.no-ip.biz | spy008.no-ip.biz | sretnanoc.no-ip.org | sssxxxsss.no-ip.org |
| sphack0000.no-ip.biz | spy19.zapto.org | sridila.no-ip.biz | sswwaat.no-ip.biz |
| sphack7.no-ip.biz | spy2010net.zapto.org | sriram198.no-ip.biz | sszssz199.no-ip.biz |
| spicial-k.no-ip.biz | spy2012.no-ip.org | srmad2013.no-ip.biz | sta75sta.no-ip.biz |
| spics.servepics.com | spy404.no-ip.biz | srn-karaca.hopto.org | staarhackj.no-ip.biz |
| spider-iq.zapto.org | spy4lihana.no-ip.org | sroclient.no-ip.biz | staarkbprod.no-ip.org |
| spider.no-ip.biz | spy505.no-ip.biz | srtxownsyu.no-ip.biz | stab.no-ip.biz |
| spider00123.no-ip.info | spyanony.no-ip.org | srunderground.sytes.net | stack4ik.no-ip.org |
| spider1.no-ip.biz | spycr0n1c.no-ip.org | ss11edkdjr.zapto.org | staded.zapto.org |
| spider1666.no-ip.biz | spycroncjn.no-ip.org | ss15md.no-ip.info | stainless12.no-ip.org |
| spider22.no-ip.biz | spycronic123.no-ip.org | ss69ss.no-ip.biz | stalk3r.no-ip.org |
| spider5.no-ip.biz | spycronic2000.no-ip.org | ss69ss.no-ip.org | stalker1.zapto.org |
| spider89.no-ip.biz | spycronic2014.no-ip.org | ss77ss7.no-ip.biz | stalker10.no-ip.info |
| spiderghost1.no-ip.biz | spycronicgg.no-ip.org | ss794527.no-ip.biz | stalker511.no-ip.biz |
| spiderhacker.serveftp.com | spycronicjn.no-ip.org | ssaa.no-ip.biz | stalkerbest2.no-ip.biz |
| spiderman.hopto.org | spydaniel.no-ip.org | ssaalah15.zapto.org | stamise.no-ip.biz |
| spidermodz.zapto.org | spyderbibek.no-ip.org | ssahli.zapto.org | standardchartered.servehttp.com |
| spideryemen71.zapto.org | spyderpain.no-ip.org | ssaoud550.no-ip.biz | standardchbank.servehttp.com |
| spidyone.no-ip.org | spyfanto.no-ip.biz | sscxbot.no-ip.biz | stanton123.no-ip.org |
| spielmitmir.no-ip.biz | spyhacker.no-ip.info | ssehbqao.redirectme.net | star7tv.sytes.net |
| spike16.no-ip.biz | spyhacker007.no-ip.biz | sserv.myftp.org | staramine.no-ip.info |
| spikeee32.no-ip.biz | spying.no-ip.biz | ssi123.no-ip.biz | starbucks14.sytes.net |
| spilermc.no-ip.org | spymicrosoft.servequake.com | sslcertificates.no-ip.biz | stardns.bounceme.net |
| spiroudz1.no-ip.biz | spynet-hostcraft.no-ip.biz | ssmm.no-ip.biz | starkhacker.no-ip.biz |
| spirox.zapto.org | spynet000001.no-ip.org | ssooss.no-ip.org | starmedamine.no-ip.biz |
| spitfirehacker.no-ip.biz | spynet2016.no-ip.org | ssoossttaa.no-ip.biz | startimes2700.no-ip.org |
| splitman.no-ip.biz | spynet30640.no-ip.biz | sss123.no-ip.biz | startmax.no-ip.biz |
| spolle1212.hopto.org | spynet80.no-ip.org | sss33.no-ip.biz | startx1.no-ip.biz |
| spolle1212.zapto.org | spynet8080.no-ip.org | sss333sss.no-ip.biz | starwars1995.no-ip.biz |
| spongebob30.no-ip.org | spynet98.sytes.net | sss6e6xxx.myvnc.com | starzizou.no-ip.biz |
| sponty.no-ip.biz | spynetoussema.no-ip.info | ssaaaa.no-ip.org | static-ak1.no-ip.biz |
| spoofdns.no-ip.org | spynets.no-ip.biz | ssaaasss.no-ip.biz | statictwo.myftp.org |
| spoogz.no-ip.org | spyofyou.no-ip.biz | ssabdullah.zapto.org | staven-host.no-ip.info |
| spraslhivai.no-ip.info | spyspy.no-ip.biz | ssskkah.no-ip.biz | stavro_hacker.no-ip.biz |
| sprinkles11.zapto.org | spyware22.no-ip.org | sssll.no-ip.biz | stax.no-ip.info |
| sprit1989.no-ip.biz | spyzzer.no-ip.org | sssnnn07.zapto.org | stayzoned.no-ip.org |
| spsp.zapto.org | sqha-ksa.zapto.org | sssooo.no-ip.org | steacc.no-ip.biz |
| spvsdz123.zapto.org | sqlebbgd.no-ip.biz | ssss511.no-ip.biz | stealer-sorry.no-ip.org |
| spy-dz.no-ip.info | sqll.redirectme.net | ssssa.no-ip.org | stealyou.no-ip.biz |
| spy-hack.no-ip.biz | sqo.zapto.org | sssss2013.no-ip.biz | stealyou1.no-ip.biz |
| spy-hack.no-ip.org | sqoepamnenr.zapto.org | sssssss.zapto.org | steam.no-ip.biz |

| | | | |
|---|---|---|---|
| steam.servegame.com | stoneysec.no-ip.biz | stuoth.sytes.net | sumka.hopto.org |
| steam2.zapto.org | stoo077.sytes.net | stuttgart.zapto.org | summedjesters.no-ip.org |
| steamhack321.zapto.org | stoon.zapto.org | stx3000.no-ip.biz | summerbride.zapto.org |
| steanjaw.no-ip.biz | stop-123.sytes.net | stx990.no-ip.biz | sun-5000.no-ip.biz |
| steby521011.no-ip.biz | stop-top.no-ip.info | stylekiller.zapto.org | sun-ray.no-ip.biz |
| steel8.zapto.org | stop077.sytes.net | styronl.no-ip.biz | sun5066.no-ip.org |
| steelseri0s.no-ip.biz | stop1.no-ip.biz | sua.no-ip.org | sunderlandbob.no-ip.biz |
| steelservers.zapto.org | stop2.no-ip.biz | suang209.zapto.org | sunjavaupdate.servehttp.com |
| stefancar333.no-ip.org | stopb39tjoo.no-ip.org | subblaze.zapto.org | sunki81.no-ip.org |
| stefx.no-ip.org | stopeme12.no-ip.biz | subline.no-ip.biz | sunlife.no-ip.biz |
| step6.no-ip.info | stopmeifyoucan.no-ip.biz | sublinehacker.no-ip.org | sunniebeta.no-ip.org |
| stepden88.no-ip.biz | store.myvnc.com | subsolo.no-ip.biz | sunray1975.zapto.org |
| stephan-pro.no-ip.biz | storm-host.no-ip.org | subuho25.zapto.org | sunrise9.no-ip.biz |
| steraers.no-ip.biz | stormpal.zapto.org | subuho2525.zapto.org | sunshine94.zapto.org |
| stere0.no-ip.biz | stormxdt007.zapto.org | subutex.no-ip.biz | sunturkey1.no-ip.info |
| stevedimartino.no-ip.biz | stotoma.noip.me | subzero1997.no-ip.org | suny059.no-ip.biz |
| stevefrench11.no-ip.biz | stpmarche.no-ip.org | subzero4ma.no-ip.biz | suomynina.no-ip.biz |
| stevekhan.zapto.org | straffernvpn.no-ip.org | subzeroz.servegame.com | suomyninaa.no-ip.biz |
| steven.no-ip.biz | strangeintherain.no-ip.biz | success11.no-ip.biz | super-bien.no-ip.biz |
| stevesrat.no-ip.biz | stranger-93.no-ip.biz | suchpagemuchwow.no-ip.info | super-hicho.no-ip.biz |
| steviejb.no-ip.biz | strapix.no-ip.biz | suckit.hopto.org | super-man.zapto.org |
| stevth.no-ip.org | strategie.no-ip.biz | suckmy.no-ip.biz | super-nono.no-ip.org |
| stickja.no-ip.biz | strawberrymilk.no-ip.org | sucockper.no-ip.biz | super.no-ip.info |
| stickstick.no-ip.biz | strawhat.no-ip.biz | sudan.zapto.org | super101.zapto.org |
| sticom.serveftp.com | strawhat052.zapto.org | sudanihacker123.zapto.org | super500.no-ip.biz |
| stiflerkarim.no-ip.biz | stray.zapto.org | sudhir71nda.no-ip.org | super69r.no-ip.biz |
| stika.no-ip.biz | streetdesciple.no-ip.biz | sufokia.zapto.org | superba1.servemp3.com |
| stinoleee.no-ip.biz | streetheroes.no-ip.org | sufremas.no-ip.org | superbotijos.zapto.org |
| stipin.zapto.org | strellarojax7.zapto.org | sugarice.no-ip.org | superboy.no-ip.info |
| stivaetyassin.zapto.org | strellarojax9.zapto.org | sugarrat.no-ip.biz | supercrack.zapto.org |
| stive.no-ip.info | strepsils.sytes.net | suhaibbasha.no-ip.biz | supergame.bounceme.net |
| stizin.no-ip.biz | stridepvp.no-ip.biz | sukablja312.no-ip.biz | superhack.no-ip.biz |
| stk-2014.no-ip.org | striker123.zapto.org | sukar5246.no-ip.biz | supermango.no-ip.biz |
| stkabc.no-ip.biz | strikt.no-ip.org | sukkah.no-ip.biz | supermega.no-ip.biz |
| stmpdwn.sytes.net | strint.no-ip.info | sulas.zapto.org | supermz.no-ip.biz |
| stn1414.no-ip.biz | strolololo.no-ip.biz | sulfatadora.zapto.org | supernerds.zapto.org |
| ston20.no-ip.biz | strong666.no-ip.biz | sultan12.no-ip.biz | supernouh.no-ip.org |
| ston20.no-ip.org | strongerfo.no-ip.org | sultan14.hopto.org | superopentibia.zapto.org |
| ston3r420.no-ip.biz | strongerkimo.no-ip.org | sultan1434.zapto.org | superownbash.no-ip.org |
| stonecraft.hopto.org | stub.no-ip.biz | sultanalwsultan.no-ip.org | superpredator.no-ip.biz |
| stonerussell.zapto.org | stuck123.no-ip.biz | sultankm.no-ip.org | supersaiyanhexor.no-ip.org |
| stonex2mdr.no-ip.biz | stuck234.no-ip.biz | sulupa.no-ip.biz | superspread.no-ip.org |
| stonex2msr.no-ip.org | stunner22.noip.me | sumere444.no-ip.biz | superstz.no-ip.biz |

supersupergregory.no-ip.org
superyassine15.zapto.org
superyou.zapto.org
suportassisten.no-ip.info
suppercap12.no-ip.info
support-info.no-ip.org
support-nimbuzz.no-ip.biz
supportltc.no-ip.org
supportservice.sytes.net
supportwindows.no-ip.org
supra12.no-ip.biz
supraboy.zapto.org
supras05.no-ip.org
suprememananger.no-ip.org
suramafia.no-ip.biz
surdic.no-ip.biz
surfme.no-ip.org
suricatotrojan.no-ip.org
survival-red.no-ip.biz
survived023.no-ip.biz
suslilo.no-ip.org
suspecte.no-ip.biz
suta20.zapto.org
suub-cs.zapto.org
suuport.redirectme.net
suzadeka.no-ip.org
suzziu.no-ip.org
svanska.no-ip.biz
svcchost.bounceme.net
svcdns.zapto.org
svchost1.hopto.org
svchost1.no-ip.biz
svchost1.servepics.com
svchosts.no-ip.org
svend.no-ip.biz
svhost.servepics.com
svhost.zapto.org
svi.sytes.net
svp1750.zapto.org
svshost.no-ip.org
svshost.sytes.net
svtinchito.no-ip.org
svxvs.no-ip.info

swackz.no-ip.biz
swadesaad.no-ip.biz
swag420life.no-ip.biz
swag420yolo.no-ip.biz
swagaezzeh.no-ip.biz
swagcom0t.servequake.com
swager.no-ip.org
swaggity.no-ip.biz
swaggurlhihi.no-ip.org
swagkevin.no-ip.info
swagout.no-ip.info
swagswagswagopo.no-ip.biz
swanox.no-ip.org
swat.no-ip.biz
swat2000.no-ip.biz
swatman.no-ip.biz
sweaxdc.no-ip.org
swed-2004.no-ip.info
sweden999.no-ip.biz
sweed16.no-ip.biz
sweedj.zapto.org
sween12.no-ip.biz
sweet-forever.no-ip.biz
sweet143.no-ip.biz
sweetdream.no-ip.info
sweeter123.zapto.org
sweetiebot.noip.me
sweetma198.no-ip.info
sweetmalicius.no-ip.biz
sweetsecret.myftp.org
sweetzab01.no-ip.biz
swegfrika.no-ip.biz
sweglord6543.zapto.org
swicthnego.no-ip.org
swiggidyswog.no-ip.biz
swisfa.no-ip.org
switchbl4de.no-ip.org
swoordhacker.no-ip.org
swordi86.zapto.org
swswsw.no-ip.org
swteen.zapto.org
swugic.zapto.org
sxcaasdaw.no-ip.biz

sy-ejram.no-ip.biz
sye.zapto.org
syka153148.zapto.org
sylernazi.no-ip.org
sylis.no-ip.biz
syman.sytes.net
symfucker.myftp.org
symohammad.no-ip.org
synbodzmax.sytes.net
synbozlib.sytes.net
synergy-dev.sytes.net
syntaxeror.no-ip.biz
syp.no-ip.org
syria-hacker55.zapto.org
syria-shade.no-ip.org
syria0.no-ip.org
syriafsa.no-ip.biz
syrialove.no-ip.org
syriamanhacker12.no-ip.biz
syrian-ex.myftp.org
syrianetwork.no-ip.biz
syrianh4.no-ip.biz
syrianhacker-1998.no-ip.org
syrianhacker007.no-ip.org
syrianhunter.no-ip.biz
syriano.zapto.org
syrianohack123.no-ip.biz
syrianoo11.no-ip.biz
syrianoo18.no-ip.biz
syrianooo.no-ip.biz
syrianow.zapto.org
syrianssss.no-ip.info
syrianth89.no-ip.biz
syrianx.no-ip.org
syriawman.no-ip.org
syrinsniper.no-ip.biz
syronik.no-ip.org
syroz1999.no-ip.biz
sys-security.servebeer.com
sys0.no-ip.org
sys32-91714.no-ip.org
syses.sytes.net
syskiller.no-ip.biz

