1  Randall D. Haimovici (*Pro Hac Vice Approved*)
   rhaimovici@shb.com
2  Rachael M. Smith (*Pro Hac Vice Approved*)
   rxsmith@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
4  San Francisco, California 94104-4505
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Tony M. Diab (Nevada State Bar No. 12954)
   tdiab@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
8  Irvine, California 92614-2546
   Telephone:    949.475.1500
9  Facsimile:    949.475.0016

10 Robert J.B. Flummerfelt (Nevada State Bar No. 11122)
   rflummerfelt@hotmail.com
11 Rami Hernandez (Nevada State Bar No. 13146)
   rhernandeznsj@hotmail.com
12 CANON LAW SERVICES, LLC
   7251 W. Lake Mead Blvd., Suite 300
13 Las Vegas, Nevada  89128
   Telephone:    702.562.4144
14 Facsimile:    702.866.9868

15 Attorneys for Plaintiff
   MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION, | Case No. 2:14-cv-00987-GMN-GWF |
| Plaintiff, | **ORDER UNSEALING CASE** |
| vs. | |
| NASER AL MUTAIRI, an individual; MOHAMED BENABDELLAH, an individual; VITALWERKS INTERNET SOLUTIONS, LLC, d/b/a NO-IP.com; and DOES 1-500, | |
| Defendants. | |

1  On June 26, 2014, this Court ordered this case sealed until Microsoft Corporation gives the
2  Court notice that the parties in this case have been served.  On June 30, 2014, Microsoft gave this
3  Court notice that it has served Defendants Mutairi, Benabdellah, and Vitalwerks Internet Solutions,
4  LLC d/b/a No-IP.com.  Upon receiving this notice, the Court orders this case unsealed.

**IT IS SO ORDERED** this 30th day of June, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court