1  Randall D. Haimovici (*Pro Hac Vice Approved*)
   rhaimovici@shb.com
2  Rachael M. Smith (*Pro Hac Vice Approved*)
   rxsmith@shb.com
3  SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
4  San Francisco, California 94104-4505
   Telephone:    415.544.1900
5  Facsimile:    415.391.0281

6  Tony M. Diab (Nevada State Bar No. 12954)
   tdiab@shb.com
7  SHOOK, HARDY & BACON L.L.P.
   5 Park Plaza, Suite 1600
8  Irvine, California 92614-2546
   Telephone:    949.475.1500
9  Facsimile:    949.475.0016

10 Robert J.B. Flummerfelt (Nevada State Bar No. 11122)
   rflummerfelt@hotmail.com
11 Rami Hernandez (Nevada State Bar No. 13146)
   rhernandeznsj@hotmail.com
12 CANON LAW SERVICES, LLC
   7251 W. Lake Mead Blvd., Suite 300
13 Las Vegas, Nevada  89128
   Telephone:    702.562.4144
14 Facsimile:    702.866.9868

15 Attorneys for Plaintiff
   MICROSOFT CORPORATION
16

17                    UNITED STATES DISTRICT COURT

18                          DISTRICT OF NEVADA

19

20 | MICROSOFT CORPORATION,                    ) Case No. 2:14-cv-00987-GMN-GWF
                                               )
21 |        Plaintiff,                         )
                                               ) **MICROSOFT'S MOTION FOR DEFAULT**
22 |   vs.                                     ) **JUDGMENT**
                                               )
23 | NASER AL MUTAIRI, an individual;          ) **(Hearing Requested)**
     MOHAMED BENABDELLAH, an individual;       )
24 | VITALWERKS INTERNET SOLUTIONS,            ) Filed Concurrently Herewith:
     LLC, d/b/a NO-IP.com; and DOES 1-500,     ) Memorandum of Points & Authorities;
25 |                                           ) Declaration of Jason Lyons; Declaration of
          Defendants.                          ) Rachael M. Smith; [Proposed] Order
26                                             )
                                               )
27                                             )
                                               )
28                                             )

1  Pursuant to Fed. R. Civ. P. 55, Plaintiff Microsoft Corporation moves for an order of default
2  judgment against Defendant Naser Al Mutairi and Defendant Mohamed Benabdellah ("Defendants")
3  on its claims brought under the Computer Fraud and Abuse Act and Nevada's Unlawful Acts
4  Regarding Computers and Information Services Statute.[1]  Defendants have failed to respond or
5  otherwise participate in this litigation.  As a result, Microsoft obtained an entry of default against
6  them and now seeks an order from this Court to permanently enjoin them from further spreading and
7  infecting Microsoft's customers with the Blandabindi/Jenxcus malware.  Microsoft also seeks an
8  award of damages in the amount of $750,000 for costs related to its investigation and loss of
9  goodwill as a result of the malware infections as set forth in the Declaration of Jason Lyons.  These
10 damages are recoverable under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030(g) and
11 Nevada's Unlawful Acts Regarding Computers and Information Services Statute, N.R.S. §
12 205.511(1)(a), (c).  Last, Microsoft requests a hearing on this motion to give Defendants one more
13 opportunity to appear and respond before a default judgment is entered against them.

15 Dated: October 29, 2014                    SHOOK, HARDY & BACON L.L.P.

17                                             /s/ *Randall D. Haimovici*
                                              RANDALL D. HAIMOVICI
18                                            RACHAEL M. SMITH

19                                            Attorneys for Plaintiff Microsoft Corporation

---

[1] Microsoft also asserted in the Complaint that Defendants violated the Anti-Cybersquatting Consumer Protection Act and were liable for common law trespass, conversion, and negligence. Microsoft is not seeking a default judgment as to these claims.

1

MICROSOFT'S MOTION FOR DEFAULT JUDGMENT
CASE NO. 2:14-CV-00987-GMN-GWF