# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICROSOFT CORPORATION,

          Plaintiff,

  vs.

NASER AL MUTAIRI, an individual;
MOHAMED BENABDELLAH, an
individual; VITALWERKS INTERNET
SOLUTIONS, LLC, d/b/a NO-IP.com; and
DOES 1–500,

          Defendants.

Case No.: 2:14-cv-00987-GMN-GWF

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR.**

Before the Court for consideration is the Amended Report and Recommendation (ECF No. 49) of the Honorable George Foley, Jr., United States Magistrate Judge, entered June 26, 2015. Pursuant to Local Rule IB 3-2(a), objections were due by July 13, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Foley's recommendation that Plaintiff's Motion for Default Judgment (ECF No. 44) be **GRANTED**. Therefore, the Court has determined that Magistrate Judge Foley's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

    **IT IS THEREFORE ORDERED** that the Amended Report and Recommendation (ECF No. 49) is **ACCEPTED and ADOPTED in full.** Plaintiff's Motion for Default Judgment (ECF No. 44) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Plaintiff be awarded $750,000 in damages.

    **IT IS FURTHER ORDERED** that a permanent injunction be **GRANTED**.

1   **IT IS FURTHER ORDERED** that the surety bond posted by Plaintiff to secure the
2   preliminary injunction be released upon entry of the permanent injunction.
3   **IT IS FURTHER ORDERED** that Defendants and their officers, directors, employees,
4   and agents be permanently enjoined, pursuant to 18 U.S.C. § 1030(g).
5   **IT IS FURTHER ORDERED** that this Court retain jurisdiction over the parties to the
6   extent necessary to enforce the terms of this Order and the injunctive relief provided herein.
7   The Clerk shall enter judgment accordingly and close the case.
8   **DATED** this 14th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court