AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Microsoft Corporation

Plaintiff,

V.

Naser Al Mutairi et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:14-cv-00987-GMN-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of Plaintiff in the amount of $750,000 and against Defendants.

7/14/2015

Date

/s/ Lance S. Wilson

Clerk

/s/ Danielle Cacciabaudo

(By) Deputy Clerk