UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICROSOFT CORPORATION, | 2:14-cv-0987 GMN-GWF |
| Plaintiff, | |
| vs. | MINUTES OF THE COURT |
| NASER AL MUTAIRI, et al, | DATED 13 April 2016 |
| Defendants. | |

PRESENT
THE HONORABLE <u>GLORIA M. NAVARRO,</u> CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: EILEEN WOOD          RECORDER:     NONE APPEARING

COUNSEL FOR PLAINTIFF (S) :              NONE APPEARING

COUNSEL FOR DEFENDANT (S) :              NONE APPEARING

MINUTE ORDER IN CHAMBERS:

Judgment (#51) was entered in this case on July 14, 2015. Good cause appearing,

IT IS ORDERED that the Cash Bond (#20) posted in the amount of $200,000.00, receipt #27368 filed June 27, 2014 on behalf of Plaintiff, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____
                    CHIEF U.S. DISTRICT JUDGE

DATED:            April 26, 2016
        _____