syskiller29dz.no-ip.biz
sysmaxteam.zapto.org
syst3mf4ck.no-ip.biz
systam.sytes.net
system-boost.zapto.org
system-error.zapto.org
system-pc.hopto.org
system.servecounterstrike.com
system.servepics.com
system.servequake.com
system007.no-ip.biz
system16.no-ip.org
system23.redirectme.net
system31.no-ip.biz
system32.no-ip.biz
system32bin.sytes.net
system32dl.zapto.org
system32load.zapto.org
system32windows.no-ip.biz
system35.no-ip.org
system403.no-ip.biz
system44.hopto.org
system802.no-ip.biz
systemations.no-ip.org
systemations.sytes.net
systeme32.zapto.org
systemhack.no-ip.biz
systemhackiiing.no-ip.org
systeminfo.no-ip.biz
systemonlines.no-ip.org
systemup.no-ip.biz
systemupdate.sytes.net
systemvirus.no-ip.biz
systemwindows.no-ip.org
systemy.sytes.net
systen.hopto.org
sysupdat.sytes.net
sysxp.sytes.net
systeam23.no-ip.org
sytes-net.sytes.net
szkff.no-ip.biz
szmc.no-ip.biz
szsks.no-ip.org

| | | | |
|---|---|---|---|
| szymski.zapto.org | tahar.zapto.org | taqi.serveftp.com | tasteofblood.no-ip.info |
| t00too.no-ip.biz | tahatthaaa.no-ip.org | taqtaq123.no-ip.biz | tasty123.no-ip.info |
| t0t025.no-ip.biz | tahawi16iphone.zapto.org | tar900tar.no-ip.biz | tatarwar001.myftp.biz |
| t0xicoo.no-ip.biz | tahchatlek.no-ip.biz | taraji19.no-ip.biz | tatata.no-ip.org |
| t123123.no-ip.biz | tahers.zapto.org | tarakis.no-ip.biz | tatatata.no-ip.biz |
| t1t2.no-ip.biz | tahg.zapto.org | tarakonas.no-ip.biz | tatawi.zapto.org |
| t2020.zapto.org | taiara.no-ip.biz | tarantula37.no-ip.org | tatko.no-ip.biz |
| t2lmt.zapto.org | taiarip.no-ip.biz | taras1928.no-ip.biz | tatta.no-ip.org |
| t3hhax0r.no-ip.biz | taib.no-ip.biz | tarbensen13.no-ip.biz | tawfik.no-ip.org |
| t3rr0r1st-sa.no-ip.biz | taido.zapto.org | taredz.no-ip.biz | tawrn.no-ip.biz |
| t4g.no-ip.info | taif1.no-ip.biz | tarek2015.zapto.org | taxido-raxido.no-ip.biz |
| t4kbl4ck.no-ip.biz | tajj.no-ip.org | tarek7.no-ip.biz | taym-syria.no-ip.org |
| t4t00.no-ip.biz | tajriba.no-ip.org | tarek9trois.no-ip.biz | taz.no-ip.info |
| t4x.zapto.org | takara.no-ip.org | tarekfvpn.no-ip.biz | tazbot.zapto.org |
| t5t.no-ip.biz | takbir.no-ip.biz | tarekhack.no-ip.org | tazbox.zapto.org |
| t5t5t5t5.zapto.org | takeshy07.no-ip.biz | tarekrad1.no-ip.biz | taziyane.no-ip.org |
| t5tmike.no-ip.info | taki2013.no-ip.biz | tarektarek.no-ip.biz | tazr33.no-ip.info |
| t6.no-ip.biz | taki28.no-ip.info | tarekusma.no-ip.biz | tazw.zapto.org |
| t69.no-ip.biz | taking.no-ip.biz | tareq128.no-ip.biz | tazws.zapto.org |
| t69t.no-ip.biz | takk.no-ip.org | tareq2013.no-ip.biz | tazztmn.no-ip.biz |
| t7nle10.no-ip.biz | talalhack.no-ip.biz | tareq9561.no-ip.biz | tb8.no-ip.info |
| t7shesh1.no-ip.biz | talalqwer1413.no-ip.biz | tareqmarie.no-ip.biz | tbadol.zapto.org |
| t9m.no-ip.info | taldarkcomet2.no-ip.biz | tareqtareq.no-ip.biz | tbhcmd.no-ip.org |
| taakj2005worm.zapto.org | talk2rp.no-ip.biz | targetyou.no-ip.org | tbhhacker.no-ip.biz |
| tabu68.hopto.org | tam1.zapto.org | tarikarkpna.no-ip.org | tbig.no-ip.biz |
| tac.hopto.org | tamaghat.no-ip.org | tarikgate.no-ip.org | tbolbi123.no-ip.biz |
| taer.no-ip.org | tamagotchi100.no-ip.biz | tariko2011.no-ip.org | tcciq007.no-ip.biz |
| taftef.sytes.net | tamaman.zapto.org | tariktarik159.no-ip.org | tchatcha.no-ip.biz |
| tagariterrible1337.no-ip.biz | tamara.no-ip.org | tariq93.zapto.org | tchats.no-ip.org |
| taghit05.zapto.org | tamata.no-ip.info | tariqalqaq19.no-ip.biz | tchikou.no-ip.info |
| taglo.no-ip.org | tamema.zapto.org | tariqalr.no-ip.org | tchitchou-97.no-ip.biz |
| tagom.no-ip.org | tamer10.no-ip.biz | tariqalr.zapto.org | tcpudp.redirectme.net |
| taguaonax.no-ip.org | tamer123.no-ip.biz | tariqhaker1.no-ip.biz | tdgwlu.servehttp.com |
| taha16iphone.no-ip.biz | tanbakti.zapto.org | tariqvirusdamas.no-ip.biz | te3uhscas2.no-ip.biz |
| taha39.no-ip.biz | tanger-marouane.no-ip.biz | tarktark11.no-ip.info | te5333.no-ip.biz |
| taha8iphone.no-ip.biz | tangerino89.no-ip.biz | tarq14151415.no-ip.biz | te7cha-lik.zapto.org |
| tahadh98.no-ip.biz | tanginaa.no-ip.biz | tartaros.no-ip.biz | tealkiller.zapto.org |
| tahafakhfakh.no-ip.biz | tankerz.no-ip.biz | taryourmento.no-ip.biz | team-al9a3qh.no-ip.org |
| tahahhh.no-ip.biz | tanki.no-ip.org | tarzazate.no-ip.info | team-crackers.zapto.org |
| tahaiq.no-ip.biz | tannerweber2013.no-ip.biz | tasfeeera.zapto.org | team313.myftp.com |
| tahairshaidz.no-ip.biz | tantra.servegame.com | tashmuh.no-ip.biz | teamnet.zapto.org |
| tahamokochla.no-ip.biz | tanya11.no-ip.biz | taskeng.sytes.net | teamspeakdota.no-ip.biz |
| tahar-dz.zapto.org | taptocref.zapto.org | tasribat.no-ip.biz | teamswag.zapto.org |

| | | | |
|---|---|---|---|
| teamtess.no-ip.biz | tenyer1.zapto.org | testbozok.no-ip.biz | testtest650.no-ip.org |
| teamtunisian.zapto.org | tenzero.zapto.org | testcho.zapto.org | testw.no-ip.biz |
| teamturk.no-ip.biz | tenzero1.zapto.org | testdarkco62.zapto.org | tesya.myftp.org |
| teamwoh.zapto.org | terazo.zapto.org | testdarkcomet5.zapto.org | tete201128.no-ip.biz |
| tebga.no-ip.biz | terboo.no-ip.org | testdarkok.no-ip.biz | teteloko.zapto.org |
| tebs01.sytes.net | teresa489.zapto.org | testdarkoo.zapto.org | tetogaza.no-ip.biz |
| tec002.no-ip.org | terex.myftp.biz | testdekurde.no-ip.org | tetojor.zapto.org |
| tecabiolapc.servegame.com | terimt.no-ip.biz | testdk.no-ip.org | tetramlui.3utilities.com |
| techhdproductionz.no-ip.org | terma.no-ip.org | testdoc.no-ip.org | tevere232504.no-ip.org |
| techmonekrezx2.no-ip.biz | terma00.no-ip.biz | teste.servemp3.com | textefeliz.no-ip.org |
| technik.no-ip.biz | terminator.serveftp.com | teste0001.no-ip.org | tezi.no-ip.biz |
| technobasefm.no-ip.biz | terminator9.zapto.org | testeddos.no-ip.org | teziver1.zapto.org |
| techtips.serveblog.net | terminek.no-ip.biz | testen123.hopto.org | tfipkhz.no-ip.biz |
| teclivex.no-ip.org | ternadores.no-ip.biz | testeonline.no-ip.org | tfker.no-ip.org |
| tedalim.no-ip.biz | teronespy.no-ip.org | testepbhc.servegame.com | tfkhdf.no-ip.biz |
| teddy111.no-ip.org | terra123w.no-ip.org | tester9000.no-ip.org | tftp.serveftp.com |
| teddypoisonwide.no-ip.org | terra2013.no-ip.org | testespyy.no-ip.biz | tghost.no-ip.org |
| teeaalr10.no-ip.org | terramonster55.zapto.org | testeteste.myvnc.com | th3-hacker.no-ip.biz |
| teebaa.zapto.org | terrarianano.no-ip.info | testets.no-ip.biz | th3crack3r.no-ip.biz |
| teeheelol.no-ip.org | teseer.no-ip.biz | testforwow.no-ip.biz | th3dzx.no-ip.org |
| teentitans.no-ip.biz | tesla0.no-ip.info | testhack.zapto.org | th3h4ck3r.no-ip.org |
| tefa123.no-ip.biz | tesssst22.no-ip.biz | testhost54321.no-ip.biz | th3ilyass06.no-ip.biz |
| tefa83.no-ip.biz | test-machine.zapto.org | testil.servegame.com | th3magician.no-ip.info |
| teggrx.zapto.org | test-mehdi.no-ip.biz | testing.zapto.org | th3p4k.no-ip.biz |
| tehackie.sytes.net | test.no-ip.biz | testing007.no-ip.org | th3pro.no-ip.biz |
| tehkryzor.no-ip.biz | test004.zapto.org | testing12.zapto.org | th3professeur.no-ip.biz |
| tehown00.no-ip.org | test0052.no-ip.org | testing12456874.no-ip.biz | th3skull32.no-ip.org |
| tekarzum.no-ip.biz | test0089.myvnc.com | testing432.sytes.net | thaaer.no-ip.biz |
| tekken.zapto.org | test0102.zapto.org | testingd45.zapto.org | thabetjomonome.no-ip.biz |
| tekken119.zapto.org | test111.no-ip.info | testingdc.no-ip.biz | thaerhacker.no-ip.info |
| tekken120.zapto.org | test121.no-ip.info | testingr.zapto.org | thaigirls.no-ip.info |
| tekkken.zapto.org | test1990.no-ip.org | testingserver123.zapto.org | thailand.no-ip.biz |
| teko.zapto.org | test2015.no-ip.org | testini.zapto.org | thajokerstn.no-ip.info |
| telefonica.servehttp.com | test213.no-ip.info | testiphone.no-ip.biz | thamerr.no-ip.biz |
| telenet.no-ip.biz | test33200.zapto.org | testmetre.zapto.org | thammer12.no-ip.biz |
| telit222.zapto.org | test4427.no-ip.biz | testnaja2.no-ip.biz | thanh858036.no-ip.info |
| tello.no-ip.biz | test4free.no-ip.biz | testnoio.zapto.org | thanhcong1221.no-ip.info |
| tellusthetruth.no-ip.biz | test5454.noip.me | testonomy101.no-ip.biz | thankde.no-ip.biz |
| temmy002.zapto.org | test647.zapto.org | testosterone.no-ip.org | thaprofish.no-ip.biz |
| temouchent.no-ip.biz | test7777777.no-ip.org | testpandora.no-ip.org | thaprofish.zapto.org |
| tenchu1109.no-ip.biz | test8.no-ip.biz | testrat1.zapto.org | thatonecat.no-ip.biz |
| tensix.zapto.org | test987.noip.me | testspyware.zapto.org | thatretro.no-ip.biz |
| tentob.no-ip.org | testandosantos.no-ip.biz | testswag.no-ip.biz | thatswhatyouget.sytes.net |

| | | | |
|---|---|---|---|
| thdaher.no-ip.biz | thedarklord.no-ip.biz | thelove.no-ip.biz | thezeroman.zapto.org |
| thdh96.no-ip.biz | thedarklord0.no-ip.biz | thelove30.no-ip.biz | thezublord.no-ip.org |
| the-beta.sytes.net | thedarkness.no-ip.biz | themagicbotz.no-ip.biz | thisisabig.no-ip.org |
| the-bzour.no-ip.org | thedhz947.zapto.org | theman1234555.no-ip.biz | thisisatest.no-ip.org |
| the-clever.no-ip.info | theexpertanonyme.no-ip.biz | themarlborough.no-ip.biz | thisisatest453.no-ip.org |
| the-cracker.zapto.org | thefanz.no-ip.biz | themaster55555.no-ip.org | thisislegit.zapto.org |
| the-docteur.zapto.org | thefucker92.zapto.org | themmrvirus.no-ip.biz | thisisnotvirus.serveftp.com |
| the-eror.no-ip.biz | thegame999.no-ip.info | themoka.zapto.org | thisisthebestdc.no-ip.biz |
| the-error.no-ip.biz | theghost1995.zapto.org | themoneyteam.zapto.org | thisistieone.zapto.org |
| the-ghoste.no-ip.biz | theghost1996.no-ip.biz | themoreyouknow.no-ip.org | thismeyoussef.zapto.org |
| the-hassan.no-ip.biz | theghostdz.no-ip.biz | thenewguy.no-ip.info | thisplus.no-ip.org |
| the-killer.no-ip.biz | theghostrider.no-ip.biz | thenoone1.zapto.org | thkryt.no-ip.info |
| the-mero.zapto.org | thegoblin.no-ip.biz | theotherside.no-ip.org | thn.zapto.org |
| the-mistike.zapto.org | thegoodevil.no-ip.biz | thepainful.no-ip.org | tho7tho.no-ip.biz |
| the-nani.no-ip.biz | thegov.no-ip.org | thephantom.no-ip.biz | thoalfokartaha.no-ip.biz |
| the-sad94.no-ip.org | thegrac.no-ip.org | thepharaoh-hacker.no-ip.biz | thomas123456.no-ip.biz |
| the-xhacker.no-ip.biz | thehacker00.no-ip.biz | thephotoshopar.no-ip.biz | thomasallen9009.no-ip.biz |
| the1killer501.no-ip.biz | thehackeraa1111.no-ip.biz | theplayerdz.no-ip.biz | thomson.no-ip.biz |
| the3hll.no-ip.biz | thehackeraa2222.no-ip.biz | thepoopslayer.no-ip.biz | thorhacker.no-ip.org |
| the4got10.no-ip.biz | thehackeraaa.no-ip.biz | thepoopslayer.no-ip.org | thugmcnasty.no-ip.biz |
| the7best.no-ip.info | thehamza.no-ip.org | thepower2.no-ip.biz | thuishost.redirectme.net |
| thealias1221.no-ip.biz | thehash.no-ip.org | theprince.no-ip.biz | thundah.no-ip.biz |
| theanymous.no-ip.biz | thehellahmed.no-ip.biz | theproxy.no-ip.biz | thunderboltt.no-ip.biz |
| thearabhackerz2.no-ip.biz | theheller103.no-ip.biz | theratmachine.no-ip.biz | thunderbr.no-ip.org |
| thebad.zapto.org | thehost24.no-ip.biz | theratnet.no-ip.biz | thunderxd.zapto.org |
| thebadshacker.no-ip.org | thejaycid.no-ip.biz | therattdollars1a.no-ip.org | thwolf.no-ip.biz |
| thebest007.no-ip.biz | thejddhs.no-ip.biz | therma.no-ip.biz | thyfhththyhthhyt.noip.me |
| thebestnoobs.no-ip.biz | thejoker1.sytes.net | therockt31.no-ip.biz | tiadanama.no-ip.biz |
| thebigmax69.zapto.org | thejoker222.no-ip.biz | thescorpionking.no-ip.org | tiagrwahm.no-ip.info |
| theblackhat.no-ip.biz | thejoker987.no-ip.biz | thesexyone.myvnc.com | tibiabotfree.no-ip.info |
| theblackmido.no-ip.biz | theking007.zapto.org | theshadow.zapto.org | tico13.no-ip.biz |
| theboyz.no-ip.org | theking5060.no-ip.biz | theshadow008.no-ip.biz | tifo.no-ip.org |
| thebraveheart.zapto.org | thekingh.zapto.org | thesidali.no-ip.biz | tigala.no-ip.biz |
| thebraveheart1.zapto.org | thekingrai91.no-ip.org | thesmallpharaoh.no-ip.biz | tigano.no-ip.biz |
| thebraveheart2014.zapto.org | thekisser.no-ip.biz | thesniper.no-ip.org | tiger.serveblog.net |
| thebrvaeheart.zapto.org | thekisser500.no-ip.biz | thesprit.no-ip.org | tiger77.no-ip.biz |
| thecoolisback.no-ip.biz | thekoffin.no-ip.org | thestuff123124.no-ip.biz | tigeralhacker.zapto.org |
| thecracker.no-ip.biz | thelathame.no-ip.biz | thesweg.no-ip.org | tigerboy12x.no-ip.biz |
| thecrazyman.no-ip.biz | thelegendkiller.no-ip.org | thetaar5.no-ip.biz | tigerboy1x1x.no-ip.biz |
| thecubie.no-ip.biz | thelittlehacker.no-ip.info | thetnt.no-ip.biz | tigertiger.no-ip.org |
| thedarck24.no-ip.biz | thelol.no-ip.biz | theunkn.no-ip.org | tigerwars.no-ip.org |
| thedarkdkpiteur.no-ip.org | theloord.no-ip.biz | thevanitas.no-ip.org | tigerzplace.no-ip.biz |
| thedarkholl.no-ip.biz | thelordem.no-ip.biz | thewizardofoz.no-ip.biz | tightkisser007.zapto.org |

tigre94.no-ip.biz

tigrokk-87.zapto.org

tihackger.no-ip.org

tiiiiouiiiou.zapto.org

tikikakaka.zapto.org

tiktonikhuntar.no-ip.biz

tilybrasil.zapto.org

tima.myftp.biz

tima.zapto.org

timacat.no-ip.biz

timebegir.no-ip.org

timeboy.no-ip.info

timemer.servemp3.com

timeout.serveblog.net

timlennert.zapto.org

timmy3333.no-ip.org

timo-rat.no-ip.biz

timodz2013.zapto.org

timokim.hopto.org

timschmit11.zapto.org

tingwen.zapto.org

tinkerppc.no-ip.org

tinox.no-ip.biz

tintehecr.no-ip.biz

tintiton.redirectme.net

tinylittlesmall.no-ip.org

tioutiou.zapto.org

tipaza42-pc.no-ip.biz

tippy.no-ip.biz

tippyshot.no-ip.info

tires-islam.no-ip.biz

tiri06.zapto.org

tiseguranca.no-ip.biz

tisnickers.no-ip.org

tispaccoilculo.no-ip.org

tissi.servecounterstrike.com

tissri.no-ip.biz

titah31.no-ip.biz

titahremchi.no-ip.biz

titan2014.sytes.net

titan7988.no-ip.org

titi77.zapto.org

tito20.no-ip.biz

tito2020.no-ip.org

tito47.no-ip.org

tito4gehad.zapto.org

tito50.no-ip.biz

titof1.zapto.org

titofmaalam.zapto.org

titohmrawe.no-ip.org

titoo01.zapto.org

titototi.no-ip.biz

titsmagee.no-ip.info

tiyo.no-ip.biz

tizhack2.no-ip.biz

tjandikh.no-ip.biz

tkehack.no-ip.biz

tkotko.no-ip.org

tkser-503.no-ip.biz

tksgk50.no-ip.biz

tm2ld3s7ji.no-ip.biz

tm2ld3s7ji.no-ip.org

tm77220.no-ip.org

tmeemwtr68.no-ip.biz

tmpkurd.no-ip.biz

tmrd414.no-ip.biz

tms.servehttp.com

tmstiger.no-ip.biz

tmtm.no-ip.biz

tn.no-ip.biz

tn0tn.no-ip.biz

tnayhack.no-ip.org

tncool.no-ip.org

tngladioo.no-ip.org

tnks.no-ip.biz

tnmboy.zapto.org

tnoh.no-ip.biz

tnserver.no-ip.biz

tntdepo15.no-ip.org

tntmoussa.no-ip.biz

tnttopman.no-ip.biz

tntyou.no-ip.biz

to3banhacker.no-ip.biz

toastbrotmaker.no-ip.biz

toastyextreem.no-ip.biz

toba.no-ip.biz

tobby007.no-ip.info

tobi7541.no-ip.biz

tobias123.no-ip.biz

tobias5444.noip.me

tobiaszombies.no-ip.org

toblerone350.no-ip.biz

tobyze5450.no-ip.biz

tofa-40.no-ip.biz

tofann.no-ip.biz

tofe1990.no-ip.biz

tofy.no-ip.biz

toja.no-ip.biz

tokinad.zapto.org

toko.zapto.org

tokoukikaitorevithi.zapto.org

tokz.no-ip.biz

tolba77.no-ip.biz

tolgahackersiker.zapto.org

toli.no-ip.org

tom2013.no-ip.org

tom628.no-ip.org

tomarock.zapto.org

tomaszwojtowicz.no-ip.biz

tomate.no-ip.org

tomatito.no-ip.org

tomekbuc.zapto.org

tomer4241.no-ip.biz

tomerking201455.no-ip.biz

tomhacker11.no-ip.biz

tomi5606.no-ip.biz

tomkroz.no-ip.biz

tomm21000.zapto.org

tommytotone.zapto.org

tona731.no-ip.org

tondar.no-ip.org

tondro.myftp.biz

tonecc-com127001.servemp3.com

tonedeen1.no-ip.biz

tonhacker.no-ip.biz

tonidz5.no-ip.biz

toninho155.no-ip.org

toninho157.no-ip.org

tonnes.zapto.org

tonniqz.no-ip.biz

tonnyhacker123.no-ip.org

tontogay.no-ip.biz

tontotonto.zapto.org

tony147.no-ip.org

tony157.no-ip.org

tony200.no-ip.org

tony89236001.no-ip.org

tonyhacker123.no-ip.org

tonyjaa2.no-ip.biz

tonymacaroni-ip.no-ip.biz

tooi.no-ip.biz

took.no-ip.biz

toolbarupdate.no-ip.biz

toolbox777777.no-ip.biz

toony.no-ip.org

toooz.no-ip.biz

toooz2.no-ip.biz

toot.no-ip.biz

tooti15.no-ip.biz

toouimi.zapto.org

topdomomento.no-ip.org

topguyrat.no-ip.biz

tophack.hopto.org

tophack1410.zapto.org

tophack2013.no-ip.biz

tophacker2010.no-ip.org

topinitgh.no-ip.org

topirata.no-ip.org

topotamadrejeje.zapto.org

topoti.no-ip.org

topsnip07.no-ip.biz

topstarcoke.zapto.org

toptop11.servegame.com

toreturko.no-ip.org

torgomanz111.no-ip.biz

torjan.no-ip.org

torjan2121.no-ip.biz

torlocker8888.no-ip.biz

tornado.no-ip.biz

tornadozz.no-ip.org

torpedo98.no-ip.biz

torreamare.no-ip.org

torrentar963.hopto.org

torrentbuzz.no-ip.org

torrenticity.no-ip.biz

torrentsforever.no-ip.biz

torrenttracker.no-ip.org

torrestah.no-ip.org

torrnet.no-ip.biz

tota1196.no-ip.biz

totahiphop.zapto.org

totalhobit.no-ip.biz

totallynotplasmabot.no-ip.biz

toto2.no-ip.info

totoconte.no-ip.info

totolay007.no-ip.biz

totorina.no-ip.biz

totototo1992.no-ip.info

totsi.no-ip.biz

totti25.no-ip.biz

tottitotti.no-ip.biz

totty46.no-ip.org

toualbichouayeb.zapto.org

touch808.no-ip.biz

touchedhost.no-ip.org

touf67.zapto.org

toufada.sytes.net

toufick.no-ip.biz

toufik123.no-ip.biz

toufik1986.no-ip.info

toufik46.no-ip.biz

toufikos.no-ip.biz

toufikrabou.no-ip.biz

touil.no-ip.org

tounsi231.no-ip.org

toupinmc.no-ip.org

touti.no-ip.biz

toutou.no-ip.biz

toutou.zapto.org

toutoubarcelona.no-ip.biz

tower69.zapto.org

toxa42.zapto.org

toxica.no-ip.biz

toxicc.no-ip.biz

toxichackers.zapto.org

toxicsyler.sytes.net

toxicwast.no-ip.info

toxyde.no-ip.biz

toycansado.no-ip.org

toz-fek.no-ip.biz

toz2011.zapto.org

tpainpain.zapto.org

tpalwkd.zapto.org

tplink123123.no-ip.org

tproject.no-ip.biz

tqmix7.no-ip.biz

tr-dz13.no-ip.biz

tr17.no-ip.biz

tr31n0rd.no-ip.org

tr9116.no-ip.biz

trabando.no-ip.biz

traceyadmin.no-ip.biz

tracian.myftp.biz

tracker2013.servegame.com

trackeur.no-ip.biz

trafficmanager.bounceme.net

tragedy.zapto.org

traian.no-ip.biz

tranitrani.zapto.org

transhack.no-ip.org

translate.no-ip.info

traopzeh.no-ip.biz

trashcan.myftp.org

trav1234.no-ip.biz

traviano.no-ip.biz

travolta.no-ip.biz

trdlistsamples.no-ip.biz

tree1.no-ip.biz

treechar.no-ip.biz

treechar101.no-ip.biz

trekanten.no-ip.biz

tremex.no-ip.org

tresspasser.no-ip.biz

tretka.no-ip.biz

trex31.no-ip.biz

treysmodz.no-ip.org

trialcameronmodz.no-ip.org

triasot.no-ip.org

trich.no-ip.org

tricortex.no-ip.info

triggerhappy115.no-ip.biz

trikoo.no-ip.org

triller1.serveblog.net

trimpampam.no-ip.biz

tripplem78.no-ip.biz

tripzog.no-ip.biz

trittou.no-ip.org

trivisteamis.zapto.org

trk3.zapto.org

trmd16-sn0w.no-ip.biz

tro631.zapto.org

troiajan.no-ip.biz

troianhackhackers.no-ip.org

trojan-killer.no-ip.biz

trojan1010.zapto.org

trojan157.no-ip.org

trojan5.no-ip.org

trojananon.zapto.org

trojancasa.no-ip.org

trojanjava.zapto.org

trojankiller.no-ip.biz

trojanteste.no-ip.org

trojanvitimas.no-ip.org

trojanzboy.zapto.org

trokojan.sytes.net

troller147.hopto.org

trolli.zapto.org

trolllol.redirectme.net

trollskill.no-ip.biz

trolltrojan.no-ip.org

trololololollol.zapto.org

troltroil123.zapto.org

tron48.no-ip.biz

tronerja.zapto.org

tronicsirtm.no-ip.biz

tronizbak.no-ip.biz

trosis.no-ip.biz

troxin6.zapto.org

troxxy.no-ip.biz

troy0.no-ip.biz

troyanoano.no-ip.org

troyanoe.no-ip.org

troyanote.no-ip.org

trteam.no-ip.biz

true2012.no-ip.org

truehacktrue.no-ip.biz

truetape.zapto.org

trulolka.no-ip.info

trulyfe101.no-ip.biz

trulylovingyou.no-ip.info

trumpetswag.no-ip.biz

trumpjam.no-ip.biz

trust1.no-ip.biz

trusteddomain.no-ip.org

trustgod.no-ip.info

trustnoone.no-ip.biz

trwi8.no-ip.org

trxs.no-ip.biz

tryit.no-ip.info

tryout1177.zapto.org

tryyaggain.no-ip.biz

trztrztrz.zapto.org

ts3.servequake.com

ts3host1.no-ip.org

tshtshtsh.no-ip.org

tsimpoukistan.no-ip.biz

tsk.redirectme.net

tsk2.servebeer.com

tsmith9001.no-ip.biz

tsmrambo.no-ip.biz

tsunamione.no-ip.biz

tt00too.no-ip.biz

tt23yy11.no-ip.biz

tt2445.zapto.org

tt6484065.no-ip.biz

ttanta.12.zapto.org

ttantan12.zapto.org

ttiny.zapto.org

ttorrent.no-ip.biz

tttttr.no-ip.biz

tubetest313.no-ip.info

tubzy.no-ip.biz

tuchpong.no-ip.biz

tudasuda.zapto.org

| | | | |
|---|---|---|---|
| tudopelobeck.no-ip.org | tutprob.no-ip.biz | ubntcrazy.no-ip.biz | umbarella.zapto.org |
| tuesok.zapto.org | tv2013.sytes.net | ucd.no-ip.biz | umodafaka.no-ip.org |
| tuio.no-ip.org | tv5.no-ip.biz | ucef2hack.no-ip.info | umutakcicek.no-ip.org |
| tuiratve.no-ip.biz | tva3.no-ip.biz | uchay1970.noip.me | umutakcicekk.no-ip.org |
| tukz.zapto.org | twana99.no-ip.biz | uchihalegend123.no-ip.biz | un-6abe3yy.no-ip.biz |
| tuladanslecul.no-ip.org | twatinthehat.no-ip.biz | uchiharen.no-ip.biz | unbanneddns.no-ip.biz |
| tumor123.no-ip.biz | twentykarma.zapto.org | uchihatobi.no-ip.org | unboundknowledge.zapto.org |
| tuneup2056.no-ip.biz | twigger.no-ip.org | uchmantt.no-ip.biz | uncharted0.no-ip.org |
| tungsaker1.zapto.org | twinax-anonymous.no-ip.biz | ucnas.no-ip.org | under.3utilities.com |
| tunisia.zapto.org | twistee.no-ip.biz | ucuk01.no-ip.biz | underbar1337.zapto.org |
| tunisia1996.myvnc.com | twister-hack4.no-ip.biz | ud-zk.no-ip.biz | underirc.sytes.net |
| tunisia2014.no-ip.info | twister20.sytes.net | ue2006.no-ip.biz | undetected71.no-ip.org |
| tunisia4ever.zapto.org | twiti2390.no-ip.biz | ufhs1111.no-ip.biz | unek.servemp3.com |
| tunisiagaming.servecounterstrike.com | twitterr.zapto.org | ughusghsfsfbyfyhf.no-ip.org | unessha.no-ip.biz |
| tunisiahack.zapto.org | twixboot.no-ip.org | ugniusz09.no-ip.biz | unessss.no-ip.org |
| tunisiehack2013.zapto.org | twobro.no-ip.org | ugo147.no-ip.org | ung0dly.no-ip.biz |
| tunsian-hacker.no-ip.biz | twocool.no-ip.org | ugobest.no-ip.org | unhappy.zapto.org |
| tuntunis.no-ip.biz | twozd07.no-ip.org | ugothacked.noip.me | unich747.no-ip.org |
| tupaz.no-ip.biz | twynix.myvnc.com | uhavebeenhacked.no-ip.org | unicinstall.zapto.org |
| tur.no-ip.biz | txss.no-ip.biz | uhbygvtfcq.no-ip.biz | unicman.zapto.org |
| turak.zapto.org | txtoxs.no-ip.org | uhmagiine.no-ip.biz | unicraft.no-ip.org |
| turbo500hp.servequake.com | txxxxt.no-ip.org | uioph.no-ip.biz | unique-host.no-ip.biz |
| turfu20.no-ip.biz | tyco.no-ip.biz | ujjs.no-ip.org | univers0h4cher.zapto.org |
| turk11.no-ip.org | tycoo2012.no-ip.org | ujmnhy.no-ip.biz | universal-dark.no-ip.biz |
| turkao.no-ip.biz | tyhfaf.no-ip.info | ukiswinner.zapto.org | university2015.no-ip.biz |
| turkeyleg.zapto.org | tyman.myftp.biz | ukon111.no-ip.biz | unixmorphiss.no-ip.org |
| turkneto2.sytes.net | type1.no-ip.org | ul6b.no-ip.biz | unixpty.sytes.net |
| turkojan4321.no-ip.org | typhoon7.no-ip.biz | uliari.no-ip.biz | unkn0wn-92.myvnc.com |
| turkojan9.no-ip.org | tyrol-dnsip.no-ip.biz | ulisse-31.no-ip.biz | unkn0wn.sytes.net |
| turkojancaraio.no-ip.org | tyservage.no-ip.org | uliyou.no-ip.biz | unkn0wnlulz.zapto.org |
| turkojanjuniin.no-ip.org | tyty2.no-ip.info | ulla.zapto.org | unknowdexx.no-ip.biz |
| turkojanmex.zapto.org | tytylolx1.no-ip.biz | ulrasaskary202.no-ip.biz | unknown3zoz.zapto.org |
| turkojanserver4.no-ip.org | tywj.no-ip.org | ult1m4t3.no-ip.biz | unknown40.noip.me |
| turkojanyoga.no-ip.org | tyy2222.no-ip.biz | ultimatekebab.zapto.org | unknown69.no-ip.biz |
| turkopt.no-ip.org | tyzak7amra.no-ip.biz | ultimatium.no-ip.biz | unknown90.no-ip.biz |
| turrrki.no-ip.biz | tzatzichi.no-ip.org | ultimoverona.no-ip.biz | unknown95.no-ip.biz |
| tusfotosvacaciones.no-ip.org | u1017servers.no-ip.org | ultr0n.no-ip.biz | unknownboy.zapto.org |
| tuto.zapto.org | u99.no-ip.info | ultrakane.no-ip.org | unknownhacker.no-ip.info |
| tutodarkco.zapto.org | uberchat.no-ip.biz | ultramaker.zapto.org | unluckyy.no-ip.org |
| tutofabhack.no-ip.org | uberhackerxx78dc.zapto.org | ultrasbvb.no-ip.biz | unnombre.zapto.org |
| tutohack03.no-ip.biz | uberman2332.zapto.org | ultraslan.no-ip.org | unobtanium.no-ip.info |
| tutohack03.no-ip.org | ubervps.no-ip.biz | ultroserver.no-ip.info | unteer.no-ip.org |
| tutorialdarccommet.no-ip.biz | ubheamar.no-ip.org | ulubatlihasan1.zapto.org | untraceable.hopto.org |

| | | | |
|---|---|---|---|
| uolmp3.redirectme.net | ursswoot.no-ip.biz | v1d3nt31.no-ip.org | variovelex.noip.me |
| up2date.sytes.net | ururau.no-ip.org | v1d3nt32.no-ip.org | varoxhack.zapto.org |
| updata.servegame.com | usaama19931993.no-ip.org | v1p.zapto.org | vasco2010.no-ip.biz |
| update-account.zapto.org | usaebn.no-ip.biz | v1rtu4lz.no-ip.org | vascocampeao.myftp.org |
| update-adobe.no-ip.biz | usam.sytes.net | v1rtuspr0.no-ip.info | vasileaviyah.servebeer.com |
| update-central.3utilities.com | usamicrosoft.hopto.org | v1v1v.no-ip.biz | vasili5353.zapto.org |
| update-flash.servehttp.com | usanoiplink.no-ip.biz | v3nen0.no-ip.org | vasz15101980.no-ip.biz |
| update-ip.zapto.org | usarmy.no-ip.biz | v551.no-ip.biz | vat007.no-ip.biz |
| update-program.sytes.net | useles.no-ip.org | v7itachi.noip.me | vatache2003.no-ip.info |
| update-server969.no-ip.biz | userbrowser.zapto.org | v7y.no-ip.biz | vatan6616.no-ip.org |
| update.hopto.org | userchange.no-ip.biz | v81.no-ip.biz | vatou.no-ip.org |
| update.servebeer.com | usercydia.no-ip.biz | vaalkz.no-ip.info | vattenhinken.zapto.org |
| update28459.no-ip.biz | username31.no-ip.biz | vadimv.zapto.org | vb.myvnc.com |
| update56788.servehttp.com | usersif.zapto.org | vaga-aw.servecounterstrike.com | vb6programmer.no-ip.info |
| updateceb.zapto.org | usersif1.zapto.org | vagabon34.no-ip.org | vbee.no-ip.biz |
| updateclient5323.no-ip.biz | userwalid.no-ip.biz | vagina.no-ip.org | vbh.no-ip.info |
| updatee.myvnc.com | userzilg0d.zapto.org | vahidalkasif.no-ip.org | vbn.zapto.org |
| updatemanager.servep2p.com | uses04.no-ip.biz | valc0.no-ip.org | vbot.no-ip.info |
| updatemv.redirectme.net | usf.no-ip.biz | valdotestando2.no-ip.org | vbre231.no-ip.biz |
| updatenewfreex.zapto.org | usherbranco.zapto.org | valdotestanto2.no-ip.org | vbsecret.no-ip.info |
| updatenode.no-ip.org | uslanmaz.no-ip.org | valentina200824.no-ip.biz | vbsvbs.no-ip.biz |
| updater-system.sytes.net | usmb1932.zapto.org | valnteeno2000.zapto.org | vbsw0rm.3utilities.com |
| updater10x.servehalflife.com | usmh-bvb.no-ip.biz | valzoo.zapto.org | vbsw0rm.no-ip.biz |
| updaterwin.zapto.org | usr17.no-ip.org | vamosowna.no-ip.org | vccmilanhack.no-ip.biz |
| updates.sytes.net | ussamx.no-ip.biz | vamp123.no-ip.biz | vcd.sytes.net |
| updateservices.zapto.org | usser.no-ip.biz | vampier.no-ip.biz | vcdf.hopto.org |
| updatesjava.no-ip.biz | usseralsaher91.no-ip.biz | vanbaz.no-ip.biz | vcontrol.myftp.biz |
| updatesoftware.zapto.org | utchiwatn.no-ip.biz | vandettadz.no-ip.biz | vctools.no-ip.biz |
| updatesys.servehttp.com | utilesat.zapto.org | vanetten.no-ip.info | vcxzggd.no-ip.biz |
| updatez.no-ip.org | utorrentservice.sytes.net | vanhappen.zapto.org | vda.no-ip.org |
| updato.hopto.me | utrilla.no-ip.biz | vanillaispro.no-ip.biz | vedos.no-ip.biz |
| updeta.3utilities.com | uty2.no-ip.org | vannse.no-ip.org | vegatrackbj.no-ip.org |
| updete.servehttp.com | uuqquuqq.no-ip.biz | vans12444.no-ip.org | vegetal123.no-ip.biz |
| updobe.sytes.net | uuser95.no-ip.biz | vanse.no-ip.biz | vegetal123.zapto.org |
| upfilez.sytes.net | uyuyuy.no-ip.org | vantican2014.sytes.net | vektor.no-ip.biz |
| uppdate.sytes.net | uzio.no-ip.org | vantira.no-ip.info | velezcavs.no-ip.biz |
| upscale24-rat.no-ip.biz | uzmanimtsk.no-ip.biz | vantom-dz.no-ip.org | veliero99.no-ip.org |
| uptodatez.hopto.org | uzolion.no-ip.biz | vantomdz.no-ip.org | velionhacks.no-ip.biz |
| uranio2.no-ip.biz | uzomah.noip.me | vantora.no-ip.biz | ven1991.no-ip.info |
| urbanlegend.no-ip.biz | uzorat.no-ip.biz | vanyangel.no-ip.biz | vendetta-63.myftp.biz |
| urchman11.zapto.org | uzorrat.no-ip.biz | varadiro.myftp.biz | vendetta-tn.zapto.org |
| uripok.servemp3.com | v-ip1.no-ip.biz | varanudorm.zapto.org | vendettashadow.no-ip.biz |
| urodka1.no-ip.biz | v0idhack.no-ip.biz | various150.zapto.org | venom1122.no-ip.org |

117

| | | | |
|---|---|---|---|
| venus0901t.no-ip.org | villado.zapto.org | virus12744.no-ip.biz | vmware.no-ip.org |
| veny-tur.zapto.org | vilsa.zapto.org | virus187.no-ip.biz | vn020913.no-ip.biz |
| vere.no-ip.org | vinabot.sytes.net | virus1982.no-ip.biz | vncour.myvnc.com |
| verguesa.serveftp.com | vinacf.sytes.net | virus1983.no-ip.biz | vnikker.no-ip.biz |
| verify.sytes.net | vinalib.sytes.net | viruse1990.no-ip.biz | voctz.no-ip.biz |
| verovitaxd.no-ip.org | vincedev.no-ip.biz | viruses.zapto.org | vod.no-ip.org |
| versache.no-ip.biz | vinci221.no-ip.biz | virusfwarat.no-ip.biz | vodkahdarkcomet.no-ip.org |
| versusas.no-ip.biz | vinicioshack.no-ip.org | virusgaza.no-ip.biz | voi.zapto.org |
| vertexnetja.no-ip.biz | viniciusjunior.no-ip.biz | virush70.no-ip.org | voidingaim.no-ip.biz |
| vertical.no-ip.info | viniciusneves.no-ip.org | virusmystic.no-ip.biz | volcomxp.no-ip.org |
| verustj.no-ip.biz | viniciusouzar.no-ip.org | virusnjrat2.no-ip.biz | volfas.zapto.org |
| vespulahf.no-ip.biz | viniciusreches.no-ip.biz | virusnoir.no-ip.biz | volgan.no-ip.biz |
| vforyou.no-ip.biz | viniciusreches.no-ip.org | virusssss.zapto.org | volmarsouza.no-ip.org |
| vfxfxxcrts68.noip.me | vinixp.no-ip.biz | virustop.no-ip.biz | volum-plus.no-ip.biz |
| vfxgaming.no-ip.org | vinizim.no-ip.biz | virusw0rm.no-ip.biz | voodoo11.no-ip.biz |
| vhackteam.no-ip.biz | vinoincoa.no-ip.org | virusx.zapto.org | voranc-teamspeak.sytes.net |
| vhb.no-ip.org | vintages.no-ip.org | virusxxhack.no-ip.biz | vorcheh4ck.no-ip.biz |
| vhlcambodia.no-ip.biz | violentritual.no-ip.org | visa1.no-ip.biz | vortex404.no-ip.org |
| vhost01.sytes.net | violenzaexo.no-ip.biz | viscolas.no-ip.org | vortexoflegend.no-ip.info |
| vi4.zapto.org | vip-account.no-ip.info | vishal20.noip.me | vot171.no-ip.biz |
| vibermeedohack.no-ip.biz | vip-arab.no-ip.org | vistas.sytes.net | vovometralha6679.no-ip.org |
| vic22.no-ip.org | vip07.no-ip.org | vitalidad.zapto.org | vp6.servecounterstrike.com |
| vicen2010dj.zapto.org | vip700.no-ip.org | vitality12.no-ip.biz | vpms.no-ip.biz |
| vickygupta.zapto.org | vipahmed.no-ip.biz | vitalytv.zapto.org | vpn-hacker.no-ip.biz |
| vicomet.zapto.org | vipakovip.no-ip.org | vitima002.no-ip.org | vpn2013.no-ip.biz |
| victi.zapto.org | viper-99.no-ip.org | vitimafatal.no-ip.org | vpn88nj.zapto.org |
| victimefr.no-ip.biz | viper-hacker.no-ip.info | vitimas.no-ip.org | vpnbig.no-ip.org |
| victimes.zapto.org | viper3.no-ip.biz | vitimasdedanrley.no-ip.org | vpncontact.myvnc.com |
| victor-fs.no-ip.org | vipersdcr.no-ip.biz | vitta.zapto.org | vpnpudding.servebeer.com |
| victor.noip.me | vipjuba.zapto.org | vittnet.no-ip.biz | vpntestbeat.zapto.org |
| victorhacker.no-ip.org | vipluxa.no-ip.org | vittoria444.no-ip.biz | vpr-hack7.no-ip.biz |
| victorhacking.no-ip.org | vipp.no-ip.biz | vivaelbarsa.no-ip.org | vpsfree54.no-ip.biz |
| victorluss.no-ip.org | vipx.zapto.org | vivarut.zapto.org | vpsroot1.zapto.org |
| victzuk.no-ip.org | vir00ss.zapto.org | vivo00007.no-ip.biz | vsa.noip.me |
| vidal45.no-ip.biz | vir02x.no-ip.org | vivo60.no-ip.org | vsegdazaryazhen.no-ip.org |
| viendr0ns.no-ip.biz | viridianhf.no-ip.info | vixolgy.no-ip.biz | vslog.zapto.org |
| view5.zapto.org | viroshacker.no-ip.biz | viztory1.no-ip.biz | vu6sabeydig1su.no-ip.org |
| vigilant.no-ip.org | virosx2010.no-ip.org | vknightonlinetakil.no-ip.org | vudinhcuong.no-ip.info |
| vigo.no-ip.org | virus-bt.zapto.org | vlad03.no-ip.biz | vulcainnb.zapto.org |
| vigosaf.no-ip.biz | virus-msf.no-ip.biz | vlad6548.no-ip.biz | vulpinus.zapto.org |
| vihacknjrat.no-ip.org | virus-x7.no-ip.biz | vladduz7.no-ip.biz | vvvgxvvv100x1000.zapto.org |
| vikky4cy.no-ip.biz | virus.servegame.com | vladsmel.no-ip.biz | vvvvvva.no-ip.biz |
| vilden.no-ip.org | virus1122.no-ip.org | vmu.no-ip.org | vvww.sytes.net |

118

| | | | |
|---|---|---|---|
| vvxx112.no-ip.biz | waham911.no-ip.biz | walid-speedy.no-ip.biz | warez-kw.no-ip.org |
| vvxx22.no-ip.org | wahib100.no-ip.biz | walid1212.zapto.org | warface1945.zapto.org |
| vwww.sytes.net | wahid-hack.no-ip.org | walid13.zapto.org | warhammer225.no-ip.org |
| www.sytes.net | wahida2013.no-ip.biz | walid1500.no-ip.biz | wario.no-ip.biz |
| vx.no-ip.info | wahjeewah.zapto.org | walid15252213.zapto.org | warlock24.no-ip.biz |
| vyass1.no-ip.biz | wahran.noip.me | walid152552213.no-ip.biz | warned.zapto.org |
| vyass2.no-ip.biz | waigeed.no-ip.info | walid2331.no-ip.org | warpeshtiwan.zapto.org |
| vylqw.no-ip.biz | wail.no-ip.biz | walid555.zapto.org | warraps.no-ip.biz |
| vyrezrat.no-ip.info | wail50.zapto.org | walidakroo.no-ip.biz | warriboy.no-ip.biz |
| vyydaloka2012.no-ip.org | wail523.no-ip.biz | walidddd.no-ip.biz | warrior0007.no-ip.biz |
| w-badboy.no-ip.biz | wainir.no-ip.biz | waliddz2014.zapto.org | warrior12625.no-ip.biz |
| w-badboy7.no-ip.biz | wait.no-ip.org | walidnjrat.no-ip.biz | warrior88.no-ip.biz |
| w-hacker.no-ip.org | wajdi1999.no-ip.biz | walidocrb.no-ip.biz | wasab.no-ip.biz |
| w0rd.no-ip.org | wajdi43.zapto.org | walidos.no-ip.biz | wasewase.no-ip.biz |
| w0rm123.no-ip.biz | wajeh2015.no-ip.biz | walidouka.zapto.org | washak000.no-ip.biz |
| w3x.zapto.org | wajih-125.no-ip.biz | walidox1992.no-ip.biz | wasihacker.no-ip.biz |
| w4d.no-ip.biz | wajih.zapto.org | walidskynet.zapto.org | wasime23.no-ip.info |
| w4po.no-ip.org | wakawaw.no-ip.biz | walidyamaha.zapto.org | wassim-hacker.no-ip.biz |
| w7security.no-ip.biz | wakh100.no-ip.biz | walidyour12.no-ip.biz | wassim9.no-ip.biz |
| w906w.no-ip.info | wakilah.no-ip.biz | walidz.no-ip.org | wassimaaabbb123.no-ip.biz |
| wa3r.no-ip.info | wakka.no-ip.org | waliu.no-ip.org | wassimdasilvajr.zapto.org |
| wa50.no-ip.biz | wakwaka.zapto.org | wallaceeee.no-ip.org | wassimhacker.no-ip.biz |
| wabna007.zapto.org | wal3az.zapto.org | wallbe.noip.me | watch4me.zapto.org |
| waccc.no-ip.org | walaalove.no-ip.org | walleqalcn123.no-ip.biz | watchingyou.no-ip.info |
| wach.no-ip.org | walacehacking56.no-ip.org | wallou.no-ip.org | watheq.no-ip.biz |
| wachebiknta.no-ip.info | walazx.no-ip.biz | wallpaper.servegame.com | watscher.no-ip.org |
| wachisu.no-ip.biz | wale06.no-ip.org | wallton83.no-ip.biz | wawa1234.no-ip.biz |
| wadhabmo.no-ip.biz | waled1.no-ip.org | walolo.no-ip.org | wawewawe127.no-ip.biz |
| wadie123.no-ip.biz | waledelhabak.no-ip.biz | waltdharmarules.no-ip.info | wawial3raq.no-ip.org |
| wael10.no-ip.biz | waledelhabak.zapto.org | waltonhoax.no-ip.biz | waynezor.no-ip.info |
| wael198010.no-ip.biz | waledh.no-ip.biz | wama123.no-ip.biz | waz-dawg.no-ip.biz |
| waelalasadi.no-ip.org | waledlove.no-ip.org | wamn4.no-ip.org | waz-scape.no-ip.biz |
| waelfeka2000.no-ip.biz | waledsyrhk.zapto.org | wannyou.no-ip.biz | wazabicybergate.noip.me |
| waelwaheed2014.no-ip.biz | waleed093.no-ip.biz | wanted-hacker.no-ip.biz | wazza.no-ip.biz |
| wafa-3noan.no-ip.biz | waleed121.no-ip.biz | wanted-r95.no-ip.biz | wazzuphomie.zapto.org |
| wafa1533.no-ip.info | waleed20.zapto.org | wantedbeagle.no-ip.biz | wbn.sytes.net |
| wafaerajae.no-ip.biz | waleed4k7.no-ip.biz | wapjadoliho2013.no-ip.org | wd3any5o2-hacker.no-ip.biz |
| wafaiy.zapto.org | waleed50274.zapto.org | waqaar.no-ip.biz | wd3any5o2.no-ip.org |
| wafe000wafe.no-ip.org | waleed963.no-ip.biz | war-hack.no-ip.org | wdcustomercare.no-ip.biz |
| wafy9.no-ip.biz | waleedf.no-ip.org | war2.no-ip.biz | wdhail.no-ip.biz |
| wagner171.no-ip.org | waleedfaak.no-ip.biz | warafr.zapto.org | wealldiesumday.servegame.com |
| wahab-wahab.no-ip.biz | waleedfak.no-ip.biz | warda73.no-ip.biz | weareabals.no-ip.info |
| wahabhacker.no-ip.info | waleedkhalid1.no-ip.biz | wardi123.no-ip.biz | weareanonymous.no-ip.biz |

119

wearedotexe.no-ip.biz

web-http.servehttp.com

web2013.zapto.org

webbers1976.no-ip.org

webbers1977.no-ip.org

webchetsacc.no-ip.org

webdemon231.no-ip.biz

webftp1.myftp.org

webrat.no-ip.biz

webredirect.myvnc.com

webserver123.no-ip.biz

webstarhamdi.no-ip.biz

webturtle.no-ip.biz

wec123.no-ip.biz

wedsonsilva.no-ip.org

weedsmokersslovenia.no-ip.biz

weedytest.no-ip.org

wegoooo.zapto.org

wegotcha.no-ip.biz

wegotswag.no-ip.org

weightlessmodsrat.zapto.org

weixin-96.zapto.org

wekalovers1200.no-ip.biz

welbert.servebeer.com

welcam.no-ip.info

welcome1514.no-ip.biz

welcome178.no-ip.biz

welcomeodz.zapto.org

welcoom.no-ip.biz

weldtn.no-ip.biz

weled92.no-ip.org

well-cumed.no-ip.biz

well-hack.no-ip.biz

wellguesswhat.zapto.org

wellingtonfab.no-ip.org

welovehacking.noip.me

wemakemoney.no-ip.org

wemersawy.no-ip.info

wemersawy1.no-ip.info

wemine1.noip.me

weminelrc.no-ip.info

wen-wen.no-ip.biz

wencron.no-ip.biz

wendelandrade.no-ip.org

wendersonsouz.no-ip.org

wentworthts.no-ip.org

weqi.no-ip.biz

wer-wer.no-ip.biz

wer12345.no-ip.biz

werfelli99.no-ip.biz

wesam00.no-ip.biz

wesamhaker.no-ip.biz

wesend.zapto.org

wessamyousef.zapto.org

wesscraft.no-ip.org

wessiej.no-ip.biz

west11.no-ip.biz

westerndroix.no-ip.biz

westhack.no-ip.biz

wetburn.no-ip.biz

wfr.no-ip.info

wg-weeg.no-ip.biz

wgzbootz.zapto.org

wh1989.no-ip.biz

whaaj-3.no-ip.biz

whamdan22.no-ip.biz

whatsdoyoudo1.no-ip.biz

whatssplus.no-ip.org

wheel2014.no-ip.biz

whereareyou.no-ip.biz

whereswalter.hopto.org

white6040.no-ip.biz

whitedevil94.no-ip.info

whitehacker3.no-ip.biz

whitehat.hopto.org

whitehatexe.no-ip.biz

whitehats.no-ip.biz

whittywex.no-ip.biz

whittywex.no-ip.biz

whoami123.no-ip.biz

whoami385.no-ip.biz

wholesc.no-ip.biz

whossjordan.zapto.org

whpy.zapto.org

whsx.no-ip.biz

wht963.no-ip.biz

why.no-ip.info

whybifi.zapto.org

whyminded.no-ip.info

whysoanonymous.no-ip.biz

wibusk.no-ip.biz

wice1.zapto.org

wictory16.no-ip.biz

widezi.zapto.org

wifi-dz.no-ip.biz

wifihotspot.no-ip.biz

wifite.no-ip.biz

wikiball.no-ip.biz

wikin00n.no-ip.org

wildbook2.no-ip.org

wildcards.zapto.org

wildchokri.no-ip.biz

wilde.sytes.net

wildrun.no-ip.biz

wiliancapeli.no-ip.org

will707.no-ip.biz

williamdenys.no-ip.biz

williams2007.no-ip.org

williamsand68.no-ip.org

williamsbox.no-ip.org

willirat.no-ip.biz

willkicksomeass.no-ip.biz

willsmail.no-ip.biz

willsminecraftsvr.zapto.org

willtellyoulater.no-ip.biz

willykillind.no-ip.biz

willymoney.no-ip.biz

wilsinhorozeta.zapto.org

wilsmara.no-ip.org

win-3q4dff97sp0.no-ip.biz

win32.redirectme.net

win32.servehttp.com

win32nt.no-ip.biz

win32tcpserver.zapto.org

win32update.serveftp.com

win32updatesx64.sytes.net

win332.sytes.net

win7.myftp.biz

win7victim.zapto.org

win99.no-ip.org

winamp.sytes.net

wind0ws-update.redirectme.net

wind0ws.no-ip.biz

windek.zapto.org

windonwsupdate.3utilities.com

windos.no-ip.biz

window.sytes.net

windows-live.servepics.com

windows-service.no-ip.biz

windows-system.no-ip.info

windows-team.zapto.org

windows-updat.no-ip.info

windows-update.no-ip.biz

windows-website.no-ip.biz

windows-windows.no-ip.org

windows.no-ip.org

windows.servebeer.com

windows.servequake.com

windows.zapto.org

windows0update.zapto.org

windows111.no-ip.biz

windows123.zapto.org

windows1338.zapto.org

windows2.redirectme.net

windows2007.no-ip.biz

windows32.sytes.net

windows7.no-ip.info

windows7.sytes.net

windows7.zapto.org

windows7seven.no-ip.org

windows81.no-ip.biz

windows9.sytes.net

windows95.no-ip.biz

windowsactivate.3utilities.com

windowsactive.serveblog.net

windowsbackupsystem.no-ip.biz

windowsdefender.3utilities.com

windowsdefender.noip.me

windowsdns.servebeer.com

windowshelp.no-ip.org

windowshost.hopto.org

windowshqsupport.no-ip.biz

| | | | |
|---|---|---|---|
| windowsinpute.zapto.org | winsmark.zapto.org | wleedwon.no-ip.info | worms99.no-ip.biz |
| windowslive.serveftp.com | winsoft.serveftp.com | wleedwon.no-ip.org | worry.zapto.org |
| windowslive9.no-ip.biz | winsystem32.myftp.biz | wll.no-ip.info | woulfw.no-ip.biz |
| windowsmicrosoft.zapto.org | winsysteminc.no-ip.info | wmazen.no-ip.biz | wouzifarhan.no-ip.biz |
| windowsos.zapto.org | winupdat.zapto.org | wndows.sytes.net | wow1.no-ip.biz |
| windowsrever.no-ip.biz | winupdata.no-ip.org | wndws64.zapto.org | wowblackpirat.servegame.com |
| windowss.sytes.net | winupdater32.serveftp.com | woaps.no-ip.org | woweldw.servegame.com |
| windowss.zapto.org | winupdates.sytes.net | wolblid.zapto.org | wowlibertad1.no-ip.biz |
| windowssecureudate.no-ip.biz | winupdates7.servehttp.com | wolf12354.no-ip.biz | wowman789.no-ip.biz |
| windowssic.servehttp.com | winupdatess.no-ip.org | wolf71390.noip.me | wowyougotme.no-ip.biz |
| windowssss.sytes.net | winupdt.sytes.net | wolfalhecr1.no-ip.biz | wozzarob.no-ip.biz |
| windowssss.sytes.net | wio.no-ip.biz | wolfgang1980b.no-ip.biz | wqqqqqqq.sytes.net |
| windowssystem32.no-ip.biz | wirebiz.no-ip.biz | wolfhaker.zapto.org | wr6h.no-ip.org |
| windowsupd.sytes.net | wisam77.no-ip.biz | wolfinoo.zapto.org | wreckingball.no-ip.biz |
| windowsupdate.no-ip.org | wisejohnson.no-ip.biz | wolfman-01.no-ip.biz | wrongfoxx.no-ip.biz |
| windowsupdatee.bounceme.net | wishbay12.no-ip.org | wolfman-01.zapto.org | wrs123456.no-ip.biz |
| windowsupdatehost.no-ip.org | wisher.zapto.org | wolfmourad.no-ip.info | wrsss12.no-ip.biz |
| windowsupdaterhost.no-ip.org | wiski44.no-ip.biz | wolfnj.no-ip.org | wrya.no-ip.biz |
| windowsusbdvd.bounceme.net | wiss123.zapto.org | wolfstore.no-ip.biz | wrz.no-ip.biz |
| windowudate.no-ip.biz | wissalbeauty06.no-ip.biz | wolfww.no-ip.biz | wsam.myftp.biz |
| windoz8.no-ip.org | wissam22.no-ip.biz | wolver.zapto.org | wsam11.no-ip.biz |
| windup.no-ip.info | wissam999.no-ip.biz | wonder.noip.me | wsam123123.zapto.org |
| winfixhelp.sytes.net | wissamfc.zapto.org | woodydog.no-ip.biz | wsaw.no-ip.biz |
| wingsformarie.no-ip.biz | wissamirakee.hopto.org | woolf014.no-ip.biz | wsdz555.zapto.org |
| winhost.no-ip.org | wissamxadnan.no-ip.biz | woolf2.no-ip.biz | wsinwhero.no-ip.biz |
| winhostserver.no-ip.biz | wissembennour.no-ip.biz | woopwoop1.zapto.org | wsrr.no-ip.org |
| winix.no-ip.org | wissemhaker.no-ip.biz | woozworldhacker.no-ip.biz | wssdiablo.zapto.org |
| winkdarko.zapto.org | witenzwart.zapto.org | word.hopto.org | wssyriansy.zapto.org |
| winker.no-ip.org | withoutaface.no-ip.biz | word2007.myvnc.com | wsw.no-ip.org |
| winloading.hopto.org | withoutip.no-ip.org | words.zapto.org | wsw33.no-ip.biz |
| winlogg.zapto.org | wixas.zapto.org | wordsmaileee.no-ip.biz | wsx-ed.no-ip.org |
| winlogon.myftp.biz | wixxmaxx.no-ip.org | woread1741.no-ip.biz | wsx123.no-ip.info |
| winlogon.servecounterstrike.com | wiz.sytes.net | woreyus234.no-ip.biz | wt24t3g3.no-ip.biz |
| winlogonview.no-ip.biz | wizard2002.no-ip.biz | worgod.no-ip.biz | wtchr12.no-ip.biz |
| winlogoun.no-ip.org | wizzer09.no-ip.biz | workitout.no-ip.info | wtf2040.no-ip.biz |
| winners.no-ip.info | wjwh11432.no-ip.biz | workk.zapto.org | wtfbro42.no-ip.biz |
| winners05.no-ip.biz | wkdrn0102.no-ip.biz | world1133.zapto.org | wtfdarkcomet1231.no-ip.biz |
| winnershf.no-ip.biz | wkdrn1947.no-ip.biz | world16.no-ip.biz | wtffff.no-ip.biz |
| winrarsetting.servehttp.com | wkdrn90.no-ip.org | world3d.no-ip.biz | wtk1.zapto.org |
| winrarsetting.sytes.net | wladelam.no-ip.org | worm123.no-ip.biz | wtrtrre.no-ip.biz |
| winsecteam.zapto.org | wldliwa.no-ip.info | worm123worm.no-ip.org | wtutw5.no-ip.biz |
| winserver.serveftp.com | wldoon.no-ip.biz | worm2010s.zapto.org | wurschtegal.no-ip.biz |
| winserver.zapto.org | wleedwon.no-ip.biz | worm88.no-ip.org | wvbsw.no-ip.biz |

| | | | |
|---|---|---|---|
| wvuevbnxxm.hopto.org | x100.no-ip.biz | xaniar.no-ip.biz | xegytigerx2.myftp.org |
| wvvui.zapto.org | x1177.no-ip.biz | xaniar.zapto.org | xelansaleh1.zapto.org |
| wvvw.sytes.net | x123x32.no-ip.biz | xapa-tapa.no-ip.org | xelow12.no-ip.biz |
| ww.servehttp.com | x1t.no-ip.org | xapecc.no-ip.org | xeno14.no-ip.biz |
| ww10ee.no-ip.biz | x1uae1x.no-ip.org | xathenax.hopto.org | xenoon.no-ip.biz |
| wwdaya.no-ip.info | x1x.no-ip.biz | xatwn.no-ip.org | xereece.no-ip.biz |
| wwe002008.no-ip.info | x2016x.no-ip.biz | xav.no-ip.info | xerel1234.no-ip.biz |
| wwe04.no-ip.org | x211.myftp.org | xave1996.no-ip.biz | xerel157.no-ip.org |
| wwe26wwe.no-ip.org | x29.no-ip.biz | xavinmm.no-ip.biz | xereta.no-ip.org |
| wwee22.zapto.org | x2d.no-ip.biz | xawni.no-ip.org | xerf148461.sytes.net |
| wwh2013.no-ip.info | x2jordan.no-ip.biz | xawni7.no-ip.org | xerius.zapto.org |
| www-360.sytes.net | x2rt3m-rat.no-ip.org | xaytn.no-ip.biz | xeroxrock.no-ip.biz |
| www12.no-ip.biz | x2xi7op1.no-ip.org | xb0x.no-ip.biz | xeslamicex.no-ip.biz |
| www123.zapto.org | x3i8.no-ip.biz | xb52x.zapto.org | xew.no-ip.biz |
| www12321.no-ip.biz | x3m.zapto.org | xbanisx.no-ip.org | xex.myftp.org |
| www2.no-ip.biz | x3wr.no-ip.biz | xbo0oy.no-ip.biz | xexfalcon.no-ip.biz |
| www2.servegame.com | x3zo0oz140xnjrat.no-ip.biz | xbomees.no-ip.info | xeyo.zapto.org |
| www685www.no-ip.org | x40.no-ip.biz | xbox-zoom.3utilities.com | xfahad.zapto.org |
| wwwccc.zapto.org | x4rservice5050.serveblog.net | xbox-zoome.sytes.net | xfar.no-ip.biz |
| wwwrt.sytes.net | x4x.no-ip.biz | xbox.no-ip.org | xfoxhacker.no-ip.biz |
| wwwssswww.zapto.org | x5.no-ip.biz | xbox.servebeer.com | xfoxx.sytes.net |
| wwwwnnnn.no-ip.biz | x507.zapto.org | xbox360livegold.no-ip.org | xfoxxpro.no-ip.biz |
| wwwww.no-ip.org | x565.zapto.org | xbox720.zapto.org | xfuckx.no-ip.biz |
| wxcvbn.no-ip.biz | x5x.zapto.org | xboy4chez.no-ip.biz | xghostx.no-ip.biz |
| wxcvbn.no-ip.org | x631.zapto.org | xbrokensoulx.no-ip.biz | xh.myftp.biz |
| wxcvbnhicham.zapto.org | x645.3utilities.com | xcxzvcx.no-ip.info | xh4ckx.no-ip.biz |
| wxcvbnnaap.no-ip.biz | x7.no-ip.org | xdarck.no-ip.org | xhaazerat.no-ip.biz |
| wych.zapto.org | x7c.no-ip.org | xdarkmasterx.no-ip.org | xhack.no-ip.org |
| wydad37.no-ip.org | x86.serveblog.net | xdead.zapto.org | xhacker002.no-ip.biz |
| wyjmeszczelbe.no-ip.biz | x97xx97.sytes.net | xdefacehackerorg.no-ip.org | xhackerdz.no-ip.biz |
| wysept423.no-ip.biz | x99x99x.zapto.org | xdollar.no-ip.biz | xhackerxtn.no-ip.biz |
| x-1x1.no-ip.biz | x9x9x9.no-ip.biz | xdonz.no-ip.biz | xhackx123.no-ip.org |
| x-abdox.no-ip.org | xa66vi.no-ip.org | xdr-devilx.no-ip.org | xhaxor.noip.me |
| x-black.zapto.org | xa7.no-ip.info | xdvb.no-ip.biz | xheemax.no-ip.info |
| x-boomber.zapto.org | xacearmada01.zapto.org | xdvegetaxd.no-ip.org | xhossam2.no-ip.org |
| x-boy.no-ip.org | xadiqnoi.no-ip.org | xdx.no-ip.org | xhx.zapto.org |
| x-haker.no-ip.biz | xaiqiz.zapto.org | xdxdxdlol.no-ip.biz | xhxix.no-ip.org |
| x-idm.no-ip.org | xaker555.no-ip.org | xdz.no-ip.org | xhxixx.no-ip.biz |
| x-mojrem.zapto.org | xald2013.no-ip.biz | xecami.no-ip.biz | xiangsnoip.no-ip.org |
| x-wollf.no-ip.biz | xalexanderg.no-ip.biz | xecuter.zapto.org | xiaobai999.no-ip.biz |
| x021.myftp.org | xalgo49.no-ip.biz | xecuter2.zapto.org | xidanko07.no-ip.biz |
| x0x0x0x0x0.no-ip.org | xandeamormino.no-ip.biz | xef46854hyg.servebeer.com | xiiijal.no-ip.biz |
| x0x32.no-ip.biz | xandros1984.no-ip.biz | xegytigerx.myftp.org | xiilliix.sytes.net |

| | | | |
|---|---|---|---|
| xiloxi.no-ip.biz | xnxxz.zapto.org | xtbur.zapto.org | xx501.no-ip.biz |
| ximomo.no-ip.biz | xo.myvnc.com | xteez.no-ip.biz | xx717x.no-ip.org |
| xinocas.noip.me | xom.no-ip.com | xth3j0shr4p3r.zapto.org | xx7amolxx.no-ip.biz |
| xiox.no-ip.biz | xonink.no-ip.biz | xtony45.zapto.org | xxahmad.zapto.org |
| xirex22.zapto.org | xoraorgs.no-ip.org | xtorjan.no-ip.biz | xxalwailyxx.no-ip.org |
| xirqex.no-ip.biz | xorec.zapto.org | xtradaniels.no-ip.biz | xxammarxx.no-ip.biz |
| xix.zapto.org | xossssxo.no-ip.biz | xtream.servequake.com | xxanonxxtnxxs0.no-ip.biz |
| xj.zapto.org | xozathemn.no-ip.org | xtreamrat.zapto.org | xxb2axx.no-ip.biz |
| xjokerx.no-ip.biz | xp-blanc.no-ip.biz | xtreme-34.no-ip.org | xxbayarxx.no-ip.org |
| xjs15.no-ip.biz | xperiaz1.zapto.org | xtreme16.no-ip.org | xxccx.no-ip.biz |
| xkiller.no-ip.info | xpic12.zapto.org | xtremebot.no-ip.info | xxccxx.no-ip.biz |
| xknvlmffv.no-ip.biz | xpirat.zapto.org | xtremedc.no-ip.org | xxchatxx.no-ip.biz |
| xll-freak.no-ip.biz | xpman.no-ip.biz | xtremehackalexandre.no-ip.org | xxdemonix.no-ip.biz |
| xll-freak.zapto.org | xpq.no-ip.biz | xtremehacker1.no-ip.org | xxeaglezxx.no-ip.biz |
| xll90.zapto.org | xpro.no-ip.biz | xtremehackmega.no-ip.org | xxerdoganxx.no-ip.biz |
| xllzorollx.no-ip.biz | xprohacker.zapto.org | xtremeip77.no-ip.biz | xxf15hackerxx1.zapto.org |
| xlord-souxx.no-ip.biz | xproject13.no-ip.biz | xtremenerdinho.no-ip.org | xxformats.zapto.org |
| xlvlvlx.no-ip.biz | xps-virus.noip.me | xtremerat1577.no-ip.org | xxfreedomcatxx.no-ip.org |
| xm6hbelx.no-ip.org | xps-virus.zapto.org | xtremerat2016.no-ip.biz | xxhackertmxx.no-ip.biz |
| xmafia.no-ip.biz | xpunisherx.myftp.biz | xtremerat2016.no-ip.org | xxiioo10.no-ip.biz |
| xmatrex.no-ip.biz | xpxd.zapto.org | xtrm7007xtrm.no-ip.biz | xxilolixx.zapto.org |
| xmatrix.no-ip.biz | xpxilom.zapto.org | xulastico.no-ip.org | xxjeenyxx.zapto.org |
| xmatrix.no-ip.org | xrakx.no-ip.info | xultimate.no-ip.org | xxjoemcsxx.no-ip.biz |
| xmax.no-ip.info | xrat.noip.me | xunknown.zapto.org | xxkillerxx617.servequake.com |
| xmeladx.no-ip.org | xraven.no-ip.org | xunshine.no-ip.org | xxl.myftp.org |
| xmen12.no-ip.biz | xrbot.no-ip.info | xuser1.no-ip.org | xxlbeast.no-ip.biz |
| xmicrosoftx.no-ip.biz | xribery7.no-ip.biz | xvampire14.zapto.org | xxmail2009xx.no-ip.org |
| xmicrosoftxx.no-ip.biz | xristos235.no-ip.info | xvbsx.no-ip.biz | xxmakkahxx.zapto.org |
| xmisterp.no-ip.biz | xrr-booter.no-ip.biz | xvhacker00.no-ip.org | xxmizounixx.no-ip.biz |
| xmmoonbaby123.no-ip.org | xrsfeed.no-ip.biz | xvidmaster97x.no-ip.org | xxmrdrwebxx.no-ip.org |
| xmnamaad.zapto.org | xryuhhh.no-ip.org | xvionm.no-ip.biz | xxnebarxx.no-ip.biz |
| xmodderzhdofficiel.no-ip.org | xs-ivory.no-ip.biz | xvirus007.no-ip.biz | xxnourddinexx.no-ip.biz |
| xmoonx69.zapto.org | xsad.no-ip.org | xvirushack.no-ip.biz | xxnxxx.no-ip.org |
| xmustafa.no-ip.org | xsawx.no-ip.biz | xwarta.no-ip.biz | xxoo91.myvnc.com |
| xnaiofx.no-ip.org | xshacker.no-ip.biz | xwe.no-ip.biz | xxs3o.no-ip.biz |
| xnodct5.no-ip.biz | xsharaf.no-ip.biz | xwolf.no-ip.biz | xxsniper.no-ip.biz |
| xnx.sytes.net | xskiratx.no-ip.info | xworkuc2.zapto.org | xxsniper.servecounterstrike.com |
| xnxx.no-ip.biz | xsn14.no-ip.biz | xx-hacker.sytes.net | xxssaarr11xx.no-ip.biz |
| xnxx.redirectme.net | xsomas.zapto.org | xx-hh.zapto.org | xxt1xx.no-ip.org |
| xnxx111111.no-ip.biz | xstyx.hopto.org | xx.myvnc.com | xxtheckkidxx.no-ip.biz |
| xnxx22.zapto.org | xt.zapto.org | xx00.no-ip.biz | xxtxx.no-ip.biz |
| xnxx4ass.no-ip.biz | xtalaqx.no-ip.info | xx13xx.no-ip.info | xxx1xxx.no-ip.biz |
| xnxxx1899.no-ip.org | xtargetsx.no-ip.org | xx4rt.no-ip.biz | xxx4321.zapto.org |

123

xxx5xxx.no-ip.biz
xxx7.no-ip.biz
xxx7.zapto.org
xxxbayxxx.zapto.org
xxxdon.no-ip.biz
xxxhack.no-ip.biz
xxxhack.no-ip.info
xxxhackercoolxxx.no-ip.biz
xxxhackerxxx.no-ip.org
xxxiqsystemxxx.no-ip.biz
xxxnonamexxx.no-ip.biz
xxxo.no-ip.biz
xxxredxxx.myftp.biz
xxxt1xxx.no-ip.org
xxxtahaxxx.no-ip.biz
xxxtxxx.no-ip.org
xxxvandarsarxxx.no-ip.biz
xxxx1231xxxx.no-ip.biz
xxxxvxxx.no-ip.biz
xxxxx1231.no-ip.biz
xxxxxxx.hopto.org
xxxxxxxxxxx.no-ip.biz
xxzxx.no-ip.info
xxzxx.servecounterstrike.com
xxzzxxy.servecounterstrike.com
xy.no-ip.biz
xy2014.no-ip.biz
xyk.no-ip.org
xyntax.zapto.org
xypo.zapto.org
xyztehlike.no-ip.org
xzeadx.no-ip.org
xzero.zapto.org
xzerox511.no-ip.biz
xziro.zapto.org
xzx.no-ip.biz
xzzx.no-ip.biz
y0u-are-a-nigg3r.no-ip.info
y0u553f.no-ip.biz
y0u553f@.no-ip.biz
y12.no-ip.biz
y51811.no-ip.biz
y5f.no-ip.info

y7o.no-ip.info
ya123sser.zapto.org
ya7ya.no-ip.biz
ya8lbe1.noip.me
yaa33.zapto.org
yaacob.zapto.org
yaali007.no-ip.biz
yabroudalwatan.no-ip.biz
yacenuk.myftp.org
yacenuk2014.no-ip.biz
yacin3535.no-ip.biz
yacin3535.no-ip.org
yacindzo.no-ip.org
yacine.no-ip.info
yacine.no-ip.org
yacine123.myftp.biz
yacine870.no-ip.biz
yacineboy.no-ip.org
yacinecom.zapto.org
yacineghost.no-ip.biz
yacinekk7.no-ip.org
yacinodz.no-ip.biz
yacinux22.no-ip.biz
yadikfzbi.no-ip.info
yah00.hopto.org
yah00.sytes.net
yahabibiyalabib.noip.me
yahhelper.no-ip.org
yahho.no-ip.org
yahia17.no-ip.org
yahia3100.zapto.org
yahiadzhack.no-ip.biz
yahiahamzi.no-ip.biz
yahiahamzi20.no-ip.org
yahiahamzi45.no-ip.biz
yahiamafia.no-ip.info
yahikoms10.no-ip.info
yahmed1984.no-ip.org
yaho.hopto.org
yahoo.no-ip.biz
yahoo.no-ip.info
yahoo88.no-ip.org
yahoocom.no-ip.org

yahoomail.3utilities.com
yahoomgr.no-ip.biz
yahooskybe.no-ip.biz
yahoosupra.no-ip.biz
yahpro.zapto.org
yahudi96.zapto.org
yahya-gsan1.no-ip.biz
yahya121.no-ip.biz
yahyaadel.no-ip.biz
yahyaemo.no-ip.biz
yahyah.no-ip.biz
yahyaloukilouki.no-ip.biz
yahyasaddami.no-ip.biz
yairrmor2.no-ip.org
yakupnwo.no-ip.org
yakuza-wtf.no-ip.biz
yalabeni00.no-ip.biz
yalanndunya.no-ip.biz
yaman82.no-ip.biz
yamanaljabi123.zapto.org
yamane.no-ip.biz
yamanisickk.no-ip.org
yamano123.zapto.org
yamen-memo.no-ip.biz
yamenhackerw.no-ip.biz
yamin-07.no-ip.info
yamiryusei.no-ip.biz
yamtest.no-ip.biz
yane31.zapto.org
yanimao.no-ip.biz
yanmaster.no-ip.org
yanush22.no-ip.biz
yaqoob201.no-ip.biz
yaqoob2020.no-ip.biz
yaqwerdx.zapto.org
yarab.no-ip.info
yarab15.zapto.org
yaraelmasry.no-ip.biz
yarmand.zapto.org
yas43dz.zapto.org
yaseen9632.no-ip.biz
yaser1998tnt.no-ip.biz
yaserhacker.no-ip.biz

yasin012.no-ip.biz
yasin89.no-ip.biz
yasinenaba.no-ip.biz
yasinfirarda.no-ip.biz
yasir.no-ip.biz
yasmmine.no-ip.biz
yasoo-dw.no-ip.biz
yasooooo.no-ip.biz
yasooooo.no-ip.org
yassen.no-ip.biz
yassenameer.no-ip.biz
yasser04.zapto.org
yasser11111111.no-ip.biz
yasseralemdar.no-ip.biz
yassersadiq2.no-ip.biz
yassersameh.no-ip.biz
yassertanzani.zapto.org
yassin-ftini.no-ip.org
yassin77.zapto.org
yassine-hacker.no-ip.org
yassine-hamza.no-ip.org
yassine-x.zapto.org
yassine-xx.zapto.org
yassinegfx.no-ip.org
yassinegfx1.no-ip.org
yassinehopenze.no-ip.biz
yassinelemrabet.zapto.org
yassineouhani.no-ip.biz
yassineouhani.serveblog.net
yassinepikolo0s.zapto.org
yassinqa1.no-ip.biz
yassirzer.no-ip.biz
yassmen.zapto.org
yasssin11.no-ip.biz
yastom7.no-ip.biz
yaweoo.zapto.org
yazabi.no-ip.biz
yazan1111.no-ip.biz
yazan14.zapto.org
yazan2.no-ip.biz
yazan20.no-ip.biz
yazan32.no-ip.biz
yazan992.no-ip.info

124

yazanissa.no-ip.biz

yazanlive-zezo.zapto.org

yazanstorm2014.no-ip.biz

yazeed1010.no-ip.biz

yazeedbnmohmmed.no-ip.biz

yazen.no-ip.biz

yazenhacker.no-ip.biz

yazid.no-ip.biz

yaziddox.no-ip.biz

yazidox-2014.no-ip.biz

yazidox.no-ip.biz

ycemufkk6g.bounceme.net

ycezayir.no-ip.org

yearmook.zapto.org

yehbuddy.no-ip.biz

yehiamohamed.no-ip.biz

yehya.zapto.org

yehya1361995.zapto.org

yemen.zapto.org

yemen123.no-ip.biz

yemeni.no-ip.biz

yeni.no-ip.org

yeni1.no-ip.org

yenibula.zapto.org

yeongsub.hopto.org

yer.no-ip.info

yes20.zapto.org

yesah.no-ip.biz

yesforyou.no-ip.biz

yesitis.no-ip.biz

yesman119.no-ip.biz

yesmanz.no-ip.biz

yestoyes.no-ip.biz

yetclues736.no-ip.biz

yeti3.no-ip.info

yezid.zapto.org

yff.no-ip.org

yfkeeen.no-ip.org

ygor1.no-ip.org

yhaoo.no-ip.org

yhb.no-ip.biz

yheya.zapto.org

yhkgfr.hopto.org

yhqob.no-ip.biz

yhya20102010.no-ip.biz

yildizteknik.servemp3.com

yinnlay.no-ip.org

ykuwait.no-ip.biz

ylenia.no-ip.org

ymn.no-ip.org

ymosole.zapto.org

yno22.no-ip.biz

ynsdbr.no-ip.biz

yo-yo77.no-ip.biz

yo-yo77.no-ip.org

yobag4u.no-ip.biz

yobex.zapto.org

yoda.no-ip.biz

yogattago.no-ip.biz

yogosun.no-ip.biz

yok111.no-ip.biz

yoka.no-ip.biz

yokix.no-ip.org

yokki.zapto.org

yoko10.no-ip.biz

yokohaha888.no-ip.biz

yol323.no-ip.biz

yolo1223.zapto.org

yolofish.zapto.org

yoma.servehttp.com

yomama123.no-ip.biz

yonesnabard001.no-ip.org

yonis-wushu.no-ip.biz

yonutzzu12.zapto.org

yoo.sytes.net

yoo16.no-ip.biz

yoodawg.no-ip.biz

yoonaa.zapto.org

yooyoo.no-ip.biz

yooyoo989.no-ip.biz

yopi.no-ip.biz

yorkster.serveftp.com

yorktool.no-ip.biz

yorqunn.no-ip.biz

yoryoajax.no-ip.biz

yoryounes.no-ip.biz

yosaf22.no-ip.biz

yosefhost.no-ip.biz

yosefxxxx.no-ip.biz

yoserver.no-ip.org

yosf7777.zapto.org

yoshihf.no-ip.biz

yosoyangelito.no-ip.biz

yosri77.no-ip.info

yossifhck.no-ip.biz

you-lif.no-ip.biz

you0112.no-ip.biz

you123.no-ip.biz

you23cef.no-ip.biz

you456.no-ip.biz

youarenotalone.no-ip.org

youbitch.no-ip.biz

youcanstopme.no-ip.biz

youcantfollowme.no-ip.biz

youcatalane.zapto.org

youcef-34.no-ip.biz

youcef007.no-ip.biz

youcef213.no-ip.biz

youcef48hack.no-ip.org

youcefamine.no-ip.org

youcefamine46300.no-ip.org

youcefartiste.no-ip.biz

youcefffff.no-ip.biz

youcefhacker.no-ip.biz

youcefhackerdz.no-ip.biz

youcefingo.no-ip.org

youcefsa.no-ip.biz

youceftouil.no-ip.biz

youcefxdz.zapto.org

youdarkcomet.no-ip.org

youdonkey.no-ip.biz

yougatagaliife.zapto.org

yougothacked.no-ip.biz

youhavebeenrtteedd.no-ip.info

youhou12.no-ip.org

youime.no-ip.info

youka.zapto.org

youme.no-ip.biz

youn.no-ip.info

younameonyourhost1.no-ip.biz

youne7s.no-ip.biz

younehack.zapto.org

younes-19.no-ip.biz

younes-dns.zapto.org

younes13.zapto.org

younes200.no-ip.biz

younes2020.zapto.org

younes300.zapto.org

younes501.no-ip.biz

younesboy12.myftp.biz

younesess.no-ip.biz

youness1997.myftp.biz

younessdz.zapto.org

younessw.no-ip.biz

younesyor.no-ip.biz

young07.no-ip.info

young2014.no-ip.biz

young76.no-ip.biz

younggee.no-ip.biz

younghacker97.no-ip.biz

younis.noip.me

younis394.no-ip.biz

younis999.no-ip.biz

youonlyliveonce.no-ip.biz

yourconekt.servepics.com

yourdark.no-ip.info

yourdata.redirectme.net

yourgay.no-ip.biz

yourhost227.zapto.org

yourhostdrue.no-ip.biz

yournameonthehost.no-ip.org

yournext.no-ip.biz

yourpass.no-ip.biz

yourpass.zapto.org

yourturn.zapto.org

yous2.no-ip.org

yousef-02.no-ip.biz

yousef2020.no-ip.biz

yousefabdu12.zapto.org

yousefalharbi.no-ip.biz

yousefjarwan.no-ip.biz

| | | | |
|---|---|---|---|
| yousefyousef123.no-ip.biz | yoyohits.no-ip.biz | z0770z.no-ip.biz | zaidfb.no-ip.biz |
| youshimitsu.no-ip.biz | yoyolive.no-ip.biz | z0mbieb0tnet.no-ip.org | zaidiko.no-ip.biz |
| yousif007hacker.no-ip.biz | yoyolol.no-ip.biz | z1m.no-ip.info | zaidocs.no-ip.biz |
| yousif123.hopto.org | yoyotonyo123.no-ip.biz | z1z.sytes.net | zaidsyhackerssy.no-ip.biz |
| yousif1234.no-ip.org | yoysing.no-ip.biz | z22z.no-ip.org | zaidzzzz.no-ip.biz |
| yousif50.no-ip.org | yozer.no-ip.org | z2s.no-ip.info | zaiiin.no-ip.info |
| yousif800.no-ip.biz | yseif2233.no-ip.biz | z3fo0or.no-ip.biz | zain10.zapto.org |
| yousiflegend.zapto.org | ysf.no-ip.biz | z3ro.no-ip.org | zainalkaff.no-ip.biz |
| youssef-ip.no-ip.biz | yssomo.no-ip.org | z4buz499.no-ip.biz | zainalkaff.no-ip.info |
| youssef-oulhaj.no-ip.biz | ytd1515.zapto.org | z4h.no-ip.biz | zainhacz.no-ip.biz |
| youssef-prossef.no-ip.biz | ytmna.no-ip.biz | z54.no-ip.info | zainhasanmatrixsy.no-ip.biz |
| youssef08.zapto.org | ytreza.zapto.org | z57.no-ip.biz | zainrazan.no-ip.info |
| youssef333.no-ip.biz | yuiop.zapto.org | z74.no-ip.biz | zaissa.zapto.org |
| youssef55.no-ip.biz | yujdgjgju.no-ip.biz | z77z.no-ip.biz | zajl81.no-ip.org |
| youssef9115.no-ip.biz | yukatan.no-ip.biz | z7s.no-ip.info | zak-hack.no-ip.biz |
| youssefaahaaa.zapto.org | yuksek.no-ip.biz | z95.no-ip.info | zakaria00.no-ip.biz |
| youssefalasswed.no-ip.info | yuksek639.no-ip.biz | za-hck.no-ip.org | zakaria147741.zapto.org |
| youssefalasswed.zapto.org | yunus2502.no-ip.org | za-za00.no-ip.biz | zakaria31.zapto.org |
| youssefcriscris2013.no-ip.biz | yunusemre1881.no-ip.biz | za3.no-ip.biz | zakaria47.no-ip.biz |
| youssefmacscofiled.no-ip.biz | yuotube.redirectme.net | za3rii07.zapto.org | zakariaxhack.no-ip.biz |
| youssefowen.no-ip.org | yupo22.no-ip.biz | za9ao9.hopto.org | zakariaxxx.no-ip.org |
| youssefzezoyossef.no-ip.biz | yupper.no-ip.biz | zaa7f511123.no-ip.biz | zakaryaebenabbou.no-ip.biz |
| youssry.no-ip.org | yupyup.no-ip.biz | zaack.no-ip.biz | zakch.no-ip.biz |
| yousuck.no-ip.biz | yurieurope.no-ip.org | zaaik.sytes.net | zakcrb.no-ip.biz |
| youtiube.sytes.net | yurimlkfera.no-ip.org | zabana40zaza.no-ip.biz | zake.no-ip.org |
| youtube.hopto.org | yuso0o.no-ip.org | zabi.zapto.org | zaker2.no-ip.biz |
| youtube.myftp.biz | yussef112.no-ip.biz | zabiii.no-ip.info | zakhacker10.no-ip.biz |
| youtube2.no-ip.biz | yussefoh.zapto.org | zabzab.no-ip.biz | zakho123.zapto.org |
| youtube31.3utilities.com | yuvalserver.no-ip.org | zabzoub.no-ip.info | zaki-619.no-ip.biz |
| youtube31.myftp.biz | yuvin555.no-ip.org | zacd34.noip.me | zaki1989.zapto.org |
| youtubebot31.no-ip.org | yy.no-ip.biz | zackzick.zapto.org | zaki2000.no-ip.info |
| youtubecom.serveftp.com | yyamenn.no-ip.org | zackzm.zapto.org | zaki2013.zapto.org |
| youtubenoahanza.zapto.org | yyy7668425.no-ip.biz | zaeem-sofya.no-ip.biz | zakicasa.no-ip.biz |
| youtuube.3utilities.com | yyytuit7rt.no-ip.biz | zaferayyas.no-ip.biz | zakihakerms.no-ip.org |
| youwererattedlol.zapto.org | yyytuit7rtt.no-ip.biz | zagros2.no-ip.org | zakimiro07123.no-ip.biz |
| youwishhaha.zapto.org | yzeedmhajnehack.no-ip.biz | zahhro2013.no-ip.biz | zakisirion.no-ip.biz |
| youyou1991.no-ip.biz | yzemzem.no-ip.biz | zahi.no-ip.biz | zakitlm13.no-ip.biz |
| youyouzup.no-ip.org | yzgyddos.no-ip.biz | zahraa3.no-ip.info | zakitov.zapto.org |
| youzarsif45.no-ip.biz | yzyz.no-ip.biz | zahro2013.no-ip.biz | zakixhackerx56.no-ip.biz |
| yoyo12.no-ip.org | yzzh.no-ip.biz | zahro2014.no-ip.biz | zakizaki15121988.no-ip.biz |
| yoyo12yoyo.no-ip.biz | z-666.no-ip.org | zahrounihacker.no-ip.biz | zakmi8.zapto.org |
| yoyo2011.no-ip.biz | z00.no-ip.biz | zaid-alraqi.no-ip.info | zakout.no-ip.biz |
| yoyo86.no-ip.biz | z04.no-ip.biz | zaidaljanabi.no-ip.biz | zakri313.no-ip.org |

| | | | |
|---|---|---|---|
| zakzak100.zapto.org | zargor13.no-ip.org | zebelard.zapto.org | zercool00.hopto.org |
| zala33.no-ip.biz | zargou.no-ip.biz | zebhalouf.no-ip.biz | zere69.serveftp.com |
| zaligou-hacker.no-ip.biz | zarilkhoubaib03.zapto.org | zebl3oud.no-ip.biz | zerkerdc.no-ip.org |
| zalom.zapto.org | zarkorayne.zapto.org | zebleani.no-ip.biz | zerocool.servegame.com |
| zaltot.no-ip.biz | zarox.servehttp.com | zebookis.no-ip.biz | zerocool6.no-ip.biz |
| zalupenskiu.no-ip.biz | zartixdc.no-ip.biz | zecaveirinha.no-ip.biz | zerocoold.no-ip.biz |
| zalzalah.zapto.org | zarwal2014.myftp.org | zedam.no-ip.biz | zerodark.no-ip.biz |
| zamaalek.servemp3.com | zarzor4545.no-ip.biz | zedgelipo12.no-ip.biz | zerograu.no-ip.org |
| zambo.noip.me | zasoso.no-ip.org | zedlol.no-ip.biz | zerome.no-ip.org |
| zamene.no-ip.info | zassienet.no-ip.org | zeedee.zapto.org | zeropoint303.no-ip.biz |
| zamil.no-ip.org | zastroboy.sytes.net | zeee.no-ip.info | zeroti.no-ip.org |
| zamilalqahtani.no-ip.info | zatebe.no-ip.info | zeekoo83.zapto.org | zertax.no-ip.biz |
| zamilq8.no-ip.org | zauhir.myftp.org | zeel.no-ip.biz | zerxss.no-ip.biz |
| zammanihack.no-ip.biz | zavroto0.no-ip.biz | zeeony.no-ip.org | zeusback.no-ip.biz |
| zamnzamn12.no-ip.biz | zavrotokomando.zapto.org | zeer.zapto.org | zeusip.no-ip.org |
| zamo1234.zapto.org | zawhd.no-ip.biz | zeeremis.zapto.org | zexerhack.zapto.org |
| zampaboss.no-ip.biz | zawi.no-ip.org | zeeshan127.no-ip.biz | zezo-hack.zapto.org |
| zana-it.no-ip.biz | zaxo.no-ip.org | zeeshan196.zapto.org | zezo.no-ip.org |
| zana8.no-ip.biz | zayan4.no-ip.biz | zeexx1212.no-ip.biz | zezo007.no-ip.biz |
| zanb55.no-ip.biz | zayd.no-ip.org | zeez15xxx.no-ip.biz | zezo009.zapto.org |
| zanda.no-ip.biz | zaydhacker.no-ip.biz | zeezec.no-ip.org | zezom.no-ip.biz |
| zanda82.myvnc.com | zaydoon.no-ip.biz | zeezo18.no-ip.info | zezonemo.zapto.org |
| zandaa.myvnc.com | zayn.no-ip.biz | zeezoo1133.no-ip.biz | zezoo12321.no-ip.biz |
| zanga23.zapto.org | zaza123456.no-ip.biz | zef-bleu.no-ip.biz | zezoraslan.zapto.org |
| zannana.no-ip.biz | zaza20.no-ip.biz | zeflou.no-ip.biz | zezozeko.zapto.org |
| zannana.zapto.org | zaza9.no-ip.biz | zel123.no-ip.org | zflickya1337.no-ip.org |
| zapadlo999.no-ip.biz | zaza9.no-ip.org | zemapt.no-ip.biz | zh-hakar.no-ip.org |
| zaphiro-r6.no-ip.biz | zazada.zapto.org | zemmel.no-ip.org | zhacker.no-ip.biz |
| zapmeto.zapto.org | zazaeto21.no-ip.org | zemretikogfgfhjkf.zapto.org | zhangchouwei.zapto.org |
| zapoto2014.zapto.org | zazlouz.zapto.org | zemun.no-ip.biz | zhawi47.sytes.net |
| zappado.zapto.org | zazou.no-ip.biz | zemz99.no-ip.biz | zheninajsry.no-ip.biz |
| zaptacuk89.no-ip.org | zbinbo.zapto.org | zendo.no-ip.org | zhiar.no-ip.org |
| zapto12.zapto.org | zblaz.sytes.net | zengoxx.zapto.org | zhoutengfei.no-ip.biz |
| zapto2014.zapto.org | zboub.no-ip.biz | zenkan1337.no-ip.biz | zhran101.no-ip.biz |
| zapto666.zapto.org | zbxz.no-ip.info | zentsuuc.no-ip.org | zhusophia77.no-ip.biz |
| zapto9.zapto.org | zchackzc.no-ip.biz | zenzenzen.no-ip.biz | zhyk1997.no-ip.org |
| zaptooo999.zapto.org | zd4rk.sytes.net | zeokhemissat.zapto.org | zhzhran.no-ip.org |
| zaptozaptoza.zapto.org | zdag.no-ip.org | zephaestus.no-ip.biz | ziadsniper.no-ip.biz |
| zar.zapto.org | zdf.no-ip.biz | zeqres.zapto.org | ziani-abdou9.no-ip.biz |
| zara39.no-ip.biz | zdizou2014.no-ip.info | zer0.no-ip.biz | ziazia2011.no-ip.biz |
| zaraimohamed8.no-ip.biz | ze-peto.no-ip.org | zer0xxx1337.zapto.org | zibermot.no-ip.biz |
| zarboutsfax.no-ip.biz | zeadef1.no-ip.biz | zeravani92.no-ip.biz | zick.no-ip.org |
| zargataboy.no-ip.biz | zealotito.no-ip.org | zerbino85.no-ip.org | zicker.zapto.org |

| | | | |
|---|---|---|---|
| zickhf.no-ip.org | zirokzgames1.zapto.org | zoda.no-ip.biz | zoxj20032.sytes.net |
| zicocabba.zapto.org | ziryab.no-ip.biz | zoecher.zapto.org | zozo-love.no-ip.biz |
| zidabifrost1.no-ip.org | ziurk.no-ip.biz | zoeli.no-ip.org | zozo1.no-ip.biz |
| zidanjrat.no-ip.org | ziyaddoss360.no-ip.biz | zoher1991.no-ip.info | zozo123456789.no-ip.biz |
| zido.zapto.org | ziyed99.no-ip.biz | zoia.no-ip.org | zozo22.no-ip.org |
| zidoxino.no-ip.biz | ziz0hacker.no-ip.biz | zokadorbg.zapto.org | zozoahmed.no-ip.biz |
| zidozz.zapto.org | zizo-cklech.no-ip.biz | zola12.no-ip.org | zozoalx.no-ip.info |
| zie.no-ip.info | zizo.myftp.biz | zoldyck.no-ip.biz | zozoiraq77.no-ip.biz |
| zied2008.no-ip.biz | zizo.no-ip.biz | zolla89.zapto.org | zozoo20011.myftp.biz |
| ziedak.no-ip.org | zizo100.no-ip.biz | zomamix.zapto.org | zozounik.no-ip.org |
| zifou.myftp.biz | zizo101.no-ip.biz | zomazoma.no-ip.biz | zozxzoz.no-ip.biz |
| zifou.servegame.com | zizo555.no-ip.org | zombi-man2.no-ip.biz | zpure.no-ip.biz |
| ziiion777.zapto.org | zizo56.zapto.org | zombie2050.no-ip.biz | zpzp.no-ip.info |
| ziiioon777.zapto.org | zizo94.no-ip.biz | zombie69.no-ip.org | zrami17.no-ip.info |
| zik-zak.no-ip.org | zizohamidi.no-ip.biz | zombies-ddos.no-ip.org | zrami17.no-ip.org |
| zikaaaaaaaaaaaa.zapto.org | zizoo-zizoo.no-ip.org | zoni.zapto.org | zrng.no-ip.biz |
| zikass.no-ip.info | zizorzizooo.no-ip.org | zoombie.no-ip.biz | zrxdctfgvbhnjkm.no-ip.org |
| ziko-traji.no-ip.biz | zizou-catalonia.zapto.org | zoomhackeriraq11.no-ip.org | zryankawa1998.no-ip.biz |
| ziko-zaka.no-ip.biz | zizou193.no-ip.biz | zoommido.no-ip.biz | zsecsqasd.no-ip.biz |
| ziko.no-ip.org | zizou2885.myftp.org | zoon.no-ip.org | zsxytr.no-ip.org |
| zikorami.no-ip.biz | zizoudz.zapto.org | zoooom.no-ip.info | ztark.no-ip.biz |
| zilol.no-ip.org | zizouhacker.no-ip.biz | zooozaaa.zapto.org | zthacker.no-ip.org |
| zimbou.no-ip.biz | zj.sytes.net | zoor.zapto.org | ztmstyla.no-ip.org |
| zimo.zapto.org | zk.no-ip.biz | zooxo.no-ip.biz | ztwerfdgdhfjkkl.zapto.org |
| zina1598741.no-ip.biz | zkiller.zapto.org | zooz123455.no-ip.biz | zubairmainaaz.zapto.org |
| zineb.no-ip.biz | zkscy84.no-ip.biz | zooz123456.no-ip.biz | zuesalfa2090.no-ip.biz |
| zingspeed.sytes.net | zl.sytes.net | zoozoogataga.no-ip.org | zuheralking.no-ip.biz |
| zino31.no-ip.biz | zlatan.zapto.org | zopro.servebeer.com | zuizo.no-ip.org |
| zinoou.no-ip.biz | zley.no-ip.org | zoro.sytes.net | zulfiqar94.zapto.org |
| zinotroy.sytes.net | zll855.no-ip.org | zoro2000.no-ip.biz | zulu4620.no-ip.info |
| zinou2015.no-ip.org | zloxi.no-ip.biz | zoroiraq111.no-ip.biz | zuopai.no-ip.biz |
| zinou28.no-ip.org | zloydad.hopto.org | zoroki.no-ip.biz | zupiano.no-ip.biz |
| zinoubi00.no-ip.org | zlpercy.no-ip.org | zotac1990.no-ip.biz | zurq4.no-ip.org |
| zinoutrack.no-ip.org | zmonkata.zapto.org | zotyxde12.no-ip.biz | zusername.no-ip.info |
| zinzin.no-ip.biz | zmz1122.no-ip.info | zotyxde123.no-ip.biz | zv.no-ip.org |
| zioad.no-ip.biz | znnrm.zapto.org | zoubazouba2.no-ip.biz | zv1.no-ip.info |
| zion123.no-ip.org | zo0o0.zapto.org | zoubiratoune.zapto.org | zvex.no-ip.biz |
| zion2012.no-ip.org | zo0ol.no-ip.biz | zouhairhd.no-ip.org | zwdkro335.hopto.org |
| ziox60.no-ip.biz | zoal.no-ip.org | zouhir.no-ip.biz | zwiiiiil.zapto.org |
| zip.redirectme.net | zoaoy.no-ip.biz | zoukiny.no-ip.biz | zwiika.sytes.net |
| zipoo.redirectme.net | zobra.zapto.org | zoum226.no-ip.org | zwy.no-ip.info |
| zirakabbas.sytes.net | zoclal.myvnc.com | zouna24.no-ip.biz | zx1020.no-ip.biz |
| ziribebe.no-ip.biz | zoclal.zapto.org | zounitt.zapto.org | zx507zx.zapto.org |

128

zx8.zapto.org

zxccxz.no-ip.org

zxcdsaqwedcxz.no-ip.org

zxcvbnm1234.zapto.org

zxcvzxcv.no-ip.biz

zxcxz.no-ip.biz

zxczxc.no-ip.biz

zxczxc.zapto.org

zxrx.myvnc.com

zxvznvineinv.servegame.com

zxxz11.no-ip.biz

zxya.no-ip.biz

zxzxsniperzxzx.no-ip.biz

zxzxzc.no-ip.biz

zypherdooka.no-ip.biz

zyteog.zapto.org

zyzoom007.no-ip.org

zyzoom123.myftp.org

zzsnow.zapto.org

zzxx.no-ip.biz

zzxxooxx.no-ip.info

zzzch.zapto.org

zzzxxxcc.no-ip.biz

zzzzzz.no-ip.biz

zzzzzzzzzzzzzz.no-ip.biz